**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**Central Division**

| | |
|---|---|
| STONE WORKS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 4:21-cv-941 |
| | ) |
| RANDY SIMS, MEGAN SIMS, WILLIAM THOMAS, STONE CONCEPTS, LLC, MARTY HESCH, and EDWARD FRALEY, | ) ) ) |
| | ) |
| Defendants. | ) |

## DEFENDANT EDWARD FRALEY'S RESPONSE TO PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY

Defendant Edward Fraley ("Defendant Fraley"), for his Response to Plaintiff's Motion to Expedite Discovery [Doc. 12], states as follows:

1. Defendant Fraley is not opposed to Plaintiff's Motion to Expedite Discovery, so long as the other defendants are in agreement.

2. However, Defendant Fraley denies that expedited discovery is necessary "to prevent irreparable harm" as alleged by Plaintiff, particularly as to the claims asserted against Defendant Fraley.

3. The claims against Defendant Fraley have no merit and, therefore, the discovery schedule is really of no consequence to the claims asserted against Defendant Fraley. Likewise, expedited discovery will do nothing to prevent irreparable harm, particularly in light of the Temporary Restraining Order that is already in place.

4. In particular, Plaintiff has alleged claims against Defendant Fraley for Conversion (Count I); Tortious Interference with Business Expectancy (Count II); Theft of Trade Secrets (Count III); Unauthorized Computer Program Access and Theft

(Count V); Unauthorized Access to Property (Count VI); Civil Conspiracy (Count VII); and Violation of Arkansas Deceptive Trade Practices Act (Count IX) ("the Claims").

5. Interestingly, Plaintiff's theory against Defendant Fraley is completely different than its theory against the other defendants. Against Defendants Randy and Megan Sims and William Thomas ("the Defendant-Employees"), Plaintiff asserts various claims on the basis of their alleged misappropriation and use of confidential business information in violation of an employment agreement. Against Defendants Stone Concepts, LLC and Marty Hesch, Plaintiff alleges that the Defendant-Employees now work for Stone Concepts and Hesch, that such work is in violation of the Defendant-Employees' employment agreements with Plaintiff, and that Stone Concepts and Hesch have gained an unlawful business advantage by use of Plaintiff's confidential business information.

6. As to Defendant Fraley, Plaintiff's theory is that Defendant Fraley, as a distributor of Centurion Stone, learned through confidential information that Plaintiff was using stone products of a Centurion competitor and that Defendant Fraley informed Plaintiff "that due to his belief Plaintiff would be selling a competitor's product, Plaintiff would no longer be permitted to purchase Centurion Stone products from the factory and would in the future have to buy at a higher price from Stone Concepts, LLC. . ." Missing from Plaintiff' allegations against Defendant Fraley is any mention of a contract or agreement that requires Defendant Fraley or Centurion Stone to provide products directly to Plaintiff. To the contrary, Plaintiff's own

SPR 17589282.1

allegations, if true, establish that Defendant Fraley had a lawful justification to cease conducting business directly with Plaintiff.

7. Ultimately, Defendant Fraley is willing to comply with any discovery order or schedule entered by the Court.

*Respectfully submitted*,

**SPENCER FANE LLP**

 */s/ Jason C. Smith*
Jason C. Smith                    AR #2006103
2144 E. Republic Road, Suite. B300
Springfield, Missouri 65804
(417) 888-1000
(417) 881-8035 (facsimile)
jcsmith@spencerfane.com


and

     */s/ Harry E. Cummins*
Harry E. "Bud" Cummins AR 89010
The Law Offices of Bud Cummins
1818 N. Taylor St. #301
Little Rock, AR 72207
bud@budcumminslaw.com

***Attorneys for Defendant Edward Fraley***


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 26th day of November, 2021, a true and accurate copy of the foregoing instrument was filed with the Court's electronic filing system, which sent notice of such filing to:

Rickey Hicks
902 West Second St.
Little Rock, AR 72201
hickslawoffice@yahoo.com

Timothy Dudley
10201 W. Markham, Ste. 328
Little Rock, AR 72205

todudley@swbell.net
**Attorneys for Defendants Sims**

Rickey Hicks
Dustin McDaniel
Scott Richardson
McDaniel, Wolff & Benca, PLLC
1307 West Fourth St.
Little Rock, AR 72201
scott@mwbfirm.com
**Attorneys for Stone Concepts, LLC**
**And Hesch**

Erin Cassinelli
Lassiter & Cassinelli
300 S. Spring St., Suite 800
Little Rock, AR 72201
**erin@clarklaw.com**

Timothy Giattina
Hodge, Calhoun Giattina, PLLC
711 W.3rd St.
Little Rock, AR 72201
tim@hcglawoffice.com
**Attorney for Plaintiff**

    The undersigned hereby certifies further that on this 26th day of November, 2021, a true and accurate copy of the foregoing instrument was mailed via U.S. Regular Mail postage prepaid to Pro Se Defendant William Thomas, 1205 Anemone Dr., North Little Rock, AR 72117.

                                            */s/ Jason C. Smith*
                                                Attorney of Record

SPR 17589282.1