IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| STONE WORKS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | )   Case No. 4:21-cv-941 |
| | ) |
| RANDY SIMS, MEGAN SIMS, WILLIAM THOMAS, STONE CONCEPTS, LLC, MARTY HESCH, and EDWARD FRALEY, | ) ) |
| | |
| Defendants. | |

## MOTION TO WITHDRAW AS COUNSEL

Timothy O. Dudley, for his Motion to Withdraw as Counsel for Defendants Randy and Megan Sims, states:

1. Counsel for Randy and Megan Sims agreed to represent them on the condition that their employer pay his fees. Defendants Randy and Megan Sims agreed that if the employer quit paying, counsel would be allowed to withdraw.

2. The employer of Defendants Randy and Megan Sims has now quit paying counsel's fees.

3. Counsel has notified Defendants Randy and Megan Sims that he would be filing a motion to withdraw.

4. Counsel is not holding any advance payment of fees or expenses.

5. Counsel will make his entire file available to the clients.

6. Counsel is serving a copy of this motion on the clients by email.

WHEREFORE, Timothy O. Dudley prays that his Motion to Withdraw as Counsel for Defendants Randy and Megan Sims be granted.

Respectfully submitted:

Timothy O. Dudley (#82055)
10201 W. Markham, Ste. 328
Little Rock, AR 72205
(501) 372-0080
TODudley@swbell.net

### CERTIFICATE OF SERVICE

I hereby certify that, on this 29th day of November, 2021, I electronically filed the foregoing with the Clerk of Court using the eFlex Electronic Filing System, which shall send notification of such filing to counsel of record and via email to Randy and Megan Sims.

/s/ Timothy Dudley