IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STONE WORKS, LLC**                                                                 **PLAINTIFF**

vs.                                      NO. 4:21-CV-941

**RANDY SIMS;**
**MEGAN SIMS;**
**WILLIAM THOMAS;**
**STONE CONCEPTS, LLC;**
**MARTY HESCH;**
**EDWARD FRALEY**                                                                    **DEFENDANTS**

## DEFENDANTS MARTY HESCH AND STONE CONCEPTS, LLC RESPONSE TO PLAINTIFF'S MOTION TO EXPEDITE DISCOVERY AND INCORPORATED BRIEF

Defendants Stone Concepts, LLC, and Marty Hesch, by and through their attorneys, McDaniel, Wolff, & Benca PLLC, state for their *Response to Plaintiff's Motion to Expedite Discovery and Incorporated Brief*:

Plaintiff hinges its request for expedited discovery on an undefined ongoing irreparable harm. The motion gives no insight as to what this claimed ongoing irreparable harm is. As to Stone Concepts, LLC and Marty Hesch, no such harm exists. The Pulaski County Circuit Court entered an agreed Temporary Restraining Order on October 8, 2021. Defendants Hesch and Stone Concepts, LLC, have complied with this Order since its entry. By agreeing to this order, Plaintiff agreed that it would halt whatever irreparable harm it believed it was suffering. Plaintiff's motion for expedited discovery alleges no facts suggesting that any of the alleged irreparable harm has restarted or that some new unanticipated irreparable harm has begun. Defendants object to Plaintiff's Motion to Expedite Discovery.

1

Plaintiff's primary claims against these Defendants center on their employment of Defendants Randy and Megan Sims and William Thomas. Defendants never employed Defendant Thomas. He was an independent contractor who services Defendants stopped using in September 2021. Defendants also released Defendants Randy and Megan Sims from employment at the end of October, 2021. Accordingly, there is no possibility of ongoing irreparable harm as to Defendants Stone Concepts, LLC, and Hesch. And, Plaintiff's motion does not raise any such possibility.

The Court has entered an Initial Scheduling Order. Defendants Hesch and Stone Concepts, LLC, will abide by that order. Discovery will begin in due course. This case can be effectively managed under the normal civil process.

WHEREFORE, Defendants Stone Concepts, LLC, and Marty Hesch respectfully request that the Plaintiff's Motion to Expedite Discovery be denied, that they be awarded their attorney's fees and costs, and that they be granted all other relief to which they are entitled.

    Respectfully submitted,

    By: Scott P. Richardson #2001208
       Dustin B. McDaniel # 99011
       **McDaniel, Wolff, & Benca PLLC**
       1307 West 4th St.
       Little Rock, AR 72201
       o 501-954-8000
       fax 866-419-1601
       dmcdaniel@mwbfirm.com
       scott@mwbfirm.com
       vward@mwbfirm.com

Attorneys for Defendants Stone Concepts, LLC, and Marty Hesch