# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**STONE WORKS, LLC**                                                               **PLAINTIFF**

**v.**

**RANDY SIMS;**                                           **Civil Action No. 4:21-CV-941-JM**
**MEGAN SIMS;**
**WILLIAM THOMAS;**
**STONE CONCEPTS, LLC;**
**MARTY HESCH;**
**EDWARD FRALEY**                                                       **DEFENDANTS**

## JOINT RULE 26(f) REPORT

The parties submit this report pursuant to Rule 26(f) of the Fed. R. Civ. P. and Local Rule 26.1.

**1. Any changes in timing, form, or requirements of mandatory disclosures under Fed. R. Civ. P. 26(a).**

None, other than the proposed date for initial disclosures.

**2. Date when mandatory disclosures were or will be made.**

The parties will make their Rule 26(a)(1) mandatory disclosures on or before January 17, 2022.

**3. Subjects on which discovery may be needed.**

The Parties anticipate discovery needed on the following subjects:

    (1)    All aspects of the allegations in Plaintiff's complaint; and

    (2)    All aspects of Defendants' denials of Plaintiff's allegations.

**4. Whether any party will likely be requested to disclose or produce information**

**from electronic or computer-based media.**

Some electronic discovery may be necessary, but it will most likely be limited to that which is in the ordinary course of business and production will be in paper format.

**5.   Date by which discovery should be completed.**   June 6, 2022.

**6.   Any needed changes in limitations imposed by the Federal Rules of Civil Procedure.**   None.

**7.   Any Orders, e.g., protective orders, which should be entered.**   It is likely that a protective order will be necessary as the parties will likely be exchanging confidential and proprietary information.

**8.   Any objections to initial disclosures on the ground that the mandatory disclosures are not appropriate in the circumstances of the action.**   None.

**9.   Any objections to the proposed trial date.** Counsel for Plaintiff has a scheduling conflict with the Court's proposed trial dates.

**10.   Proposed deadline for joining other parties and amending the pleadings.**

May 5, 2022.

**11.   Proposed deadline for completing discovery.**

June 6, 2022.

**12.   Proposed deadline for filing motions.**   The proposed deadline for filing all motions, except for motions in limine, is June 29, 2022.

    Respectfully Submitted,

*/s/ Scott P. Richardson*
Scott P. Richardson, Ark. Bar No. 2001208
McDaniel, Wolff & Benca, PLLC
1307 West Fourth Street
Little Rock, AR 72201
501-954-8000
scott@mwbfirm.com

*Attorney for Defendant Stone Concepts and Defendant Marty Hesch*

and

*/s/ Timothy J. Giattina*
Timothy J. Giattina
Hodge Calhoun Giattina, PLLC
711 W. 3rd Street
Little Rock, Arkansas 72201
Ph: 501.404.4874
Fax: 501.404.4865
tim@hcglawoffice.com
*Attorney for Plaintiff*

and

*/s/ Erin Cassinelli*
Erin Cassinelli
ABN 2005118
erin@lcarklaw.com
LASSITER & CASSINELLI
300 S. Spring St., Suite 800
Little Rock, AR 72201
(501) 370-9306
*Attorney for Plaintiff*

and

*/s/ Patrick R. James*
Patrick R. James
James House Swann & Downing P.A.
Post Office Box 3585
Little Rock, AR 72203-3585
501-372-6555
pjames@jamesandhouse.com
*Attorney for Plaintiff*

and

*/s/ Timothy Dudley*
Timothy Dudley
10201 W. Markham, Ste. 328
Little Rock, AR 72205
todudley@swbell.net
*Attorney for Defendants Sims*

and

*/s/ Jason Smith*
Jason Smith
Spencer Fane LLP
2144 E. Republic, Suite B300
Springfield, MO 65804
O:  417-888-1013
jcsmith@spencerfane.com
*Attorney for Defendant Edward Fraley*
