IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STONE WORKS, LLC            PLAINTIFF

v.            Case No. 4:21cv941 JM

RANDY SIMS, MEGAN SIMS,
WILLIAM THOMAS, STONE CONCEPTS, LLC,
MARTY HESCH, and EDWARD FRALEY            DEFENDANTS

## ORDER

Tim Dudley's motion to withdraw as counsel for separate defendants Randy Sims and Megan Sims (Doc. No. 17) is GRANTED. He is directed (1) to file a notice to the Court containing the address, email, and phone numbers for Randy and Megan Sims upon receipt of this order and (2) to mail a copy of this order to the Sims both electronically and by United States Postal Service.

As parties to this lawsuit now proceeding without the benefit of counsel (also called proceeding *pro se*), the Sims are advised that they are required to be familiar and comply with all Federal Rules of Civil Procedure as well as the Local Rules of this Court.[1]

Local Rule 5.5(c)(2) instructs parties proceeding *pro se* that it is their responsibility (1) to notify the Clerk and other parties of any change in address, (2) to monitor the progress of the case, (3) and to prosecute or defend the action diligently. *Pro se* parties should sign all pleadings and include their address and telephone number with the signature. If any communication from the Court to a pro se party that requires a response is not responded to within 30 days, the Court may impose sanctions, including striking an answer and holding a party in default.

---

[1] The Federal Rules of Civil Procedure are available in many libraries as well as online at https://www.law.cornell.edu/rules/frcp. The Local Rules can be obtained from the District Clerk for the Eastern District of Arkansas or online at www.arwd.uscourts.gov/court-info/local-rules-and-orders.

IT IS SO ORDERED this 12th day of January, 2022.

                                                       UNITED STATES DISTRICT JUDGE