**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**Central Division**

| | |
|---|---|
| STONE WORKS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:21-cv-941 |
| | ) |
| RANDY SIMS, MEGAN SIMS, WILLIAM THOMAS, STONE CONCEPTS, LLC, MARTY HESCH, and EDWARD FRALEY, | ) ) ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

      The undersigned certifies that Defendant Edward Fraley served his Initial Rule 26(a)(1) Disclosures, by electronic mail as a PDF attachment, on this 14th day of March, 2022, to the following attorneys of record:

Rickey Hicks
902 West Second St.
Little Rock, AR 72201
hickslawoffice@yahoo.com

Timothy Dudley
10201 W. Markham, Ste. 328
Little Rock, AR 72205
todudley@swbell.net
**Attorneys for Defendants Sims**

Rickey Hicks
Dustin McDaniel
Scott Richardson
McDaniel, Wolff & Benca, PLLC
1307 West Fourth St.
Little Rock, AR 72201
scott@mwbfirm.com
**Attorneys for Stone Concepts, LLC**
**And Hesch**

Erin Cassinelli
Lassiter & Cassinelli
300 S. Spring St., Suite 800
Little Rock, AR 72201
**erin@clarklaw.com**

Timothy Giattina
Hodge, Calhoun Giattina, PLLC
711 W.3rd St.
Little Rock, AR 72201
tim@hcglawoffice.com
**Attorney for Plaintiff**

  The undersigned hereby certifies further that on this 14th day of March 2022, a true and accurate copy of the foregoing instrument was mailed via U.S. Regular Mail postage prepaid to Pro Se Defendant William Thomas, 1205 Anemone Dr., North Little Rock, AR 72117. Respectfully submitted,

    Jason C. Smith AR 2006103
    SPENCER FANE LLP
    2144 E. Republic Road, Ste. B300
    Springfield, Mo. 65804
    Telephone:  417-888-1000
    Facsimile:  417-881-8035
    jcsmith@spencerfane.com

    and

    Harry E. "Bud" Cummins AR 89010
    The Law Offices of Bud Cummins
    1818 N. Taylor St. #301
    Little Rock, AR 72207
    bud@budcumminslaw.com

    **Attorneys for Defendant Edward Fraley**