IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
Central Division

| | |
|---|---|
| STONE WORKS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:21-cv-941 |
| ) | |
| RANDY SIMS, MEGAN SIMS, WILLIAM ) | |
| THOMAS, STONE CONCEPTS, LLC, MARTY ) | |
| HESCH, and EDWARD FRALEY, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT EDWARD FRALEY'S
MOTION FOR SUMMARY JUDGMENT**

Defendant Edward Fraley ("Fraley") moves for summary judgment on Count I (Conversion); Count II (Tortious Interference with Business Expectancy); Count III (Theft of Trade Secrets); Count V (Unauthorized Computer Program Access and Theft); Count VI (Unauthorized Access to Property); Count VII (Civil Conspiracy); Count IX (Violation of Arkansas Deceptive Trade Practices Act); Count XI (Unjust Enrichment); and Count XII (Punitive Damages) of Plaintiff's Complaint. ECF No. 4.  As a matter of law, Fraley is entitled to summary judgment on these claims for the following reasons:

1. As to Count I, the Court should grant summary judgment to Defendant Fraley, because Defendant Fraley did not exercise dominion over Plaintiff's property.

2. As to Count II, the Court should grant summary judgment to Defendant Fraley, because he did not intentionally interfere or cause a breach of a valid business expectancy, nor did he cause Plaintiff resulting damage.

3. As to Count III, the Court should grant summary judgment to Defendant Fraley, because the Application did not contain trade secrets and his conduct with respect to the Application did not constitute "misappropriation" under the Defend Trade Secrets Act or the Arkansas Trade Secrets Act.

4. As to Count V, the Court should grant summary judgment to Defendant Fraley, because the claims against Defendant Fraley do not concern electronic information or information involving computers and the unconverted facts establish that Defendant Fraley did not commit Theft of Property under Arkansas law, the only crime alleged in Count V that does not concern computers.

5. As to Count VI, the Court should grant summary judgment to Defendant Fraley, because Defendant Fraley did not access a nonpublic area of Plaintiff's commercial property, nor did he direct or assist the Defendant-Employees in doing so.

6. As to Count VII, the Court should grant summary judgment to Defendant Fraley, because there is no evidence to support the underlying tort claims and there is no evidence that Defendant Fraley worked with anyone to accomplish an unlawful or oppressive purpose against Plaintiff.

7. As to Count IX, the Court should grant summary judgment to Defendant Fraley, because Plaintiff is not a consumer under the ADTPA, Defendant Fraley did not engage in any deceptive or misleading consumer-oriented practice against Plaintiff, and Plaintiff has not suffered any actual financial loss attributable to Defendant Fraley.

8. As to Count XI, the Court should grant summary judgment to Defendant Fraley, because Plaintiff cannot establish that Defendant Fraley received something of value from Plaintiff for which Plaintiff should receive restitution.

9. As to Count XII, the Court should grant summary judgment to Defendant Fraley, because no reasonable jury could find grounds for awarding punitive damages against Defendant Fraley under the standard established by Ark. Code Ann. § 16-55-206.

Fraley incorporates herein by reference his contemporaneously-filed Brief in Support of Motion for Summary Judgment and Statement of Uncontroverted Material Facts.

WHEREFORE, Defendant Edward Fraley requests the Court grant him summary judgment as described herein and in his accompanying Brief, and grant Fraley such other and further relief as the Court deems just and proper.

*Respectfully submitted,*

Jason C. Smith AR 2006103
**SPENCER FANE LLP**
2144 E. Republic Road, Ste. B300
Springfield, Mo. 65804
Telephone: 417-888-1000
Facsimile: 417-881-8035
jcsmith@spencerfane.com

and

Harry E. "Bud" Cummins AR 89010
The Law Offices of Bud Cummins
1818 N. Taylor St. #301
Little Rock, AR 72207
bud@budcumminslaw.com

and

Daniel R. Carter AR 80023
JAMES & CARTER, PLC
500 Broadway, Suite 400
Little Rock, AR 72201
dcarter@jamescarterlaw.com

*Attorneys for Defendant Edward Fraley*

SPR 17754190.1

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on this 15th day of March, 2022, a true and accurate copy of the foregoing instrument was filed with the Court's electronic filing system, which sent notice of such filing to the following attorneys of record:

Rickey Hicks
902 West Second St.
Little Rock, AR 72201
hickslawoffice@yahoo.com

Timothy Dudley
10201 W. Markham, Ste. 328
Little Rock, AR 72205
todudley@swbell.net
**Attorneys for Defendants Sims**

Rickey Hicks
Dustin McDaniel
Scott Richardson
McDaniel, Wolff & Benca, PLLC
1307 West Fourth St.
Little Rock, AR 72201
scott@mwbfirm.com
**Attorneys for Stone Concepts, LLC
And Hesch**

Erin Cassinelli
Lassiter & Cassinelli
300 S. Spring St., Suite 800
Little Rock, AR 72201
**erin@lcarklaw.com**

Timothy Giattina
Hodge, Calhoun Giattina, PLLC
711 W.3rd St.
Little Rock, AR 72201
tim@hcglawoffice.com
**Attorney for Plaintiff**

  The undersigned hereby certifies further that on this 15th day of March 2022, a true and accurate copy of the foregoing instrument was mailed via U.S. Regular Mail postage prepaid to Pro Se Defendant William Thomas, 1205 Anemone Dr., North Little Rock, AR 72117.

                 Jason C. Smith

SPR 17754190.1