IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
Central Division

| | |
|---|---|
| STONE WORKS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:21-CV-00941-JM |
| ) | |
| RANDY SIMS, MEGAN SIMS; ) | |
| WILLIAM THOMAS; ) | |
| STONE CONCEPTS LLC; ) | |
| MARTY HESCH; and EDWARD FRALEY, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT OF DEFENDANT EDWARD FRALEY**

COMES NOW Plaintiff, Stone Works, LLC, by and through undersigned counsel, pursuant to Rules 6(b) and 56(d) of the Federal Rules of Civil Procedure, and moves this Court for an order to extend time to file their Response to Motion for Summary Judgment of Defendant Edward Fraley. In support hereof, Plaintiff states the following:

1. Defendant Edward Fraley filed and served electronically his Motion for Summary Judgment – with corresponding exhibits – on March 15, 2022. Defendant Fraley attached a supporting Declaration dated March 3rd, 2022, but which was not produced until March 15th, 2022.

2. Pursuant to the Federal Rules of Civil Procedure and Local Rule 7.2(b), Plaintiff's response is due on or before March 29, 2022. Plaintiff requires additional time to present facts to justify its opposition to summary judgment and to dispute Defendant Fraley's declaration.

3. As part of the parties' Rule 26(f) Conference, the parties agreed to produce mandatory disclosures by January 17, 2022. *See Report of 26(f) Planning Meeting, filed on January 10, 2022.*

4. Plaintiff was the only party to abide by the agreed upon deadline of January 17, 2022 and provide initial disclosures to other parties.

5. The Court then entered a Final Scheduling Order on January 31, 2022, ordering all discovery to be complete by June 6, 2022. All motions – including dispositive motions - are to be filed by June 29, 2022.

6. Failing to abide by the dates agreed to by the parties in the Rule 26(f) conference, Defendant Edward Fraley served initial disclosures on Plaintiff on March 14, 2022, nearly two months after the agreed upon date and less than 24 hours prior to filing his Motion for Summary Judgment, as set forth above, in a clear attempt to railroad the process of Plaintiff's ability to conduct thorough discovery.

7. The disclosures failed to include Defendant Fraley's Declaration and merely identified documents supporting his claims as "text messages" and "e-mails."  No documents were attached.  In support of his Motion for Summary Judgment Defendant Fraley produced a single text message and a single email with the remaining emails redacted.

8. As set forth and detailed in the attached Rule 56(d) Affidavit, there are numerous issues that necessitate continued discovery of which Plaintiff is entitled, some of which were created by Defendant Fraley in his own "Declaration". (*See Exhibit 1 – Rule 56(d) Affidavit of Timothy Giattina*)

9. The parties recently began exchanging written discovery and attempting to schedule depositions.  Currently, the deposition of Defendant Edward Fraley is noticed for

Friday, April 1, 2022, and the deposition of Defendant Marty Hesch is noticed for March 31, 2022.  Interrogatories and Requests for Productions of documents to Fraley and Hesch are also pending.

10. As discovery is ongoing, Counsel for Plaintiff has attempted to confer with Counsel for Defendants to obtain an extension of sixty (60) days in which to respond to Defendant's Motion for Summary Judgment. Counsel for Defendants did not agree to the requested extension.

11. As set forth above, Defendant Edward Fraley is attempting to railroad Plaintiff from conducting discovery process so as to preclude Plaintiff from fully investigating claims as more fully detailed in the accompanying Rule 56(d) Affidavit. See *Exhibit 1 – Rule 56(d) Affidavit of Timothy Giattina.*

WHEREFORE, Plaintiff respectfully requests the Court for an Order extending the time to file a Response to the Motion for Summary Judgment of Defendant Edward Fraley until May 23rd, 2022.  Such extension will not prejudice Defendant Fraley.

Respectfully submitted,

STONE WORKS, LLC

BY: */s/ Timothy J. Giattina*
Timothy J. Giattina
Hodge Calhoun Giattina, PLLC
711 W. 3rd Street
Little Rock, Arkansas 72201
Ph: 501.404.4874
Fax: 501.404.4865
tim@hcglawoffice.com
*Attorney for Plaintiff*

and

*/s/ Erin Cassinelli*

Erin Cassinelli
ABN 2005118
erin@lcarklaw.com
LASSITER & CASSINELLI
300 S. Spring St., Suite 800
Little Rock, AR 72201
(501) 370-9306
*Attorney for Plaintiff*

and

*/s/ Patrick R. James*
Patrick R. James
James, House Swann & Downing P.A.
Post Office Box 3585
Little Rock, AR 72203-3585
501-372-6555

ABN 82084
pjames@jamesandhouse.com

**CERTIFICATE OF SERVICE**

 I, Timothy J. Giattina, do hereby certify that a copy of the foregoing has been served, on the following counsel of record via electronic filing and electronic mail on this 24th day of March, 2022:

Dustin McDaniel
Scott Richardson McDaniel
Wolff & Benca, PLLC
1307 West Fourth St. Little Rock, AR 72201
scott@mwbfirm.com
*Attorneys for Stone Concepts, LLC And Marty Hesch*

Daniel R. Carter
James & Carter, PLC
500 Broadway, Suite 400 Little Rock, AR 72201
dcarter@jamescarterlaw.com
*Attorney for Defendant Edward Fraley*

Jason C. Smith
AR #2006103
2144 E. Republic Road, Suite. B300
Springfield, Missouri 65804
(417) 888-1000
(417) 881-8035 (facsimile)
jcsmith@spencerfane.com
*Attorney for Defendant Edward Fraley*

Harry E. "Bud" Cummins
AR #89010
The Law Offices of Bud Cummins
1818 N. Taylor St. #301 Little Rock, AR 72207
bud@budcumminslaw.com
*Attorney for Defendant Edward Fraley*

Via Email To Pro Se Parties Randy Sims, Megan Sims, and William Thomas

        */s/ Timothy J. Giattina*
        Timothy J. Giattina