IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
Central Division

| | |
|---|---|
| STONE WORKS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:21-cv-941 |
| ) | |
| RANDY SIMS, MEGAN SIMS, WILLIAM ) | |
| THOMAS, STONE CONCEPTS, LLC, MARTY ) | |
| HESCH, and EDWARD FRALEY, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT EDWARD FRALEY'S
### MOTION FOR PROTECTIVE ORDER

Defendant Edward Fraley ("Fraley") moves for a Protective Order pursuant to Fed. R. Civ. Pro. 26(c), for the following reasons:

1. Defendant Fraley filed his Motion for Summary Judgment on March 15, 2022. ECF Nos. 25-27.

2. On March 16, 2022, counsel for Plaintiff unilaterally – and without prior request – served a notice for Defendant Fraley's deposition to occur on April 1, 2022 in Little Rock, Arkansas. *See* notice attached as "Exhibit 1." Plaintiff noticed Defendant Fraley's deposition in Little Rock, even though he is a resident of Missouri and is a defendant in this case. See *Complaint*, ¶ 7.

3. Also on March 16, 2022, Plaintiff served its First Set of Interrogatories and Requests for Production of Documents to Defendant Fraley, which are attached hereto as "Exhibit 2." Exhibit 2 includes a number of objectionable Interrogatories and Requests for Production that will be addressed in accordance with the Federal Rules of Civil Procedure. However,

to the extent that counsel for Plaintiff will seek to obtain the same objectionable information through Defendant Fraley's deposition, the issues must be addressed in advance of the deposition via Protective Order.

4. The parties have not been able to resolve these issues themselves after a meet and confer as required by Fed. R. Civ. Pro. 26.

5. Defendant Fraley's Brief in Support of his Motion for Protective Order is being filed contemporaneously herewith and is incorporated herein by reference.

WHEREFORE, Defendant Edward Fraley requests the Court to enter a Protective Order specifying that his deposition is to take place at Spencer Fane LLP in Springfield, Missouri, and that Plaintiff's counsel and the Defendant-Employees' counsel be forbidden from inquiring at Defendant Fraley's deposition about:

1. Defendant Fraley's compensation arrangement with Centurion Stone and how much compensation he has received from Centurion;

2. Communications between Defendant Fraley and Defendants Randy Sims Megan Sims, William Thomas, and Marty Hesch that are not related to information provided by the Defendant-Employees to Defendant Fraley about Plaintiff;

3. Communications between Defendant Fraley and Centurion Stone's CEO Tim Pardue that are not related to Centurion Stone's decision to cease its relationship with Plaintiff as a Centurion Stone dealer;

4. Defendant Fraley's employment agreement with Centurion Stone;

5. Pricing information for Centurion Stone's products; and

2

SPR 17754190.1

6. Communications between Defendant Fraley and any officer, agent, or employee of Centurion Stone that are not related to Centurion Stone's decision to cease its relationship with Plaintiff as a Centurion Stone dealer; and

for such other and further relief as the Court deems just and proper.

*Respectfully submitted,*

Jason C. Smith AR 2006103
**SPENCER FANE LLP**
2144 E. Republic Road, Ste. B300
Springfield, Mo. 65804
Telephone:  417-888-1000
Facsimile:   417-881-8035
jcsmith@spencerfane.com

and

Harry E. "Bud" Cummins AR 89010
The Law Offices of Bud Cummins
1818 N. Taylor St. #301
Little Rock, AR 72207
bud@budcumminslaw.com

and

Daniel R. Carter AR 80023
**JAMES & CARTER, PLC**
500 Broadway, Suite 400
Little Rock, AR  72201
dcarter@jamescarterlaw.com

*Attorneys for Defendant Edward Fraley*

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on this 28th day of March, 2022, a true and accurate copy of the foregoing instrument was filed with the Court's electronic filing system, which sent notice of such filing to the following attorneys of record:

Rickey Hicks
902 West Second St.
Little Rock, AR 72201
hickslawoffice@yahoo.com

Timothy Dudley
10201 W. Markham, Ste. 328
Little Rock, AR 72205
todudley@swbell.net
**Attorneys for Defendants Sims**

Rickey Hicks
Dustin McDaniel
Scott Richardson
McDaniel, Wolff & Benca, PLLC
1307 West Fourth St.
Little Rock, AR 72201
scott@mwbfirm.com
**Attorneys for Stone Concepts, LLC**
**And Hesch**

Erin Cassinelli
Lassiter & Cassinelli
300 S. Spring St., Suite 800
Little Rock, AR 72201
**erin@lcarklaw.com**

Timothy Giattina
Hodge, Calhoun Giattina, PLLC
711 W.3rd St.
Little Rock, AR 72201
tim@hcglawoffice.com
**Attorney for Plaintiff**

  The undersigned hereby certifies further that on this 28th day of March 2022, a true and accurate copy of the foregoing instrument was mailed via U.S. Regular Mail postage prepaid to Pro Se Defendant William Thomas, 1205 Anemone Dr., North Little Rock, AR 72117.

                *Jason C. Smith*

SPR 17754190.1