**Exhibit 1**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| STONE WORKS, LLC, | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | ) CASE NO. 4:21-cv-941 |
| | ) |
| RANDY SIMS; MEGAN SIMS; WILLIAM THOMAS; STONE CONCEPTS, LLC; MARTY HESCH, and EDWARD FRALEY | ) ) ) |
| | ) |
| DEFENDANTS | ) |

NOTICE OF RULE 30 DEPOSITION TO EDWARD FRALEY

Notice is hereby given that Plaintiff Stone Works, LLC will take the deposition of Defendant, Edward Fraley on April 1, 2022, beginning at 9:00 a.m. at the law offices of James, House, Swann, & Downing, P.A., 801 W. Third Street, Little Rock, AR 72201.

The deposition shall be taken pursuant to Rule 30 of the Federal Rules of Civil Procedure before a duly appointed, qualified and acting Notary Public authorized to administer oaths, and shall continue from day to day, Saturdays, Sundays, and holidays excepted, until completed. The deposition will be recorded by stenographic means.

Respectfully submitted,

 /s/  Patrick R. James
Patrick R. James, ABN 82084
JAMES, HOUSE, SWANN & DOWNING, P.A.
Post Office Box 3585
Little Rock, Arkansas 72203
(501) 372-6555 – phone
Email: pjames@jamesandhouse.com

*Attorney for Plaintiff*

**Exhibit 1**

## CERTIFICATE OF SERVICE

      I, Patrick R. James, certify the foregoing was sent via electronic mail this 16th day of March, 2022 to the following counsel of record:

| | |
|---|---|
| Harry E. "Bud" Cummins<br>The Law Offices of Bud Cummins<br>1818 N. Taylor St. #301<br>Little Rock, AR 72207<br>bud@budcumminslaw.com | Rickey Hicks<br>902 W. Second St.<br>Little Rock, AR 72201<br>hickslawoffice@yahoo.com<br>*Attorney for Defendants Sims* |
| Jason C. Smith<br>Spencer Fane, LLP<br>2144 E. Republic Road, Suite. B300<br>Springfield, Missouri 65804<br>jcsmith@spencerfane.com | Dustin McDaniel<br>Scott Richardson<br>McDaniel, Wolff & Benca, PLLC<br>1307 W. Fourth St.<br>Little Rock, AR 72201<br>dmcdaniel@mwbfirm.com<br>scott@mwbfirm.com<br>*Attorneys for Stone Concepts, LLC and Hesch* |
| Daniel R. Carter<br>500 Broadway, Ste. 400<br>Little Rock, AR 72201<br>dcarter@jamescarterlaw.com<br>*Attorneys for Defendant Edward Fraley* | |

                                              /s/ Patrick R. James
                                              Patrick R. James