**Exhibit 1**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| STONE WORKS, LLC, | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| v. | ) CASE NO. 4:21-cv-941 |
| | ) |
| RANDY SIMS; MEGAN SIMS; WILLIAM THOMAS; STONE CONCEPTS, LLC; MARTY HESCH, and EDWARD FRALEY | ) |
| | ) |
| DEFENDANTS | ) |

NOTICE OF RULE 30 DEPOSITION TO EDWARD FRALEY

Notice is hereby given that Plaintiff Stone Works, LLC will take the deposition of Defendant, Edward Fraley on April 1, 2022, beginning at 9:00 a.m. at the law offices of James, House, Swann, & Downing, P.A., 801 W. Third Street, Little Rock, AR 72201.

The deposition shall be taken pursuant to Rule 30 of the Federal Rules of Civil Procedure before a duly appointed, qualified and acting Notary Public authorized to administer oaths, and shall continue from day to day, Saturdays, Sundays, and holidays excepted, until completed. The deposition will be recorded by stenographic means.

Respectfully submitted,

 /s/  Patrick R. James
Patrick R. James, ABN 82084
JAMES, HOUSE, SWANN & DOWNING, P.A.
Post Office Box 3585
Little Rock, Arkansas 72203
(501) 372-6555 – phone
Email: pjames@jamesandhouse.com

*Attorney for Plaintiff*

**Exhibit 1**

CERTIFICATE OF SERVICE

I, Patrick R. James, certify the foregoing was sent via electronic mail this 16th day of March, 2022 to the following counsel of record:

Harry E. "Bud" Cummins
The Law Offices of Bud Cummins
1818 N. Taylor St. #301
Little Rock, AR 72207
bud@budcumminslaw.com

Jason C. Smith
Spencer Fane, LLP
2144 E. Republic Road, Suite. B300
Springfield, Missouri 65804
jcsmith@spencerfane.com

Daniel R. Carter
500 Broadway, Ste. 400
Little Rock, AR 72201
dcarter@jamescarterlaw.com
*Attorneys for Defendant Edward Fraley*

Rickey Hicks
902 W. Second St.
Little Rock, AR 72201
hickslawoffice@yahoo.com
*Attorney for Defendants Sims*

Dustin McDaniel
Scott Richardson
McDaniel, Wolff & Benca, PLLC
1307 W. Fourth St.
Little Rock, AR 72201
dmcdaniel@mwbfirm.com
scott@mwbfirm.com
*Attorneys for Stone Concepts, LLC and Hesch*

  /s/ Patrick R. James
Patrick R. James