IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STONE WORKS, LLC                                                                                    PLAINTIFF

v.                                            Case No. 4:21cv941 JM

RANDY SIMS, MEGAN SIMS,
WILLIAM THOMAS, STONE CONCEPTS, LLC,
MARTY HESCH, and EDWARD FRALEY                                          DEFENDANTS

ORDER

The Court has reviewed Defendant Edward Fraley's motion for protective order (Doc. 30) and Plaintiff's response. The motion is GRANTED in part and DENIED in part. Mr. Fraley is entitled to have the deposition taken in Springfield, Missouri. Those parties and attorneys living in Little Rock are free to arrange to attend by videoconferencing. Mr. Fraley's request that the Court forbid inquiry into the topics discussed in the motion is denied, except as to questions regarding pricing information for Centurion's products.

IT IS SO ORDERED this 6th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE