IN THE UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
ARKANSAS
Central Division

STONE WORKS, LLC,

      Plaintiff,

v.                                                                                                   Case No. 4:21-cv-941

RANDY SIMS, MEGAN SIMS, WILLIAM
THOMAS, STONE CONCEPTS, LLC,
MARTY HESCH, and EDWARD FRALEY,

      Defendants.

## MOTION FOR EXTENSION OF TIME

Marty Hesch and Stone Concepts, LLC, by and through their attorneys, Scott P. Richardson, McDaniel, Wolff, & Benca, PLLC, and for their *Motion for Extension of Time*, state:

1. Defendant Marty Hesch's deposition is currently scheduled for Tuesday April 26, 2022. When the parties agreed to that date, they also agreed that Plaintiff would produce responses to Defendant Stone Concepts' Interrogatories and Requests for Production by Monday, April 11, 2022. On that date, Plaintiff produced written responses but did not produce any documents. Counsel for Plaintiff states he intends to produce some documents today (April 22, 2022). As of filing they have not arrived. Defendant has requested that the deposition be postponed a short time so that Defendant can review the documents produced and be prepared to answer questions about them. Plaintiff says no. Thus, Defendant Hesch asks the Court to postpone the

1

currently scheduled deposition for one week (or such other time as all counsel are available).

2. On February 24, 2022, Defendant Hesch served Interrogatories and Requests for Production on Plaintiff. A few weeks later, Defendant Fraley filed a Motion for Summary Judgment. This prompted Plaintiffs to request depositions to prepare their response to Fraley's Motion. Defendant Fraley agreed to an early deposition. Defendant Hesch requested a deposition date after Plaintiff's responded to Defendant's discovery so that he could be adequately prepared for the deposition. The parties agreed and set the deposition for April 26, 2022.

3. Plaintiff asked and the Court extended the time to respond to Defendant Fraley's Motion for Summary Judgment until May 27, 2022.

4. Counsel for Plaintiff contacted undersigned counsel and requested a two-week extension to respond to discovery. Undersigned counsel agreed. Making discovery responses due Monday, April 11, 2022. (The day before Defendant Fraley's deposition.)

5. On April 11, 2022, at 10:34 p.m. Plaintiff produced answers and objections to Defendant Hesch's discovery requests but did not produce any documents. Plaintiff represented that a thumb drive with documents loaded on it would be produced.

6. On April 21, 2022, undersigned counsel inquired about the status of the thumb drive and asked if Defendant Hesch's deposition could be postponed so that Defendants could have time to review documents and prepare for the deposition. Ex. 1, Emails.

7. On April 22, 2022, counsel for Plaintiff responded that they planned to produce documents today; that for reasons the production had been delayed; that they were concerned about upcoming deadlines; and that they would not agree to any change of the current deposition setting. Ex. 1.

8. Undersigned counsel responded to that email and has not received any further response as of submission of this motion.

9. Counsel for Defendant Fraley stated that they have no objection to a postponement of the deposition. Counsel is travelling from Springfield, Missouri, however, and would benefit from notice as soon as reasonable possible about this scheduling issue.

10. The tone of Plaintiff's email response notwithstanding, the parties have been working through written discovery and document production. Defendant has no dispute with Plaintiff's reason for needing additional time to produce documents. All counsel have professional and personal obligations that place demands on them in addition to the prosecution of this case.

11. If Plaintiff needs a short extension of the current pleadings amendment deadline (May 5, 2022), Defendant does not object to that request.

12. Defendant simply requests time to review said documents and adequately prepare for deposition.

Wherefore, Defendant Hesch respectfully requests a postponement of his deposition of one week to a time mutually convenient for counsel and the parties in this case, and for all other relief to which he is entitled.

                Respectfully submitted,

                Scott P. Richardson #2001208
                McDaniel, Wolff & Benca, PLLC
                1307 West 4th St.
                Little Rock, AR 72201
                501-954-8000
                scott@mwbfirm.com