### Re: Stone Works LLC v. Stone Concepts, LLC, et al.

**Scott Richardson** <scott@mwbfirm.com>
Fri 4/22/2022 9:43 AM

To: Tim Giattina <tim@hcglawoffice.com>

Cc: Dan Carter <dcarter@jamescarterlaw.com>;Erin Cassinelli <erin@lcarklaw.com>;Bud Cummins <bud@budcumminslaw.com>;pjames@jamesandhouse.com <pjames@jamesandhouse.com>;jcsmith@spencerfane.com <jcsmith@spencerfane.com>

Sorry to hear about ▓▓▓▓▓▓▓ That sounds like a difficult situation.
Apologies if my email was curt. It was not intended to be.
If you need some time on the amendment of pleadings deadline I don't think we'll have any objection to that.

I understand the rules and the timing of things. I also understand that sometimes things interfere with production of things. But also I'm not inclined to have my client sit for a deposition with a day to review documents we sent discovery requests on back in February. Happy to work they this amicably. If that's not an option just let me know.

Scott

On Apr 22, 2022, at 8:19 AM, Tim Giattina <tim@hcglawoffice.com> wrote:

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Scott – We are receipt of your email.
I have been out of town this week dealing with ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

We will be sending over a production of documents I am able to assemble as of today, but there is nothing in the rules – or the production documents – that would make your client's deposition contingent upon receiving production documents. The federal rules of civil procedure, as you are well aware, provide a mechanism by which a party can seek discovery from a party it believes it is entitled. Judging by Defendant Edward Fraley's sparse responses and improper objections, we will be forced to engage this very mechanism within the rules. This does not include unilaterally stopping your client's deposition.

Several material deadlines are approaching and will either expire or be on the verge of expiring if Hesch's deposition is moved, including summary judgment and amendment of pleadings.

Again, I would also note that Fraley's responses to Plaintiff's discovery requests are grossly inadequate and he has refused to produce substantial documentation.

The deposition of Marty Hesch will move forward as noticed.

**Ex. 1**

Finally, Scott, I am in no mood for games, and this needs to be communicated in writing at this point: please cease ex parte communicating with any court staff without copying all other attorneys or conferencing all attorneys on the phone. You did it when the case was opened in state court and you did it during the deposition of Edward Fraley. Stop employing these tactics.

Thank you,

Tim

On Thu, Apr 21, 2022 at 4:57 PM Scott Richardson <scott@mwbfirm.com> wrote:

> I have not received said thumb drive.
>
> Happy to pick one up if its in Little Rock. I'd like to push the deposition two weeks or so. That way we have an opportunity to look through the documents prior to deposition.
>
>
> Scott
>
> ---
>
> **From:** Tim Giattina <tim@hcglawoffice.com>
> **Date:** Monday, April 11, 2022 at 10:34 PM
> **To:** Tim Giattina <tim@hcglawoffice.com>
> **Cc:** Dan Carter <dcarter@jamescarterlaw.com>, Erin Cassinelli <erin@lcarklaw.com>, Bud Cummins <bud@budcumminslaw.com>, pjames@jamesandhouse.com <pjames@jamesandhouse.com>, jcsmith@spencerfane.com <jcsmith@spencerfane.com>, Scott Richardson <scott@mwbfirm.com>
> **Subject:** Re: Stone Works LLC v. Stone Concepts, LLC, et al.
>
> > **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> All – Attached please find Plaintiff's Responses to Defendant Stone Concepts' First Set of Interrogatories and Requests for Production.
>
> We will also be providing a thumb drive to your offices with responsive production documents.

> See most of you in the morning in Springfield or on Zoom.
>
> Thanks,
>
> Tim
>
> _____
>
> Timothy J. Giattina
>
> Hodge I Calhoun I Giattina PLLC
>
> 711 W. 3rd Street
>
> Little Rock, Arkansas 72201
>
> Phone - 501.404.4874
>
> Fax - 501.404.4865

--

_____
Timothy J. Giattina
Hodge I Calhoun I Giattina PLLC
711 W. 3rd Street
Little Rock, Arkansas 72201
Phone - 501.404.4874
Fax - 501.404.4865