IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
Central Division

| | |
|---|---|
| STONE WORKS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 4:21-cv-941 |
| | ) |
| RANDY SIMS, MEGAN SIMS, WILLIAM THOMAS, STONE CONCEPTS, LLC, MARTY HESCH, and EDWARD FRALEY, | ) ) ) ) |
| | ) |
| Defendants. | ) |

**MOTION FOR PROTECTIVE ORDER**

Defendants Stone Concepts, LLC and Marty Hesch ("Hesch") move for a Protective Order pursuant to Fed. R. Civ.Pro. 26(c), for the following reasons:

1. The parties have exchanged written discovery and document production and will be engaged in future discovery including depositions that will require the production of certain confidential materials.

2. The represented parties have agreed that there is a need to preserve the confidentiality of documents and things exchanged in discovery, such as financial records, proprietary and otherwise protected business records.

3. The parties have conferred and those represented by counsel have agreed to the attached protective order. They request that it be entered by the Court.

4. The *pro se* parties have been emailed a copy of the attached. Defendant William Thomas stated that he intends to retain counsel and will not agree to anything until then. The Defendants Sims have not responded or provided input to the form of the Order.

5. Attached as Exhibit A is the represented Parties proposed Protective Order.

WHEREFORE, Defendant Marty Hesch requests the Court to enter a Protective Order and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

Scott P. Richardson, #2001208
**McDaniel, Wolff & Benca, PLLC**
1307 West Fourth Street
Little Rock, AR  72201
Phone: 501-954-8000
Fax:     501-588-2104
scott@mwbfirm.com

Attorney for Defendants Marty Hesch
And Stone Concepts, LLC