UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
OFFICE OF THE CLERK
RICHARD SHEPPARD ARNOLD UNITED STATES
COURTHOUSE 600 WEST CAPITOL AVENUE,
SUITE A-149
LITTLE ROCK, ARKANSAS 72201

**Tammy H. Downs**　　　　　　　　　　　　　　　　　　　　　　　　　　　(501) 604-5351
　**Clerk**　　　　　　　　　　　April 25, 2022

Scott P. Richardson
1307 West 4th Street
Little Rock, Arkansas 772201

　　　　　Re:　　Deficient Filing #2, Answer
　　　　　　　　Case No. 4:21-cv-00941 JM, Stone Works LLC v. Sims et al

Dear Mr. Richardson:

　　The Clerk's office reviewed the above-referenced document, which was filed electronically, and found it to be deficient as follows:

　　____　Lacks an attorney's name, address, telephone number, Bar number or email address (General Order 53).

　　____　Lacks a signature block by an attorney of record (Local Rule 5.5(c)(1)).

　　____　Lacks a correct case number (Local Rule 5.5(a)).

　　____　Motion for continuance/extension of time does not contain a statement that the movant contacted the adverse party with regard to the motion (Local Rule 6.2(b)).

　　____　Motion not accompanied by a supporting brief (Local Rule 7.2(a)).

　　✓　　Corporate Disclosure Statement not filed with first appearance, pleading, petition, motion, response, or other request (F.R.Cv.P. 7.1).

　　To correct a document that has been filed, please email the corrected document in pdf format to the Clerk's office at clerksoffice@ared.uscourts.gov. **Do not refile the document.** The original document will remain on the docket, and the response time will run from the date of the original filing. Please electronically file a new supporting brief or corporate disclosure statement.

　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　　Tammy H. Downs, Clerk


　　　　　　　　　　　　　　　　　　　　　　By___J. Kornegay_____
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk