**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**OFFICE OF THE CLERK**
RICHARD SHEPPARD ARNOLD UNITED STATES
COURTHOUSE 600 WEST CAPITOL AVENUE,
SUITE A-149
LITTLE ROCK, ARKANSAS 72201

**Tammy H. Downs**                                                              (501) 604-5351
   **Clerk**
                              April 25, 2022

Timothy J. Giattina
711 W. 3rd Street
Little Rock, Arkansas 72201

Re:   Deficient Filing #4, Complaint
      Case No. 4:21-cv-00941 JM, Stone Works LLC v. Sims et al

Dear Mr. Giattina:

The Clerk's office reviewed the above-referenced document, which was filed electronically, and found it to be deficient as follows:

_____  Lacks an attorney's name, address, telephone number, Bar number or email address (General Order 53).

_____  Lacks a signature block by an attorney of record (Local Rule 5.5(c)(1)).

_____  Lacks a correct case number (Local Rule 5.5(a)).

_____  Motion for continuance/extension of time does not contain a statement that the movant contacted the adverse party with regard to the motion (Local Rule 6.2(b)).

_____  Motion not accompanied by a supporting brief (Local Rule 7.2(a)).

✓  Corporate Disclosure Statement not filed with first appearance, pleading, petition, motion, response, or other request (F.R.Cv.P. 7.1).

To correct a document that has been filed, please email the corrected document in pdf format to the Clerk's office at clerksoffice@ared.uscourts.gov. **Do not refile the document.** The original document will remain on the docket, and the response time will run from the date of the original filing.  Please electronically file a new supporting brief or corporate disclosure statement.

Sincerely,

Tammy H. Downs, Clerk

By_J. Kornegay_____
      Deputy Clerk