IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| STONE WORKS, LLC, | ) |
|         PLAINTIFF | ) |
| v. | ) CASE NO. 4:21-cv-941 |
| RANDY SIMS; MEGAN SIMS; WILLIAM THOMAS; STONE CONCEPTS, LLC; MARTY HESCH, and EDWARD FRALEY | ) |
|         DEFENDANTS | ) |

AGREED MOTION FOR CONTINUANCE

Comes Plaintiff, Stone Works, LLC, by and through its attorneys Patrick R. James with James, House, Swann & Downing, P.A., and Timothy J. Giattina, and Erin Cassinelli with Lassiter & Cassinelli; Defendants Marty Hesch and Stone Concepts, LLC, by and through their attorneys Scott Richardson and Dustin McDaniel with McDaniel, Wolff & Benca, PLLC; Defendant, Edward Fraley by and through his attorneys Jason C. Smith with Spencer Fane, LLP, Harry E. "Bud" Cummins with The Law Offices of Bud Cummins, and Daniel R. Carter with James and Carter, PLC, and for their Agreed Motion for Continuance, state:

1. All parties represented by counsel move this Court for a continuance of the trial date.

2. There are three *Pro Se* Defendants in this case, Randy Sims, Megan Sims, and William Thomas who have been sent this Motion but whose position regarding a continuance is unknown.

1

3. Presently pending before this Court is Defendant, Marty Hesch and Stone Concepts, LLC's Motion for Extension of Time filed April 22, 2022 to move the deposition of Marty Hesch. Also pending is a Motion for Protective Order filed April 23, 2022 agreed upon by the represented parties in this case (Plaintiff, Marty Hesch, Stone Concepts, LLC and Ed Fraley) but which the *Pro Se* Defendants have not commented on.

4. In connection with the filing of this Motion, Marty Hesch and Stone Concepts, LLC withdraws their Motion for Extension of Time.

5. Trial in this case is scheduled for September 12, 2022 and good cause exists for the continuance of the trial date including, but not limited to:

- As disclosed in the January 10, 2022 Joint Rule 26(f) Report, counsel for Plaintiff has a scheduling conflict with the Court's proposed trial date.
- Erin Cassinelli, lead counsel, is pregnant and has a due date around the same time period of the trial date.
- Additional time is needed for discovery.
- Plaintiff intends to amend the Complaint and add additional parties.

WHEREFORE, Plaintiff, Stone Works, LLC, Defendants, Stone Concepts, LLC and Marty Hesch, and Defendant, Edward Fraley pray that their Motion for Continuance be granted and for all other just and proper relief.

Respectfully,

Patrick R. James, ABN 82084
JAMES, HOUSE, SWANN & DOWNING, P.A.
Post Office Box 3585
Little Rock, Arkansas 72203
pjames@jamesandhouse.com

Erin Cassinelli
Timothy Giattina
Lassiter & Cassinelli
300 South Spring Street, Suite 800
Little Rock, AR 72201
erin@lcarklaw.com
tim@hcglawoffice.com

*Attorneys for Plaintiff*

Dustin McDaniel
Scott Richardson
McDaniel, Wolff & Benca, PLLC
1307 West Fourth St.
Little Rock, AR 72201
dmcdaniel@mwbfirm.com
scott@mwbfirm.com

*Attorneys for Stone Concepts, LLC and Hesch*

Jason C. Smith
Spencer Fane, LLP
2144 E. Republic Road, Suite. B300
Springfield, Missouri 65804
jcsmith@spencerfane.com

Harry E. "Bud" Cummins
The Law Offices of Bud Cummins
1818 N. Taylor St. #301
Little Rock, AR 72207
bud@budcumminslaw.com

Daniel R. Carter
James & Carter, PLC
500 Broadway, Suite 400
Little Rock, AR 72201
dcarter@jamescarterlaw.com

*Attorneys for Defendant Edward Fraley*