IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **STONE WORKS, LLC** )<br>)<br>**PLAINTIFF** )<br>)<br>v. )<br>)<br>**RANDY SIMS; MEGAN SIMS; WILLIAM** )<br>**THOMAS; STONE CONCEPTS, LLC;** )<br>**MARTY HESCH, and EDWARD FRALEY** )<br>)<br>**DEFENDANTS** ) | **CASE NO. 4:21-cv-941** |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT OF DEFENDANT EDWARD FRALEY**

COMES NOW Plaintiff, Stone Works, LLC, by and through undersigned counsel, pursuant to the Federal Rules of Civil Procedure, and for their Motion for Extension of Time to Respond to Motion for Summary Judgment of Defendant Edward Fraley, Plaintiff states the following:

1. This Court previously granted Plaintiff additional time to June 6, 2022 to respond to Defendant Fraley's Motion for Summary Judgment. Since the filing of the Motion for Summary Judgment, discovery has been ongoing, and Fraley has been deposed.

2. Plaintiff's Counsel Tim Giattina has been responsible for drafting the response to Fraley's Motion for Summary Judgment. As this Court has been informed in prior pleadings, undersigned counsel Giattina has been dealing with a family medical situation. Last week, Mr. Giattina moved his parents from Alabama to Arkansas, and moved his father to a nursing facility. As such, he requested an extension to respond to Defendant Fraley's Motion for Summary Judgment. Counsel for Defendant Fraley agreed to extend the deadline to respond until June 6, 2022. Unfortunately, late last night, undersigned counsel Giattina's father fell and was admitted to

1

the hospital. Thus, the situation is ongoing and undersigned counsel Giattina, who has been drafting the responsive pleading, is tending to his family needs at this time. Plaintiff, therefore, requests additional time to file the responsive pleading.

3.   As discovery is ongoing and trial is set in April of 2023, Plaintiff suggests there is no prejudice to any party due to this delay.

4.   Defendant Fraley's counsel has agreed to an extension of the responsive deadline to June 10, 2022.

WHEREFORE, Plaintiff respectfully requests the Court for an Order extending the time to file a Response to the Motion for Summary Judgment of Defendant Edward Fraley until June 10, 2022.

Respectfully submitted,

STONE WORKS, LLC

BY: /s/ Timothy J. Giattina
Timothy J. Giattina
tim@lcarklaw.com

/s/ Erin Cassinelli
Erin Cassinelli
erin@lcarklaw.com

LASSITER & CASSINELLI
300 S. Spring St., Suite 800
Little Rock, AR 72201
(501) 370-9306

Attorneys for Plaintiff