1                  IN  THE  UNITED  STATES  DISTRICT  COURT
                     FOR  THE  DISTRICT  OF  ARKANSAS
2                        CENTRAL  DIVISION
3
4    STONE  WORKS,  LLC,              )
                                      )
5                    Plaintiff,       )
                                      )
6    v.                               )
                                      ) No.  4:21cv941  JM
7    RANDY  SIMS,  MEGAN  SIMS,       )
     WILLIAM  THOMAS,  STONE          )
8    CONCEPTS,  LLC,  MARTY           )
     HESCH  AND  EDWARD               )
9    FRALEY,                          )
                                      )
10                   Defendants.      )
11
12
13
14            DEPOSITION  OF  EDWARD  FRALEY,  the
15   Defendant,  taken  on  behalf  of  the  Plaintiff
16   before  Jane  A.  Blackerby,  CSR  #1369,  CCR  #877,
17   pursuant  to  Notice  on  the  12th  day  of  April,
18   2022,  at  the  offices  of  Spencer  Fane,  LLP,  2144
19   E.  Republic  Road,  Suite  B300,  Springfield,
20   Missouri.
21
22
23                                    ┌─────────────┐
                                      │  **EXHIBIT** │
24                                    │      **1**    │
                                      └─────────────┘
25

                                        Page  1

```
 1              A P P E A R A N C E S
 2   FOR THE PLAINTIFF:
 3       Mr. Patrick R. James
         JAMES, HOUSE, SWANN & DOWNING, P.A.
 4       Post Office Box 3585
         Little Rock, Arkansas  72203
 5       501.372.6555
         pjames@jamesandhouse.com
 6
         Mr. Timothy Giattina
 7       HODGE, CALHOUN GIATTINA, PLLC
         711 W. 3rd Street
 8       Little Rock, Arkansas  72201
         501.404.4874
 9
         Ms. Erin Cassinelli - by Zoom
10       LASSITER & CASSINELLI
         300 S. Spring Street
11       Suite 800
         Little Rock, Arkansas  72201
12       501.370.9300
13   FOR THE DEFENDANTS RANDY SIMS AND MEGAN SIMS:
14       Ms. Megan Sims, Pro Se - by Zoom
         136 Border Circle
15       Benton, Arkansas  72015
         Megansims71@gmail.com
16
     FOR THE DEFENDANT STONE CONCEPTS, LLC AND MARTY
17   HESCH:
18       Mr. Scott Richardson - by Zoom
         Mr. Dustin McDaniel - By Zoom
19       MCDANIEL, WOLFF & BENCA, PLLC
         1307 W. Fourth Street
20       Little Rock, Arkansas  72201
         scott@mwbfirm.com
21       dmcdaniel@mwbfirm.com
22
23
24
25
```

Page  2

```
 1              A P P E A R A N C E S (Cont.)
 2    FOR THE DEFENDANT EDWARD FRALEY:
 3         Mr. Jason C. Smith
           SPENCER FANE, LLP
 4         2144 E. Republic Road
           Suite B300
 5         Springfield, Missouri  65804
           417.888.1000
 6         jcsmith@spencerfane.com
 7         Mr. Harry E. "Bud" Cummins - by Zoom
           THE LAW OFFICES OF BUD CUMMINS
 8         1818 N. Taylor Street
           #301
 9         Little Rock, Arkansas  72207
           bud@budcumminslaw.com
10
      ALSO PRESENT:
11
           Mr. Rusty Ray
12         Mr. Marty Hesch - By Zoom
           Ms. Angela Rhodes - by Zoom
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1                  I N D E X
 2   WITNESS:                              PAGE:
 3       EDWARD FRALEY
 4       Examination by Mr. James            5
 5
 6             E X H I B I T S
 7   NO.:          DESCRIPTION:            MARKED:
 8   Exhibit 10  Declaration of Edward Fraley    5
 9   Exhibit 11  Agreed Temporary Restraining
                 Order                      100
10
     Exhibit 12  Arkansas Business Magazine
11               article                    100
12   Exhibit 13  January 19th, 2010 e-mail  234
13   Exhibit 13A Highlighted map            236
14   Exhibit 14  Commercial Credit Application  255
15   Exhibit 15  Commercial Credit Application  256
16   Exhibit 16  Commercial Credit Application  258
17   Exhibit 17  Facebook post of William
                 Thomas                     261
18
     Exhibit 18  Text message               266
19
     Exhibit 19  Text message of Randy Sims  277
20
     Exhibit 20  Text message of Ed Fraley   279
21
     Exhibit 21  E-mail dated August 18, 2021  295
22
23
24   (Reporter's Note:  Exhibits were filed with the
     original transcript.)
25
```

Bushman Reporting
A Veritext Company
800-556-8974
www.veritext.com

1              (Deposition commenced at 8:30 a.m.)

2                        EDWARD FRALEY,

3     being first duly sworn, testified under oath as

4     follows:

5                        EXAMINATION

6     BY MR. JAMES:

7         Q.   Sir, would you state your name for the

8     record.

9         A.   Edward Fraley.

10        Q.   Mr. Fraley, my name is Pat James.  I

11    represent Stone Works.  We just met this morning

12    for the first time.  Is that correct?

13        A.   Correct.

14        Q.   And Tim Giattina is to my right.  You

15    have not met him before today?

16        A.   No, I have not.

17        Q.   And you know Rusty Ray.  Correct?

18        A.   Yes.  I know Rusty well.

19             (Fraley Exhibit 10 was marked for

20    identification by the reporter.)

21        Q.   (By Mr. James)  All right.  Let me hand

22    a document I'm going to label Deposition Exhibit

23    No. 10, which is labeled Declaration of Edward

24    Fraley, and ask you if you are familiar with this

25    document, sir?

Bushman Reporting          800-556-8974
A Veritext Company         www.veritext.com

1          MR. RICHARDSON:  I'm sorry to
2  interrupt, but Pat is kind of muffled.
3          MS. CASSINELLI:  Yeah, I can't hear
4  either.
5          MR. JAMES:  I'll get a little
6  closer here.  Maybe that will help.
7      Q.   (By Mr. James)  Sir, are you familiar
8  with this Declaration?
9      A.   Yes.
10     Q.   Is it true and correct?
11     A.   The best of my knowledge, yes.
12     Q.   Well, let's go to the last page where it
13  says you declare under penalty of perjury that
14  the foregoing is true and correct, and it doesn't
15  say to the best of your knowledge, does it?
16     A.   No, it does not.
17     Q.   So I want to be clear, is this true and
18  correct?
19     A.   Yes.
20     Q.   Or is it just true and correct to the
21  best of --
22     A.   Let me go through it all real quickly
23  and I'll make sure.
24     Q.   I'll tell you what.  We're going to have
25  to have some rules here, and I will try not to

                                    Page 6

```
 1    talk on top of you if you'll try not to talk on
 2    top of me.
 3         A.   That would be wonderful.
 4         Q.   Make sure I finish my question and then
 5    answer.  All right?
 6         A.   All right.
 7         Q.   And you've asked for a moment to review
 8    Exhibit 10?
 9         A.   No. 9 is the only one I see.  They're
10    pretty near all a turnkey installation, but they
11    do sell some materials.
12         Q.   Paragraph 9?
13         A.   Yes.  They do sell some, but they're
14    mostly a turnkey installer.  The rest of this
15    seems pretty correct.
16         Q.   Right.  You've reviewed Exhibit 10,
17    which is your March 3rd, 2022 Declaration filed
18    in this case, and is it true and correct?
19         A.   Yes.
20         Q.   And can we rely upon it?
21         A.   Yes.
22         Q.   Do you have firsthand knowledge,
23    personal knowledge of the items contained in this
24    declaration?
25         A.   Firsthand knowledge?
```

Page 7

1        Q.   Yes, sir.

2        A.   On everything?  I have not got -- let's

3   see.

4             MR. MCDANIEL:  Dan, I'm sorry to

5   interrupt, but you're impossible to hear, and I

6   don't know if it's just me and everybody else can

7   hear.  I'll just read the transcript, but if

8   everybody else is having the same problem, your

9   -- you have no active microphone or whatever the

10  problem is.

11            MR. SMITH:  I'm having the same

12  problem.

13            MR. JAMES:  I'm by the computer.

14  Does that help?  I'm sitting a foot from the

15  computer.

16            MS. CASSINELLI:  No, both of you --

17  yours is worse, but you're both going in and out

18  but you're pretty bad.  We can hear like one word

19  per sentence.

20            MR. JAMES:  Let's go of the record

21  and see if we can fix this.

22            (Off the record.)

23        Q.   (By Mr. James)  I think we fixed our

24  problem with the microphone.  Sir, when we took

25  the break I asked you if this was -- this

Bushman Reporting                 800-556-8974
A Veritext Company          www.veritext.com

```
 1   Declaration was based on your firsthand
 2   knowledge.  Can you review the Declaration?
 3        A.   It is.
 4        Q.   And is it based on your personal
 5   knowledge?
 6        A.   Yes.
 7        Q.   Who prepared this document?
 8        A.   Me and my attorneys.
 9        Q.   Did anybody else assist?
10        A.   No.
11        Q.   Were there any previous drafts?
12        A.   No.
13        Q.   Sit down and do it in one setting?
14        A.   I think it took maybe twice.
15        Q.   Okay.  Did you make any changes?
16        A.   Just today.
17        Q.   The Paragraph 9 that you clarified to me
18   a few moments ago?
19        A.   Yes.
20        Q.   Did you rely upon information from any
21   other person or source in making this
22   Declaration?
23        A.   No, sir.
24        Q.   Is it full and complete?
25        A.   Yes.
```

Bushman Reporting                    800-556-8974
A Veritext Company                   www.veritext.com

1    Q.    And can we rely upon it at trial?

2    A.    Correct.

3    Q.    Sir, what is your date of birth?

4    A.    4-18-50.

5    Q.    Where do you reside?

6    A.    You mean where I live?

7    Q.    Yes, sir.

8    A.    Rogersville, Missouri.

9    Q.    Wrightsville, Missouri?

10   A.    Rogersville.

11   Q.    Rogersville.  And what's that street

12   address?

13   A.    194, East Farm Road 194.

14   Q.    How long have you lived there?

15   A.    Oh, since about '95.

16   Q.    Where did you live before that?

17   A.    I lived on a little street called Logan

18   Avenue in Rogersville.

19   Q.    Same area?

20   A.    Yes.

21   Q.    How long did you live in that house?

22   A.    Since '90.

23   Q.    Do you have any other residences?

24   A.    As far as me and my son has got a place

25   on the lake, yes.

Bushman Reporting
A Veritext Company

800-556-8974
www.veritext.com

```
 1        Q.    What lake?
 2        A.    Table Rock.
 3        Q.    What's your son's name?
 4        A.    Lee.
 5        Q.    How big a place?
 6        A.    It's about a half acre.  About 12, 1500
 7   square foot house.  Rusty has been there.
 8        Q.    Any other residences that you own?
 9        A.    We got a little lodge at Ava, Missouri.
10        Q.    Lodge at where?
11        A.    Ava, Missouri.
12        Q.    What kind of lodge?
13        A.    It's just a little hunting lodge.
14        Q.    What do you hunt there?
15        A.    Turkeys, deer.
16        Q.    We don't have many turkeys down south
17   this year.  You guys got a bunch up here?
18        A.    Got several.
19        Q.    Our turkey season is only ten days.
20        A.    That's all we got here, too.
21        Q.    All right.  So what kind of lodge do you
22   have at Ava, Missouri?
23        A.    It's just a little one story lodge.
24        Q.    How many bedrooms?
25        A.    Four.
```

Page 11

```
 1         Q.    How many baths?

 2         A.    Four.

 3         Q.    Who do you own that with?

 4         A.    Me and my son.

 5         Q.    Lee Fraley?

 6         A.    Yes.

 7         Q.    Do you have any other sons?

 8         A.    No.

 9         Q.    What's Lee's age?

10         A.    Oh, lord.

11         Q.    Sorry.

12         A.    You're going to find out my mind is

13    gone.

14               THE WITNESS:  How old are you,

15    Jason?

16               MR. SMITH:  You got to answer, not

17    me.

18         A.    I'm guessing probably 40.  He was born

19    in about '79, '80.

20         Q.    (By Mr. James)  Do you have any

21    daughters?

22         A.    One.

23         Q.    What's her name?

24         A.    Michelle.

25         Q.    What's her last name?
```

Page 12

1        A.    Tracy.

2        Q.    Where does she live?

3        A.    Here in Springfield.

4        Q.    What does she do?

5        A.    She works at an inn, a bed and breakfast

6    inn.

7        Q.    Okay.  She didn't work in the business?

8        A.    No.

9        Q.    All right.  Any other children?

10       A.    No.

11       Q.    To whom are you married?

12       A.    Tricia Fraley.

13       Q.    How long have you-all been married?

14       A.    Fifty years come Monday.

15       Q.    Hope you bought a good gift.

16       A.    Not yet.

17       Q.    Other than your house at Table Rock, the

18   lodge and your residence you've described to us,

19   do you have any other residences?

20       A.    No, I do not.

21       Q.    All right.  What is your cell number?

22       A.    (417) 861-0611.

23       Q.    Who is your carrier?

24       A.    Not AT&T, but what's the other.

25       Q.    Verizon?

Bushman Reporting                    800-556-8974
A Veritext Company                   www.veritext.com

1       A.   Yes.  It's Verizon.

2       Q.   And you have it personally or through

3   work?

4       A.   It's through work.

5       Q.   Through what work is it through?

6       A.   Fraley Masonry.

7       Q.   Fraley Masonry.  What's that?

8       A.   That's my son's business.  When I left

9   there, they just kept my phone intact.

10      Q.   They keep anything else intact, health

11   insurance?

12      A.   No, no.

13      Q.   Vehicle, anything like that?

14      A.   No.

15      Q.   When did you leave there?

16      A.   It was probably about '08.

17      Q.   Why did you leave there?

18      A.   I started doing this and let him have

19   the business.

20      Q.   When you say you started doing this,

21   what do you mean?

22      A.   I was repping before that.  He was

23   running my business, and then it was getting more

24   that I could do both, so I just let him take over

25   my business.

Page 14

1    Q.   Okay.  When you say you started repping,
2  what do you mean?
3    A.   Well, with Sentina stone.  Going out and
4  finding the dealer.  I started doing that in '04
5  and '05.
6    Q.   How many have you found over the years?
7    A.   Right now?  I found a bunch.  I have
8  just got six that I work on.  I turned the rest
9  of them over about three years ago.  Got tired of
10  chasing them.
11    Q.   Who did you turn them over to?
12    A.   They're at house plant.  They went back
13  to Nashville to the plant.
14    Q.   Have you had any other cell phone number
15  than the 417, is it 861?
16    A.   Yes, sir.
17    Q.   861-0611 phone?
18    A.   I have never had another phone, no.
19    Q.   Some people carry second phones.  You
20  don't?
21    A.   No.  I do good to keep one.
22    Q.   All right.  What e-mail addresses do you
23  use?
24    A.   Edfraley@1950gmail.com.
25    Q.   @1950?

Bushman Reporting
A Veritext Company
800-556-8974
www.veritext.com

1       A.    Uh-huh.

2       Q.    Do you have a work e-mail?

3       A.    No, I don't.  That's it.  That's the

4    only e-mail I got.

5       Q.    Who pays for that?

6       A.    It just gets on this same account

7    with --

8       Q.    The phone?

9       A.    Yeah.

10      Q.    And how long have you had that?

11      A.    Probably about two or three years.

12      Q.    What e-mail did you have before that?

13      A.    I didn't have one.

14      Q.    You did not have one?

15      A.    No.

16      Q.    What is your preferred method of

17   communication with your dealers or other people

18   within the business?

19      A.    By phone.

20      Q.    I was going to ask this question, you

21   may have already answered it.  How computer

22   literate do you consider yourself?

23      A.    None.  Zero.

24      Q.    Okay.  But you do -- do you have a

25   laptop or a desktop?

```
 1         A.    No, none.  None.
 2         Q.    You don't have a computer at all?
 3         A.    No.
 4         Q.    So the only computer you have is your
 5   phone?
 6         A.    Correct.
 7         Q.    Do you have a laptop?
 8         A.    No.
 9         Q.    Tablet?
10         A.    No.  Nothing.
11         Q.    Phone?
12         A.    No.
13         Q.    What kind of phone you got?
14         A.    Just a little square, smart phone.
15         Q.    IPhone?
16         A.    Yeah.
17         Q.    Do you know what number it is, 6, 11, X?
18         A.    Probably about a 10, 11.  I don't know.
19         Q.    Okay.
20         A.    I guess I'm really illiterate on that.
21   I cannot even send you an e-mail.  I have got
22   where I can get them, but I can't send them back.
23         Q.    Do you text?
24         A.    Some, yes.
25         Q.    And do you keep those texts on your
```

Page 17

1    phone?

2         A.    Some, yes.    Some I don't.    Because my

3    grandbabies, some of them -- my grandbabies play

4    with my phone a lot and they got games on it, so

5    some of them come in a little bolder, so I clear

6    it.

7         Q.    I can get that, but your work text

8    messages?

9         A.    I try to keep most of them, yes.    But

10   something I don't.    I'm bad to delete.

11        Q.    When you say you're bad to delete, what

12   do you mean?

13        A.    I mean, I don't keep my phone cleaned

14   up.    I don't get that much text messages.

15        Q.    What would you call a lot in a day?

16        A.    Just sometimes maybe one in a week.

17        Q.    Okay.    And how many e-mails do you get

18   on average?

19        A.    Maybe one or two.

20        Q.    Do you keep those e-mails?

21        A.    No, I don't.    Are you talking -- yes, I

22   do.    I got all my e-mails.

23        Q.    Okay.    You don't delete those?

24        A.    No.    I don't know how.

25        Q.    All right.    How long do you work on an

Bushman Reporting
A Veritext Company

800-556-8974
www.veritext.com

1    average day?  How many hours?
2        A.   That depends on the day.  Sometimes I
3    might be in the truck for 24.  Sleep in a Walmart
4    parking lot for a couple hours and wake up, go
5    again.
6        Q.   When you're on the road?
7        A.   Yes.
8        Q.   How often do you go on the road?
9        A.   Not much anymore.  Used to go a lot.
10   Maybe about once a week now.  I was in Springdale
11   last week.
12       Q.   So tell me how you spend your average
13   day.
14       A.   Average day is work with my son some at
15   the office and not a lot anymore.  Play with my
16   fishing poles.
17       Q.   You say you work with your son at the
18   office?
19       A.   I just -- some, just helping him with
20   the yard in there.  Once in awhile, just get
21   bored.
22       Q.   Sure.  What office is that?
23       A.   Fraley Masonry.
24       Q.   Where is it located?
25       A.   Ozark, Missouri.

Bushman Reporting
A Veritext Company
800-556-8974
www.veritext.com

1      Q.   What's the street address?

2      A.   Biagio.

3      Q.   Biagio?

4      A.   Uh-huh.  B-i-a-g-i-o or something.

5      Q.   Does it have a number?

6      A.   99, I believe.

7      Q.   99 Biagio?

8      A.   I think that's right, yes.

9      Q.   In Ozark?

10     A.   Yes.

11     Q.   How far is that from here?

12     A.   Probably from here, about ten miles.

13     Q.   Okay.  And so when you're at the office

14 with your son, do you have an office there?

15     A.   No, I do not.

16     Q.   So where do you sit?

17     A.   Huh?

18     Q.   Where do you sit?

19     A.   They got chairs in their offices.

20     Q.   All right.

21     A.   I just sit in there.  In other words,

22 he's one of my dealers, so I correspond with him,

23 just like I would if I was going to Rusty's or

24 anywhere else.

25     Q.   Okay.  Do you do any work on other

```
 1    dealers while you're at your son's office --
 2        A.    No.
 3        Q.    -- at Fraley Masonry?
 4        A.    I do.
 5        Q.    So you just do his?
 6        A.    Yes.
 7        Q.    So how many days a week would you say on
 8    average you go to Fraley Masonry?
 9        A.    Probably a week?  Maybe twice a month.
10        Q.    Twice a month?
11        A.    Yes.
12        Q.    Who are your other dealers in your six
13    dealers?
14        A.    Okay.  It would be Jeff Leek and Justin
15    Shockley.
16        Q.    Shockley, Missouri?
17        A.    No.  They're in Springdale, Arkansas.
18    Marty Hesch, Jonesboro.
19        Q.    Tell me their companies as you go
20    through these names.
21        A.    Builder's Stone.
22        Q.    Builder's Stone?
23        A.    Builder's Stone Company.
24        Q.    Is Marty Hesch?
25        A.    No, his is Stone Concepts.
```

Bushman Reporting                    800-556-8974
A Veritext Company                   www.veritext.com

1      Q.   All right.  And Jeff?

2      A.   Jeff Leek.

3      Q.   Is what?

4      A.   Builder's Stone.

5      Q.   Okay.  Who are your others?

6      A.   Brandon Becker is in Olathe, Kansas.

7  He's Builder's Stone.

8      Q.   Brenda Becker?

9      A.   Brandon Becker.  Yes.

10     Q.   So he's tied with Builder's Stone?

11     A.   No.

12     Q.   They just have the same name?

13     A.   Correct.

14     Q.   But they're separate?

15     A.   Correct.

16     Q.   What else?

17     A.   Okay.  Then I have got Bud Paris in

18  Broken Arrow, Oklahoma, Tulsa, that area.  He's

19  fireplace.  He's a fireplace shop.

20     Q.   Fireplace shop?

21     A.   Uh-huh.

22     Q.   And what's the name of his business?

23     A.   Bud Farris Fireplace Shop.  Tulsa

24  Fireplace.

25     Q.   Okay.  Any other?

Bushman Reporting                    800-556-8974
A Veritext Company               www.veritext.com

```
 1        A.   I'm trying to think of his name.  I have
 2   got one at Mountain Home.  If I don't have a
 3   brain freeze.  Wes Unich.
 4        Q.   Wes who?
 5        A.   Unich.
 6        Q.   Can you spell that?
 7        A.   U-n-i-c-h, I believe.
 8        Q.   Wes U-n-i-c-h?
 9        A.   Unich, uh-huh.
10        Q.   Any others?
11        A.   I think that's it.
12        Q.   When did you turn the others one back?
13        A.   Oh, I had them three or four years.
14        Q.   How many did you turn back?
15        A.   Just two.
16        Q.   What two did you turn back?
17        A.   EF Materials in El Paso, Texas then I
18   turned one back many years ago in Ocala, Florida.
19   I can't even remember his name.
20        Q.   So three or four years ago you just
21   turned back EF Materials?
22        A.   That was a long run out to El Paso.
23        Q.   All right.  So why did you turn them
24   back?
25        A.   It was too far for me to go to go work
```

Bushman Reporting                    800-556-8974
A Veritext Company                  www.veritext.com

1  them.  I got tired of being on the road.

2      Q.   Have you had any other dealers other

3  than the six you've identified in the last three

4  to four years?

5      A.   As far as any more dealers, I have had

6  some come and go.  I couldn't even tell you their

7  names.

8      Q.   All right.  Well, you didn't list Stone

9  Works in there.

10     A.   Stone Works is not my dealer anymore.

11     Q.   When did they stop being your dealer?

12     A.   I guess when they got that letter.  I

13  mean, they can still buy materials, if they want.

14  I wish they would.

15     Q.   Where would they buy materials from?

16     A.   From Marty Hesch, from my son, any of my

17  dealers.  If they do a multi-family job, Rusty

18  knows, any multi-family they can go right to the

19  office and get it.

20     Q.   They can buy from Centurion?

21     A.   Yes.  Multi-family.

22     Q.   You say Rusty knows it.  What do you

23  mean?

24     A.   Well, anybody can buy multi-family.

25  That's just an open account.

1    Q.   How long has that been the case?

2    A.   Many, many years.

3    Q.   How many years?

4    A.   I don't know.  Many.

5    Q.   More than five?

6    A.   Oh, yeah.  More than I can remember.

7    Q.   What is multi-family housing?

8    A.   It's multi units, apartments complexes.

9    Q.   Why are they treated different than

10   other?

11   A.   Because that's just -- it takes big

12   special crews that travel to do multi-family, and

13   multi family's going to come in your backyard or

14   my backyard, whoever, and we just -- multi-family

15   can just move in.

16   Q.   How many trips to Arkansas have you made

17   in the last two years?

18   A.   To Arkansas?  I mean, you're talking

19   about during duck season?

20   Q.   Sure.

21   A.   I went to Stuttgart about four times.

22   Q.   When were you last in Arkansas?

23   A.   Oh, gosh, probably back in duck season,

24   November, that I can remember.

25   Q.   Duck season runs into January, doesn't

Bushman Reporting                   800-556-8974
A Veritext Company              www.veritext.com

1    it?

2        A.    I don't hunt in real cold.   It got cold

3    in January.

4        Q.    So how many times?

5        A.    In other words, I was laid up for about

6    six weeks.   I had an operation on my -- had some

7    health issues.

8        Q.    All right.   Where do you go duck

9    hunting?   Stuttgart?

10       A.    Different places.   Mostly with Marion

11   McCollum.

12       Q.    Marion who?

13       A.    Marion McCollum there at Mack's Prairie

14   Wings.

15       Q.    What's the name of his place?

16       A.    Mack's Prairie Wings.

17       Q.    Well --

18       A.    Where we hunted at?

19       Q.    Yes.

20       A.    Wellstone Lake, Red Pool.

21       Q.    Does he have a name for his club?

22       A.    No.

23       Q.    What does he have there, house or a

24   trailer?

25       A.    Yeah, he got a lodge.   It's just

Bushman Reporting
A Veritext Company

800-556-8974
www.veritext.com

1    private.

2        Q.   And he owns Mack's Prairie Wing?

3        A.   Yes.

4        Q.   How do you know him?

5        A.   Just mutual friends.  Many, many years

6    going hunting down at Stuttgart.

7        Q.   Does he ever buy any Centurion stone?

8        A.   He's got on it on his lodge, yes.  He

9    didn't buy it, but he's got it.

10        Q.   How did he get it?

11        A.   Tim Pardue give it to him.

12        Q.   When did Tim Pardue give it to him?

13        A.   Back when he built his lodge about 20

14    some years ago.

15        Q.   Who is Tim Pardue?

16        A.   He's the owner of Centurion Stone.

17        Q.   Are there any other owners?

18        A.   No.

19        Q.   How long has Mr. Pardue owned Centurion

20    Stone?

21        A.   Completely probably five years.

22        Q.   Why would Mr. Pardue -- well, let me

23    back up.  Who owned -- who was a partial owner

24    before?

25        A.   J.B. Ball.

Bushman Reporting
A Veritext Company

800-556-8974
www.veritext.com

1      Q.    And did he buy Mr. Ball out?

2      A.    Correct.

3      Q.    Were they fifty-fifty?  Do you know?

4      A.    I don't have a clue.  I don't know

5    nothing about that inside business.

6      Q.    Do you know any other owners?

7      A.    No, I really don't.

8      Q.    Why would Tim Pardue give stone to

9    Mr. McCollum?

10      A.    You have to talk to Tim Pardue.  I don't

11    know.

12      Q.    What was your understanding?

13      A.    They good friends.

14      Q.    All right.  Does Mr. Pardue have a club

15    there?

16      A.    Yes.

17      Q.    Or lodge there?  Where is his lodge?

18      A.    It's just right up the road from

19    Marion's.

20      Q.    Okay.  How big a place does Mr. Pardue

21    have?

22      A.    As far as -- fair size.  I couldn't tell

23    you the size.

24      Q.    How many bedrooms?

25      A.    Four, I believe four.  How many

Bushman Reporting                    800-556-8974
A Veritext Company                   www.veritext.com

```
 1   bedrooms, Rusty?  You were up there with me one
 2   time.
 3        Q.   He's not allowed to testify.  I'll get
 4   on him if he does.  He's not allowed to.
 5        A.   He's been there with me.
 6        Q.   How many baths?
 7        A.   Two.
 8        Q.   How many times you been there?
 9        A.   I don't know.  Several.  I done a lot of
10   work on it.
11        Q.   Does it have Centurion stone?
12        A.   Yes.
13        Q.   Does he have a name for his club?
14        A.   I think he does, but I can't think of it
15   right at the moment.
16        Q.   Does Mr. McCollum have a name for his?
17        A.   No.  He does not.  Yeah, he does.  It's
18   Sunset Lodge.
19        Q.   Sunset Lodge.  Is that Mr. McCollum's?
20        A.   Yeah.
21        Q.   All right.  How often is Mr. Pardue down
22   here based on what you've seen, known or talked
23   to?
24        A.   Down where?
25        Q.   Stuttgart, hunting at his lodge.
```

Bushman Reporting
A Veritext Company

800-556-8974
www.veritext.com

1    A.   How much is he down there?

2    Q.   Yes, sir.

3    A.   Probably 50 days out of the 60.  He

4  brings in customers.

5    Q.   And the customers go hunt there?

6    A.   Yes.

7    Q.   Does he have like contract workers that

8  will work there and like prepare meals or

9  bartenders?

10   A.   He's got a cook, yes.

11   Q.   He's got a cook?

12   A.   Uh-huh.

13   Q.   All right.  Anything else they bring in.

14  They have a bar?

15   A.   Yeah.

16   Q.   Have a big old U-shaped bar?

17   A.   Pretty good size.

18   Q.   Who waits the bar?

19   A.   Personally whoever is behind it.

20  There's no waiter.  He's got no bartender.

21   Q.   How often do you hunt with Mr. Pardue?

22   A.   Oh, three or four times a year.

23   Q.   You-all do anything else socially

24  together?

25   A.   Fish.

Bushman Reporting                800-556-8974
A Veritext Company               www.veritext.com

1       Q.    Where do you-all fish?

2       A.    Table Rock Lake.   We fished two weeks

3    ago down in Toledo Bend, the tournament.

4       Q.    Toledo Bend, where is that?

5       A.    Louisiana.

6       Q.    I take it multi-day trip?

7       A.    What?

8       Q.    Multi-day trip?

9       A.    Ys.

10      Q.    Who all went to Louisiana on this

11   fishing trip?

12      A.    Just me and Tim.

13      Q.    How many days was it?

14      A.    Five.   Five days.   We had a little club.

15   We fished from the club.

16      Q.    What club?

17      A.    It ain't a club.   It's just a group of

18   our friends from Louisiana.   We have a fishing

19   tournament.

20      Q.    What else do you-all do?  Do you own any

21   lodge or club or anything like that or a member

22   of any hunting club?

23      A.    No, no.

24      Q.    Or fishing club?

25      A.    No.

Bushman Reporting                    800-556-8974
A Veritext Company                   www.veritext.com

1     Q.   Or any --

2     A.   No.

3     Q.   All right.  What else do you do socially

4 with Mr. Pardue besides hunt and fish?

5     A.   That's about the size of it, really.

6     Q.   Have you-all gone on -- like your wives

7 gone on trips with you?

8     A.   Oh, yes.

9     Q.   Where all have you-all gone?

10     A.   We went to go to Vegas one year.  That's

11 the main thing.  We don't do a lot of trips.

12     Q.   How long ago was Vegas?

13     A.   Three years ago.  Right before the

14 Corona virus come.  That kind of shut everything

15 down.

16     Q.   And before that what other trips had you

17 taken?

18     A.   We took company trips.

19     Q.   What kind of company trips and where?

20     A.   Just islands.  I couldn't even tell you

21 where.

22     Q.   Aruba?

23     A.   Yeah, we went to Aruba.  St. Bart.

24     Q.   Any other islands?

25     A.   Well, we took cruise ship trips.  I

Bushman Reporting       800-556-8974
A Veritext Company      www.veritext.com

```
 1   couldn't tell you what all we stopped on.  It's
 2   been several years ago.
 3        Q.   And your wives go?
 4        A.   Yes.
 5        Q.   Mr. Pardue's wife go?
 6        A.   Yes.
 7        Q.   What is his wife's name?
 8        A.   Anita.
 9        Q.   Where do they live?
10        A.   Tennessee.
11        Q.   Nashville?
12        A.   Uh-huh.
13        Q.   You got to answer yes.  She can't pick
14   up uh-huh.
15        A.   Yes.  Yes.  I'm sorry.
16        Q.   And had you gone on any -- what's
17   Maxwell House?
18        A.   Maxwell House, that's a motel by the
19   plant, used to be the old plant.
20        Q.   Have there ever been conferences or
21   seminars there?
22        A.   Many years ago.
23        Q.   All right.
24        A.   I mean, many years ago.
25        Q.   Do you all have meetings with dealers
```

Page 33

1    still?

2        A.    No, not long time.

3        Q.    Not since Covid?

4        A.    No, it was way past before that.

5        Q.    All right.  Why did that quit?

6        A.    I couldn't answer.  I don't know.

7        Q.    All right.  Anything else you do

8    socially with Mr. Pardue, anything at all?

9        A.    Not that I can think of.

10       Q.    No other memberships or ownerships of

11   lodges or hunting clubs or anything like that

12   other than what you have told us.  Correct?

13       A.    Correct.

14       Q.    Has Covid affected your business?

15       A.    Yes.

16       Q.    How has it affected your business?

17       A.    People don't want you in their offices.

18   It's just everybody was nervous.

19       Q.    You don't travel as much?

20       A.    No, I haven't been.  I'm starting to get

21   back a little bit more.  People are starting to

22   get more at ease.

23       Q.    Have you had your shots?

24       A.    Oh, yes.

25       Q.    Good for you.  How was the Centurion

Page 34

1    plant affected, if at all?

2        A.   Very much affected.

3        Q.   How was it affected?

4        A.   The labor was dead.  No labor.

5        Q.   Did they shut down?

6        A.   Yes.

7        Q.   How long did they shut down?

8        A.   You're going to have to talk to someone

9    besides me.  I don't know.

10        Q.   Do you know how much their production

11   went down?

12        A.   Oh, yeah.  About 75, 80 percent, way

13   down.

14        Q.   Did their demands go down, also?

15        A.   Demands went up.

16        Q.   Demands went up?

17        A.   I don't know why, but -- and then the

18   supply went down because of the labor, but now

19   all these questions here, I can't answer them

20   fully.  You have to have Tim Pardue answer them.

21        Q.   So I would have to ask Mr. Pardue?

22        A.   When it comes to the manufacture of

23   Centurion, yes.  I'm getting into something that

24   I don't know about.

25        Q.   Did you talk to Mr. Pardue about your

Page 35

1  deposition?

2     A.   No, I have not.

3     Q.   Have you ever talked to him about this

4  lawsuit?

5     A.   Yes.  He knows all about it.

6     Q.   Tell me what conversations you've had

7  with Mr. Pardue concerning this lawsuit.

8     A.   Really not a lot of conversation with

9  him at all.  Just telling him that it's -- what's

10  happening.  Like we have deposition.  In other

11  words, I don't know how to talk about it.  I

12  don't know what's happening.

13     Q.   Well, you attended the preliminary

14  injunction.

15     A.   Yes, I did.  I told him that.

16     Q.   You told him about that?

17     A.   Yes.

18     Q.   And he knows about the preliminary

19  injunction?

20     A.   Correct, he does.

21     Q.   And have you talked to him about it in

22  person or just over the phone?

23     A.   Probably in person mostly.  I don't talk

24  business on the phone much.

25     Q.   And was Mr. Pardue here or were you-all

Bushman Reporting          800-556-8974
A Veritext Company        www.veritext.com

1    probably hunting?

2       A.    Probably hunting and fishing.

3       Q.    When is the last time you've been to the

4    factory in Nashville?

5       A.    Probably two years.

6       Q.    Because of Covid?

7       A.    Yeah.

8       Q.    If it wasn't for Covid, how often would

9    you typically go?

10      A.    I used to go at least every six months.

11      Q.    Why would you go every six months?

12      A.    To catch up on new ideas and new stone,

13   and used to take stone down there and have them

14   made to add to our collection of materials for

15   sales.

16      Q.    When did the plant starting getting back

17   on regular production?

18      A.    Oh, about five, six months.  Five or six

19   weeks ago.  Not months ago.  Weeks ago.  They

20   just now starting to catch back up.

21      Q.    Did Covid affect your compensation in

22   any way?

23      A.    Some it did, yes.

24      Q.    How did it affect it?

25      A.    Oh, it was slowed down because there

Page 37

1    wasn't no material going out.

2         Q.    And how did that affect your

3    compensation?

4         A.    I get paid by square foot, and if

5    they're not making materials, I'm not getting

6    paid.

7         Q.    How do you get paid by the square foot?

8         A.    Each dealers orders.

9         Q.    How much do you get paid a square foot?

10        A.    I get 18 cents a square foot.

11        Q.    Each dealer across the board?

12        A.    The ones I have, yes.  That's just from

13   my dealers.  That's all.  I don't get paid for

14   dealers that's not mine.  I can give you the

15   names of them.

16        Q.    Any other way it affected your

17   employment?

18        A.    As far as I couldn't go out and do any

19   contacts to build up any business.

20        Q.    Right.  Who's paying your attorney's

21   fees?

22        A.    Me.

23        Q.    Why have you got three attorneys?

24        A.    I like them.

25        Q.    They're nice people, but that's a lot of

Bushman Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1   attorneys to pay.  Why in your mind did you need

2   three attorneys?

3        A.   Why did I?

4        Q.   Yes, sir.

5        A.   Well, one of them is a personal friend

6   of mine.

7        Q.   Who is that?

8        A.   Jason.

9        Q.   Okay.

10       A.   And Bud Covin or Bud Cummins, he duck

11   hunts with us and he's helping me.

12       Q.   What about the James Law Firm?  I'm not

13   part of that James law firm, by the way.

14       A.   He's the part of Bud's deal.  We're all

15   just -- honestly, I don't know.

16       Q.   Do you have any agreement or

17   understanding that anybody would pay -- will pay

18   your attorneys' fees?

19       A.   No, sir.

20       Q.   Do you have any expectation that anybody

21   will pay your attorneys' fees?

22       A.   No, sir.

23       Q.   Do you know if there is a joint defense

24   agreement?

25       A.   Not that I know of.

Bushman Reporting                    800-556-8974
A Veritext Company                   www.veritext.com

1      Q.   Have you been on the phone since this
2   lawsuit's been filed with Randy Sims or Megan
3   Sims?
4      A.   No, I have not talked to Megan Sims.
5   Randy has called many times.
6      Q.   Why has Randy Sims called you?
7      A.   I don't even know.
8      Q.   Well, did you talk to him?
9      A.   Yes.  But I can't remember what we
10   talked about.
11      Q.   Did you talk about the lawsuit?
12      A.   No.  Never.
13      Q.   How long have you known Randy Sims?
14      A.   Since 1995.  He started working for me.
15      Q.   He started working for you.  What do you
16   mean?
17      A.   I was working for masonry, and he come
18   in as a little kid and he started helping me
19   work.  I used to have to him help, and I trained
20   Randy Sims.
21      Q.   You consider him a friend?
22      A.   Well, just social friend, yeah.  I don't
23   hang with Randy, no.
24      Q.   You hunt with him?
25      A.   No.  I don't hang at all with him.

Page 40

1       Q.    You never hunt with him?

2       A.    No.  If he called me and said he had a

3   flat tire, yes, I would try to help him, but as

4   far as me hanging with Randy, no, I don't.

5       Q.    Why not?

6       A.    I just don't.

7       Q.    Why not?

8       A.    Like I said, we're social friends.

9   We're not friends.  There's a difference.

10      Q.    What's the difference with a social

11  friend?

12      A.    In other words, you got people you deal

13  with that you don't hunt and hang with.  Just

14  like I don't -- in other words, he's just not one

15  I want to be around.

16      Q.    Why do you not want to be around him?

17      A.    That's not my kind of people.

18      Q.    Why is he not your kind of people?

19      A.    We're getting personal now and I don't

20  know how to explain this.

21      Q.    I think you do, so please do this.  I

22  know you don't want to.

23      A.    No, it ain't that.  He's just different

24  than me.  He don't -- me and him don't have the

25  same hobbies.  He hunts artifacts and I like

Page 41

1    hunting fish.

2        Q.   Is that the only reason you don't want

3    to do things with him socially?

4        A.   I guess that's good enough, yes.

5        Q.   Well, if there's any other reasons.

6        A.   I can't think of any more.

7        Q.   What about drugs?

8        A.   I don't know anything about drugs.  Now,

9    he used to be on drugs.

10       Q.   Does that affect whether you want to

11   hang with him or not?

12       A.   No, it does not.  As long it don't

13   affect me with them.

14       Q.   What drugs did you understand he was on?

15       A.   I have no idea.

16       Q.   Did you have any understanding?

17       A.   No, I didn't know anything.  I don't

18   know what he had or nothing.  I know he had a

19   little issue, and that's been many, many years

20   ago.

21       Q.   How long ago?

22       A.   Probably about the time 15, 16 years.

23       Q.   Fifteen, 16 years ago?

24       A.   He had a little trouble with them,

25   and --

Bushman Reporting
A Veritext Company
800-556-8974
www.veritext.com

1      Q.    When you say a little trouble?

2      A.    I don't have a clue.

3      Q.    Did he quit working for you?

4      A.    No.

5      Q.    You kept him on?

6      A.    He was not doing drugs on the job.

7      Q.    Was he -- did he go to rehab or miss

8   work?

9      A.    I don't have a clue there.  I don't

10  know.

11     Q.    Not that you're aware of?

12     A.    Not that I'm aware of, no.  I don't

13  know.

14     Q.    Have you talked about the lawsuit with

15  him?

16     A.    Not really, no.  I haven't.

17     Q.    Well, when you say not really, that

18  makes me think you have.

19     A.    I mean, he just more or less wanted to

20  know what it was all about, and I said Randy, I

21  don't know.  Have I sat and talked, no, I have

22  not.

23     Q.    Have you talked to Megan Sims?

24     A.    No.

25     Q.    Not at all?

Page 43

1     A.   Well, I say I talked to her once.  I

2     asked her how her daughter was doing, Paige.  I

3     haven't seen her.  When Megan used to come in I

4     said how's your daughter, granddaughter doing.

5     She said fine.  That's the end of the

6     conversation.

7         Q.   When did you talk to Megan Sims?

8         A.   Back in June.

9         Q.   What caused you-all to talk in June?

10        A.   Randy was wanting to buy stone, and I

11    told him I couldn't sell stone personally to him.

12    He would have to go through a dealer, so I

13    introduced him to Marty Sim and Marty talked to

14    him about buying stone, and William was there for

15    the meeting.  He was going to have William start

16    selling for him, and I told them both at the

17    time, I said, I don't know what Marty is going to

18    do.  I don't know how he's going to sell to you,

19    if he's going to.  I said, Randy here's the deal.

20    Whatever you do, you know all of Stone Works

21    installers.  You don't use them.  And I looked at

22    William just straight as I could.  I said, look,

23    William, you know all their builders, and I said,

24    don't contact.  If you do this, get new builders.

25    And when we went back to Jonesboro Marty said he

Page 44

1    didn't want to take a chance on selling them, so

2    that's the end of the story.

3        Q.   Okay.  You said Marty Sims.  I think

4    you --

5        A.   Marty Hesch.  William Thomas.

6        Q.   All right.  And you introduced Randy

7    Sims and William Thomas to Marty Hesch.  You got

8    to let me finish, because it will he mess up her

9    record and it's hard to do.

10       A.   I'm very sorry.

11       Q.   You introduced Randy Sims and William

12   Thomas to Marty Hesch in June of 2021.

13       A.   Correct.

14       Q.   Summer of '21.  And they -- at that time

15   they were both employees of Stone Works.

16   Correct?

17       A.   Correct.

18       Q.   And they wanted to buy stone from you?

19       A.   Yes.

20       Q.   And what did you understand they wanted

21   to buy stone from you for?

22       A.   Randy wanted to go in business for

23   himself.

24       Q.   And what about William Thomas?

25       A.   He was going to work for Randy, what I

Page 45

1   understand.  I didn't get too much involved in

2   it.

3       Q.   Were they going to continue to work at

4   Stone Works?

5       A.   What I told them then at the time, as

6   long as they was working for Stone Works, I told

7   Randy I have the same feeling towards as I did

8   when he worked for me.  If you're working for a

9   man, you give them a hundred percent of the day.

10   So don't go doing half of the day on him or half

11   on somebody else.

12       Q.   Did you take him up to meet Marty Hesch?

13       A.   No.  I was in Jonesboro when I was

14   talking with Marty and told him that Randy was

15   thinking about wanting to buy stone and asked him

16   would he would be interested, and he said he

17   would like to talk to them, and me and Marty

18   drove over to Randy's house.

19       Q.   Where was Randy's house?

20       A.   In Benton, Arkansas.

21       Q.   So you and Marty Hesch in June of 2021

22   drove from Jonesboro to Benton, Arkansas to meet

23   with Marty Sim?

24       A.   No, Randy Sims.

25       Q.   Randy Sims, excuse me.

Bushman Reporting          800-556-8974
A Veritext Company        www.veritext.com

```
 1        A.   Yes.

 2        Q.   And where did you all meet?

 3        A.   At Randy's house.

 4        Q.   And how long did you all meet?

 5        A.   Oh, about 20 minutes.

 6        Q.   You-all drove all that way and only met

 7   for 20 minutes?

 8        A.   Yes.  It don't take long for Marty to

 9   realize what he wanted to do or not.

10        Q.   And who all was present?

11        A.   William Sims was there -- or William

12   Thomas and Randy Sims, me and Marty, and Megan

13   was there for about -- she come through the

14   backyard.  We never -- we stayed in the backyard.

15   Megan went through.  That's when I talked to her

16   about her grandbabies and her daughter, and then

17   her daughter came in the driveway as we was

18   leaving.  I talked to Paige for a minute, and me

19   and Marty we left to go back to Jonesboro.

20        Q.   They never invited you in the house?

21        A.   I didn't want to go in the house.

22        Q.   Why did you not want to go in the house?

23        A.   I don't like going in people's houses.

24        Q.   You just stood in the backyard?

25        A.   Yes.
```

Bushman Reporting                    800-556-8974
A Veritext Company                  www.veritext.com

1          Q.   And you-all talked.  Obviously they knew
2     you were coming?
3          A.   Yes.
4          Q.   And you would not sell them stone, but
5     you were going to try to hook them up with Marty
6     Hesch at Stone Concepts.  Correct?
7          A.   They got to go through a dealer to buy
8     Centurion products.
9          Q.   Why do they have to go through a dealer?
10         A.   That's my philosophy.  See, yes.  I
11    could sell you stone today if I want to, but I'm
12    not going to.  Because if you got a dealer, why
13    would you want to take his money and opportunity
14    away from him.  And I try to be as loyal as I
15    could to these dealers.
16         Q.   But you had the ability if I called you
17    and said I wanted --
18         A.   If I wanted to I could probably sell you
19    stone.  I'm not going to.
20         Q.   Were there ever any times you did not --
21    you sold stone to someone other than a dealer?
22         A.   No.
23         Q.   Never in your career?
24         A.   Not that I can recall.  No.
25         Q.   Ever any time you gave stone to someone

Page  48

1  other than a dealer?

2      A.   Not that I can recall.  I haven't, no.

3      Q.   Are you aware of Tim Pardue doing that

4  or anybody else?

5      A.   Yeah, he's bad at doing that.

6      Q.   What do you mean by he's bad?

7      A.   He does.  He helps people.

8      Q.   What do you mean he helps people?

9      A.   He done that whole McCollum lodge.  He

10  give them all the stone for that.

11      Q.   Any other besides Mr. McCollum's lodge

12  at --

13      A.   Not that I'm aware of.  I don't know

14  what he done on the front of that store there at

15  Mack's.  I don't know if he give it to him or

16  sold it to him.

17      Q.   All right.  So let's talk about this

18  meeting in Randy's Sims' backyard.  Had you been

19  to his house before?

20      A.   Never.

21      Q.   How did you find it?

22      A.   He give me an address and Marty put it

23  in on his GPS.

24      Q.   Now, did you and Marty go, stop anywhere

25  on your way from Jonesboro to Benton?

Bushman Reporting          800-556-8974
A Veritext Company         www.veritext.com

1      A.   To eat, yeah.

2      Q.   Did he stop, doing any work related

3   stops?

4      A.   Not work, no.

5      Q.   Driving back from Benton?

6      A.   Driving back we just come on back.  We

7   be working in Marty's office.  He was just

8   getting moved in his new office.

9      Q.   His new office, where is his new office?

10      A.   Jonesboro.

11      Q.   And he was -- so June of 2021 he was

12   moving into a new office?

13      A.   He was getting partially moved in.

14      Q.   What's the difference between his new

15   office and old office?

16      A.   This one here got enough room now he can

17   do something.  He did have a small office where

18   he was leasing, and he owns this one now.

19      Q.   You say he's got enough room where he

20   can do something.  What do you mean?

21      A.   Inventory.

22      Q.   Oh, where he can inventory stone?

23      A.   Yeah, and Marty sells brick.

24      Q.   How much does he inventory?

25      A.   I couldn't tell you.  Probably eight,

Page 50

1  nine loads.

2      Q.   And how many yards a load?

3      A.   How many what, sir?

4      Q.   How many -- how many square feet a load?

5      A.   Oh, probably between 20,000 square feet

6  roughly, if I'm guessing.

7      Q.   Does he have any type of warehouse

8  there?

9      A.   Yes.

10      Q.   How big is his warehouse?

11      A.   I don't know.

12      Q.   And --

13      A.   I never measured it.

14      Q.   Is this what he moved into, that he can

15  only hold eight or nine loads?

16      A.   No, it's about what he carries.  He's

17  got other items in there.  Cement.  He's has a

18  complete masonry business.

19      Q.   What else does he have in there besides

20  cement?

21      A.   Wire lathe.  I couldn't really tell you

22  what all.  Rebar.  Whatever it takes to be in the

23  masonry business.

24      Q.   All right.  Let's go back to the June 21

25  meeting where you and Mr. Hesch drove down from

Bushman Reporting          800-556-8974
A Veritext Company          www.veritext.com

1    Jonesboro to meet Randy Sims in his backyard and
2    William Thomas.  Tell me what was said during the
3    course of that meeting.
4         A.   Well, we just -- I asked Randy what his
5    intentions was, and he said he wanted to buy
6    stone from Marty.  And I said, well, Randy,
7    here's the deal.  You got to talk to Marty, and
8    Marty told me he wasn't sure if he wanted to sell
9    him stone.  He had to think about it.  And on the
10   way back Marty just told me, he said he didn't
11   think he wanted to sell stone to him, and left it
12   at that.
13        Q.   Did he tell you why?
14        A.   No, he did not.  He just said he didn't
15   feel good about it, and that's all that was said.
16        Q.   Did you tell anybody at Stone Works
17   about this?
18        A.   I have not.  I haven't talked to anyone
19   at Stone Works, no.
20        Q.   But you could have easily picked up the
21   phone and called?
22        A.   I probably could, yeah.
23        Q.   Why did you not do that?
24        A.   I didn't figure it was anything I need
25   to be talking to him about.

Bushman Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1    Q.   Well, did you communicate with Randy

2  Sims or William Thomas or Megan Sims after this

3  concerning buying stone?

4    A.   No.  I have not had any contact with

5  Megan Sims whatsoever, except that one time.

6    Q.   Well, how was it communicated, if you

7  know, that Marty Hesch didn't want to sell him

8  stone?

9    A.   Well, Marty was driving back and he told

10  me he didn't want to.

11    Q.   How was it communicated to Mr. Sims from

12  or Mr. Thomas?

13    A.   I have no idea.

14    Q.   Did he say he would give them a call?

15    A.   I don't remember that.  I don't know.

16    Q.   I would think, if you drove down from

17  Jonesboro to Benton, that either they'd follow up

18  with you or you'd follow up with them?

19    A.   I figured he would follow up with Marty,

20  because I just know what Marty told me, and then

21  I just got away from it, so I don't know.

22    Q.   Why did you get away from it?

23    A.   I was busy doing other things.  I didn't

24  get involved in the sales.  I was just at

25  Jonesboro for that one day.

Page 53

1        Q.    You didn't want to set him up as a

2   dealer?

3        A.    He doesn't qualify as a dealer.

4        Q.    What takes to qualify as a dealer?

5        A.    You got to have an office, a warehouse,

6   and Rusty will tell you this.  Like I told him,

7   he's in the same place today as he was when he

8   went down there 15 years ago.

9        Q.    And where is that?

10       A.    Broke.  I told him this.  In other

11  words, he's just not qualified to be a dealer.

12  He's a good worker.

13       Q.    He's a good worker?

14       A.    Very good worker.

15       Q.    Did you ever say words to the effect

16  that you needed to keep him broke because he

17  would keep on working harder?

18       A.    Do what now, sir?

19       Q.    Keep him broke because he would work

20  harder?

21       A.    He would, but I never did tell him that,

22  no.

23       Q.    Well, at some point you're aware that

24  Randy Sims, Megan Sims and William Thomas went to

25  work at Stone Concepts.  Is that correct?

Page 54

1        A.   I heard they did.  I did not know when

2   or what.  I don't know anything much.  When they

3   hired him, I don't know.

4        Q.   When did you hear it?

5        A.   It was about the time when Marty

6   built -- done something in Alexander.  He sent a

7   picture out, and then he said he hired Randy.

8   And he told me he didn't hire William, he just

9   put William on some kind of assignment payroll.

10       Q.   Assignment payroll?

11       A.   I don't know what the deal was there.  I

12  mean, you're getting into Marty's business now.

13       Q.   Well, was Stone Concepts, Alexander

14  store was one of your dealers.  Right?

15       A.   He is now, yes.

16       Q.   And I mean, that's part of Stone

17  Concepts?

18       A.   Stone Concepts.

19       Q.   So you made money off those sales?

20       A.   I will, yes.

21       Q.   Are they not selling?

22       A.   Some, but I don't know how much.

23       Q.   Okay.

24            MR. SMITH:  We don't need to go

25  off.  Someone just joined.  I wanted to make sure

Page 55

1    you knew who had joined the Zoom.  It shows as

2    Amanda Kennedy.  I don't know who that is.

3                    MR. RICHARDSON:  That might be

4    Erin.

5                    MR. SMITH:  If they're from your

6    office, that's fine with me.  I didn't know who

7    that was.

8                    MS. CASSINELLI:  It's me.  I had to

9    switch devices.  My iPad went kaput.

10                    MR. JAMES:  Let's go off the record

11   if we're going to do that.

12                        (Recess.)

13      Q.   (By Mr. James)  Mr. Fraley, I want to

14   get an understanding of this June 2021 meeting.

15   You said you were in Jonesboro.  Did you go there

16   to meet Marty Hesch?

17      A.    Correct.

18      Q.    And was it specifically to take him down

19   and introduce him to Randy Sims?

20      A.    No, sir.

21      Q.    So you were there and it came up?

22      A.    Yeah.

23      Q.    Did Randy Sims call you?

24      A.    I called Randy and asked him.  Randy

25   called me previous, asked if I was going to bring

Bushman Reporting
A Veritext Company

800-556-8974
www.veritext.com

1    him to see Mary or let Marty introduce him, and

2    then I called him and told him if he wanted to,

3    we could be there.  I mean, it was 3:30 that next

4    morning be at home.  It was a long night for me.

5        Q.   What did you tell Marty Sims, or excuse

6    me, Marty Hesch about what Randy Sims said?

7        A.   All I told Marty Hesch was that Randy

8    Sims was a good installer, and he's wanting to go

9    in business on his own.  And that was all I said.

10       Q.   Now, business on his own?

11       A.   Yeah, doing install work.

12       Q.   So -- okay.  Doing install work?

13       A.   Correct.

14       Q.   And buying stone factory direct?

15       A.   No.

16       Q.   Buy it from Stone Concepts?

17       A.   Stone Concepts, yes.

18       Q.   Okay.  And you-all drove down there.

19   Did Marty tell you why he didn't he feel good

20   about it?

21       A.   He did not.

22       Q.   Did you surmise why he did?

23       A.   No, I didn't ask him no questions.

24   That's Marty's business.

25       Q.   And then you talked about them opening

Bushman Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1   the Alexander store.  When and how did you become

2   aware of Stone Concepts, Marty Hesch opening the

3   Alexander store?

4        A.   He sent out a text saying they was open.

5   I didn't have a clue he had been doing this yet.

6   I knew he was thinking about it, but I didn't

7   know when or where.

8        Q.   When you say you knew he was doing it,

9   you knew he was going to open a store in central

10  Arkansas?

11       A.   Yes.  I didn't know where or what time

12  or nothing.  In other words, he elaborated on

13  doing it.  He would.  I didn't know when.

14       Q.   How long had he been talking about it?

15       A.   After I found out about Troy and them's

16  situation.

17       Q.   Okay.  So it's your testimony --

18       A.   I give him first opportunity.

19       Q.   You gave him first opportunity for what?

20       A.   To fill in for central Arkansas for

21  Centurion Stone.

22       Q.   Let me be clear here.  You said after

23  you found out about Stone Works, you mean the

24  ProVia credit app?

25       A.   No, no, I knew about that before.  The

1    credit app really didn't make up my mind.  Randy
2    Sims called and told me that he was switching
3    over.
4         Q.   When did he tell you that?
5         A.   Sometime in June.  I don't have dates.
6         Q.   Okay.  Tell me about this June 2021
7    conversation with Randy Sims.  And my first
8    question is, was it before or after you and Marty
9    Hesch drove down there?
10        A.   It was before.
11        Q.   It was before?
12        A.   Randy Sims, yes.  You mean with ProVia?
13        Q.   Yes.
14        A.   It would be before, yeah, they
15   considered doing anything before.  I mean, if I
16   didn't-- in other words, right there, I'm losing
17   a friend, two friends.  Three, really.
18        Q.   The Stone Works, Troy Rhodes, Rusty Ray.
19   Why would you be losing a friend?
20        A.   I hope I don't.
21        Q.   Why would you be losing a friend?
22        A.   Because they feel like I undercut them,
23   and I'm not.
24        Q.   How are you not undercutting them?
25        A.   What do you mean, how am I not?  I'm not

Page 59

1    undercutting them.  They're going a different

2    direction.

3        Q.    So let's talk about this conversation

4    with Randy Sims in June of 2021.  As I understand

5    it, it was before you and Marty Hesch came down

6    from Jonesboro to Benton?

7        A.    Correct.

8        Q.    And Marty Hesch calls you -- or excuse

9    me.  Strike that.

10           Randy Sims calls you?

11       A.    Yes.  And said he didn't want to lay

12    ProVia Stone, and that Stone Works was switching

13    over.  So I just let it go for a week or two and

14    I talked to Marty and went from there.

15       Q.    And did that result in you -- the trip

16    from Jonesboro to Benton?

17       A.    Correct.

18       Q.    All right.  Now, when William Thomas

19    said that, did you ask anybody at Stone Works if

20    that was true?

21       A.    I did not.

22       Q.    Did you do any type of investigation to

23    determine whether it was true?

24       A.    No, I did not.  Well, I didn't have to.

25    When that -- when it was sent on e-mail that they

1    was authorized dealer, that's -- really turned my

2    head.

3        Q.    When did you see it on e-mail that they

4    were an authorized dealer?

5        A.    June 28th or 29th, somewhere in the last

6    of June.  I'm not exactly sure what day it was.

7        Q.    And what did you look at to see that?

8        A.    It was on -- William Thomas sent it to

9    me.

10       Q.    So what did William Thomas send you on

11   June 29th, 2021?

12       A.    I was thinking where they were

13   authorized dealer, and then the credit app come

14   in after that.

15       Q.    Are you talking about ProVia's website?

16       A.    Correct.

17       Q.    And so that was sent to you by William

18   Thomas?

19       A.    Yes.  Why, I could not tell you.

20       Q.    How did he send it to you?  Via e-mail?

21       A.    No, text.

22       Q.    You still have that text?

23       A.    I do.

24       Q.    All right.

25       A.    I would be very happy to get it up.

Page 61

1      Q.    Okay.  We would like that, so please
2  don't delete it.  Okay?
3      A.    Okay.
4      Q.    So what did you do when William Thomas
5  -- did it just come out of the blue when Randy
6  Sims sent you that or did you know it was coming?
7      A.    Randy Sims didn't send me nothing.
8      Q.    So who sent you the ProVia?
9      A.    William Thomas.
10      Q.    Okay.  William Thomas sent it.  How did
11  you know William Thomas?
12      A.    He was a salesman for Stone Works.  I
13  mean, I dealt with all of them.  I mean, they
14  have called me periodically through the years.
15      Q.    Did you know Williams Thomas other than
16  through Stone Works?
17      A.    No, I did not.
18      Q.    And before William Thomas sent you this
19  e-mail on June 28th or 29, 2021, did you talk to
20  either him or Randy Sims?
21            MR. SMITH:  Lacks foundation.  I
22  think he said it was a text message, not an
23  e-mail.
24      Q.    (By Mr. James)  Okay.  Let me correct
25  that.

1          MR. SMITH:   Let him re-ask it.

2      Q.   (By Mr. James)  Before receiving this

3  text on June 28th or 29th, 2021 did you talk to

4  anybody about this?

5      A.   I don't remember, no.

6      Q.   All right.  When Randy Sims called you

7  before the text was sent, sometime in June of

8  2021, did you talk to anybody about it?

9      A.   No.

10      Q.   You didn't talk to anybody at Centurion?

11      A.   I can't remember if I did.  I might have

12  told Tim Pardue, told him about switching over.

13  I believe I might have, yes.

14      Q.   Is that something you would have

15  expected you would have done?

16      A.   Correct.  I did call Tim.

17      Q.   Okay.

18      A.   Other than that, nobody else, no.

19      Q.   What do you recall about your

20  conversation with Tim Pardue in June of 2021,

21  after this first phone call from Randy Sims?

22      A.   I just called him and I said I think

23  Stone Works is going different direction with

24  ProVia, and if there is, everybody has gotta do

25  what they gotta do.

Bushman Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

1       Q.    How did you take that?

2       A.    I take it with Tim Pardue.

3       Q.    I mean, what did you understand that to

4    mean?

5       A.     It means, in other words, if they want

6    to go with ProVia there's nothing we can do to

7    change it.

8       Q.    What was wrong with them selling ProVia

9    and Centurion?

10      A.    They still can, but they cannot do it --

11   they have to buy it through another dealer.  I

12   mean, if I was ProVia, I wouldn't want to have

13   two stones.  I wouldn't want Centurion in my

14   office.

15      Q.    Well, was Stone Works Centurion or Stone

16   Works Stone Works?

17      A.    Well, they was -- Stone Works was a

18   Centurion dealer.

19      Q.    So it's your testimony --

20      A.    For example, I mean, ProVia does mostly

21   advertising in the phone books.  You know, I

22   mean, everything -- in other words, they do a lot

23   of advertising.  They're not advertising for

24   Centurion.  Centurion does advertising, not on

25   behalf of ProVia.  So if someone calls Centurion

Bushman Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1    headquarters and says I need to know your dealer

2    in Little Rock, they're not going to say that

3    that's selling three or four stones, because they

4    could be a lost cause.  It'd go to ProVia.

5         Q.    So is it your testimony that a dealer of

6    Centurion cannot sell other stone?

7         A.    They can sell natural stone.  No.  If

8    they're a dealer, they cannot, no.  Not precast

9    stone.

10        Q.    Let's agree on terminology here, because

11   I understand you, but I want to make sure the

12   record is clear.  Natural stone is what it sounds

13   like, it's real stone?

14        A.    Correct.

15        Q.    And precast or veneer stone is what

16   Centurion sells.  Correct?

17        A.    Manmade.  Manmade products.

18        Q.    Manmade or can I call it veneer?

19        A.    You can call it veneer, yes.

20        Q.    And you'll understand what I'm saying?

21        A.    Yes.

22        Q.    And so it's your testimony that your --

23   Centurion's dealers could only sell Centurion

24   veneer?

25        A.    Yes.

Bushman Reporting
A Veritext Company
800-556-8974
www.veritext.com

1      Q.    No exceptions?

2      A.    Not with me.   In my areas, no.

3      Q.    So whose decision is that, Centurion or

4   yours?

5      A.    Me and Centurion both.   We got an

6   agreement.

7      Q.    What's the agreement you have with

8   Centurion?

9      A.    The agreement is I must carry one stone

10  or I'm not going to go work area selling three

11  stones.   I'm not going to waste my time.

12     Q.    Okay.   So if you work with a dealer, you

13  want to make sure they're selling just Centurion?

14     A.    That's what I'm working for.

15     Q.    Because that's how you get compensated

16  is Centurion?

17     A.    Correct.   Correct.

18     Q.    And your agreement with Centurion Stone

19  is there won't be any dealers that sell anything

20  other than Centurion stone?

21     A.    Correct.   If they want to sell ProVia, I

22  back them a hundred percent.   I wish them well.

23     Q.    So ultimately you made the decision to

24  terminate Stone Works?

25     A.    Not a hundred percent, no.   I can never

Bushman Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

1  make a hundred percent decision.  It come from

2  Tim Pardue.

3      Q.   So tell me how that decision came about

4  and when it came about.

5      A.   Well, I just called him, told him, and

6  he said take care of it.  He said, we'll find

7  somebody else, and I talked to him, I said, Marty

8  is thinking about it.  He said Marty would be a

9  good man, so.

10      Q.   When you say Marty was thinking about

11  it?

12      A.   He never did commit about going in to

13  central Arkansas.

14      Q.   So when did you talk to Marty about

15  going into central Arkansas?

16      A.   I told him when we was driving to see

17  Randy, because he never would -- I mean, he

18  started a brand-new business, and he wasn't sure

19  what he could do.

20      Q.   Now, was the Jonesboro trip before --

21  Jonesboro to Benton trip before or after you

22  received the text from William Thomas?

23      A.   It was before.

24      Q.   Okay.  So after the trip you received

25  the text from William Thomas?

Bushman Reporting
A Veritext Company

800-556-8974
www.veritext.com

1        A.    After, yes.  That come in right the last
2    of June.
3        Q.    So at that point you didn't know what
4    was going on with Stone Works.  Correct?
5        A.    Correct.  I knew something was going on.
6    I didn't know what.  In other words, I wasn't
7    making no decisions until I fully knew.
8        Q.    What information did you have, other
9    than the one phone call from Mr. Sims?
10       A.    That's it right there then.  That's all.
11       Q.    And do you know whether Mr. Sims had
12   been talking bad to Stone Works about Centurion
13   product?
14       A.    I have no idea.  I have no idea what he
15   was talking.
16       Q.    Right.  But did you just straight up man
17   to man, these are your friends, and I guess I'm
18   being sexist when I say man to man so let me
19   rephrase that.  Did you straight up call your
20   friends at Stone Works and say, hey, I hear that
21   you may be selling ProVia Stone?
22       A.    No, I did not.
23       Q.    Why not?
24       A.    They didn't call me.
25       Q.    Well, you hadn't confirmed it?

Bushman Reporting                          800-556-8974
A Veritext Company                        www.veritext.com

1    A.    Huh?

2    Q.    You hadn't confirmed it.

3    A.    If they were considering selling, they

4    could have called me and let me know, too, so

5    that's a two-way street there.

6    Q.    Why would they call you and let you

7    know?

8    A.    Huh?  The same reason I need to call

9    them let them know.

10    Q.    Why is that?

11    A.    That's just good business.

12    Q.    Did you have an agreement with them that

13    they would not sell anything other than Centurion

14    stone?

15    A.    Everybody knows that.

16    Q.    Tell me what that agreement is that

17    everybody knows?

18    A.    I tell them up front.

19    Q.    And that's your rule?

20    A.    (Witness shakes head.)

21    Q.    You're shaking your head yes?

22    A.    Yes.  Yes.  That's my rule.  I'm sorry,

23    I need to be on the record.

24    Q.    And that's your agreement with them?

25    A.    Yes.  Everybody knows it.

Page 69

1      Q.    Because it affects your compensation?

2      A.    Yes.   And it's just -- that's not good

3   for two manufacturers to be in the same building.

4   I mean, it's just not right.

5      Q.    Do other Centurion reps, such as

6   yourself --

7      A.    I have no idea.

8      Q.    I was going to say jump off a bridge.

9   You don't know what I'm going to say.

10      A.    I know what you're going to say.   I'm

11   sorry.

12      Q.    Let me finish the question.   Do other

13   Centurion reps allow their dealers to sell other

14   products?

15      A.    I could not answer that question.

16      Q.    You haven't talked to other reps out

17   there?

18      A.    No.

19      Q.    Who are other Centurion reps that are

20   similarly situated as yourself?

21      A.    Right now they got one in Atlanta,

22   Georgia, Scott Jones, and I'm almost a hundred

23   percent sure he's going to be in my same boat,

24   and they got another one in Florida, Craig Black,

25   and I would say he's going to be in the same

Page 70

1    situation with me.  And that's the only two I

2    know.

3         Q.   Have you talked to both of them about

4    this?

5         A.   No.

6         Q.   Then how do you know they're going to be

7    in the same situation as you?

8         A.   I know how they feel towards Centurion.

9         Q.   How do you know how they feel?

10        A.   I have been with them before on trips.

11        Q.   And what do they say about how they feel

12   toward Centurion?

13        A.   It's our blood.

14        Q.   It's your blood.  What do you mean?

15        A.   We're kind of married to Centurion.  I

16   mean, that's how I make my living.

17        Q.   Does Tim Pardue listen to you?

18        A.   I don't know what you mean by listen to

19   me.

20        Q.   Well, have you ever recommended anybody

21   be a dealer that he said no?

22        A.   Yes.

23        Q.   Who?

24        A.   I'm trying to think who it was.  One

25   time a boy from Cape Girardeau.  I can't remember

Page 71

```
 1   his name.  I brought him down to the plant and he
 2   didn't think he would qualify, and I just told
 3   him they didn't make the cut.  I can't remember
 4   even who the boy was, but he was in a --
 5        Q.   How long ago was this?
 6        A.   Oh, God, this was probably 15 years ago.
 7        Q.   Other than this one incident 15 years
 8   ago, have you ever recommended a dealer to Tim
 9   Pardue --
10        A.   No.
11        Q.   -- and he said no?
12             MR. SMITH:  Make sure you let him
13   finish.  I know it's tough when you know where
14   he's going, but try to let him finish the
15   question.
16        A.   Go ahead.
17        Q.   (By Mr. James)  Other than this one
18   instance with the fellow from Cape Girardeau,
19   have you ever recommended a dealer to Tim Pardue
20   and he said no?
21        A.   No.  Not that I'm aware of, no.
22        Q.   Have you ever recommended termination of
23   a dealer to Tim Pardue and he said no?
24        A.   No.
25        Q.   How many times have you terminated
```

Page 72

1    dealers, such as Stone Works?

2        A.   I have never done another one like this

3    situation.

4        Q.   Like this situation, what do you mean?

5        A.   In other words, I had one dealer in

6    Mountain Home that stabbed me.  Alcohol got him,

7    and I had to talk to him.

8        Q.   Did you terminate him?

9        A.   Yeah.  You know what he said?

10       Q.   What did he say?

11       A.   He said been a good ride.  He said I

12   knew it was coming.

13       Q.   Because it was affecting his business?

14       A.   Yeah.  He knew it was.  His wife is the

15   one that called me.

16       Q.   What was the name of that business?

17       A.   Rockin' 8 Stone.

18       Q.   Rockin' 8?

19       A.   Yeah.  Tim Hedrick.  I was the best man

20   at his wedding.

21       Q.   Best man.  Tim was the best man?

22       A.   I was the best man at his wedding.

23       Q.   What was his name?

24       A.   Tim Hedrick.  And I just told him, I

25   said, Tim, I said -- he said Ed, I know.

Bushman Reporting        800-556-8974
A Veritext Company       www.veritext.com

1          Q.   Okay.  But between the trip from
2    Jonesboro to Benton to see Randy Sims and William
3    Thomas sending the text on June 28th or 29th, did
4    you talk to Randy Sims or William Thomas or Megan
5    Sims?
6          A.   I have never talked to Megan except that
7    one evening and ask her about her daughter.
8          Q.   So I need to take her off my question
9    list.  Right?
10         A.   Would be probably good.
11         Q.   All right.  I'm going to rely on that
12   and I'll move on past her.  So my question is
13   after this Jonesboro trip to Benton and until
14   William Thomas sent his text on June 28th or
15   29th, did you talk to Randy Sims or William
16   Thomas?
17         A.   They called me a lot, but I couldn't
18   even tell you what they called me about.
19         Q.   They're probably calling you about Stone
20   Works, dealers business?
21         A.   I can't even remember.
22         Q.   You don't have a recollection?
23         A.   No, I don't.
24         Q.   But they called you a bunch?
25         A.   Yeah.  Way too much.  As a matter of

Page 74

```
 1    fact, I finally told William just quit calling
 2    me.
 3         Q.   And then he sent you the text?
 4         A.   That was after that he called once and
 5    no more after that.
 6         Q.   I said -- right.
 7         A.   I'm sorry.
 8         Q.   No, you're good.  I'm sorry.
 9         A.   I mean, really when I got that text you
10    don't even want to know what I told William.  It
11    wasn't nice.
12         Q.   I do want to know.
13         A.   I told him it was a bunch of bullshit.
14    He could get in a lot of trouble.
15         Q.   You told that to who?
16         A.   William Thomas.
17         Q.   The text.  Wait a minute, the text on
18    the ProVia website or the credit application?
19         A.   No, the website text was -- that's open
20    to the public.
21         Q.   Okay.
22         A.   The credit app is not.
23         Q.   All right.  So let's stay on the website
24    text.  What did you do when you got --
25         A.   I was a little disappointed.
```

Page 75

1      Q.    Did you call Stone Works?

2      A.    No.  You don't call someone after

3   they've jumped the fence.

4      Q.    Why not?

5      A.    They've already jumped the fence.  I'm

6   not going to pull them back over.  They made

7   their decision, so I'm going to make mine.

8      Q.    And your decision was to terminate?

9      A.    Correct.

10     Q.    And did you talk to Tim Pardue?

11     A.    Yes.

12     Q.    And you told him what your decision was,

13  and did he agree or approve it?

14     A.    I told him what I thought he needed to

15  do.  He's the one that has to make the final

16  decision.

17     Q.    And you said everybody's got to do what

18  they gotta do?

19     A.    Yep.

20     Q.    And what did you take that to mean?

21     A.    Huh?  I took it to mean that Rusty and

22  them made the decisions to do what they had to

23  do.

24     Q.    And you were going to do what you had to

25  do?

1     A.    Correct.

2     Q.    And that was terminate him?

3     A.    Correct.

4     Q.    Do you have any complaints or criticisms

5  of the folks at Stone Works besides this instance

6  of what you contend was selling ProVia stone?

7     A.    Any what?

8     Q.    Complaints or criticisms of them.

9     A.    Of Stone Works?

10    Q.    Yes, sir.

11    A.    No, I have no complaints.

12    Q.    They were a good dealer?

13    A.    Good.  I mean, they know what their

14  potential was.  They made a good living, and I

15  hate the devil out of losing them.  Angela was --

16  she's just my friend.

17    Q.    And the sole reason they were terminated

18  as a distributorship was because of the belief or

19  understanding that they were going with ProVia?

20    A.    Correct.

21    Q.    During this period of time was Stone

22  Works -- or excuse me, strike that.  Let me start

23  over.

24          During this period of time was Centurion

25  having trouble keeping Stone Works' orders

                                        Page 77

1  current?

2     A.   At that time Centurion was having

3  trouble keeping everybody's orders together.  I

4  was getting lots of calls.  I never did receive

5  one from Stone Works.  I didn't know they had

6  trouble.

7     Q.   You didn't know they had back orders?

8     A.   No, I did not.

9     Q.   Could you tell where the production was

10 in the plant and when people could expect to get

11 product?

12    A.   I could not, no.

13    Q.   No information available on that?

14    A.   No.

15    Q.   Would you ask and say, hey --

16    A.   If someone would call me -- in other

17 words, I had Jeff Lee in Springdale called me.

18 He had that -- a builder was fixing to close a

19 house, and I called that.  I got him six skids

20 run especially so he could finish up that one

21 job, and then he had to wait for the rest, but

22 that was an exception.

23    Q.   Could you call the plant and say, hey,

24 Stone Works has an order that was supposed to be

25 filled June 3rd.  When can we expect it?

Bushman Reporting          800-556-8974
A Veritext Company         www.veritext.com

1      A.    If I knew that they was needing it, yes,

2    I could, but I did not know.

3      Q.    Who would you call?

4      A.    Who would I call?  Probably -- let me

5    think of her name.

6      Q.    Jody George?

7      A.    No, I wouldn't call Jody.  I'm trying to

8    think of her name.  She's over the customer

9    service.  She's the one that does the -- Lisa.

10     Q.    Lisa.  Do you remember her last name?

11     A.    No, I do not.

12     Q.    All right.

13     A.    In other words, she's the one over the

14   production.

15     Q.    And she could tell you when the

16   production would be done?

17     A.    Correct.

18     Q.    And this isn't a problem where we've got

19   a slow boat from China bringing product in.

20   We're talking American made here.

21     A.    American made if you got the Americans

22   working in there.  The slow boat was they was

23   having labor issues.

24     Q.    It wasn't a boat offshore?

25     A.    No, no cargo to be unloaded.  But I

Page 79

1    mean, it was just like everything.  Centurion had

2    issues.  Every stone company had issues.

3       Q.   Now, you talked about Builder's Stone

4    awhile ago.  Are they a part of Fraley Masonry?

5       A.   No.

6       Q.   Have they ever been?

7       A.   Yes.

8       Q.   When were they?

9       A.   Oh, God.  Be '08, '09.

10      Q.   And why did they no longer become a part

11   of Fraley Masonry?

12      A.   Jeff Lee and Justin Shockley are in

13   Springdale, and Jeff sold out to Justin.  In

14   other words, they made -- they all wound up -- I

15   don't really know how this all happened.  I was

16   not involved, so I mean, I'm guessing, so I don't

17   know.

18      Q.   Well, let me get your best understanding

19   what happened.

20      A.   They just made a trade.  In other words,

21   Justin was part of Fraley.  And Jeff Lee -- in

22   other words, they -- my son traded part of his

23   stuff from Fayetteville.  It's just trades.  I

24   don't know.  I don't know.

25      Q.   I understand what you're saying.

Bushman Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1        A.    I mean, I stay out of their business.

2        Q.    In your dealings with Stone Works other

3   than -- and these series of questions, or other

4   than your information about them growing with

5   ProVia.  Okay?

6        A.    Correct.

7        Q.    Did the folks at Stone Works act in good

8   faith?

9        A.    I felt they did.

10        Q.    Did they act in a commercially

11   reasonable manner?

12              MR. SMITH:  Objection, calls for a

13   legal conclusion.  You can answer if you know the

14   answer.

15        A.    Yes.

16              MR. JAMES:  Just for the record --

17              MR. RICHARDSON:  Join in that

18   objection.

19              MR. JAMES:  Just for the record,

20   though, that was two coaches in there.  Number

21   one is if you can answer.  Whatever these people

22   say if you can answer, then to answer typically

23   is I can't answer.  Number two, legal conclusion,

24   so I'm going to ask they not be suggestive.

25              MR. SMITH:  I'm trying to tell you

Bushman Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1    what the flaw is with your question, so you

2    correct it, sir.

3                    MR. JAMES:   All right.   I'm going

4    to ask that they not be suggestive.

5         Q.   (By Mr. James)   Did Stone Works do

6    anything to harm Centurion's name?

7         A.   Not that I'm aware of.

8         Q.   Did they act honestly in conducting

9    their business?

10        A.   As far as I'm concerned they did.

11        Q.   How long have you known Marty Hesch?

12        A.   Seven or eight years.

13        Q.   How did you first meet Marty Hesch?

14        A.   In Jonesboro.   Duck hunting.

15        Q.   Duck hunting?

16        A.   Yes.

17        Q.   And did he have a stone -- what business

18   did he have then?

19        A.   He was building a duck lodge in

20   Stuttgart.

21        Q.   What product was he using?

22        A.   Centurion.

23        Q.   And did you help him in opening up a

24   Centurion dealership?

25        A.   I give him opportunity.

Bushman Reporting                800-556-8974
A Veritext Company              www.veritext.com

1     Q.   And when you say give an opportunity,
2  what do you mean by that?
3     A.   In other words, if he wanted to, I asked
4  him if -- I did not have one in Jonesboro, so I
5  give him opportunity and he took it.
6     Q.   And when you say you gave him the
7  opportunity, what all did that entail?
8     A.   It entailed him to be a Centurion stone
9  dealer.
10    Q.   And what all did that entail?  What were
11  the requirements?
12    A.   Same as, just like Rusty Rhodes, you buy
13  Centurion stone.
14    Q.   Anything else?
15    A.   No.
16    Q.   But you had to have an office, you would
17  to have a warehouse?
18    A.   You got to have all that.
19    Q.   You have to have an infrastructure in
20  place?
21    A.   He had all that.
22    Q.   You have to do a credit app?
23    A.   Yeah, and you got to buy, buy a
24  truckload of stone for stock.  He went through
25  the same routine as everyone else does.

1      Q.    You have to buy a truckload of stone
2  from stock?
3      A.    Yes.   He has to carry inventory.
4      Q.    Okay.   And have at least a truckload of
5  inventory?
6      A.    Start out with, yes.
7      Q.    And how many square feet is a truckload?
8      A.    Roughly 45.   I mean, I'm thinking maybe
9  we slid a little bit slow on Rusty and them, cut
10 them back where they didn't have to get a full
11 truck.
12     Q.    And what would be the cost be on that?
13     A.    It depends.   Depends on the kind of
14 stone you get.   Roughly 15, 20,000.
15     Q.    And how much would you make off a pallet
16 or a skid?
17     A.    I make 18 cents a square foot.   Skids
18 are different.   You can figure about 80, 90 feet
19 to a skid.
20     Q.    Okay.   So let me get my -- pallet is 45.
21 A skid is 90.
22     A.    Uh-huh.
23     Q.    Is that correct?
24     A.    What, sir?
25     Q.    A pallet is 45 square feet?

Bushman Reporting                    800-556-8974
A Veritext Company                   www.veritext.com

1      A.    A pallet is roughly a hundred square --
2  90 to a hundred.   On a skid, yeah.
3      Q.    Is there a difference between a pallet
4  and a skid?
5      A.    No.
6      Q.    Okay.   Ninety to a hundred square feet
7  and how much money would you?
8      A.    Probably $18 a skid, roughly.   But that
9  was not my requirement.   That was Centurion's.
10      Q.    Centurion's requirement.   That they
11  prepurchase a skid?
12      A.    No, a truckload.
13      Q.    Okay.   What's the difference between a
14  truckload and a skid?
15      A.    About 40 pallets, 45.
16      Q.    There we go.   So your $18 a skid would
17  be times 45 on that?
18      A.    Correct.
19      Q.    All right.   Was there a requirement of
20  how often they had to buy a truckload?
21      A.    No.
22      Q.    Just buy one to start out with?
23      A.    Start out with.   That's one thing that
24  Rusty could tell you, that I did not put any
25  judgment on no one.

1        Q.   Let me ask you if I were a Centurion
2   dealer in your area and I bought Centurion stone
3   for a project, but I needed to finish the
4   project, maybe some corners or ends and I
5   couldn't get the material from Centurion, would
6   it be okay to go buy those pieces from ProVia or
7   another?
8        A.   It wouldn't match up.
9        Q.   So that would not happen?
10       A.   You would have bad looking job.
11       Q.   Okay.  So couldn't do that?
12       A.   No.
13       Q.   And you wouldn't allow it?
14       A.   It would not look good.  I wouldn't like
15   if, but the customer, that would be the one that
16   wouldn't allow it.  Be like putting a Chevy hood
17   on a Ford truck.  They don't just match up.  The
18   colors aren't the same.
19       Q.   And that's one of the things you helped
20   the dealers with is colors?
21       A.   Correct.
22       Q.   Why are colors so important?
23       A.   For looks.  I mean, this is a manmade
24   product.  You go look at a driveway, you're going
25   to see different shades in that driveway.  It may

Bushman Reporting          800-556-8974
A Veritext Company        www.veritext.com

1    be poured the same day, but the humidity changes
2    cement.  So it's just -- it's a technical thing
3    keeping the color properly tuned in your stone.
4         Q.   Does it fade?
5         A.   Some.  Sunshine will fade anything.
6         Q.   What other requirements were there to be
7    a dealer?
8         A.   That's about -- you named them all.
9         Q.   Now, they had to fill out a credit app?
10        A.   Yes.
11        Q.   And would they have to agree to pay for
12   the stone that they purchased?
13        A.   Yeah.  You got a 30 day pay period.  You
14   got 25 days.  If you paid, you get a 10 percent
15   discount, 25/10.
16        Q.   Tell me what 25/10 means?
17        A.   That means if you pay within 25 days,
18   you get 10 percent off your invoice.
19        Q.   Well, what if you paid in 30 days?
20        A.   It depends on.  Me and Angela have
21   worked that out where she's got her 10 percent.
22        Q.   Okay.  But not past 30 days?
23        A.   I mean, we went past a few times.
24        Q.   Can you do that with other dealers?
25        A.   No.

Bushman Reporting                    800-556-8974
A Veritext Company                www.veritext.com

```
 1        Q.   Stone Works is the only one you did it
 2   for?
 3        A.   Yes.
 4        Q.   How many times did you do that for
 5   Angela?
 6        A.   Maybe just one.
 7             MR. SMITH:  Hold on just a second.
 8             MR. JAMES:  Let's go off the record
 9   for a second.  We're having trouble with Zoom.
10             (Off the record.)
11        Q.   (By Mr. James)  Did you have anything to
12   do with Randy Sims going to work at Stone Works?
13        A.   Yes.
14        Q.   Tell me what you had to do with that.
15        A.   Well, when we first started, when Stone
16   Works started up, they were pretty illiterate.
17   They knew nothing about stone.  I think I'm
18   telling it right.  And I had Randy Sims that he
19   was going to go down and help for a couple weeks,
20   and I guess he loved the area and he talked to
21   Rusty and stayed there.  He was an employee of
22   mine at the time.
23        Q.   That's my next question.  He was working
24   for you, and he went down.  And did you express
25   any concerns to the folks at Stone Works
```

Page 88

1   regarding Mr. Sims?

2       A.   No, I did not.

3       Q.   Did you tell them he had had a drug

4   history?

5       A.   I did not.  I didn't really know he had

6   that much of a drug history until Angela.  Angela

7   is the one that really brought it to me.

8       Q.   Do you have any complaints or criticisms

9   of Randy Sims?

10      A.   No.  I have no complaints, no.

11      Q.   Megan Sims?

12      A.   No.  I have never really been around

13  Megan Sims.

14      Q.   William Thomas?

15      A.   I never really been around William

16  enough to know him.  If he walked in the room I

17  probably wouldn't recognize him.

18      Q.   Do you have any complaints or criticisms

19  of Marty Hesch?

20      A.   No.

21      Q.   Who all have you talked to about this

22  case besides Tim Pardue and your counsel?

23      A.   That's about the size of it.

24      Q.   Talked to your wife?

25      A.   Very little.  I try to keep her.

1     Q.   You talk to hunting buddies?

2     A.   No.  I keep it real personal.  This is

3  between me and whoever.  It's not a friend thing.

4  It's nothing to be proud of.

5     Q.   In the -- when did you actually notify

6  Stone Works you were terminating them as a

7  dealer?

8     A.   Mid-August.

9     Q.   In the weeks leading up to that did you

10  quit taking their calls?

11     A.   I never got any calls, except one time.

12  Angela tried to call me one evening, and I was at

13  my hunting lodge and I had very bad service.

14     Q.   How long a period of time was it when

15  the decision was made to terminate Stone Works

16  and they were notified that they were being

17  terminated?

18     A.   I let it run probably a week and a half

19  or two weeks because I was dreading making that

20  call.

21     Q.   Did you also want to make sure you

22  had --

23     A.   I want to make sure it's perfectly

24  legit.

25     Q.   Let me finish my question.

1      A.    I'm sorry.

2      Q.    Did you also want to make sure that you

3   had another dealer to go into that area?

4      A.    No.   I was not concerned about that at

5   the time.   I mean, to start with we was having

6   enough trouble getting materials, so.

7      Q.    Was the Alexander -- were you aware of

8   the Stone Concepts Alexander store before the

9   decision was made to terminate Stone Works?

10     A.    No.

11     Q.    It would have been after that is your

12  testimony.   Is that correct?

13     A.    Yes, it is.   I didn't know anything

14  about it until he sent a text out one day with a

15  picture on it.

16     Q.    How many times have you been to the

17  Alexander store?

18     A.    Zero.

19     Q.    Never been to it?

20     A.    No.

21     Q.    You ever seen pictures of it?

22     A.    One.

23     Q.    Where did you see the picture?

24     A.    He sent -- that's when I first knew he

25  had one.   He sent the picture out.

Bushman Reporting          800-556-8974
A Veritext Company         www.veritext.com

1    Q.   He didn't need your permission to open

2  the Alexander store?

3    A.   He had permission.

4    Q.   What permission did he have?

5    A.   To go in central Arkansas.  It didn't

6  have to be Alexander.  Could be Conway, could

7  have been Hot Springs.  It was his decision where

8  to go.

9    Q.   And what was Stone Works' territory?

10   A.   Well, I never really did iron it out.

11 Mostly from Conway to Hot Springs, Cabot, in that

12 area.

13   Q.   Central Arkansas?

14   A.   Central Arkansas.

15   Q.   Were there ever any issues with him

16 selling outside their territory?

17   A.   I mean, I have had a call one time, but

18 it's a legit call.  They were not doing anything

19 wrong.  G.F. Lee called me from Springdale and

20 said Stone Works was doing a project in their

21 area, and it was a builder from Little Rock that

22 they followed their builder.

23   Q.   Who was the builder?

24   A.   I don't have a clue.  I don't really

25 know their names.

Bushman Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1      Q.    And that was okay?

2      A.    Yeah.  You can go follow your builder,

3  yes.

4      Q.    And did Stone Works also have Saline

5  County and the area around there?

6      A.    Saline, I'm not familiar.

7      Q.    Benton?

8      A.    That would be the Hot Springs area, yes,

9  uh-huh.

10     Q.    All right.  And were there ever any

11 problems with anybody else selling in their

12 territory?

13     A.    I'm not sure.

14     Q.    Do you recall any problems or issues

15 with that?

16     A.    Oh, you mean with Stone Works selling

17 their -- somebody's territory?

18     Q.    Yes, sir.

19     A.    No, not that I'm aware of.  No.

20     Q.    Prior to Stone Works -- notifying Stone

21 Works they were being terminated as a dealer, was

22 production at the factory at Centurion made

23 aware?

24     A.    Rephrase that, please.

25     Q.    Sure.  I would be happy to.  Prior to

Bushman Reporting                    800-556-8974
A Veritext Company                   www.veritext.com

1    Stone Works being informed they were being
2    terminated as a dealer of Centurion, did their
3    orders stopped being filled?
4        A.   I don't have a clue there.  They
5    shouldn't have been.  Not prior.
6        Q.   They should have continued?
7        A.   Yes.
8        Q.   As contracted?
9        A.   Correct.  I wouldn't know why.  I
10   wouldn't see an issue in there.
11       Q.   I might have asked you and if I did I
12   apologize.  I did, so I'll move on with that one.
13            Did you seek advice of counsel before
14   you terminated Stone Works?
15       A.   Counsel, Tim Pardue is my counsel, yes.
16   That is the only counsel.
17       Q.   You didn't talk to an attorney?
18       A.   Well, yes.  Their attorney.
19       Q.   Who is their attorney?
20       A.   John Enkema.
21       Q.   Spell that last name?
22       A.   I can't.
23       Q.   E-n or i-n?
24       A.   E-n.  I'm not sure how to spell it.
25       Q.   Have you talked to Mr. Enkema about this

Page 94

1    lawsuit?

2         A.   Very little, but some.

3         Q.   Does he represent you?

4         A.   No.  I mean, he represents to a point.

5    Jason talked to him some, but I don't.

6         Q.   Jason?

7         A.   Right here.

8         Q.   Jason Smith.  Okay.  And what

9    conversation did you have with Mr. Enkema

10   concerning this lawsuit?

11        A.   When I got it I took the copies down

12   there, and he's the one that explained it to me.

13   I didn't have a clue.

14        Q.   What did he tell you?

15        A.   Well, at the time he told me I couldn't

16   work for five days.

17        Q.   Why could you not work for five days?

18        A.   Because I think that was an injunction

19   or something is what he told me.  I don't know.

20        Q.   Okay.  What is Tim Pardue's cell number?

21        A.   I don't have a clue.

22        Q.   Is it on your phone?

23        A.   I have not got my phone.

24        Q.   Where is your phone?

25        A.   It's at home.

Bushman Reporting
A Veritext Company

800-556-8974
www.veritext.com

1      Q.    Were you told not to bring your phone?

2      A.    No.  I didn't want to bring it.  I

3   didn't want an disturbance.

4      Q.    It's got an on/off switch.  Right?

5      A.    Do what, sir?

6      Q.    It's got an on/off switch.  Right?

7      A.    I don't know if it does or not.  That's

8   how much I am on the phone.

9      Q.    How often do you head out from home and

10  don't bring your cell with you?

11     A.    Several, if I can.  If I'm going in a

12  meeting or something, I won't take a phone.

13     Q.    And you don't know Tim Pardue's cell

14  phone number?

15     A.    Not off the top of my head, no, I don't.

16     Q.    All right.  What do you know about Randy

17  Sims, Megan Sims and William Thomas leaving Stone

18  Concepts?

19     A.    I don't know anything about it.

20     Q.    That's outside your area of knowledge?

21     A.    Yes.

22     Q.    You gone on any trips with Randy Sims or

23  Megan Sims?

24     A.    No.

25     Q.    Do anything social with them?

Bushman Reporting          800-556-8974
A Veritext Company        www.veritext.com

1      A.   No.

2      Q.   Hunting, fishing?

3      A.   No.

4      Q.   Now, Centurion would have distributor

5   trips.  Is that correct?

6      A.   They used to, yes.  They did.

7      Q.   And what was the purpose of those trips?

8      A.   Incentive trip.

9      Q.   I'm sorry?

10      A.   Incentive trips.

11      Q.   Was it also to keep them up to date with

12   Centurion, what was going on?

13      A.   Yeah.

14      Q.   What the requirements were?

15      A.   Yes.

16      Q.   Would they ever at these meetings

17   discuss territories and honoring another dealers'

18   territories?

19      A.   No, sir.

20      Q.   Not that you recall?

21      A.   No.  It was mostly just color changes

22   and different things.

23      Q.   Who is Blake Almond?

24      A.   Who?

25      Q.   Blake Almond, A-l-m-o-n-d.

Bushman Reporting
A Veritext Company

800-556-8974
www.veritext.com

1        A.   Blake Almond.  That may be -- Marty
2   Hesch has got a man that works for him named
3   Blake, but I don't know his last name.
4        Q.   Where does Blake work?
5        A.   If it's the one I'm thinking of, he
6   works for Stone Works.  Or not Stone Works, but
7   Stone Concepts.
8        Q.   Physically where does he work?
9        A.   He's in sales.
10       Q.   Does he work in Jonesboro or Alexander?
11       A.   I don't know who's in Alexander.  I have
12   never been there, so it has to be Jonesboro.
13       Q.   What did you do to prepare for your
14   deposition today?
15       A.   Got up this morning and I was hoping
16   everything would go smooth.
17       Q.   Did you speak with your counsel
18   beforehand?
19       A.   Some, yes.
20       Q.   I'm not allowed to get into what you-all
21   talked about, but I am allowed to know how long
22   you-all met, so how long did you meet?
23       A.   Fifteen, 20 minutes.
24       Q.   Did you look at any records or
25   documents?

Page 98

1      A.   I think you gave me one.

2      Q.   Gave you your declaration.

3      A.   Yes.

4      Q.   Any other documents?

5      A.   No.  I'm trying to think.  I had the one

6  that had the different things.  I'm trying to

7  think what it was.  I'm trying -- yeah.

8      Q.   Okay.  You got some in your pocket.

9  Probably give your attorney a heart attack.

10          MR. SMITH:  Amen to that.

11      A.   This right here.

12      Q.   (By Mr. James)  May I see that?

13      A.   No.

14          THE WITNESS:  Can he see it, Jason?

15          MR. SMITH:  Let's go of the record.

16          (Off the record.)

17          MR. SMITH:  Mr. Fraley had in his

18  coat pocket Plaintiff's Response to Defendant' --

19  Defendant Fraley's Motion For Protective Order

20  and Incorporated Brief.  I have let Mr. James

21  know off the record that is the document that he

22  had in his coat.  This document does, I'm

23  representing, does not serve the court.  It does

24  have my notes to Mr. Fraley on it so it is

25  privileged, and we're not going to produce it or

Page 99

1  do anything further with it.

2           (Fraley Exhibit 11 was marked for

3  identification by the reporter.)

4      Q.   (By Mr. James)  Sir, I'm going to hand

5  you a document labeled Deposition Exhibit No. 11,

6  which is captioned Agreed Temporary Restraining

7  Order.  Have you seen this document before?  Have

8  you seen this document before?

9      A.   I don't think I have.  If I have, I

10 can't recall.

11     Q.   We sat here for approximately four

12 minutes while you read it twice.  Do you see your

13 attorneys' names on there?

14     A.   I saw Bud on the back.  Dan Carter.

15     Q.   So you know this was approved by your

16 attorney.  Did you authorize it?

17     A.   Not that I can recall, no.

18     Q.   You ever had any discussions regarding

19 compliance with or violation of this order?

20     A.   No.

21     Q.   And this is the first time today -- or

22 strike that.

23          Today is the first time you recall

24 seeing this document.  Is that correct?

25     A.   Yes.  I believe it is.

Page 100

```
 1              (Fraley Exhibit 12 was marked for
 2     identification by the reporter.)
 3        Q.   (By Mr. James)  I'm going to hand you a
 4     document labeled Deposition Exhibit 12, which is
 5     a spring of 2009 subcontractor feature in
 6     Arkansas Business Magazine.  And I am going to
 7     ask you to focus your attention on the second
 8     page, Paragraph 5, where it talks in the middle
 9     about you.  You see the second page, the back of
10     the first page talks about you.
11              MR. RICHARDSON:  Pat, sorry, can we
12     jump off for just a second?
13              MR. JAMES:  Who is this?
14              MR. RICHARDSON:  It's Scott
15     Richardson.  Sorry.  I don't know that I have
16     that document, so I just want to talk about
17     sharing it with me.
18              MR. JAMES:  Well, I want to stay on
19     the record and ask the witness questions.
20              MR. RICHARDSON:  I want to see a
21     copy of the document before you start.
22              MR. JAMES:  I'm going to ask.  You
23     can instruct him not to answer or do whatever,
24     but I'm going forward.
25              MR. RICHARDSON:  It shouldn't take
```

1    any time --

2              MR. JAMES:  I'm not going to debate

3    it.

4              MR. RICHARDSON:  -- to scan it and

5    e-mail it to me, but I would like to see the

6    document before we examine on it.

7        Q.   (By Mr. James)  Sir, did you serve as a

8    mentor to Stone Works?

9        A.   Are you talking to me?

10       Q.   Yes, sir.

11       A.   I done my best to.

12       Q.   All right.  And it says, "Ed Fraley of

13   Centurion Stone and owner of Fraley Masonry in

14   Springfield had a huge impact on your career and

15   mentored us through the beginning phases of

16   development."  Would you agree with that

17   statement?

18       A.   Makes me feel proud, yes.

19       Q.   And it says Ed is --

20             MR. RICHARDSON:  Can we go off for

21   five minutes so Jason can scan that document and

22   send it to us?

23             MR. JAMES:  My time is running.

24   I'm not going to debate on the phone.

25             MR. SMITH:  We're in my office.

Bushman Reporting          800-556-8974
A Veritext Company         www.veritext.com

1    I'm willing to scan and e-mail it to him, but

2    it's not my deposition, so.

3                 MR. RICHARDSON:  It won't take any

4    time.

5                 MR. JAMES:  It will, because

6    there's more documents behind it and there's more

7    documents behind it, and I'm not going to do it

8    each time.  You've chosen not to be here.  I've

9    got six copies of records.

10                MR. RICHARDSON:  Well, Pat, I don't

11   think that's how it works.

12                MR. JAMES:  I'm not going to do it

13   on my time.

14        Q.   (By Mr. James)  Sir, it goes on and says

15   "Ed is well-known and respected among the

16   regional masonry community over 50 years."  Would

17   you agree with that statement?

18        A.   Who, me?

19        Q.   Yes, sir.

20                MR. RICHARDSON:  If we're going to

21   keep doing this, I'm going to have to call the

22   court.  I'd rather not do that.  It won't take

23   any time to scan and e-mail.

24                MR. JAMES:  It will because I have

25   several documents I'm going through, and that's

Page 103

1    not how this deposition is set up.

2              MR. RICHARDSON:  Well, we agreed to

3    do Zoom.

4              MR. JAMES:  Let's go off the record

5    because I don't want to burn any more of my time.

6    And I'll let you -- we'll go off at 10:20.

7                   (Recess.)

8              MR. JAMES:  We're back on the

9    record.  We have offered to the Defendants to

10   either, A, or both, as we introduce the

11   documents, provide it to be scanned and sent to

12   the Defendants, or alternatively, to take

13   photographs of the documents and text them to the

14   Defendants.  We're willing to do that.  We're

15   sitting here in Springfield wanting to go forward

16   with the deposition.  I think that's a more than

17   reasonable alternative.  So let's go with the

18   witness.

19             MR. SMITH:  I just want to make

20   sure that my position is clear on the record.  We

21   are in my office.  This is Jason Smith

22   representing Ed Fraley.  If all of the documents

23   wanted to be provided to me, I could have someone

24   in one swoop put those together, scan them,

25   e-mail them out.  What I am not able to do is to

                              Page 104

1    have a person on standby throughout the day to do

2    that whenever a document -- anytime a document is

3    introduced.  I just don't have the ability to do

4    that.

5              MR. RICHARDSON:  Can we split them

6    into -- because I kind of understand Pat's

7    concern -- sorry -- Mr. James' concern of not

8    wanting to give us his order of examination

9    through the documents.  Could we split them into

10   a morning and afternoon group, give us some of

11   the documents that you anticipate using this

12   morning, a paralegal can scan and send them, and

13   then after lunch another set, scan and send

14   those.  So two bunches of documents instead of

15   somebody being on standby.  That was a question

16   to you, Jason.  I'm sorry.

17             MR. CUMMINS:  This is Bud Cummins.

18   Mr. James, could the paralegal go scan them and

19   put them on a thumb drive and you could put them

20   in your laptop, and as you use them send them in

21   e-mails, peel them off your thumb drive?  It

22   seems like that would be taking about as much

23   time as taking a picture and sending them.

24             MR. JAMES:  Time is a factor here.

25             MR. GIATTINA:  Bud, that actually

Bushman Reporting
A Veritext Company

800-556-8974
www.veritext.com

```
 1   is not a bad idea, but I mean, it really, it just
 2   might take -- I just don't want to burn up our
 3   time is all, because again, I'm having to drive
 4   us back after this tonight, too, and I don't want
 5   to be here at until 10 o'clock at night and drive
 6   back home.
 7              MR. CUMMINS:  I understand the
 8   problem.
 9              MR. JAMES:  If you will agree,
10   Jason, not to make an extra copy and transfer to
11   us on thumb drive, I'll take the time to pull and
12   then we'll do it after lunch, too.  Now, guys,
13   stuff like Centurion website, I'm assuming
14   you-all have looked at it.  You can pull it up
15   and look at it.  Pleadings, like most that I may
16   use.  You've got them.  So you're saying you need
17   all that stuff, just because?
18              MR. RICHARDSON:  No, that's fine.
19   Like you talked about the protective order and
20   his Declaration.  I had those, so I didn't say
21   anything.  It came up with the Arkansas Business
22   article, because I don't have that and didn't
23   have an indication that that was going to be
24   used.  So if in your stack or pleadings things
25   that have already been shared with us, that's
```

Bushman Reporting          800-556-8974
A Veritext Company         www.veritext.com

```
 1    fine.  If it's a website, you know, I guess Tim
 2    text us the URL or something.  Just so long as we
 3    can get to it.  That's fine, too.
 4              MR. JAMES:  Well, if Jason will
 5    agree that they will scan them in but not copy
 6    them in, and we will get the only one that Tim
 7    can then put up with a thumb drive, I'll do that.
 8    I'll take your word.
 9              MR. SMITH:  I don't care.  I don't
10    need to see anything until you're ready to
11    introduce it, so I don't care anything about
12    that.
13              MR. JAMES:  Okay.
14              MR. GIATTINA:  All right.  So can
15    we go off the record so we can pull these real
16    quick, guys?
17              MR. RICHARDSON:  Yeah, that's fine.
18              MR. GIATTINA:  All right.
19              (Off the record.)
20        Q.   (By Mr. James)  We're back on the
21    record.  Sir, have you talked to anybody other
22    than counsel during break?
23        A.   No.
24        Q.   All right.  Looking at Exhibit 12, the
25    first paragraph talked about Stone Works being a
```

Page 107

1   distributor for natural stone products and

2   masonry solutions.  Do you see that first page,

3   first paragraph?

4        A.   I'm reading it now.

5        Q.   Just the first paragraph.  That's all.

6        A.   Yes.

7        Q.   All right.  It talked about selling

8   Centurion Stone and then Dufferin,

9   D-u-f-f-e-r-i-n, stone.  Is that a competitive

10  product of Centurion?

11       A.   That's a full bed stone.

12       Q.   I'm sorry?

13       A.   That's a thick stone.

14       Q.   What does that -- are they a competitor?

15       A.   Not on that, no.  We cannot -- we got a

16  full.

17       Q.   Full break?

18       A.   Yes.

19       Q.   What about Bellgard, B-e-l-l-g-a-r-d?

20       A.   That is for landscaping.

21       Q.   So you don't consider any of these

22  competitors?

23       A.   No.

24       Q.   And you don't have any objection to

25  Stone Works selling this type product.  Correct?

Bushman Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1       A.   No.

2       Q.   What about it talks about Alpha

3   Concrete, brick of wall and brick of floor?

4       A.   That's a brick product.

5       Q.   And are there any restrictions or

6   conditions on Stone Works selling any brick

7   products?

8       A.   No, sir.

9       Q.   You have no control over that?

10      A.   No.

11      Q.   No objections, no problems with that.

12  Correct?

13      A.   No, Centurion has no brick.

14      Q.   So that's not an issue.  Correct?

15      A.   Correct.

16      Q.   I think when we broke we were talking

17  about what documents you reviewed for your

18  deposition.  We saw one.  Did you talk to anybody

19  about your deposition other than counsel?

20      A.   No, sir.

21      Q.   You realize you are under oath today.

22  Is that correct?

23      A.   Yes, sir.

24      Q.   You have an obligation to tell the

25  truth.  Correct?

Page 109

1      A.    Yes, sir.

2      Q.    The same as if you were before a judge

3   or a jury?

4      A.    Correct.

5      Q.    And can the jury and the court rely upon

6   your testimony today the same as they can rely on

7   your trial testimony?

8      A.    Yes.

9      Q.    Have you given a deposition before?

10      A.    No.

11      Q.    This is your first deposition?

12      A.    Correct.

13      Q.    Your attorney I'm sure has explained the

14   process to you.  It's not a baton death march.

15   If you need a break, you tell me, we'll break.

16   Okay?

17      A.    Okay.

18      Q.    My only question is I have a question

19   pending other than relating to privilege, that

20   you answer that question and then we'll break.

21   All right?

22      A.    All right.

23      Q.    I got your date of birth.  What is your

24   highest level of education?

25      A.    Twelfth grade.

Page 110

1      Q.    Where did you -- when and where did you
2    graduate?
3      A.    Leslie High School, Leslie, Arkansas.
4      Q.    What year?
5      A.    '68.
6      Q.    You go to Nam?
7      A.    Pardon?
8      Q.    Did you go to Nam, Vietnam?
9      A.    No.
10     Q.    Were you -- you were up for the lottery
11   then, weren't you?
12     A.    Yeah.  Got the draw and then they let me
13   out.  I didn't have to go.  I didn't have to
14   serve.
15     Q.    Why did they let you out?
16     A.    I guess they had their quota.  I was
17   lucky.
18     Q.    You had a high number?
19     A.    One of the lucky ones.
20     Q.    Have you attended any courses or
21   seminars in excess of three days?
22     A.    Seminars, no.  Not that I'm aware.
23     Q.    All right.  Now, tell me, high points,
24   if you would, your employment from high school
25   until you joined Centurion.  What did you do?

Page 111

1        A.    My what now?

2        Q.    Your employment or your work from high

3    school until you joined Centurion.

4        A.    Well, I was a carpenter for awhile and

5    natural stone mason for about ten years, and I

6    got stupid and bought a sawmill.  I have done a

7    little of whatever to make a living.

8        Q.    What was your last position, work or job

9    before joining Centurion?

10       A.    I was working as a carpenter when I

11   moved here in '90.

12       Q.    Now, when did you start Fraley Masonry?

13       A.    '93.

14       Q.    And did you do that full-time?

15       A.    Yes.

16       Q.    Were you the only owner of it?

17       A.    Correct.

18       Q.    Is there any other owner of Fraley

19   Masonry?

20       A.    You mean today?

21       Q.    Yes, sir.  Well, you sold that to your

22   son.

23       A.    My son and he's got a partner, I guess.

24       Q.    Who is your son's partner?

25       A.    John Rudder.

Page 112

1    Q.    John Rudder?  How do you spell that?

2    A.    J-o-h-n R-u-d-d-e-r, I think.

3    Q.    And where do they work?

4    A.    They work at the office.

5    Q.    I guess I asked for that.  What office

6    do they work at?

7    A.    Fraley Masonry.

8    Q.    Is that the one you said that's in

9    Ozark, what's the name of street?

10   A.    Biagio.

11   Q.    Biagio.  And how long has Mr. Rudder

12   been an employee or co-owner, let's put it that

13   way?

14   A.    I would say probably since about '08.

15   Q.    And did he ever -- did he work in

16   business beforehand?

17   A.    No.

18   Q.    Where did he work beforehand?

19   A.    Walmart.  He's the manager for Walmart

20   stores.

21   Q.    All right.  Did you-all hire him away

22   from Walmart?

23   A.    No, sir.

24   Q.    So how did he end up joining you?  Did

25   they terminate him?

Page 113

1        A.   No, sir.  Him and another man got

2   together and they wanted a part of that, and he

3   was tired of working at Walmart, so they joined

4   up and went into the stone business for

5   themselves.

6        Q.   Who was the other man?

7        A.   Stacy.  I'm trying to think of the last

8   name.  I can't think of it.

9        Q.   Was he from --

10       A.   He was from Springfield, yes.

11       Q.   And did he work at Walmart, also?

12       A.   No.  He was in the fence business at the

13   time.

14       Q.   Did Rudder live in Bentonville or

15   Bentonville area?

16       A.   No.  He lived right here in town.

17       Q.   When he was working for Walmart?

18       A.   Yeah.  He was working at a Walmart store

19   here.

20       Q.   And they work at, is it Fraley Masonry

21   or Ed Fraley Masonry?

22       A.   No.  It's no Ed no more.  It's Fraley

23   Masonry.

24       Q.   Was there an Ed Fraley Masonry?

25       A.   Yeah.  That's the one I had.

Page 114

```
1        Q.   So let me get this straight.  When you
2   sold Fraley -- your business to your son, I take
3   it you did sell it to him?
4        A.   To a point.  I guess you could say that,
5   yes.
6        Q.   Okay.  You went from Ed Fraley Masonry,
7   or it ended and it became Fraley Masonry?
8        A.   That's correct.
9        Q.   All right.  Any other entities out there
10  you've had ownership in since, say, the 1990s?
11       A.   No.
12       Q.   Nothing else?
13       A.   No.
14       Q.   No LLC, PLLC, Inc., partnership?
15       A.   I mean, you got to explain that.  Like a
16  rental property or something or just business?  I
17  had no businesses.
18       Q.   Businesses.
19       A.   No.
20       Q.   Right.  And is Stacy still involved in
21  Fraley Masonry?
22       A.   No.
23       Q.   He's out?
24       A.   He's out.
25       Q.   And your son --
```

Page 115

1     A.    John Rudder.

2     Q.    -- and Rudder owns it 50/50?

3     A.    As far as I know they do.

4     Q.    Now, you said you worked at an office.

5  Was that -- or you went to the office?

6     A.    Yeah.  I spent time with John.

7     Q.    All right.  And you don't have a desk.

8  You just sit in a chair?

9     A.    Sit in a chair.

10     Q.    And how often do you go there?

11     A.    Oh, a couple times a week, a couple

12  times a month.  Just depends on how I'm feeling

13  of a morning and if they need anything, I will go

14  up there every day, but it's not necessary.

15     Q.    Do you have any ownership interest in

16  Fraley Masonry?

17     A.    No, sir.

18     Q.    Do you have any financial interest,

19  other than your cell?

20     A.    That's all.

21     Q.    And your e-mail?

22     A.    Yeah.  Just on my phone.  That's all.

23     Q.    But you don't get paid anything from

24  them directly or indirectly?

25     A.    No.

Page 116

1      Q.    Any other businesses besides Ed Fraley
2  Masonry and Fraley Masonry which you have had an
3  ownership interest in?
4      A.    No.
5      Q.    That's all the businesses you've owned.
6  Correct?
7      A.    Are you talking about in the past or
8  now?
9      Q.    Both.
10      A.    I have had that sawmill and I was in
11  the --
12      Q.    Okay.  Let me limit the time period.
13  From 1990 forward.
14      A.    Oh, 1990 forward, this is all I have,
15  yeah.
16      Q.    Okay.  Those two businesses?
17      A.    Yes.
18      Q.    And what was your original position you
19  were hired at Centurion?
20      A.    I wasn't really hired at Centurion as
21  far as being hired.
22      Q.    Were you ever an employee of Centurion?
23      A.    No.
24      Q.    When did you meet Tim Pardue?
25      A.    1993.

                                        Page 117

1      Q.   And what happened in 1993?  Is that when

2  you sold out to your son and you went to work at

3  Centurion?

4      A.   No, sir.

5      Q.   Okay.

6      A.   I started my own -- that's when I

7  started Ed Fraley Masonry.

8      Q.   Okay.

9      A.   And Centurion had sold a job, and I

10  took -- I liked the stone products, so I wrote

11  the number down, called them, went and met him

12  and been good ever since.

13      Q.   And were you an independent contractor?

14      A.   Correct.

15      Q.   And you've never been an employee of

16  Centurion?

17      A.   No, sir.

18      Q.   Do you get 1099 income?

19      A.   Yes.

20      Q.   Do you get K1 income from anybody?

21      A.   No.  You have to explain that to me.

22      Q.   Partnership income.

23      A.   No.

24      Q.   But you've always been 1099?

25      A.   Yes.

1      Q.   Have you always had the same independent
2   contractor role at Centurion?
3      A.   Yes.  Just manufacturer rep.  That's
4   all.
5      Q.   What's your job as a manufacturer's rep?
6      A.   Just if I increase sales as far as
7   selling dealers, trying to select dealers, to
8   call the dealers and mostly keeping the
9   maintenance up on their products if they have
10  trouble.
11     Q.   Keep them happy?
12     A.   Yes.  Keep them happy.  That's my goal.
13  Really that's my goal, keep them happy.
14     Q.   All right.  And that was in 1993?
15     A.   No, that was in -- I started repping in
16  around '04, '05.
17     Q.   2004, 2005.  From 2004 to 2005 you've
18  had the same position?
19     A.   Correct.
20     Q.   You ever been sued?
21     A.   No.
22     Q.   Never been sued?
23     A.   No.
24     Q.   You ever testified in a lawsuit?
25     A.   No.

Page 119

1    Q.   You ever been arrested?

2    A.   No.

3    Q.   You serve on any boards or committees?

4    A.   No.

5    Q.   Any corporate boards, like, for example,

6  Centurion board or committee?

7    A.   No.

8    Q.   With Fraley Masonry?  I'm asking as

9  broadly as I can.

10   A.   No boards.

11   Q.   Or committees?

12   A.   No committees.

13   Q.   All right.  Do you serve -- are you a

14  member of any professional organizations?

15   A.   No.

16   Q.   Are you a member of any home builders

17  association?

18   A.   No.

19   Q.   Do you own any other entities directly

20  or indirectly, other than Ed Fraley Masonry which

21  you sold to your son?

22   A.   No.

23   Q.   There's nothing else out there.

24  Correct?

25   A.   You mean, as far as businesses goes?

                                    Page 120

1        Q.    Yes, sir.

2        A.    No.

3        Q.    What is Centurion Stone?

4        A.    It's a precast stone, concrete stone.

5        Q.    Describe the business of Centurion

6    stone, as you understand it.

7        A.    Just big manufacturing plant that

8    produces concrete stone.

9        Q.    All right.  Did it used to be -- was it

10   ever affiliated with another entity?

11       A.    Not that I'm aware of.

12       Q.    Was it ever a part of Coronado Stone?

13       A.    At one time, yes.

14       Q.    And when did that end?

15       A.    About 1993.

16       Q.    And what caused it to end in 1993?

17       A.    I couldn't answer that.

18       Q.    Who owns Centurion Stone?

19       A.    When?  In '93?

20       Q.    No, right now.

21       A.    Tim Pardue.

22       Q.    Have there been any other owners during

23   the period of time you've been affiliated with

24   Centurion Stone?

25       A.    Yes.  J.B. Ball.

                                    Page 121

1     Q.    And you testified to him earlier?

2     A.    Correct.

3     Q.    How many locations does Centurion Stone

4  have?

5     A.    As far as I know, one.

6     Q.    When you say as far as you know, what do

7  you mean?

8     A.    That's all.  I mean, I don't know of any

9  more.

10    Q.    And the only location you're aware of is

11 the factory in Nashville.  Is that correct?

12    A.    Yes.

13    Q.    Who is Roger Cunningham?

14    A.    He's a worker at Centurion.  He worked

15 for Centurion.  Used to be J.B.'s -- well, he

16 still is, his nephew, J.B. Ball.

17    Q.    Oh, J.B. Ball's nephew?

18    A.    Yes.

19    Q.    Okay.  Do you know his position?

20    A.    No, really, I don't.  J.B. bounces

21 around.

22    Q.    Is he friends with Tim Pardue?

23    A.    I'm sure he is.

24    Q.    Why do you say you're sure he is?

25    A.    He's worked there from about day one

Page 122

1    with him.

2         Q.   All right.  Who's Jody George?

3         A.   He is their account manager.

4         Q.   Have you ever heard of an entity called

5    Centurion Stone Works?

6         A.   What now, sir?

7         Q.   Entity called Centurion Stone Works.

8         A.   Not that I'm aware of.

9         Q.   Who are the competitors of Centurion

10   Stone?

11        A.   Oh, there's several.  I mean, ProVia is

12   one.  Coronado.  Culture Stone.

13        Q.   Culture Stone?

14        A.   Uh-huh.  I mean, there's probably a list

15   of seven or eight more, but I can't just jump

16   them off my head.

17        Q.   What products does Centurion sell?

18        A.   Just manufactured precast stone.

19        Q.   Does it sell any other products?

20        A.   No.

21        Q.   Concrete, wire?

22        A.   No.

23        Q.   Just the stone itself?

24        A.   Correct.  That's all they produce is

25   stone.

Bushman Reporting                    800-556-8974
A Veritext Company                   www.veritext.com

1        Q.    How does the Centurion product compare

2    to its competitors?  And by that I mean, is it

3    entry level, high end, mid range?  Are there

4    different grades?

5        A.    There are.  Yes.  I would say we're on

6    the high end, as far as water absorption.

7        Q.    As far as what?

8        A.    Water absorption and PSI strength.

9        Q.    What do you mean by water absorption?

10       A.    It's a borstaff stone.  It will not take

11   water on as quickly as some of the stones,

12   because we have no pumice in our stone.

13       Q.    And PSI strength?

14       A.    Yes.  It's one of the top.  Boulder

15   Creek is right there at the top with us in that

16   range.

17       Q.    Is Dutch Quality a --

18       A.    Yes.  That's a competitor.

19       Q.    A competitor.  Boral?

20       A.    Yeah, they are.  There's several.  I

21   just can't think of all of them.

22       Q.    Does Centurion Stone sell natural stone?

23       A.    No, sir.

24       Q.    Do you consider -- and you don't

25   consider natural stone to be a competitor of

Page 124

1    Centurion.  Correct?

2         A.   No, because they both used it different

3    ways.

4         Q.   How do they compare in cost?  If I was

5    going to side my house, would it be more

6    expensive to use natural stone?

7         A.   Yes.  Correct.

8         Q.   About twice as much?

9         A.   Probably not -- well, it probably will

10   be, yes, with the cost of fuel and all.

11        Q.   What type of warranty does Centurion

12   Stone have?

13        A.   Hell, I don't know what they have got

14   now, honestly.  They did have 50 year.

15        Q.   Is that the best in the industry?

16        A.   Yes.  It's right there with them, yes.

17        Q.   Did that include replacement and

18   reinstallation?

19        A.   No.  Not installation.  I don't know

20   what all they include, really.

21        Q.   All right.

22        A.   You're asking questions I can't answer.

23        Q.   All right.  So explain to me how your

24   product, your stone veneer gets from Centurion as

25   a manufacturer to an end user where it's

Page 125

1    installed?

2        A.    On the truck from the plant.  Then it

3    goes to the dealership and then the dealer, it's

4    up to the dealer to get it to the job site.

5        Q.    Do you ever -- does Centurion ever

6    deliver to the job sites?

7        A.    No, sir.

8        Q.    That doesn't occur?

9        A.    Centurion has no trucks.  They do not

10   outsource trucks.

11       Q.    So, for example, when Tim Pardue wanted

12   to give stone to his buddy in Stuttgart, how

13   would that work?

14       A.    You would have to call a trucking line

15   and they would send it to them.

16       Q.    Would Centurion help make those

17   arrangements?

18       A.    I have no idea.

19       Q.    What is a custom blend?

20       A.    That's just a special color.

21       Q.    Why would one use a custom blend?

22       A.    Preference of looks.

23       Q.    Is a special blend difficult to

24   replicate?

25       A.    Some, yes, it is.

Page 126

1        Q.    What states is Centurion products sold
2    in?
3        A.    I couldn't answer all that.  I don't
4    know.  I know they were at one time still in
5    Japan and China.  I mean, not China but Canada,
6    and I know in Trinidad, so I don't know what all.
7        Q.    You understood it sells internationally?
8        A.    It does some.  It did.  I really don't
9    know now.
10       Q.    Approximately how many states does it
11   sell in?
12       A.    I don't know.
13       Q.    Of the stone veneer, how does Centurion
14   rank in the marketplace?  Is it the biggest, with
15   most sales, medium?
16       A.    It's probably in the midrange, yes.
17       Q.    Who's the biggest?
18       A.    Culture Stone used to be.  I don't know
19   who is it is now.
20       Q.    What kind of stone?
21       A.    Culture Stone out of California.
22       Q.    When your product is shipped are there
23   labels on it?
24       A.    Correct.
25       Q.    What do the labels say?

Page 127

1      A.   It's got the name and the stone, the
2  kind of stone it is.
3      Q.   Will it have the name of the recipient?
4      A.   You mean the person it's going to?
5      Q.   Yes.
6      A.   Yes, it will.
7      Q.   And would that typically be a dealer?
8      A.   It would be always a dealer, yes, that
9  I'm aware of.
10     Q.   It would never be a customer like being
11  delivered direct from Centurion to a job site?
12     A.   No.
13     Q.   Never, ever happened?
14     A.   Not that I'm aware of.
15     Q.   And you would know if that happened in
16  your market.  Correct?
17     A.   In my market, it's not going to happen
18  in my market.
19     Q.   Why is that?
20     A.   Because it's going direct to my dealers.
21  I have no one else purchasing stone.  Dealers
22  only.  If someone comes in and buys a stone, it
23  goes to the dealer, the dealer goes to the
24  manufacturer and then.  So they would have the
25  dealer's name.  If Rusty sold the stone it would

                           Page 128

1    have Stone Works on the skid.

2        Q.    If Stone Works or Stone Concepts ordered

3    stone from the factory, could they have it

4    delivered to the job site if they chose?

5        A.    If the trucking company would let them

6    do that.  It would be entirely up to the trucker.

7    You're using independent truckers.

8        Q.    Where do you-all store the Centurion

9    stone?

10       A.    You mean --

11       Q.    Strike that.  Where does Centurion store

12   its stone?

13       A.    In their facility.

14       Q.    Do they have any other place they store

15   it?

16       A.    No.  They've got the three warehouses

17   scattered in the country.

18       Q.    Who does?

19       A.    Centurion.  You know, they deliver to

20   different warehouses.

21       Q.    Where are the warehouses?

22       A.    One in is Atlanta, one's in Charlotte,

23   North Carolina and one's right here in Ozark,

24   Missouri.

25       Q.    Where is the one in Ozark, Missouri?

```
 1        A.    At Fraley Masonry.

 2        Q.    Okay.  So who owns these warehouses?

 3        A.    The individuals with the companies.

 4        Q.    Wait a minute.

 5        A.    Fraley Masonry owns them.  Atlanta,

 6   Georgia owns them.  Charlotte, North Carolina

 7   owns theirs.

 8        Q.    So Fraley Masonry has a warehouse in

 9   Ozark?

10        A.    Correct.

11        Q.    And it owns the warehouse?

12        A.    Yes.

13        Q.    So how is that a warehouse for

14   Centurion?  Explain that to me.

15        A.    Centurion puts the stone in, and then

16   like if Rusty really wanted, if he got in real

17   bad he could pull stone from the warehouse.  It's

18   Fraley Masonry stone.  It's warehouse stone.

19   There's an up charge for the handling, but.

20        Q.    So who owns the stone in the warehouse?

21        A.    Centurion.

22        Q.    Who pays for the shipping of the stone

23   from Centurion to the warehouse?

24        A.    I do not know.  I'm not involved in the

25   warehouse.
```

Page 130

1       Q.    Would that be factored in the price as

2   it sits there?

3       A.    I'm sure it would, yes.

4       Q.    So if Stone Works called Centurion or

5   called you and said, hey, I need a truckload of

6   stone and you didn't have it at the factory, what

7   would you do?

8       A.    If they needed it in a hurry I would

9   call the warehouse to see if they had that stone.

10  If they had it, I would say they've got it.  Then

11  I would let them make their own arrangements.

12      Q.    Who would be the dealer that sold that

13  stone?

14      A.    It depends on where you call.  If you

15  call Atlanta, it would be the people in Atlanta.

16      Q.    So if Stone Works bought from your

17  warehouse, Fraley's warehouse --

18      A.    It's called northern warehouse.

19      Q.    Northern warehouse?

20      A.    And then we got a southern warehouse.

21      Q.    Where is the southern warehouse?

22      A.    Atlanta.

23      Q.    And what's the North Carolina one?

24      A.    I don't know what they call that.

25      Q.    So let me get this straight.  The dealer

Page 131

```
 1    at these locations owns the physical building of
 2    the warehouse?
 3         A.   Correct.
 4         Q.   The product contained within the
 5    warehouses is Centurion product?
 6         A.   That's my understanding.
 7         Q.   Now, is there an agreement between the
 8    dealer in Centurion with regard to the operation
 9    of the warehouse?
10         A.   I couldn't answer that.  I'm not
11    involved in the warehouse.
12         Q.   Well, if stone is shipped from Centurion
13    to the warehouse, do you get a piece of that?
14         A.   If it sells.
15         Q.   Well, I'm just talking about it getting
16    to the warehouse.
17         A.   No.
18         Q.   And then if it's sold from the warehouse
19    to another dealer, do you get a piece of that?
20         A.   I get my 18 cents.
21         Q.   Who all does the warehouse sell to?
22         A.   I don't know.
23         Q.   Are they required to sell just to
24    dealers?
25         A.   That's who they sell to, yes.
```

Page 132

1     Q.   Can they sell to a contractor?

2     A.   Through the warehouse.  I don't know.  I

3  honestly don't.  If it would have to go -- if

4  they sold it to a contractor it would have to go

5  to the dealer first.  If Fraley Masonry sold it

6  to a contractor, they would have to buy it from

7  northern warehouse and then it would go from

8  there to the contractor.  No, it wouldn't go

9  directly out of northern warehouse.

10    Q.   So before --

11    A.   It would have to change hands.

12    Q.   So before any stone got moved out of the

13  warehouse, a dealer would have to purchase it?

14    A.   Correct.

15    Q.   Even the dealer that owns the warehouse?

16    A.   That's correct.

17    Q.   Would that be the same amount, price as

18  other dealers?

19    A.   Warehouse stone would be up.  It's an up

20  charge.

21    Q.   Why would there been an up charge on the

22  warehouse stone?

23    A.   Because the freight is already made from

24  Nashville to the warehouse.

25    Q.   Okay.  And that's paid by Centurion and

Page 133

1   they up charge that?

2       A.   I really don't know who pays the

3   freight, but the freight is there.  Somebody had

4   to pay it.

5       Q.   Can somebody else buy from the

6   warehouse?

7       A.   No, just dealers.

8       Q.   Just dealers?

9       A.   I mean, they could come in Fraley

10  Masonry or Atlanta and say if they need ten skids

11  of something that Fraley doesn't have it or

12  Atlanta doesn't have it, Fraley can purchase it

13  from the warehouse and then sell it to the

14  individual.  It doesn't go through a dealer.

15      Q.   Are the warehouses separate entities?

16      A.   Yes.

17      Q.   So who owns -- I thought it was at

18  Fraley Masonry.

19      A.   It is.

20      Q.   So help me.

21      A.   Separate buildings.

22      Q.   But my question was, are they separate

23  entities?

24      A.   What do you mean now?

25      Q.   Like an LLC or an --

Bushman Reporting          800-556-8974
A Veritext Company          www.veritext.com

1    A.   I cannot explain.  I don't know.

2    Q.   Can the warehouses stock competitor's

3  product?

4    A.   No, sir.

5    Q.   They can only stock Centurion product?

6    A.   In my area, yes.  I don't know about

7  anybody else.

8    Q.   But do you have any say in that?

9    A.   Do what?

10    Q.   Do you have any say in what does or does

11  not go in the warehouse?

12    A.   I wouldn't in this one because the only

13  one that we got is my son's and he knows what

14  would happen.

15    Q.   Well, okay.

16    A.   Atlanta, Georgia, I don't know.

17    Q.   All right.  And what would happen?

18    A.   Just sitting right here, my son knows

19  not to sell any products.

20    Q.   So how long ago were the warehouses

21  formed?

22    A.   They probably been there 18 years.  I

23  don't really know the dates on them.

24    Q.   Now, when you said -- now, Stone

25  Concepts has a warehouse.  Is that right?

Page 135

```
 1        A.    They got their own warehouse.  It's not
 2   a Centurion warehouse.
 3        Q.    Does Fraley Masonry have their own
 4   warehouse?
 5        A.    Correct.
 6        Q.    Separate and apart from the northern
 7   warehouse?
 8        A.    Yes.
 9        Q.    And so who owns the northern warehouse?
10        A.    I guess that the building is owned by
11   John and Lee, my son and John Rudder.
12        Q.    Do you know?
13        A.    Do what, sir?
14        Q.    Do you know?
15        A.    Do I know who owns it?
16        Q.    Yes, sir.
17        A.    Yeah.  I think it's Lee and John Rudder.
18   Fraley Masonry owns the warehouse.
19        Q.    All right.
20        A.    Then the stone is owned by Centurion.
21        Q.    So what area is the stone for the
22   northern warehouse for?
23        A.    Anybody that needs stone.  It's the
24   emergency type stone.  It's more emergencies.
25        Q.    Okay.  It was not open for sales west of
```

Page 136

1   the Mississippi?

2       A.   Is it open -- if a dealer calls, a

3   dealer, anybody can buy through the warehouse.

4   Any dealer.  I mean, we pull stone from Atlanta,

5   you know.

6       Q.   Is lead time on ordering and getting

7   product important in your business?

8       A.   The quicker you get it, the better it

9   is, yes.

10       Q.   Is it crucial?

11       A.   Sometimes.  It depends on your build.

12   Some builders come in and give you a year's

13   notice and some gives you two weeks, and some

14   will come in and give you one day, so, yes.

15   Inventory is crucial on -- keeping stock is

16   crucial in a business.

17       Q.   All right.  Is it detrimental on the

18   business to not timely get their orders filled?

19       A.   It's not good.

20       Q.   Why is that?

21       A.   Because you got customers waiting on

22   you, and they get madder and madder.

23       Q.   Are any of your customers -- or excuse

24   me, dealers on COD?

25       A.   Not that I'm aware of, no.

Page 137

1     Q.    Have you ever had that situation?

2     A.    Yes.  When they get behind on payments,

3  they can't make the bills.

4     Q.    You-all put them on COD?

5     A.    I don't.  That's Jody's department.

6     Q.    Okay.

7     A.    I wouldn't even know about it.  That was

8  strictly up to the plant.  I don't get involved

9  in all that.

10     Q.    Is there a lease of the warehouse

11  between Centurion and Fraley Masonry?

12     A.    Yeah, I don't know.

13     Q.    Who operates the warehouse?  By that I

14  mean, Fraley Masonry employees or warehouse

15  employees.

16     A.    They have got warehouse employees.

17     Q.    And do they work for Centurion?

18     A.    No, they do not.  They work for Fraley.

19     Q.    So Fraley's employees operate the

20  warehouse?

21     A.    Correct.

22     Q.    Who's over the warehouse?

23     A.    I don't know.  Everybody that's at

24  Fraley Masonry, I think.  John Rudder, I would

25  assume so.

Page 138

1        Q.    Is that why he came, to run the northern

2   warehouse?

3        A.    No, sir, he come because he wanted to

4   get away from Walmart.

5        Q.    Have you ever heard an entity called

6   Northern Warehouse, LLC?

7        A.    Northern Warehouse.  That could be the

8   one right here we're talking about.

9        Q.    Did you know who owns that LLC?

10        A.    No, I do not.

11        Q.    Has Centurion grown over the years?

12        A.    Yes, sir.

13        Q.    How has it grown?

14        A.    Customers and volume of stone.

15        Q.    When you say customers, what do you

16   mean?

17        A.    Customer base, more dealers.

18        Q.    Okay.  So you consider a dealer a

19   customer, or you're referring to --

20        A.    Customer of Centurion.

21        Q.    Would there -- do dealers develop more

22   dealers?

23        A.    If they want, they can, yes.

24        Q.    And are they allowed to do that?

25        A.    In their area, yes.

Page 139

1      Q.    And so how would that work?  Describe
2    that to me.
3      A.    That dealer would sell to that dealer.
4    If a dealer wants to have a personal dealer, he
5    would have to pull from his warehouse.  It
6    wouldn't be a storefront of Centurion.
7      Q.    So if I were ABC dealer I would order
8    the stone from Centurion, and then I would sell
9    my stone to another dealer who I have set up?
10     A.    Yes.  That's what it would be.
11     Q.    And does Centurion have anything to do
12   with that relationship that I had with that
13   dealer?
14     A.    No.  That would be up to you.  That
15   would be your dealing.
16     Q.    And would it go over and take over that
17   relationship with that dealer?
18     A.    What now, sir?
19     Q.    Would Centurion ever go in and take over
20   that relationship with my dealer?
21     A.    They shouldn't unless you have conflict
22   with Centurion.
23     Q.    What do you mean conflict?
24     A.    I mean, if something goes south where
25   you don't buy from Centurion anymore and your

Bushman Reporting                    800-556-8974
A Veritext Company                   www.veritext.com

1  dealer still wants to, they might -- the dealer

2  that you set up may want to go to Centurion.

3      Q.   But as long as the dealer is selling

4  Centurion stone?

5      A.   You never ever have conflict.

6      Q.   Okay.  If a dealer sells to a

7  contractor, is that something Centurion respects

8  and allows to occur?

9      A.   Yes.  Yes.  Contractors is your main

10  customers.

11     Q.   If the dealer wants to ship directly to

12  the contractor, is that okay?

13     A.   Yes.

14     Q.   And would Centurion ever come in and

15  take over a relationship with a contractor?

16     A.   Not that I'm aware of, no.

17     Q.   And not in your area?

18     A.   No.

19     Q.   And that shouldn't occur.  Correct?

20     A.   No, it wouldn't, no.  Not that I'm aware

21  of, no.

22     Q.   Who are the three largest competitors of

23  Centurion?

24     A.   I couldn't answer that.

25     Q.   Outside your area of knowledge?

Page 141

1          A.    Yeah, it really is.

2          Q.    So if you have a ProVia or Eldorado in

3    your market area, how do you compete with them?

4          A.    We got them.  I mean, every town has got

5    the competition.

6          Q.    So how do you compete with them?

7          A.    You got to work hard.  I mean, just --

8          Q.    Specifically what do you do?  How do you

9    compete?

10         A.    You just go out and you got your own set

11   of builders.  I mean, they ain't nobody going to

12   be able -- Fraley Masonry got their builders, and

13   someone come in, they're not going to be able to

14   take your builders.  If you got respect for your

15   builders, they got respect for you, so you got to

16   go out and work hard and improve yourself.

17         Q.    Based on relationships?

18         A.    Relationships.

19         Q.    Does pricing affect it?

20         A.    Yes.

21         Q.    How does pricing affect it?

22         A.    If it's a spec home, it really does.  On

23   homes that's just -- you know, I'm trying to

24   rephrase it.

25         Q.    Cost-plus?

1        A.    Yeah, it doesn't affect, but if they're

2    building spec, they're building it cheap, it

3    makes a lot of difference, and Russ can tell you

4    that, that Wes Morrison would come in on spec

5    homes and beat everybody's price.

6        Q.    Do each the dealers get the same

7    pricing?

8        A.    In my area they do.  I could not answer

9    any other areas.

10       Q.    Do you ever sell Centurion products?

11       A.    No.  I sell to dealers.  I mean, I don't

12   actually sell.  I go with the dealers if they

13   need me to and explain the product to the

14   customer.

15       Q.    The dealers buy from Centurion --

16       A.    Correct.

17       Q.    -- direct, and that's who they owe the

18   money to?

19       A.    Yes.

20       Q.    And that's who sells them the product?

21       A.    Correct.

22       Q.    So would it be an untruth to say that

23   you sell Centurion product?

24       A.    I don't -- when I sell Centurion

25   products I don't really sell a product.  What I

                                        Page 143

```
 1    do is go to the dealer and get them to sell the
 2    product.
 3        Q.   Sure, I understand that.
 4        A.   Yes.
 5        Q.   So I mean, it would be an untruth to say
 6    that you sell Centurion products?
 7              MR. SMITH:  Asked and answered.
 8    He's already answered the question.
 9              MR. JAMES:  That's coaching.  I'm
10    going to ask you not to do that.
11              MR. SMITH:  No, it's not.
12              MR. JAMES:  It definitely is, so
13    I'm going to ask you not to.
14        Q.   (By Mr. James)  It would be an untruth
15    to say you sold Centurion product?
16              MR. SMITH:  Asked and answered.  He
17    answered the question.  Go ahead.
18        A.   Rephrase that again.
19        Q.   (By Mr. James)  Sure.  I'll be happy to.
20    Would it be an untruth to say that you sold
21    Centurion product?
22              MR. SMITH:  The question was asked
23    and answered.  Go ahead.
24        A.   If I -- do I sell Centurion?
25        Q.   (By Mr. James)  Yes, sir.
```

Page 144

1      A.    To the dealers.  Not to individuals.

2      Q.    So do you sell to the dealers?

3            MR. SMITH:  Asked and answered.

4      A.    I don't really sell to the dealers.  I

5   get them set up to buy from Centurion.

6      Q.    (By Mr. James)  Right.  And we went

7   through that.

8      A.    Yes.

9      Q.    So you do not sell Centurion products

10  personally?

11            MR. SMITH:  Asked and answered.

12      A.    Personally no.

13      Q.    (By Mr. James)  Now, do you operate

14  through an entity or are you just you?

15      A.    Me.

16      Q.    Do you sell masonry products in several

17  states?

18      A.    Just -- not now.  Arkansas, Missouri,

19  one little area in Kansas, one little area in

20  Oklahoma.

21      Q.    Is that your territory?

22      A.    Yes, sir.  I cut myself way back.

23      Q.    When did it change?

24      A.    I have changed five or six years ago,

25  probably, roughly.

1      Q.   All right.  But even in those states you
2  do not sell masonry products.  Correct?
3      A.   No, no.  The dealers do.
4      Q.   When you refer to customers, are you
5  referring to dealers or the end user?
6      A.   Dealers.  I don't really get really
7  involved with the customers.
8      Q.   You ever deal with customers?
9      A.   Very little.
10      Q.   What circumstances would you deal with
11  customers?
12      A.   Mostly trouble with the color.  If they
13  have trouble with the stone or something, I will
14  be involved in the customer.
15      Q.   If they say the stone wasn't what I saw?
16      A.   Yes.  Then I would try to please the
17  customer.
18      Q.   Does the color change over years?
19      A.   It may a little but it doesn't change
20  much.
21      Q.   Other than colors, why would you deal
22  with a customer?
23      A.   I don't deal with customers unless they
24  have a situation.
25      Q.   I think you told us R.J. Horner

Page 146

1    introduced you to Stone Works?

2         A.   He introduced me to Troy and Angela.

3         Q.   Okay.  Was R.J. -- is there an R.J.

4    Horner and a C.J. Horner?

5         A.   Yes.  C.J. was his daddy.

6         Q.   Okay.  And R.J. is the son?

7         A.   Correct.

8         Q.   Now, was R.J. Horner wanting Troy and

9    Rusty and Angela to work in his business?

10        A.   At one time.  That was his goal.  He was

11   trying to sell a product at Hot Springs.

12        Q.   What was the name of his Hot Springs

13   operation?

14        A.   C.J. Horner Lumber.

15        Q.   All right.

16        A.   He was a lumberyard.

17        Q.   And when you learned that he wanted

18   Rusty and Ray and/or Rusty and Troy and Angela to

19   work for him, did you approach them to be --

20   separately to be --

21        A.   No, not separately.  Rusty was not

22   involved at that time, and I talked to R.J., and

23   I asked him how good a relationship he had with

24   Troy.  And he said he thought the world of him,

25   and I said, I explained to him, let's give him a

Page 147

1    better opportunity.

2        Q.   And Mr. Horner agreed?

3        A.   Yes.  And I talked to Troy about it, and

4    Angela called me and she said what's this deal

5    about buying stone, getting rich quick deal.  And

6    it took a few minutes to convince her.

7        Q.   Did R.J. Horner receive commissions on

8    Centurion products sold through Stone Works?

9        A.   For about three loads.

10       Q.   Why three loads?

11       A.   Because I cut Angela's price back to 50

12   and 10.

13       Q.   So in --

14       A.   We always -- 45 if you got two dealers

15   involved, two reps.  But then I just talked to

16   R.J. about that, told him it wasn't really fair.

17   I mean, me and Billy Pegg had four or five

18   dealers in Mississippi that we split commissions

19   on.  They were set up 45 and 10.

20       Q.   You and who?

21       A.   Billy Pegg.

22       Q.   Who's Billy Pegg?

23       A.   Used to be a dealer in Memphis.

24       Q.   All right.  So before -- while R.J.

25   Horner was getting commission, what were Stone

Page 148

1    Works' terms?

2         A.    45 and 10.  The same terms, yeah.

3         Q.    And after R.J. Horner was not getting a

4    commission, what were Stone Works' terms?

5         A.    Explain terms.  You mean payment?

6         Q.    Yes.

7         A.    Same payment.

8         Q.    45/10?

9         A.    No, 50/10 once R.J. got there.  50/10,

10   it got back to the regular, everybody's payments,

11   yes.

12        Q.    Is there any way you can get up to 55

13   percent?

14        A.    No.  I don't care who you are, 50 and 10

15   is your bottom price.

16        Q.    And the 50 is 50 percent, if you pay

17   with -- off retail --

18        A.    Yes.

19        Q.    -- within 30 days?

20        A.    Thirty days.

21        Q.    And what's the 10?

22        A.    If you pay it within 25 days.

23        Q.    You get another 10?

24        A.    10 percent.

25        Q.    So is that 60?

Bushman Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1      A.    What now, sir?

2      Q.    Is that 60 percent?

3      A.    I'm not a mathematician.  You just take

4   50 and then take 10 percent off the next one and

5   that is your price.

6      Q.    Okay.  Did you ever tell anybody at

7   Stone Works that you could not continue to employ

8   Randy Sims?

9      A.    No.  Did I tell them that Stone Works,

10  they couldn't work Randy.

11     Q.    No, no, no, that you could no longer

12  employ Randy Sims.

13     A.    Explain that one more time.  I don't

14  quite understand what you mean.

15     Q.    Well, if someone were to say that you

16  said Randy Sims had a meth problem and you could

17  no longer employ him, do you agree with that

18  statement?

19     A.    I would have to have more proof than

20  somebody saying on meth.  I still do not

21  understand.

22     Q.    Do you have any recollection of saying

23  anything like that?

24     A.    No, no.

25     Q.    All right.  Has Ed Fraley Masonry or

Page 150

1   Fraley Masonry every sold or ever directly or

2   indirectly sold veneer stone other than

3   Centurion?

4        A.   Not that I'm aware of, no.

5        Q.   And you would know?

6        A.   Yeah.  Turned down some big jobs because

7   it wasn't our stone.

8        Q.   Say that again?

9        A.   I turned some big jobs down because it

10  wasn't our stone.

11       Q.   Have you ever developed dealers for

12  Centurion outside your territory?

13       A.   Well, that one time, my territory, I had

14  no territory.  I was free range.  I cut my

15  territory down.

16       Q.   When did you get a territory?

17       A.   Do what, sir?

18       Q.   When did you first get a territory?

19       A.   '04 I started selling for -- '04, '05 I

20  started repping.

21       Q.   What were you before then?

22       A.   I worked for Ed Fraley Masonry.

23       Q.   So my question is, while you were with

24  Centurion did you ever develop any dealers

25  outside your territory?

1        A.    No, sir.

2        Q.    Is there a difference between a dealer

3    and a distributor?

4              MR. SMITH:   Objection, calls for

5    legal conclusion.   You can answer.

6        A.    A distributor is one that you got the

7    warehouse, being up like Marty Hesch would be.

8    He's got 18 or 10 to 12 loads, he could be a

9    distributor.   Set up three or four different

10   areas.   If he was carrying a truckload of stone

11   you wouldn't qualify to be a distributor, because

12   you barely would have enough for your own

13   personal use.

14       Q.    So what would you be?

15       A.    You'd be a dealer.

16       Q.    So what is the difference between a

17   dealer and a distributor, in your industry?

18       A.    I just explained that.   It's quantity of

19   your material in your warehouse to be able to

20   fulfill your -- demands on your own dealers

21   that's needing stone.

22       Q.    Earlier you went through a list of

23   distributors in your territory.   What dealers are

24   in your territory?

25       A.    That's the only ones.   That's all the

Page 152

1  dealers I have, the six.

2      Q.   Okay.  So I'm confused.  Was Stone Works

3  a dealer or a distributor?

4      A.   I call them all the same.

5      Q.   Okay.  That's my question.  Do you lump

6  those up the same?

7      A.   Yes.  I lump them the same.

8      Q.   And do they get the same pricing?

9      A.   Get the same pricing, yes, sir.

10      Q.   Is there an advantage to being a dealer

11  or a distributor?

12      A.   Not really, no.  No advantage.

13      Q.   What are the advantages of being a

14  distributor for Centurion?

15      A.   None.

16      Q.   Well, you get Centurion product?

17      A.   You get Centurion product, but if you're

18  a distributor, you're just pushing more products

19  in your area to different people that are

20  handling your material.  As far as being any more

21  different with Centurion, it would be the same.

22  Centurion is going to treat you the same.

23      Q.   You say more product in your --

24      A.   You would have -- if you had

25  distributor, you're selling to two or three

Bushman Reporting          800-556-8974
A Veritext Company        www.veritext.com

1    different dealers in your area.

2        Q.    Okay.  So would a distributor be someone

3    that also sells to a dealer?

4        A.    Yes.  If you wanted to, they could.

5        Q.    But a dealer would not sell to a

6    distributor?

7        A.    If the distributor needs the stone,

8    everybody can interchange.  Any dealer can

9    interchange.  Rusty has went to Springdale to get

10   stone.  I went different places got stone.  Every

11   dealer, we work together if you need stone.

12       Q.    I'm trying to get an understanding, if

13   there is one.  I just want to know how it is in

14   your industry and in your business.  If there is

15   a difference between a distributor and a dealer

16   and I understand you say volume sold?

17       A.    Yes.  A distributor more so and if

18   you're a distributor, you have got two or three

19   people you're feeding your source to.

20       Q.    All right.  So are there any dealers in

21   central Arkansas?

22       A.    Any dealers?

23       Q.    Yes, sir.

24       A.    Just Marty Hesch is all.

25       Q.    Are there any distributors in central

                                              Page 154

1    Arkansas?

2         A.    Not in central Arkansas, no.  Marty's

3    area is in eastern, southeastern Arkansas.

4         Q.    So when he's selling in central Arkansas

5    he's selling as a dealer?

6         A.    Correct.  He's selling as a dealer

7    through his area, through Jonesboro.

8         Q.    So the Alexander store is a dealer

9    store?

10        A.    It is right now, yes.

11        Q.    How could it change from a dealer store

12   to a distributor store?

13        A.    Just more product in his store.

14        Q.    Inventory?

15        A.    Inventory.

16        Q.    And what is the requirement for

17   inventory?

18        A.    No real requirement.  Just so you can

19   keep your customer happy.

20        Q.    You can service your customer base?

21        A.    Yes.

22        Q.    Have you ever gone behind a distributor

23   and taken their dealer and made them a

24   distributor?

25        A.    No, sir.

Page 155

1       Q.    That would be wrong?

2       A.    Yeah.

3       Q.    You told us several ways you've assisted

4   dealers.  Are there any other ways you assist

5   dealers other than what you've told us?

6       A.    Not really.  Not that I can think of.

7       Q.    We've talked about you selling masonry

8   products in several states, and you say that

9   doesn't happen.  Do you sell it directly or

10  indirectly in states, masonry products from

11  Centurion?

12      A.    Rephrase that so I can understand.

13      Q.    As I understand it, you don't sell any

14  products?

15      A.    Correct, no.

16      Q.    You are the contact and relationship on

17  behalf of Centurion with the distributors?

18      A.    Through Centurion.

19      Q.    Through Centurion?

20      A.    Correct.

21      Q.    But the orders are always placed with

22  Centurion and never placed with you?

23      A.    I never see an order.

24      Q.    And you never see an order?

25      A.    Not until it's -- not until it ships.

Page 156

1     Q.   Because you see it then because that's
2   when you get your commission on it?
3     A.   Correct.   That's where I was at.   I
4   didn't have no idea.   I don't know when anybody
5   has got any stone orders off of what.
6     Q.   Have you ever competed with any of your
7   dealers or distributors --
8     A.   No.
9     Q.   -- for customers in any way?
10    A.   Not that I'm aware of, no, sir.
11    Q.   Well, you would know, wouldn't you?
12    A.   I would know.
13    Q.   Have you ever had any conflicts with
14   distributors or dealers?
15    A.   No.   Not that I'm aware of.
16    Q.   Is it in your personal financial
17   interest to make sure that dealers are selling as
18   much as possible?
19    A.   I want all of them to do as best -- I
20   want every dealer to be, how do you say it, to
21   the best of their potential I want them to do.   I
22   want them to be prosperous.
23    Q.   When a dealer is getting replaced, you
24   want to have another dealer already set up to
25   come in their place?

Bushman Reporting                    800-556-8974
A Veritext Company                www.veritext.com

1        A.    Not necessarily.

2        Q.    But that's what you did here with Stone

3    Works and Stone Concepts.   Correct?

4                    MR. SMITH:   Lacks foundation.   Go

5    ahead.

6        A.    It was in a way, yes.   Marty Hesch, I

7    didn't know what he was going to set up.   I had

8    no idea.   He had an opportunity.

9        Q.    (By Mr. James)   You gave him permission

10   to set up, and you wanted him to come in and fill

11   that gap?

12       A.    I wanted, yes.   I wanted to see

13   Centurion in the area, yes.

14       Q.    Okay.   How long does it normally take to

15   fill an order, say, for a house?

16       A.    It depends on size.   I mean, it depends

17   on the orders.   I mean, I don't know how far.   It

18   depends on how far back they are.   Right now it

19   would probably be three week, three week wait.

20   That's normally the -- what they try to keep to.

21   I have seen it way up there.

22       Q.    Were any dealers incentives given to

23   dealers or distributors to open up as a dealer

24   and distributor on behalf of Centurion?

25       A.    No, not that I'm aware of.

                                        Page 158

1      Q.   Would Centurion have meetings with just

2   dealers or distributors?

3      A.   It's been a long time.  They used to

4   have meetings.  A few years ago they would have

5   everybody come in for lunch.

6      Q.   In any of these meetings were there

7   complaints that the -- that Centurion was

8   competing with the dealers in their territory or

9   not honoring their territory?

10     A.   No.  I don't know no complaints.  Most

11  of them was to find out what the dealers needed

12  to help better their business.

13     Q.   But if I were a dealer and I had my

14  territory and I had a large contractor that I had

15  a relationship and did business with and he did

16  business outside my territory --

17     A.   And he was your contractor?

18     Q.   Yes, sir.

19     A.   You go with him.

20     Q.   You go with him.  And then the other

21  exception is multi-family housing?

22     A.   Multi-family.

23     Q.   And is multi-family two or more or

24  what's multi-family?

25     A.   Multi-family are like condominiums,

Page 159

1    apartments.

2        Q.    Quads?

3        A.    Yes.   Yes.

4        Q.    Okay.   But otherwise, territories are

5    respected by Centurion, unless it's multi-family

6    housing or a situation where you're following

7    your contractor or builder?

8        A.    Yes.   And really, our territory are

9    mostly just respected by each dealer.   You can't

10   restrict trade.

11       Q.    Are dealers required to pay any type of

12   fee or dealers or distributors required to pay

13   any type of fee to Centurion?

14       A.    No, sir.

15       Q.    Were there any requirements that dealers

16   or distributors display or sell products from a

17   fixed location?

18       A.    From what, sir?

19       Q.    From a fixed location.   Fixed,

20   f-i-x-e-d.

21       A.    You're talking about like from the

22   dealership?

23       Q.    Yes, sir.

24       A.    Yeah, you're supposed to have -- you got

25   to have your office and your displays.

Page 160

1          Q.    So you have to have an office and a

2    display area?

3          A.    Yeah, and a warehouse.

4          Q.    And a warehouse?

5          A.    Yes.

6          Q.    If you were a distributor, but a dealer

7    didn't have to?

8          A.    No, dealer, you got to have all that.

9    You're supposed to have.

10         Q.    Okay.  Any requirements on the size of

11   the warehouse?

12         A.    There's no requirements of anything.

13   Not really, no.

14         Q.    So was your relationship with your

15   distributors and dealers a continuing

16   relationship?

17         A.    Are they continuing?

18         Q.    Yes, sir.

19         A.    Yes.

20         Q.    During the period of their relationship

21   with Centurion?

22         A.    Yeah.  I still contact my dealers and

23   talk with them.

24         Q.    Did Centurion grant authority to Stone

25   Works to sell its products?

                                    Page 161

1        A.    Yes.

2        Q.    Were there ever, to your knowledge, any

3   written agreements?

4        A.    No written agreements.

5        Q.    Between dealers and distributors and

6   Centurion?

7        A.    No, sir.

8        Q.    Did the dealer or distributor have the

9   opportunity to ask for the requirements in

10  writing?

11       A.    They might have asked for them, but they

12  wouldn't have got them.

13       Q.    Are you aware of anybody asking for it

14  in writing?

15       A.    No, I never have.

16       Q.    Was there any type of application

17  required?

18       A.    Explain that, please.

19       Q.    Well, to become a dealer or distributor

20  did they have to complete any type of

21  application?

22       A.    You would have to get a credit app and

23  you got to be qualified to have your warehouse

24  and your showroom.

25       Q.    When you say qualified as your warehouse

                                        Page 162

1    or showroom?

2        A.    Showroom, yes.

3        Q.    You go out and look at it and say this

4    meets our requirements?

5        A.    Yes.

6        Q.    Generally what were the requirements for

7    a showroom?

8        A.    With me, it's very minimal.  Because I

9    want someone to get started to work and then

10   build.

11       Q.    What would you require at the beginning?

12       A.    Very little.  I mean, just if you could

13   put a lean-to up, I would say it's good.

14       Q.    All right.

15       A.    I mean, it depends on the individual.  I

16   mean, Rusty could tell you.  When it come to him,

17   I done my best to help get them started.

18       Q.    Did you ever have issues where dealers

19   or distributors complained about other dealers or

20   distributors' territories?

21       A.    Some.  But very little.

22       Q.    How would that arise?  What would that

23   be about?

24       A.    I mean, I have got one on Rusty one time

25   because Jeff Lee, Rusty went and done a job in

Page 163

1    Springdale and it was Jeff Lee's territory, but

2    it was Rusty's builder, so I had to explain that

3    to Jeff and everything was good.

4        Q.    Is central Arkansas a good territory?

5        A.    Every territory is good if you want to

6    work.

7        Q.    Is central Arkansas a good territory?

8        A.    Yes.  Yes.

9        Q.    Is it a coveted territory?  Do other

10   people want it?

11       A.    I have never really tried to give it.

12   If you have a stone business, if you live in this

13   area, it would be a good market.  I have had

14   several people inquire about it.  ABC Block, for

15   one.

16       Q.    ABC Block.  They're brick, aren't they?

17       A.    Well, brick and block, but they sell

18   stone.  But I told them they would have to go

19   through Rusty to get it, or Stone Works.  They're

20   right out of Searcy wanting me to sell to them.

21   I said no.

22       Q.    Did they want to be a dealer in central

23   Arkansas?

24       A.    Yeah.

25       Q.    And you wouldn't let them.  You stayed

Page 164

1  with Stone Works?

2    A.   Stone Works was my dealer.

3    Q.   And you're loyal, and loyalty should be

4  two ways?

5    A.   Yes.  A hundred percent.

6    Q.   You expect them to be loyal and only

7  sell Centurion, and you're loyal and you protect

8  your territory?

9    A.   Very much.

10    Q.   And protect their dealers and their

11  customers?

12    A.   Yes.

13    Q.   And not let them go around them?

14    A.   No.  I fight for my customers.

15    Q.   Now, if I were Stone Works and let's say

16  I had a contractor that owes me $7,000, would you

17  let that customer go buy the stone from another

18  Centurion dealer while they still owed me money?

19    A.   No, sir.  What I would do is go with

20  them to the customer and do my best to collect

21  that money.

22    Q.   And then if you didn't, would you let

23  them buy from another --

24    A.   No.

25    Q.   -- distributor?

Page 165

1      A.   Me and Rusty had that situation in the

2   past.

3      Q.   And that's part of the loyalty, isn't

4   it?

5      A.   Yes.

6      Q.   And isn't the approval process for a

7   dealer they had to have a showroom, a warehouse,

8   credit application, and then you had to talk to

9   Tim Pardue to get approval?

10      A.   Yes.  Every -- everybody goes to

11   Nashville for the day.  Once you go through the

12   plant -- everybody gets a tour and meets the

13   people.  You need to know who you do business

14   with, so they go through the plant, meet the

15   girls, meet everybody in the plant.

16      Q.   Now, other than that, how often would a

17   dealer or distributor go to the plant?

18      A.   That would be a -- a dealer's

19   discretion.

20      Q.   How often typically?

21      A.   Well, most of the time a lot of them

22   never go.  They just want their stone.  They

23   could care less about the plant.  They want

24   product.

25      Q.   I understand.  Were any purchase price

Page 166

1    restrictions placed on distributors or dealers,

2    such as Stone Works?

3         A.   Purchase price.

4         Q.   Or I said that wrong.  Sales price.

5    Could they sell at any price they wanted to?

6         A.   At their discretion.  We had a suggested

7    price sheet, but it was not mandatory to what

8    they sell.

9         Q.   Were dealers or distributors authorized

10   to use Centurion's name?

11        A.   In some cases, yes.  That would have to

12   go through Tim Pardue.  Not me.

13        Q.   That was going to be my next process.

14   If I wanted to be Stone Works Centurion of

15   Arkansas, how would I do that?

16        A.   You would have to go through Tim Pardue

17   and they would have to work that out.  In other

18   words, I do not know.

19        Q.   Now, do any of your dealers use the

20   Centurion name?

21        A.   Not that I'm aware of.  They do not, no.

22        Q.   So you have never had to go through that

23   process?

24        A.   No, sir.

25        Q.   Does Centurion do advertising?

Page 167

1      A.    Yes.

2      Q.    How does it do advertising?

3      A.    Well, used to done trade shows, builders

4    shows every year, and then they do magazine

5    advertising.  I really don't know what all

6    advertising they do now.

7      Q.    Are dealers or distributors required to

8    pay any type of advertising fee?

9      A.    No.

10      Q.    Is there a minimum territory size you

11    provide?

12      A.    I try to let everybody have plenty of

13    room to grow.

14      Q.    That was going to be my next question.

15    Once you had a territory could you grow that

16    territory?

17      A.    Quickly.

18      Q.    How would you go about growing that?

19    And when I say grow a territory, I mean adding

20    counties, for example.

21      A.    I try to give you plenty of room.  For

22    example, I asked him one time about Exocranial.

23    I had an opportunity to sell in Exocranial for a

24    dealer.  He said, well, I might want to go there,

25    so I left it open for Rusty.

Bushman Reporting          800-556-8974
A Veritext Company         www.veritext.com

1     Q.   Did he go there?

2     A.   I don't know if he has or not.  I don't

3   know if he made sales or not, but I left it open.

4     Q.   Where he could sell that there?

5     A.   Yes.  I left his territory.  Did I make

6   the sell, no.  I honored Rusty's request.

7     Q.   All right.  But they had to get your

8   permission to go into additional territory,

9   unless it was multi-family housing or following

10  their contractor?

11    A.   Everybody in Centurion, each of them

12  knows everybody's kind of territory they work.

13    Q.   How would they know that?

14    A.   Just by the rank.  I mean, Rusty knows

15  that we have Jeff Lee in Fayetteville or

16  Springdale.

17    Q.   Were these exclusive territories except

18  for contractors you followed in multi-family

19  housing?

20    A.   Yes.  Really it's hard to say

21  exclusively.  It was honorable territories.

22  Everybody honored each other.

23    Q.   And they were supposed to be exclusive

24  in those areas?

25    A.   Yes.

Page 169

1    Q.   And if they weren't, what would happen?

2    A.   Nothing.  I mean, you would just get a

3    little pissy with the other people.

4    Q.   For example, if Stone Concepts sold in

5    Little Rock and it wasn't multi-family housing

6    and it wasn't a contractor they followed, it was

7    -- would that be a problem?

8    A.   It would.

9    Q.   What would you do about that?

10   A.   I would have a very long talk with them

11   and ask them to honor any other dealers, if

12   someone else was selling in that area.

13   Q.   What if they didn't do that?

14   A.   Then we had to get a little rougher.  I

15   mean, that's a consequence I have never been up

16   against.

17   Q.   Is your intent to avoid competition

18   between dealers and distributors?  You don't want

19   them to compete in the same territory?

20   A.   No, I want them.  So, no, if you get two

21   of the same stone companies competing in the same

22   area, first thing you know they are having a

23   pricing war and neither one is going to make a

24   dime.

25   Q.   Right.  Were there circumstances where

Page 170

```
1   you changed or narrowed a territory?
2       A.   No.  Not that I know of.  I want every
3   dealer to grow.
4       Q.   Was there any prohibition from a dealer
5   selling or attempting to sell outside their
6   territory that was not another Centurion
7   territory dealer?
8       A.   If it was open territory, that's not a
9   problem.
10      Q.   Open territory.  Okay.  Was there any
11  type of term or renewal date on a dealership,
12  Centurion dealership or distributorship?
13      A.   A term?
14      Q.   Yeah, like three years and you had to go
15  through a renewal process?
16      A.   No.
17      Q.   Once you had it, you had it until
18  somebody terminated it?
19      A.   (Witness shakes head.)
20      Q.   You're shaking your head yes.
21      A.   I'm sorry, I have got to speak out.
22  Yes.  No, there's no termination.  Centurion had
23  no rules.
24      Q.   Were there any restrictions on a
25  dealers' or distributors' ability to transfer
```

Page 171

1    their interest to another person or entity?

2         A.   That would have to go through Centurion.

3         Q.   IT had to be approved?

4         A.   Yes.

5         Q.   So if Stone Works wanted to be bought by

6    somebody, it had to be approved by Tim Pardue?

7         A.   Correct.

8         Q.   What if they just had a 10 percent or 20

9    percent purchaser?

10        A.   I would say you would be fine as long as

11   the main owner was involved.

12        Q.   Majority owner?

13        A.   Yes.

14        Q.   Were there any restrictions or

15   prohibitions on a distributor doing business with

16   another distributor?

17        A.   Are they the same distributor,

18   Centurion?

19        Q.   Yes.  They are both Centurion

20   distributors.

21        A.   No problem.

22        Q.   Okay.  Was there any requirement that a

23   dealer or distributor be provided written notice

24   of intention to terminate?

25        A.   No.

Page 172

1          Q.    Was there an opportunity to object to

2     termination?

3          A.    Not that I'm aware of.

4          Q.    Did the authority to sell Centurion

5     products have any value, in your mind?

6          A.    Have any value.  Yes, it does.

7          Q.    And why do you say that?

8          A.    Because you've got something to offer a

9     customer.

10          Q.    In an exclusive territory?

11          A.    Yes.

12          Q.    With the name of Centurion behind it?

13          A.    Correct.  And with Centurion, you don't

14     have to promise -- you don't have the guarantee

15     to buy so much square feet a year.  In other

16     words, you work at your own pace.

17          Q.    I'm going to throw out another term I've

18     heard, and I want you to tell me what it means in

19     the industry.  And what does a representative

20     mean to you?

21          A.    A representative would be somebody like

22     myself that would come out if you have a problem

23     and help you solve your problem.

24          Q.    Okay.  So you're the dealer, distributor

25     representative?

Page 173

1     A.   Correct.

2     Q.   Correct?

3     A.   Correct.

4              MR. SMITH:   Let's go off for a

5     second.

6              MR. JAMES:   Sure.

7                   (Recess.)

8     Q.   (By Mr. James)   Sir, it is 1 o'clock.

9     We're resuming your deposition.   Are there any

10    answers you have given that you need to change or

11    clarify?

12    A.   Not that I'm aware.

13    Q.   All right.   Is there anything to keep

14    you from giving a full, complete and accurate

15    deposition today?

16    A.   Not that I know of.

17    Q.   Not on any medications that affect your

18    ability to remember or anything of that nature?

19    A.   No.   I mean, the only thing I got going

20    for me is my age.   It's kind of slowed down.   I

21    think we all got that.

22    Q.   I think so.   Do you understand we're

23    going to rely on your testimony?

24    A.   Correct.

25    Q.   And we can do that.   Correct?

Page 174

1        A.    As far as I know, yes.

2        Q.    Now, once a distributor was acquired by

3    Centurion in your territory, once you got it

4    built up as a distributor, what was your role

5    with that distributor?  What was your continuing

6    role?

7        A.    Okay.  Just like -- just for the first

8    year you about got to live with the new, to help

9    them get started, to get them off their feet,

10   because most of them are green.  It's not easy

11   getting started.  I was at Stone Works many days

12   on the first year, and then they get the feel of

13   it and then whenever they see me coming we'll go

14   out to lunch because they don't need you that

15   much anymore, unless they got a situation like a

16   problem.  But as far as the purchasing, I mean,

17   just learning all the little ins and outs.  Randy

18   Sims was a big benefit for them to help, you

19   know, get them started.

20       Q.    Randy Sims was?

21       A.    For Stone Works, yes.  He was a big

22   benefit to have on the front end for Rusty and

23   them.

24       Q.    Did you ever terminate him?

25       A.    No.

1      Q.   Do you know, did you ever recommend that
2  Stone Works terminate him?
3      A.   Not that I am aware of.
4      Q.   All right.  Now, if Centurion had bad
5  news for a dealer or distributor, such as there's
6  multi-family housing in your area and you're not
7  going to be exclusive there, it's wide open
8  territory, would that be something you would
9  communicate to the distributor on behalf of
10 Centurion?
11     A.   I need to follow.  Try to rephrase more.
12 I didn't quite understand.
13     Q.   Well, let me do it just generally.  If
14 there was bad news for a distributor, would you
15 be the one to communicate that on behalf of
16 Centurion?
17     A.   Like what would -- explain the bad news.
18 I don't follow.
19     Q.   You've been working on this multi
20 housing family project in your area, but another
21 dealer is going to come take that over and do it,
22 and we're going to sell them product and let them
23 do it in your territory.
24     A.   If it was multi-family, I have had that
25 happen.

Page 176

1      Q.   All right.  And would you communicate
2  that on behalf of Centurion?
3      A.   You just talk to the dealers.  You work
4  it out together.  I mean, there's nothing
5  Centurion can do because everybody is legal.
6      Q.   Were dealers or distributors listed on
7  Centurion's website?
8      A.   Some there are, yes.  Some -- I don't
9  know how that works.  I don't know.
10     Q.   Was there a dealer locator on the
11 website?
12     A.   I don't know.
13     Q.   Okay.  Beyond your area of knowledge?
14     A.   Yes.
15     Q.   Could Centurion dealers or distributors
16 sell to competitors?  For example, could it sell
17 Centurion stone to a ProVia distributor?
18     A.   Yes.
19     Q.   No restrictions, no prohibitions?
20     A.   No.
21     Q.   How do the exclusivity requirements of
22 Centurion provide a benefit to Centurion?
23              MR. SMITH:  Objection, vague.  Go
24 ahead.
25     A.   Probably a disadvantage for Centurion.

                                      Page 177

1      Q.   (By Mr. James)  And why do you say that?
2      A.   Well, for example, just like I told you
3  I was holding Texarkana for Rusty.  Centurion has
4  lost all them sales all these years it was
5  sitting there vacant.
6      Q.   Do the exclusivity provisions affect
7  competition in the market?
8              MR. SMITH:  Objection, vague.  Go
9  ahead.
10     A.   I need to follow that a little closer.
11     Q.   (By Mr. James)  Your marketing of veneer
12 stone, do the exclusivity provisions affect
13 competition in the marketplace?
14             MR. SMITH:  Objection.
15     A.   I don't understand why.
16     Q.   (By Mr. James)  Does it benefit
17 competition among competitors?
18     A.   I really don't know how to answer that.
19     Q.   All right.  Can you list any benefit to
20 competition that the exclusivity provisions of
21 Centurion would bring about?
22             MR. SMITH:  Objection, vague.  Go
23 ahead.
24     A.   I'm still not -- I'm getting slow.
25     Q.   (By Mr. James)  All right.  Well, let's

                                        Page 178

1    ask it this way.  Do other competitors have

2    exclusivity provisions like Centurion?

3         A.   I don't know.

4         Q.   Do you ever deal with competitors,

5    distributors or dealers?

6         A.   Do I deal with them personally?

7         Q.   Yes, sir.  In connection with your

8    performance of your duties or responsibilities,

9    do you?

10        A.   No, I do not.

11        Q.   All right.  Now, when you get paid by

12   Centurion, tell me how you get paid and what the

13   process is.  How it's determined what you're paid

14   and then how you end up getting a check.

15        A.   Well, in other words, I don't get paid

16   until Centurion gets paid.  When they get their

17   check in, then they got there accounts there.

18   They figure your footage, they cut you a check

19   the 1st and the 15th.

20        Q.   So it's based on collections?

21        A.   Collections and square footage.  I mean,

22   there's times if it rains for two months, nobody

23   that has bought any stone, there's no checks.  So

24   it's a hit and miss situation.

25        Q.   But you make money?

Bushman Reporting          800-556-8974
A Veritext Company          www.veritext.com

1      A.    Sometimes.

2      Q.    Make good money?

3      A.    To be fair, it cost a lot of money

4    running down the road.

5      Q.    Do you get a check from the northern

6    warehouse?

7      A.    Directly from them, no, not directly

8    from them.

9      Q.    If you sell product in the northern

10   warehouse, it's still calculated the same way by

11   the Centurion factory.  Correct?

12     A.    That's correct.  I just get one check.

13     Q.    Were there any rules or requirements

14   that Centurion distributors had to follow?

15     A.    Any rules or requirements?

16     Q.    Yes, sir.

17     A.    Well, if -- you have to have your

18   warehouse.  You have to have inventory.  Yeah,

19   that's about it.

20     Q.    Office?

21     A.    And office and ability to work.

22     Q.    And agree to sell?

23     A.    Centurion only.

24     Q.    Centurion only.

25     A.    That's just an oral agreement.

Page 180

1    Q.   And pay the invoices monthly?

2    A.   Yes.

3    Q.   You say there's no written agreement.

4    Would it be fair to describe the relationship as

5    an oral agreement for an indefinite period in

6    which Centurion granted to Stone Works the right

7    to its product?

8    A.   No.  No.  Granted period, no.  Just the

9    rights to sell.

10   Q.   Sell its product?

11   A.   Yes.

12   Q.   Exclusively in a territory?

13   A.   In the area, unless things change, but.

14   Q.   Is the area the territory?

15   A.   It's never really fulfilled.  As far as

16   me and Rusty and Angela and Troy, we kind of work

17   out an area that he wanted to work in and I would

18   extend it.  In other words, you try to give them

19   plenty of area.

20   Q.   Do you know why Centurion did not enter

21   into a written contract?

22   A.   I do not know.

23   Q.   Now, if a dealer didn't pay for

24   Centurion product, what would it do?

25   A.   If it didn't pay for it?

Page 181

1      Q.    Yeah.

2      A.    They would cut him off until he paid, no

3   more materials.

4      Q.    What if he didn't pay and he owed a

5   hundred thousand dollars?

6      A.    I figure that John Enkema was talking

7   about would probably be talking to him.

8      Q.    And have you ever known Centurion to

9   sue?

10      A.    Not that I can recall, no.

11      Q.    But you would expect that to happen?

12      A.    Well, I never had.  I have never been in

13   that situation.  I don't know what would happen.

14      Q.    Did Centurion have any type of dealer

15   manuals?

16      A.    They used to have a manual.  They kind

17   of just give you orientation of how to do your

18   showroom and stuff, yes.

19      Q.    They don't have one anymore?

20      A.    I have not been down there.  I don't

21   know if they do or not.  It's been a long time.

22   I have not really.  Been at the office for a

23   couple years.

24      Q.    Now, what does ship date mean in your

25   business?

Bushman Reporting                    800-556-8974
A Veritext Company                  www.veritext.com

1      A.   Ship date means that's the date it's
2   shipped out.
3      Q.   From the factory?
4      A.   In the factory.
5      Q.   And if I had an order out there, I was
6   Stone Works and I had an order with Centurion,
7   could I go in and get the ship date?
8      A.   They used to send you a confirmation.
9   Now, since everything got screwed up with all
10   this virus and stuff, I don't know if they could
11   even give you a confirmation right at the moment
12   because they so logged behind.
13      Q.   Would distributors get a row at the
14   factory?
15      A.   Yes.
16      Q.   Tell us what that means.
17      A.   It means that you turn an order in.
18   Then when you get your 50 skids or 48 skids, they
19   call you, say you need to get a truck.  You got a
20   load ready to get ship.
21      Q.   You had a row that you had to fill?
22      A.   You didn't have to fill it.  You could
23   call and put that -- they would ship you a load.
24   They'd ship you one if you get it, if you
25   preferred, but it's going to cost you a lot of

Page 183

1    money.  The more skids you put on the truck, the

2    cheaper.

3        Q.    When the rows got full you would have to

4    send a truck.  Correct?

5        A.    Yes.

6        Q.    And then a freight broker would be

7    contracted for by the dealer or distributor to

8    deliver.  Correct?

9        A.    You could give -- Centurion has someone

10   that would call.  They got people that would

11   broker your freight for you.

12       Q.    And set it up you?

13       A.    Yes.  But it was outside source of

14   Centurion.

15       Q.    And in order to get a row, your product

16   would have to be put in production.  Correct?

17       A.    Correct.  You already had known, even if

18   you didn't have a load on order, you still have

19   your row sitting there empty waiting for you to

20   put an order in.  All the row is is in a

21   warehouse like a parking spot.

22       Q.    It's literally a row where this is Stone

23   Works' product and it keeps on getting added to

24   it?

25       A.    Right.

Bushman Reporting          800-556-8974
A Veritext Company       www.veritext.com

1          Q.    Until they got enough for a truckload?

2          A.    When it comes time for shipping, the

3    shipper knows where their row is.  Like a little

4    parking garage.

5          Q.    Do you have your Declaration?  I bet

6    your attorney does.

7          A.    What now?

8          Q.    This is your Declaration, which we

9    looked at earlier, which is Exhibit 10.

10         A.    Uh-huh.

11         Q.    If you look at Paragraph 8 at the bottom

12   of the first page.  It says, "Some dealers

13   purchase Centurion products for their own

14   installation projects."

15         A.    Yes.

16         Q.    What does that mean?

17         A.    That means like if you just -- some of

18   them just install only.  They don't sell out.

19   They don't have no outside sales to other people.

20   They just use it for installation.

21         Q.    I'm not sure what you mean, so give me

22   an example of a distributor that does that and

23   then does it for their own installation only.

24              MR. SMITH:  Dealer or distributor?

25         A.    This is dealer.

Bushman Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1        Q.    (By Mr. James)   Okay.   Dealer.

2        A.    And in other words, I mean, Rusty and

3    them are probably a 90 percent installation

4    project.   They probably sell 8 or 10 percent

5    outside.   Most of sales are probably installed.

6        Q.    Do you know that or are you guessing?

7        A.    I'm guessing.

8        Q.    Okay.   So in your mind, is there a

9    difference between dealers and distributors with

10   regard to installation projects?

11       A.    The only thing, you're doing your own

12   distributing or installation, you're making more

13   money.

14       Q.    You're making more money because you

15   control it vertically?

16       A.    Yes.

17       Q.    To the end user?

18       A.    Yeah.

19       Q.    And then you say while some dealers also

20   sell to third-party installers, would that be

21   like a contractor?

22       A.    Uh-huh.   Or yeah, another mason.

23       Q.    Or contractor?

24       A.    Yes.   Mason contractor.

25       Q.    Well, yeah, a mason would be a

Page 186

1    contractor?

2         A.    Uh-huh.

3         Q.    Okay.  Are there restrictions on selling

4    to third-party installers?

5         A.    No.

6         Q.    Was it understood from the beginning

7    with Stone Works that central Arkansas would be

8    its territory?

9         A.    That never really was an understanding.

10   We just started working.  We work on them at the

11   time.  When Stone Works got involved, I had --

12   Burton Building Products was right down the road

13   from them and R.J. Horner was down in Hot

14   Springs, and then we just started working their

15   territory from there.

16        Q.    So my question is, was it understood

17   from the beginning that Stone Works would have

18   exclusive territory in central Arkansas?

19        A.    No.

20        Q.    What was the understanding?

21        A.    They was going to be a stone dealer in

22   an area, but they would have competition around

23   them.

24        Q.    What competition would they have around

25   them?

Page 187

1      A.    Well, they had Burton Building Products

2   was right down the street that was dabbling in

3   our stone.   They wasn't doing much, and then they

4   do a lot in Hot Springs now, which R.J. Horner

5   was down there, but R.J. wasn't doing much and

6   they went in and done a good job.   R.J. is gone

7   and Burton Building probably is gone.   Well,

8   Burton Building Products sells a new product.

9   It's called Plymouth now, if I'm not mistaken.

10     Q.    Turn to Paragraph 9 of your Declaration.

11  You state "Plaintiff only used Centurion products

12  for its own masonry work, and therefore, did not

13  actually sell Centurion products to third-party

14  installers."   That's not correct, is it?

15     A.    No, no, it's not correct.   That's what

16  we talked this morning, we need to change that.

17     Q.    And you said they do sell some material?

18     A.    Yes.

19     Q.    But mostly install?

20     A.    Correct.

21     Q.    And that's what you told us this

22  morning?

23     A.    I tell you that today.

24     Q.    And you say, "In other words,

25  Plaintiff's business involved purchasing

Bushman Reporting                    800-556-8974
A Veritext Company                www.veritext.com

1   Centurion product and then installing those
2   products directly for the end users," and those
3   would be like customers or businesses?
4        A.   Correct.
5        Q.   And would you protect those customers of
6   Stone Works?
7        A.   Well, they would be already protected
8   because they're in the area, you know.
9        Q.   All right.  But if another dealer wanted
10  to sell to a customer?
11       A.   Once we got -- the other dealers aren't
12  going to be in the area because we got them out.
13       Q.   But if another dealer wanted to sell to
14  one of our customers in our territory, would you
15  stop that?
16       A.   I would try.  I would go talk to him.
17       Q.   Well, if they went ahead and did it, you
18  had a pretty big stick, didn't you?
19       A.   I carried one.  I didn't carry no stick.
20  I just -- most people respect what you do.
21       Q.   But those customers should be protected.
22  You agree with that?
23       A.   Yeah.
24       Q.   And it wouldn't be fair for another
25  dealer to solicit those customers?

Page 189

1      A.    Not another Centurion dealer, no.  I
2  mean, you're going to have --
3      Q.    We're just talking about Centurion
4  dealers.
5      A.    Okay.  Yeah, no, they wouldn't.
6      Q.    And were distributors such as Stone
7  Works encouraged to set up dealers, such as
8  contractors?
9      A.    No, they had an opportunity to, if they
10  wanted to.
11      Q.    Were they encouraged to?
12      A.    No.  They was limited with what they
13  could do.
14      Q.    But if they were selling to like a
15  contractor, then that's just more product getting
16  sold and benefits everybody.  Correct?
17      A.    Correct.
18      Q.    And was that encouraged?
19      A.    Yes.  Selling to contractors it was,
20  because that's just another -- just a customer.
21  To have a dealer you have to have another
22  location similar to what you are selling the
23  dealer to, another warehouse, and in other words,
24  you're not looking for someone to put stone in
25  the back of the truck and go sell it.

1      Q.   No. 10, "Centurion prefers its dealers
2   to exclusively sell its stone products."
3      A.   Yes.
4      Q.   And we know not only do they prefer, but
5   they're going to terminate you if you're selling
6   other competitors' products.  Correct?
7      A.   Yes.  When you say terminate, that means
8   that you're not -- you could still buy from
9   another dealer, but not from the factory.
10      Q.   You could not buy factory direct?
11      A.   Right.
12      Q.   And they would just be terminated as a
13   Centurion distributor?
14      A.   Because they're like a jobber.
15      Q.   And they wouldn't be on the dealer
16   locator, for example, on Centurion's website?
17      A.   No.
18      Q.   And you say you communicated this
19   directly to Plaintiff on multiple occasions?
20      A.   Yes.
21      Q.   Who did you communicate it to, or would
22   it be too many to count?
23      A.   Rusty knew and Angela knew it, Troy knew
24   it.  Randy Sims definitely knew it.
25      Q.   But when you say preferred, you really

Page 191

1    mean it's mandatory?

2        A.    Yes.

3        Q.    Does Centurion sell factory direct to

4    end users such as customers?  And I mean direct

5    from the factory.

6        A.    Not in my area.  I don't know what they

7    do outside mine.

8        Q.    Do you have crews that can install

9    Centurion product?

10       A.    Do I have crews?

11       Q.    Yes, sir.

12       A.    No, sir, I do not.

13       Q.    Does Mr. Pardue have crews that can

14    install?

15       A.    No, sir.  Now, he's got, in his other

16    facility, yes, they do.

17       Q.    What's Mr. Pardue's other facility?

18       A.    Well, they have got the same thing as we

19    have.  They have a dealership.  They sell

20    Nashville area.  They just like we do, they have

21    a distributor, or like go ahead and make sales

22    and they have got their masons.

23       Q.    What is the name of that distributor?

24       A.    I'm not sure.

25       Q.    So let me get it straight.  Mr. Pardue

1  has a distributor that is a distributor for

2  Centurion?

3      A.   In the Nashville, Tennessee area.

4      Q.   In the Nashville, Tennessee area?

5      A.   Yes.

6      Q.   And who does it sell to?

7      A.   Builders.

8      Q.   And he's got a crew that runs?

9      A.   Yeah.

10      Q.   Now, do those crews ever go to other

11  locations other than the Nashville area?

12      A.   Not that I'm aware of.

13      Q.   Such as Stuttgart?

14      A.   No.  He might have sent a crew to

15  Stuttgart.  I don't know that.  I'm not aware of

16  it.  I don't know.

17      Q.   And you don't know the name of the

18  business?

19      A.   No, I do not.

20      Q.   I take it you don't get a piece of that

21  distributorship?

22      A.   Oh, no, sir.

23      Q.   How long has that been running?

24      A.   As long as I can remember, sir.

25      Q.   You heard of Oaks Brothers?

Page 193

1        A.   Yes, I have.

2        Q.   What are Oaks Brothers?

3        A.   They are mostly multi-family type

4   distributor.

5        Q.   Were they a dealer for Centurion?

6        A.   No, sir.

7        Q.   Were they a dealer for Stone Works?

8        A.   At one time they was buying from Stone

9   Works.  I really do not know what happened there.

10       Q.   Are they a contractor or --

11       A.   They're multi-family contractor, yes.

12       Q.   And Centurion was contracting with them

13   as a third-party installer.  Correct?

14       A.   No, they was buying direct.

15       Q.   Strike that.  I asked that poorly.

16   Stone Works was contracting with Oaks Brothers as

17   a third-party installer.  Correct?

18       A.   Yes.  They were, yes, at one time.

19       Q.   And they developed them.  Is that

20   correct?

21       A.   Me and Angela went and talked to them at

22   one time.

23       Q.   You and Angela.  In fact, Angela took

24   you and introduced you to Oaks Brothers, didn't

25   she?

Page 194

1     A.   Yes, she did.

2     Q.   And they were a contractor where we were

3  trying to develop business with and selling to.

4  Correct?

5     A.   Correct.

6     Q.   And Centurion then changed them from a

7  dealer for Stone Works to a distributor for

8  Centurion.  Correct?

9     A.   No.  What happened was -- I really don't

10  know Angela.  Angela and Oaks Brothers, they had

11  some kind of difficulty.

12     Q.   What difficulty did they have?

13     A.   I do not know.

14     Q.   Did they have difficulty because they

15  wanted to buy factory direct after you met them?

16     A.   No.  Angela was getting paid or

17  something.  I really don't know what the

18  difficulty was.  As far as I know, the only thing

19  they were bidding was multi-family.  I really

20  don't know what they were bidding.

21     Q.   Can you tell us what happened with Oaks

22  Brothers?

23     A.   Oaks Brothers is not buying anymore.

24  They went to a different source.

25     Q.   But did they become a distributor for --

Page 195

1       A.    No, they did not.  They never did.

2       Q.    Did you ever make any money off sales

3   from Centurion to Oaks Brothers?

4       A.    Very little because they didn't do that

5   much.

6       Q.    But you did?

7       A.    Some, yes.

8       Q.    Did Angela introduce you to Greg Oaks of

9   Oaks Brothers?

10      A.    No.  Not Greg Oaks.

11      Q.    Who did she introduce you to?

12      A.    Somebody that was up there at the front

13  that was working the counter up there.

14      Q.    And then after your introduction did

15  Stone Works stop doing -- or strike that.

16            After your introduction did Oaks

17  Brothers stop doing work with Stone Works, doing

18  business with Stone Works?

19      A.    No.

20      Q.    Did they at some point?

21      A.    Yes.  They -- like I said, I don't

22  really know what did happen.  Angela and Oaks

23  Brothers had a difficulty.

24      Q.    Do you know what that difficulty was?

25      A.    No, I do not.

Page 196

1      Q.    Is there any more you know about Stone
2  Works than what you've just told us?
3      A.    About what, sir?
4      Q.    Excuse me, Oaks Brothers.  Let me just
5  strike --
6      A.    No, I do not.
7      Q.    You don't know any more?
8      A.    No.  That's about the size of it.  I
9  spent very little, very little time with Oaks
10  Brothers.
11     Q.    Did Centurion ever deal directly with
12  Oaks Brothers without Stone Works?
13     A.    They sold us some stone, yes.
14     Q.    And did that include the Sulfur
15  construction property?
16     A.    I could not answer that question.  I
17  don't know where it went.
18     Q.    Did -- when Centurion sold to Oaks
19  Brothers, did they have the same terms as Stone
20  Works as a distributor?
21     A.    No.
22     Q.    What was the difference?
23     A.    They had a different discount rate.
24     Q.    What was the difference?
25     A.    They had a 45 and 10 instead of a 50.

Page 197

1       Q.    Did Stone Works get any of that money?

2       A.    I'm not aware of it.  I don't know.

3       Q.    You ever heard of or known a person by

4    the name of Andrew Griffin?

5       A.    Yes.

6       Q.    Who is he?

7       A.    He's a mason at Stuttgart, Arkansas.

8       Q.    And did he purchase Centurion product?

9       A.    Not from me.

10      Q.    To your knowledge, did he purchase

11   Centurion product?

12      A.    He purchased from Rusty because I

13   introduced him to Stone Works.

14      Q.    So he was a customer of Stone Works?

15      A.    As far as, he was at one time.

16      Q.    And was he a friend of yours and Tim

17   Pardue?

18      A.    No.  I wouldn't know Andrew Griffin if

19   he walked in here.  I met him once or twice.

20      Q.    Did you know any of his customers?

21      A.    No, I did not.

22      Q.    Did Centurion or Stone Concepts sell to

23   any of Mr. Griffin's customers?

24      A.    Not that I'm aware of.

25      Q.    Did Centurion ever ship factory direct

Page 198

1    to Mr. Griffin?

2        A.   Not that I'm aware of.

3        Q.   Is there anything else you know about

4    the Oaks Brothers other than what you've already

5    told us?

6        A.   No.  Really, that's it.

7        Q.   Are you familiar with Burton Building

8    Products?

9        A.   Yes.

10       Q.   Who are they?

11       A.   That's the Plymouth I was telling you.

12   Burton Building Products is out of business.

13       Q.   Did they sell some Centurion product in

14   Stone Works' territory?

15       A.   Burton Building Products was buying

16   stone before Stone Works.

17       Q.   So is that a yes?

18       A.   No.  Yeah, they sold, but what I'm

19   saying is Burton Building Products was there

20   first.

21       Q.   And when Stone Works complained about

22   them selling in their territory, did you tell

23   them, well, they weren't solely selling stone.

24   They were selling other products?

25       A.   No, I didn't.

Page 199

1      Q.   Do you remember any discussion with

2   Stone Works regarding Burton Building Products?

3      A.   No, I do not really.  Very vague.

4      Q.   Anything else, other than what we've

5   talked about?

6      A.   Not that I can recall, no.

7      Q.   Do you know a Terry Lester?

8      A.   Yes.  As a matter of fact, I talked to

9   Terry down -- I had Terry call Rusty.

10     Q.   Why did you have Terry called Rusty for?

11     A.   Because he needed some stone installed.

12     Q.   And who is Terry Lester?

13     A.   He's a contractor and he was friends, or

14  just a semi contractor.  He worked at -- I don't

15  know where he worked.  He had a job, but he was

16  selling a little stone on the side.  Him and

17  Rusty worked together some.

18     Q.   Did Stone Works train Mr. Lester?

19     A.   I couldn't answer that.  I was just

20  never really around Terry Lester but one time.

21     Q.   Did Centurion sell stone to Mr. Lester?

22     A.   No, he did not.  They did not.

23     Q.   Are you familiar with the company called

24  Lakeside Siding?

25     A.   Yes.  Dana Swanson.

Page 200

1       Q.    What is Lakeside Siding?

2       A.    They're a siding company.  They sell

3  some stone.

4       Q.    Were they friends with Danny Swanson?  A

5  friend of Terry Lester?

6       A.    I think they could be a little bit of

7  friends.  I'm not a hundred percent sure.

8       Q.    Did Lakeside Siding purchase from Stone

9  Works?

10      A.    No, they purchased for themselves.  They

11 bought directly with Centurion.

12      Q.    At any point in time did Lakeside Siding

13 purchase directly from Stone Works as a

14 distributor?

15      A.    They might have bought some stone from

16 Stone Works.  I don't know.  I don't know.  I

17 don't have a clue who all Stone Works sold to.

18      Q.    Would it be accurate to say that

19 Lakeside Siding was a customer of Stone Works and

20 then became a distributor for Centurion?

21      A.    No, sir.  Not really, because that was a

22 little bit out of their territory.

23      Q.    What do you mean by out of their

24 territory?

25      A.    They was supposed to be from Conway

                                    Page 201

```
 1   south.   That's kind of our area.
 2         Q.    And where was Lakeside Siding?
 3         A.    April Springs.
 4         Q.    And you contend that's not in Stone
 5   Works' territory?
 6         A.    No, I mean, it's kind -- it was more of
 7   an open territory.
 8         Q.    Let's just say that regardless of
 9   whether the territory was open or not, did Stone
10   Works sell to Lakeside Siding before Centurion?
11         A.    I can't answer that.   I'm not sure.
12         Q.    You don't know?
13         A.    No.
14         Q.    Are you familiar with a job at Hank's
15   Fine Furniture?
16         A.    Hank's Fine Furniture.   Yes, I think I
17   am.   I think we done one in Springdale.
18         Q.    Was there a Hank's Fine Furniture in
19   Little Rock?
20         A.    I'm not sure.   I'm not aware of it.
21         Q.    Were you aware of Fraley Masonry being
22   allowed to sell directly to Hank's Fine Furniture
23   in Little Rock?
24         A.    I'm not aware of that.
25         Q.    That would be in Stone Works' territory,
```

Page 202

1  wouldn't it?

2      A.   Yeah.  Hank's -- you know what, Hank's

3  Fine Furniture was J.J. Klaman, which was the

4  installer for us.  He was a customer, Hank Brown.

5  I do remember that name.

6      Q.   Did he do the job at Hank's Fine

7  Furniture in Little Rock or was it somebody else?

8      A.   As far as I know, it was him.

9      Q.   And you think that gave a basis for

10 Fraley Masonry to do work in central Arkansas on

11 Hank's Fine Furniture?

12     A.   Yes.  No different than Rusty and them

13 coming to Springdale doing a job.

14     Q.   What is Octavian -- or strike that.

15          Can you tell me anything else about

16 Hank's Fine Furniture, other than what you've

17 told us?

18     A.   No, I can't.  I know Jay Klaman traveled

19 throughout the country doing it.

20     Q.   What is Octavian Architectural Design?

21     A.   He was a little bitty, small mom and pop

22 dealer, which he lasted about three months.

23     Q.   Did you tell the folks at Stone Works

24 about him before they opened?

25     A.   Yes.

Bushman Reporting                    800-556-8974
A Veritext Company                www.veritext.com

1    Q.   Where was he located?

2    A.   Over on Broadway.

3    Q.   In North Little Rock?

4    A.   Correct.

5    Q.   You've talked about Billy Pegg.  How do

6  you know Mr. Pegg?

7    A.   Billy Pegg stopped in Springfield one

8  time and asked me about Centurion Stone, and I

9  told him what the plan was and he went down and

10  talked with them and started selling.

11    Q.   What territory did Billy Pegg sell in?

12    A.   I'm not -- Memphis, as far as I know.  I

13  wasn't connected to Billy Pegg.

14    Q.   Did he sell in the Jonesboro area?

15    A.   Yes.  Well, no.  Yeah, he had a dealer

16  there.  He did.

17    Q.   Did Tim Pardue inform Mr. Pegg he would

18  no longer be a Centurion distributor and he would

19  have to buy from Stone Concepts?

20    A.   That's what I understood, yes.

21    Q.   Why did that happen?

22    A.   Because I think, what I understand, I'm

23  not a hundred percent sure on Billy Pegg, but he

24  was carrying more than one stone.

25    Q.   Do you know that?

                                        Page 204

```
 1        A.    Not a hundred percent.
 2        Q.    But that's your understanding the reason
 3   it changed.  Is that correct?
 4        A.    Yes.
 5        Q.    And is there anything else you know
 6   about Billy Pegg other than what you've already
 7   told us?
 8        A.    Not really, I don't.  And I worked with
 9   Billy some.
10        Q.    Did you ever go to Billy Pegg's showroom
11   in Memphis?
12        A.    Yes.
13        Q.    Why did you go to Billy Pegg's showroom
14   in Memphis?
15        A.    I was on my way to Mississippi and I
16   went by to see him.
17        Q.    Why would you go see Billy Pegg?
18        A.    Because he was part of us.
19        Q.    Was he one of your distributors or
20   dealers?
21        A.    Not at the time, no.
22        Q.    Did you ever make any money off any
23   business of Billy Pegg?
24        A.    Some.
25        Q.    What entity?
```

Page 205

1        A.    I helped him for about six months, and

2    then he started helping me.  He made money off of

3    me.

4        Q.    Explain that to me.

5        A.    I started getting dealers in Mississippi

6    and Louisiana, and me and him was splitting the

7    commissions.

8        Q.    You-all were splitting the commissions?

9        A.    Correct.

10       Q.    Were you-all selling direct to dealers?

11       A.    Yes.  We set up new dealers.

12       Q.    Setting up new dealers?

13       A.    Correct.

14       Q.    Why would you-all split the commissions?

15       A.    I just thought it was fair.

16       Q.    Was this approved by Tim Pardue?

17       A.    Correct.

18       Q.    So you're telling me Billy Pegg was a

19   representative of Centurion Stone?

20       A.    At one time, yes.

21       Q.    And he would have received 1099 income

22   like you?

23       A.    Yes.

24       Q.    Anything else you can tell me about

25   Billy Pegg other than what you've already told

Page 206

1    me?

2        A.    That's about it.  He was a good airplane

3    pilot, I understand.

4        Q.    What is Salter Construction?

5        A.    I have no idea.

6        Q.    You have never heard of Salter

7    Construction in Hot Springs?

8        A.    I have heard of them, but I don't know

9    them.

10       Q.    Have they ever been a distributor or

11   dealer in your territory?

12       A.    Not that I'm aware.

13       Q.    Did you ever make any money off Salter

14   Construction?

15       A.    Not that I'm aware of there, no.  I

16   still don't know who Salter Construction is.

17       Q.    You don't know?

18       A.    No.

19       Q.    Is Martin -- what is Martin Borscht

20   Company?

21       A.    I'm not sure there.

22            MR. GIATTINA:  I think Borscht is

23   how you pronounce it.

24       Q.    (By Mr. James)  Did Oaks Brothers ever

25   sell Coronado Stone or another competitor of

1    Coronado Stone?

2        A.   I'm not aware of that.  They could have

3    if they choose because they were not a dealer.

4    They were a jobber.

5        Q.   But you were selling to them factory

6    direct as a jobber?

7        A.   Yes.  At a different discount.

8        Q.   What is a jobber?

9        A.   That's someone that just buys different

10   stones and they're just inside, just jobs.  They

11   do not carry no inventory.  They do anything a

12   dealership do.

13       Q.   So do they get -- what do they do when

14   they get the stone?

15       A.   I don't have a clue.

16       Q.   I mean, do they install direct or do

17   they sell to another contractor?

18       A.   No, they don't sell.  It's a direct

19   sale.  This is bound for their own jobs.

20       Q.   Did you inform Centurion that Billy Pegg

21   was selling different stone?

22            MR. JAMES:  Objection, lacks

23   foundation.

24       A.   I cannot remember if I have or not.

25       Q.   (By Mr. James)  Now, I understood you to

                                    Page 208

1  say that Tim Pardue fired him because they were

2  selling other stone?

3      A.    That's what I was told, yes.

4      Q.    Were you the one that informed them of

5  Oaks Brothers using different stone?

6      A.    Oaks Brothers, no.

7      Q.    I'm sorry.  Of Billy Pegg using

8  different stone?

9      A.    I told Tim Pardue that he had different

10  stones in his warehouse.

11      Q.    You told Tim Pardue that?

12      A.    Yes.

13      Q.    And after that was Billy Pegg

14  terminated?

15      A.    Not right away.  I'm not sure how long

16  that was before that.

17      Q.    Are we talking days, months, weeks,

18  years?

19      A.    Probably a year or longer.  I don't

20  know.  You're asking something I don't remember.

21      Q.    Did it go over a year where Centurion

22  allowed Billy Pegg to sell other competitors'

23  product?

24      A.    I'm not sure.  I just don't know.

25      Q.    Would you go by and look?

Page 209

1        A.   Would I what?

2        Q.   Is that why you went by Billy Pegg's

3    warehouse in Memphis?

4        A.   No, I went by, I was on the way to one

5    of my dealers in Hattiesburg, Mississippi.

6        Q.   Are you familiar with Hank's Fine

7    Furniture in Conway?

8        A.   I know there's one there, yes.

9        Q.   Did Fraley Masonry sell the product?

10       A.   They sold it to Jay Klaman.  Jay Klaman

11   was the one that does all of Hank's Furniture.

12   He's a mason contractor.

13       Q.   Do you know who did the masonry work at

14   the Hank's Fine Furniture in Conway?

15       A.   No, I do not.

16       Q.   Was it Murdaugh, M-u-r-d-a-u-g-h,

17   Masonry?

18       A.   I do not know.

19       Q.   When Billy Pegg was terminated, was he

20   told that he could buy or would have to buy

21   Centurion Stone from Marty Hesch at Stone

22   Concepts?

23       A.   That was my understanding, yes.

24       Q.   And the same thing was told to Stone

25   Works.  Is that correct?

1        A.    Yes.  He's the closest dealer in that

2    area.

3        Q.    Is Ed Fraley Masonry still active?

4        A.    No.

5        Q.    It's your testimony it's been shut down?

6        A.    Excuse me?

7        Q.    Is it your testimony it's been shut

8    down?

9        A.    It has been, yes.

10       Q.    What is the territory for Fraley

11   Masonry?

12       A.    Springfield, Missouri and surrounding

13   area.

14       Q.    Say that again?

15       A.    Springfield, Missouri, up to around Lake

16   of the Ozarks.  Just kind of a little open

17   territory there.  There's a dealer in Columbia,

18   Missouri.  They kind of bump heads right around

19   the Lake of the Ozarks.

20       Q.    Does it have any territory in Arkansas?

21       A.    Yes.  They work Harrison, Arkansas.

22       Q.    Anywhere else?

23       A.    I'm not aware of where all they go.

24       Q.    Is Harrison an open territory or part of

25   their territory?

Page 211

1      A.    It's open.
2      Q.    Does Ed Fraley or does Fraley Masonry
3  compete in northwest Arkansas?
4      A.    Not compete, no.
5      Q.    Does it do business there?
6      A.    I have got some builders that go over
7  there, yes.
8      Q.    Contractors that they follow, is your
9  testimony?
10      A.    Correct.
11      Q.    Other than contractors which they
12  follow, are there any territory or do they have
13  any other territory in Arkansas?
14      A.    Not that I'm aware of, no.
15      Q.    Did you ever receive a bonus from
16  Centurion?
17      A.    No.
18      Q.    Would you ever try to quote, smoke out,
19  close quote?
20      A.    I don't know where that came from.
21      Q.    Let me finish.  Then you can say yes or
22  no.  Okay?
23      A.    Go ahead.
24      Q.    Because you heard that phrase before?
25      A.    Yes.

Page 212

1        Q.    Where did you hear that phrase before?

2        A.    I heard it from Rusty and Billy Pegg.

3        Q.    Did you ever try to smoke out

4    distributors who you thought were selling other

5    products?

6        A.    No, sir.

7        Q.    Did you ever try to discover or search

8    out or whatever words you want to do, investigate

9    dealers selling product other than Centurion?

10       A.    Not intentionally, no.

11       Q.    If you found out about it, it just

12   happened by happenstance it's your testimony.  Is

13   that correct?

14       A.    That's correct.

15       Q.    How would I go about finding the

16   territory of the distributors in your area

17   serving as a representative with Centurion?

18       A.    Excuse me?  My territory?

19       Q.    No, the territory of the distributors

20   within your territory.

21       A.    I'm not following what you mean.

22       Q.    Okay.  Well, is there like a map that's

23   stated?

24       A.    No, no, no.  No map.

25       Q.    So how would I determine the territories

Bushman Reporting
A Veritext Company

800-556-8974
www.veritext.com

1    of each of the distributors in your territory?

2        A.    The distributors really work honorably

3    with one another, and they have got so much

4    territory, it's hard to cross over.

5        Q.    So there's no map, no --

6        A.    No, no map.  No map.  It's all just

7    honorably done.

8        Q.    Now, was Centurion approached two and a

9    half years ago to open a Centurion northern

10   warehouse so it could sell stone west of the

11   Mississippi?

12       A.    Excuse me.

13             MR. JAMES:  Read that one back.

14   That was a pretty good question.

15             (The requested portion of the

16   record was read by the reporter.)

17       A.    Was Centurion approached?

18       Q.    (By Mr. James)  Yes, sir.

19       A.    Not that -- I don't know that.  I really

20   don't know how that come about.

21       Q.    You don't know anything about Lee Fraley

22   or Rudder or anybody else?

23       A.    I know, but I don't know how all that

24   all came back.  That was Tim and my son's deals.

25       Q.    Did you know they were doing it?

                                        Page 214

1       A.   I had confirmation, yes.

2       Q.   It was a good idea?

3       A.   At the time it sounded good, but really,

4   not -- it's been an expensive idea.

5       Q.   Do you know if Centurion approached Lee

6   Fraley and John Rudder to do it?

7       A.   Yes.  I didn't do it.  I was not

8   involved.

9       Q.   Okay.  Do you know who approached who?

10      A.   I don't know.  I really don't know much

11  about it.

12      Q.   Who is Austin Hill?

13      A.   He works for Centurion.  That's all I

14  really know about Austin Hill.

15      Q.   Corporate sales rep?

16      A.   I don't know.

17      Q.   Are you familiar with noncompete

18  agreements?

19      A.   Yes.

20      Q.   Are they common in your industry?

21      A.   In some places they are, especially if

22  you train someone.

23      Q.   Did you have an economic interest?

24      A.   Yeah.  But as far as me, I have never

25  had them.

Bushman Reporting                    800-556-8974
A Veritext Company                   www.veritext.com

1      Q.   And of course, if the competitors -- or

2   strike that.

3           Employees have the ability to know

4   confidential information, including witness lists

5   contact, telephone numbers, bidding preferences,

6   purchase preferences, that kind of thing?

7                MR. SMITH:   Calls for speculation.

8      Q.   (By Mr. James)   Would that be a fair

9   statement?

10     A.   I don't understand the statement.

11     Q.   What type of information would you

12  expect an employee to have regarding a

13  distributor they work for that they could use to

14  compete with them?

15               MR. SMITH:   Objection, vague.   Go

16  ahead.

17     A.   I'm trying to figure how to phrase that.

18  I mean, really, what information?   It would be up

19  to the employee they were working for what they

20  could have.

21     Q.   (By Mr. James)   Are you familiar with

22  confidentiality agreements?

23     A.   No, really, I'm not.

24     Q.   Which of your distributors that you're

25  aware of have noncompete agreements?

Page  216

1      A.    I think as far as I know, none.

2      Q.    Does Stone Concepts?

3      A.    I don't have a clue.  I do not know.

4      Q.    You just don't know one way or another?

5      A.    No, I do not.  I do not ask them all

6   those personal questions.  I don't know.

7      Q.    What is Tim Pardue's relationship with

8   Stone Concepts and its principals?

9      A.    His relationship is he sells stone to

10  him.

11     Q.    Well, they have a personal relationship.

12  They're friends, aren't they?

13     A.    Well, I don't know how you would

14  classify friends.

15     Q.    They hunt together?

16     A.    Some duck hunt, yes.

17     Q.    They take vacations together?

18     A.    Not that I'm aware of, no.

19     Q.    They golf?

20     A.    Not that I'm aware of.

21     Q.    Do you know any of them doing -- Marty

22  Hesch and Tim Pardue doing anything socially

23  together?

24     A.    Not that I'm aware of, no, sir.

25     Q.    How often have you been aware of them

Page 217

1    hunting together?

2         A.   That is -- they will duck hunt a time or

3    two, but not very often, really.

4         Q.   You a golfer?

5         A.   No, sir.

6         Q.   It would be fair to say that subject to

7    Tim Pardue's approval, you made the determination

8    as to who would be a distributor and who would

9    continue as a distributor of Centurion Stone.

10   Correct?

11        A.   I would have the -- yes, I'd have some

12   ruling on it.

13        Q.   Subject to Tim Pardue's approval?

14        A.   It would be Tim Pardue's approval, yes.

15        Q.   And would you have a relationship with

16   each of your distributors, to get to know them,

17   to advise them, consult with them?

18        A.   I would do my best, yes, to make -- I

19   want to make them prosperous.

20        Q.   Did you try to befriend them?  Did you

21   consider them friends?

22        A.   Yes.  Friends, associate friends.  I try

23   not to really get real close with any of them.

24        Q.   Did you consider Rusty Ray a friend?

25        A.   Yes.

Page 218

1      Q.    Troy Rhodes a friend?

2      A.    Yes.

3      Q.    Angela Rhodes a friend?

4      A.    Yes.  Very much.

5      Q.    Now, how do the Centurion sales in

6   central Arkansas compare to Stone Works' previous

7   sales in central Arkansas?

8               MR. SMITH:   Objection, vague.

9      A.    I don't know.  I don't have an answer to

10   that.  I don't know what to say those are.

11      Q.    (By Mr. James)  Well, I get the

12   impression that you know when you're supposed to

13   make a commission.

14      A.    You're correct, but I don't know -- I

15   could not answer for the Marty.  Are you talking

16   about Marty Hesch's sales?

17      Q.    Yes.

18      A.    I don't know where he's allocating them,

19   because they are -- all his trucks are coming to

20   Jonesboro, so I do not know what's going where.

21      Q.    You don't know what's in central

22   Arkansas?

23      A.    No, I don't.

24      Q.    So you don't know if they're selling

25   more or less?

Page  219

```
 1        A.    I'm saying right now probably less.

 2        Q.    But you don't know?

 3        A.    No, I don't.

 4        Q.    You could be making more money, you

 5   could be making less money?

 6        A.    Yeah.  You're correct there.  Right now

 7   with the way things are, loads have been slow.

 8        Q.    Have you made money from Stone Concepts?

 9        A.    Yes.

10        Q.    Have you received any compensation

11   directly or indirectly from Stone Concepts?

12        A.    No.

13        Q.    They haven't paid you anything?

14        A.    No.  Why would they?

15        Q.    That's what I'm asking.

16        A.    No, they have not.

17        Q.    Bear with me.  I'm asking some things

18   that I have already asked.  Is it common for you

19   to communicate directly with employees of the

20   distributors and dealers or -- distributors or

21   dealers for Centurion Stone?

22        A.    I'm trying to figure out what you mean.

23   You mean, like?

24        Q.    Like their employees, for example, like

25   Randy Sims.
```

Page 220

1      A.   Yes.  I told you I'm friends with

2   everybody.

3      Q.   And so is it common for you to

4   communicate directly with employees of dealers or

5   distributors?

6      A.   Yes.

7      Q.   Have you ever heard Tim Pardue say words

8   to the effect I'll spend any amount of money to

9   take out a dealer who sells any other stone than

10  mine?

11     A.   Not that I'm aware of, no, I have not.

12     Q.   But have you known that to be his

13  practice?

14     A.   No.

15     Q.   The fact is, if he becomes aware of a

16  Centurion distributor or dealer selling stone

17  other than Centurion, he'll terminate them.

18  Correct?

19          MR. SMITH:  Lacks foundation.  Go

20  ahead.

21     A.   As far as I'm concerned, yes.

22     Q.   (By Mr. James)  And that's been your

23  knowledge of the practice, custom and practice.

24  Is that right?

25     A.   Yes.

Page 221

1      Q.   Now, your exclusivity preference is to
2   avoid dealers using other competing products.  Is
3   that correct?
4      A.   Yes.  I don't --
5      Q.   What is Builder Stone Supply in
6   Springdale?
7      A.   It's an existing distributor like Rusty
8   Ray and them had.
9      Q.   And who's the principal there?
10     A.   Justin Shockley.
11     Q.   All right.  Did I ask you about Lakeside
12  Siding?
13     A.   Yes, you did.
14     Q.   I thought I did.
15     A.   They went to ProVia.  They're no longer
16  with us.  Dana Swanson --
17     Q.   Did they get terminated?
18     A.   No, Dana Swanson called me and said, Ed,
19  I want to start selling ProVia stone because I
20  buy ProVia siding, and he said, it's a conflict
21  of interest to buy their siding and not their
22  stone.  You know what, I agree a hundred percent
23  with you.
24     Q.   If Stone Works sold to Lakeside Siding,
25  would you have any problem with that?

Page 222

1        A.    Not right now.   None at all, if they

2   want to.

3        Q.    You say none right now.  Is that because

4   they're no longer a dealer or distributor?

5        A.    Yeah.   I don't see that I have any

6   problem.

7        Q.    How long did Randy Sims work with you?

8        A.    Probably roughly ten years.

9        Q.    Did Megan Sims ever work with you?

10       A.    No.

11       Q.    Did you ever feel Stone Works needed to

12   get rid of Megan and Randy Sims?

13       A.    Did I ever what now, sir?

14       Q.    That they needed to get rid of Megan

15   or --

16       A.    No.

17       Q.    Did you ever tell them that they would

18   turn -- did you tell Stone Works that the Sims

19   would turn on them?

20       A.    No, I did not because I didn't even have

21   that feeling towards the Sims.

22       Q.    Did you participate in any

23   communications with the Sims for Marty Hesch and

24   Marty Hesch?

25                 MR. JAMES:  Objection, vague.

Bushman Reporting                    800-556-8974
A Veritext Company                www.veritext.com

1      A.   I'm trying to figure out what you mean
2  by that.
3      Q.   (By Mr. James)  Well, I mean, did you
4  ever have any meetings, and you told us one --
5      A.   That's the only one, yes.  No.
6      Q.   And I'm not limiting it to meetings.
7  I'll include texts, e-mails.
8      A.   I have just saw Randy Sims that one time
9  this whole thing.
10      Q.   Now, when did you start or did you at
11  some point start talking with Randy Sims about
12  him going to work at Stone Concepts?
13      A.   I never did mention that to Randy Sims.
14      Q.   Did he mention it to you?
15      A.   Yes.
16      Q.   What did he say to you?
17      A.   He just said would Marty be interested
18  in hiring him.  I said you have to talk to Marty,
19  I don't do that.
20      Q.   You were aware of that.  Is that
21  correct?
22      A.   Correct, but I have no idea when or
23  what.
24      Q.   Did you tell Marty that he would be
25  contacting him?

Page 224

1         A.    I can't remember if I did or not.

2         Q.    Is it possible you did and you don't

3    recall?

4         A.    It could be.

5         Q.    How long before they actually left did

6    Marty Sims notify you that he wanted you to go

7    work with -- Randy Sims notify you that he wanted

8    to go work with Marty Hesch?

9         A.    I'm not sure.  I don't know.  I'm not

10   sure if he even notified me.  Most of the time

11   Randy was going to go to work for himself.

12        Q.    Did Marty Hesch ask you what you thought

13   about Randy Sims?

14        A.    No, sir.

15        Q.    Do you know whether Randy Sims and Megan

16   Sims were hired by Hesch and paid more money than

17   while at Stone Works?

18        A.    I have no idea about none of that, no.

19        Q.    No one's talked to you about that?

20        A.    No.

21        Q.    You ever heard of Centurion Exteriors?

22        A.    Yes.  That's in Nashville, Tennessee.

23        Q.    And is that a distributor?

24        A.    That's Tim Pardue's distributor.  That's

25   their name.  Since you brought it up, it rung a

Page 225

1    bell.

2        Q.    And his territory is what with Centurion

3    Exteriors?

4        A.    I do not know.

5        Q.    And what is -- have you ever heard of

6    Centurion Stone of Clarksville?

7        A.    No, I have not.  That's all out of my

8    area.

9        Q.    Have you ever heard of Centurion Stone

10   of Chattanooga?

11       A.    Yes.  That's Harold Johnson.  I know

12   Harold Johnson.

13       Q.    How do you know Mr. Johnson?

14       A.    He used to work for Centurion Stone as a

15   salesman.

16       Q.    Is he a Centurion distributor?

17       A.    As far as I know, he is.  I don't know.

18   That's not an area I work.

19       Q.    Did he sell other product other than

20   Centurion product?

21       A.    I don't know.

22       Q.    Have you ever heard that?

23       A.    No, I have not.  I don't know anything

24   about what Darrell is doing.

25       Q.    Did Centurion allow another dealer or

1    distributor to open up in his same territory?

2        A.    I can't answer that.  I don't know.

3        Q.    Do you know whether that competitor

4    stayed in business or went out of business?

5        A.    I don't know.

6        Q.    Did you ever deal with Centurion of

7    Chattanooga and receive any compensation from

8    that?

9        A.    No.

10       Q.    Do you know where Oaks Brothers is

11   located?

12       A.    Not now.  I do not know.  I have not

13   seen or talked to Oaks Brothers in several years.

14       Q.    Have you ever heard of Centurion of

15   Memphis?

16       A.    Yes.  That would be Billy Pegg.

17       Q.    What was the territory of Centurion of

18   Memphis?

19       A.    I do not really know.

20       Q.    And did you get a piece of it?

21       A.    For a short time.

22       Q.    And why did it start and why did it end?

23       A.    It was just for me to help Billy Pegg

24   kind of get on his own feet, and then Tennessee

25   was a Nashville -- that's their headquarters,

Bushman Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1    Tennessee is.

2        Q.    Did it then become Memphis Stone &

3    Stucco?

4        A.    As far as I'm concerned I think it did,

5    yes, but I don't really know.

6        Q.    Did you get a piece of that?

7        A.    No, sir.

8        Q.    Did Tim Pardue pull Memphis Stone &

9    Stucco off the website for selling other product?

10       A.    You have to talk to Tim Pardue.  I don't

11   know.

12       Q.    Did you hear anything about that?

13       A.    No.

14       Q.    When Centurion of Memphis was cut off,

15   did you go to Christie Cut Stone in Memphis and

16   tell them they were no longer a rep for

17   Centurion?

18       A.    No, I did not.

19       Q.    Have you ever heard of Christie Cut

20   Stone in Memphis?

21       A.    I have heard of them, but I don't know

22   where they're located.

23       Q.    And you never got a piece of that?

24       A.    No, I did not.

25       Q.    What is Centurion Stone of Appalachia?

Page 228

1        A.    I don't have a clue what that is.

2        Q.    What is Aztec Masonry?

3        A.    I do not know.

4        Q.    Who is Dan Britton?

5        A.    I do not know that.

6        Q.    Did Stone Concepts or Fraley Masonry

7   ever attempt to start selling brick in central

8   Arkansas?

9        A.    I'm -- when it comes to brick, I cannot

10  answer that.  I don't get concerned on brick.

11       Q.    Do you have any knowledge of --

12       A.    No, not that I have knowledge, no.

13       Q.    You ever deal with a Dan Britton,

14  B-r-i-t-t-o-n?

15       A.    No.  I just said I didn't know him.

16       Q.    I'm sorry.  Have you ever heard of

17  Mountain Valley Estates?

18       A.    No, I have not.

19       Q.    Doesn't ring any bells with you?

20       A.    No.

21       Q.    How many times have you been to Stone

22  Concepts or their offices?

23       A.    I have never been to one in Alexandria.

24  I have been to the one in Jonesboro two or three

25  times.

Bushman Reporting          800-556-8974
A Veritext Company         www.veritext.com

1    Q.   And do you talk to their employees?

2    A.   The ones in the office, yes.  Not the

3  outside employees.

4    Q.   Did you talk to Randy Sims after he

5  became an employee of --

6    A.   No, I have never been there since all

7  that took place.

8    Q.   Let me finish.

9    A.   I'm sorry.

10   Q.   Did you ever talk to Randy Sims after he

11 became an employee of Stone Concepts?

12   A.   I'm thinking he called me once or twice.

13   Q.   And what did he call you for?

14   A.   You know, I can't remember.  When you

15 talk to Randy Sims, you never know.  I can't

16 recall.

17   Q.   Was Darrell Johnson required to purchase

18 from Stone Concepts if he wanted Centurion Stone?

19   A.   Not that I'm aware of.  Darrell Johnson

20 is in Chattanooga, Tennessee.

21   Q.   What about Billy Pegg?

22   A.   I think they did have Billy Pegg, if he

23 wanted Centurion, because he was carrying another

24 product.

25   Q.   He had to go through Stone Concepts?

Page 230

1       A.   Yes.  Or another dealer, yes.  It
2   wouldn't have to necessarily be Stone Concepts.
3       Q.   What was your first knowledge that Stone
4   Concepts was opening a store in central Arkansas?
5       A.   I'm trying to think when that was.  I
6   mean, it was already done before I knew it.
7       Q.   Who all was involved in the store?
8       A.   I do not know.
9       Q.   Was Randy Sims?
10      A.   I have not been there, so I don't know.
11      Q.   Do you know whose idea it was to open
12  the store?
13      A.   Marty's.
14      Q.   Did they have to have a showroom?
15      A.   Yes.
16      Q.   And be -- and have a warehouse for
17  inventory?
18      A.   Yes.  I'm sure they got all that.  I
19  have not been there.
20      Q.   After you terminated Stone Works or in
21  connection with the termination of Stone Works,
22  were they told they could only get Centurion
23  Stone from Stone Concepts?
24           MR. SMITH:  Lacks foundation,
25  misstates prior testimony.  Go ahead.

Page 231

```
 1              MR. JAMES:  That's coaching.
 2    Please don't.
 3              MR. SMITH:  No, it's not.
 4              MR. JAMES:  It's very suggestive.
 5       Q.   (By Mr. James)  Go ahead.
 6       A.   Yeah, that would be their closest area
 7    to get the stone.
 8       Q.   And do you know Nick and Hanna Graves?
 9       A.   No, I do not.
10       Q.   Never heard those names?
11       A.   Not that I can place them on mine, no.
12       Q.   You believe Megan and Randy Sims to be
13    truthful and honest?
14       A.   I don't -- I believe Randy is not going
15    to lie to me.  I have not never been around Megan
16    enough to know.  I betcha all the whole years I
17    have known Randy I have probably maybe spent an
18    hour with Megan.  That's because she's come in
19    and picked their checks up on Friday.
20       Q.   Do you believe William Thomas to be
21    truthful and honest?
22       A.   I don't know how to think about that.  I
23    don't know what to say.
24       Q.   You don't know what to think.  What do
25    you mean by that?
```

Page 232

```
 1        A.    I don't know William Thomas.
 2        Q.    In the summer of 2021 were you aware of
 3   anybody saying negative things about Stone Works?
 4        A.    Not that I'm aware of, no.
 5        Q.    Did you hear talk about them going out
 6   of business?
 7        A.    No, not out of business, no.  I would
 8   not.
 9        Q.    Who would you mainly deal with at Stone
10   Works?
11        A.    Angela.  I mean, you always deal with
12   Rusty and Troy, but when it comes to the main
13   majority of the work is Angela.
14        Q.    Did you ever tell Stone Works that they
15   needed to tell you about their customers so you
16   could help them with their customers and to
17   develop the customers?
18        A.    No, I did not.  The only time I did if
19   Angela had asked me to go help her with
20   something, I would.
21        Q.    Was there ever any product or vendor
22   confusion between Stone Works and Stone Concepts?
23        A.    I'm not aware of any.
24              MR. SMITH:  Let's take five
25   minutes.
```

Page 233

```
 1                      (Recess.)
 2               (Fraley Exhibit 13 was marked for
 3     identification by the reporter.)
 4        Q.   (By Mr. James)  Sir, I'm going to hand
 5     you a document labeled Deposition Exhibit No. 13,
 6     which is a January 19th, 2010 e-mail from Rusty
 7     Ray to L. Cunningham.
 8               MR. GIATTINA:  Scott?  Scott, can
 9     you hear me?
10               MR. RICHARDSON:  Yeah.
11               MR. GIATTINA:  I'm e-mailing this
12     to you right this second.  All right?
13               MR. RICHARDSON:  All right.
14        Q.   (By Mr. James)  All right.  Sir, you
15     have in front of you a January 19, 2010 e-mail
16     from Rusty Ray to people at Centurion.  And the
17     second paragraph says that "I attach a map of the
18     counties which Stone Work represents.  This is
19     the core area we do business regularly, and have
20     an active outside sales effort.  We will go
21     outside of this area for, for example, to the
22     south where there is no Centurion representation
23     and we continue to grow."  And you would agree
24     that they could go outside their territory if
25     there was no active representation.  Correct?
```

Bushman Reporting                    800-556-8974
A Veritext Company                   www.veritext.com

1      A.    Correct.

2      Q.    And because I'm the one that copied

3  these and not someone smarter, the copy is not

4  highlighted.  The original is.  So I'm going to

5  make sure your counsel is looking, and this is

6  the same map that we're going to make an exhibit,

7  showing highlighted counties.  I want you to take

8  a look at that and ask you if these highlighted

9  areas constitute the territory of Stone Works?

10     A.    Well, he's getting a little bit behind,

11 a little bit further north than he should be.

12 Fulton County is, but when you get on up in Van

13 Buren and Clinton he's getting up in Clinton and

14 a hot button.

15     Q.    I'm going to hand you a red pen, and I'm

16 going to ask you to underline the ones or mark

17 the ones you believe are not included in the

18 territory.  Underline the county.

19     A.    Okay.  As far as the counties go, I'm

20 not familiar with all the counties.  I mean,

21 Searcy County and VB, he's getting a little bit

22 past right in here.  I would say probably,

23 probably these counties here took out.  He's

24 dropped way down in Arkansas County.  I could say

25 these territories right in here might be open

Page 235

1    territory, a couple of them.

2        Q.   Why don't you write open there.

3        A.   That don't mean he can't sell that.

4    That means anybody can.  I think that's pretty

5    close.

6        Q.   Okay.  So what I'm going to do, I'm

7    going to label this Exhibit 13A, and the court

8    reporter will have the original with your

9    markings on it.

10       A.   Okay.

11              (Fraley Exhibit 13A was marked for

12   identification by the reporter.)

13       Q.   (By Mr. James)  And I am to go through

14   this now.  Van Buren County?

15       A.   That's Clinton.

16       Q.   That's Clinton.  Who's got that

17   territory?

18       A.   That's open.  That's all open territory.

19       Q.   Cleveland County?

20       A.   That was Dana Swanson, that was Heber

21   Springs.

22       Q.   Dana Swanson?

23       A.   Yeah, that would be Tri-Lake Siding.

24       Q.   Who gets White County?

25       A.   I'm not sure where White County.  That's

                                         Page 236

1    getting awful close over into the eastern part.

2         Q.   Searcy.

3              MR. RICHARDSON:  Are we talking

4    currently?  I'm sorry, are we talking currently

5    or the past time?

6         A.   It had to be past rime.

7              MR. JAMES:  I don't even know how

8    to answer your question and I don't want to.

9    Because you object to form and let's move on.

10        Q.   (By Mr. James)  Who has White County, if

11   anybody?

12        A.   That's getting off pretty close to

13   Jonesboro in that area.

14        Q.   That's Searcy.  Does that help you?

15   Searcy is in White County, I believe.

16        A.   That would be more his area, Searcy

17   would be.

18        Q.   Are you telling me that was a part of

19   his territory or you're not sure?

20        A.   I'm not sure.  That was really at one

21   time Dana Swanson territory, more than likely,

22   but he's not there anymore.

23        Q.   You said the counties that are open are

24   Arkansas and Clark.  Correct?

25        A.   Yeah, that should be close, yeah.

Bushman Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1    Q.   All right.  And Prairie would be in
2  Stone Works' territory.  Correct?
3    A.   That's getting close.  That's right
4  around Cabot, Lone Oak.
5    Q.   So would the remaining counties on
6  Exhibit 13A be the Stone Works territory is your
7  testimony?
8    A.   Should be fairly close, yes.
9    Q.   Okay.  We'll move on, but I want to
10  physically give this one to the court reporter.
11    A.   Hard to just actually make a complete
12  without.
13    Q.   All right.  Did you ever tell Rusty Ray
14  words to the effect that you would show him how
15  to sell the product, but if he ever bought anyone
16  else's product you would shut him down?
17    A.   Not that I recall, no.
18    Q.   Do you recall words to that effect?
19    A.   No, I do not.
20    Q.   Do you recall telling him about shutting
21  down other dealers?
22    A.   No, I do not.  I have not shut any other
23  dealers down than that one I was talking about.
24    Q.   What customers of Stone Works have you
25  had communications with?

Bushman Reporting          800-556-8974
A Veritext Company       www.veritext.com

1    A.   I have no recollection.  It's been so
2    long.
3    Q.   You don't dispute you have.  You just
4    don't recall which ones?
5    A.   I don't recall, no, I don't.  No, when
6    they first started I had -- I helped with a
7    couple home shows.  I had no idea who all.  I
8    just don't recall.
9    Q.   If you'll look at Paragraph 25 of your
10   Declaration, sir.  Let me know when you're there,
11   and it says, "Plaintiff's customers are limited
12   to those for which Plaintiff performs masonry
13   work."  That's not true, is it?
14   A.   I'm going to read this some more.  I
15   have not made contact with them.  I have not done
16   that.  I really don't know.
17   Q.   My question is, the statement that
18   Plaintiff's customers, Stone Works customers are
19   limited to those for which Stone Work performs
20   masonry work is not an accurate statement, is it,
21   sir?
22   A.   It's close, yes.  They should be.
23   That's their customers.
24   Q.   Okay.  So there's no contractors -- I
25   thought we have gone through this.

1       A.    What's that, you say?

2       Q.    You know, customers include contractors,

3   or jobbers?

4       A.    Yes.

5       Q.    And so that wouldn't be masonry work

6   performed by Stone Works, would it?

7       A.    It should be, yes.  It says Plaintiff's

8   performed masonry work.

9       Q.    So you're telling me if Stone Works

10  hires a contractor and the -- or strike that.

11            If you're telling me Stone Works sells

12  to a contractor who is a dealer and that dealer

13  then installs the masonry, that that's Plaintiff

14  installing it?

15      A.    I miss --

16      Q.    Okay.

17      A.    I'm trying to.

18      Q.    I think you're going to tell me the

19  first paragraph or first sentence of Paragraph 25

20  is inaccurate.

21      A.    It's very hard to understand.

22  Plaintiff's customers.  That would be their

23  customers.  Plaintiff's customers that they have

24  done masonry work for.

25      Q.    So you're telling me if Stone Works

Page 240

1   sells Centurion product to a dealer-contractor

2   and that dealer contractor installs that product,

3   that that is Stone Works performing the masonry

4   work?  I don't think you mean that.

5       A.   What I'm trying -- it says Plaintiff has

6   done the work.  It says Plaintiff's customers are

7   limited, which Plaintiff performs the work.

8       Q.   Sir, these are your words.  They're not

9   mine.

10      A.   Yes.

11      Q.   So I'll ask you just one more time.  Are

12  you standing by the first sentence in Paragraph

13  25?

14      A.   Plaintiff's customers are limited to

15  those for which Plaintiff performs masonry work.

16  I didn't have any knowledge of these customers,

17  yes.

18      Q.   Now, just the first sentence, are you

19  standing by that?

20      A.   I don't understand what I was trying to

21  say there.

22      Q.   Again, these are your words aren't they,

23  sir?

24      A.   Yes, they are, and that's what I'm

25  trying to remember how I worded that.

Page 241

1        MR. SMITH:  Do you want him to read

2   the question back, Ed?  Do you want her to read

3   the question to you?

4        THE WITNESS:  Yes.  Please, yes.

5   Q.   (By Mr. James)  I'll just rephrase the

6   question.

7   A.   It's really got me in a shock.

8   Q.   My question is, Paragraph 25 of your

9   Declaration says in the first sentence, and

10  that's all I want to focus on, Plaintiff's, which

11  is Stone Works, customers are limited to those

12  for which Plaintiff, that's Stone Works, performs

13  masonry work.

14  A.   No, they're not -- no, they could be

15  other customers that they haven't done work for.

16  Q.   My point is --

17  A.   It's not limited.

18  Q.   Well, not only that, but Plaintiff's

19  customers, Stone Works customers would include a

20  dealer, such as a contractor.  Correct?

21  A.   Correct.

22  Q.   And if it sells product to that dealer/

23  contractor and he goes out and installs the

24  Centurion product, that's not Stone Works

25  installing it.  That's the customer installing

Page 242

1    it.  Correct?

2        A.   That would be a masonry contractor, yes.

3        Q.   And so Plaintiff's customers are not

4    limited to those for which it performs masonry

5    work, and it has other customers beyond that.

6    Correct?

7        A.   Yes.  I agree with that.

8        Q.   Okay.  So that's -- first sentence,

9    Paragraph 25 is incorrect?

10       A.   Correct.  Yeah.

11       Q.   All right.  And then you said, "I do not

12   have any knowledge of those customers, nor have I

13   made contact with any such customers."  Let me

14   see if I can characterize your testimony

15   accurately.  I understand you have met customers.

16       A.   I have, yes, but it's been a long time.

17       Q.   So you have made contact with customers

18   before?

19       A.   Yes.  I would say at least ten, eight to

20   ten years.  This would be way back, but I have,

21   yes.

22       Q.   All right.  Have you bragged to Angela

23   Rhodes about shutting down Billy Pegg?

24       A.   No, I have not.

25       Q.   Have you talked to Angela Rhodes about

Bushman Reporting                        800-556-8974
A Veritext Company                       www.veritext.com

1    shutting down Billy Pegg?

2        A.    I did not shut Billy Pegg down.  Angela

3    asked me how Billy was doing, and I told her that

4    Billy got shut off, but I did not do it.

5        Q.    But it was based on information you

6    provided.  Correct?

7        A.    I cannot say that.  I don't know.

8        Q.    You believe that to be true, don't you?

9        A.    No.  Not a hundred percent, no.

10       Q.    All right.

11       A.    I do not know who all Tim Pardue dealt

12   with on that.  Billy Pegg and Roger Cunningham

13   were very close, so it could have been in that

14   direction.  I don't know.

15       Q.    Now, once the decision was made to cut

16   off Stone Works as a dealer for Centurion, did

17   the terms and conditions of their purchases

18   change?

19       A.    They changed.  They was going to another

20   stone.

21       Q.    Well, not only that, but they were

22   required to pay up front before they got

23   delivery.  Correct?

24       A.    That was what I understood.  That was

25   Tim Pardue.  You have to talk to Tim Pardue about

                                        Page 244

1    that.

2         Q.    I need to talk to Mr. Pardue on that?

3         A.    Correct.

4         Q.    I think you're right, sir, and then

5    would you agree with me that Centurion's

6    exclusivity policy or procedure was to prevent

7    customers from using other competing products?

8         A.    Would you rephrase that one more time?

9               MR. JAMES:   I'm going to ask the

10   court reporter to read that one back.

11              (The requested portion of the

12   record was read by the reporter.)

13        A.    Are you talking about the dealers or the

14   customers?

15        Q.    (By Mr. James)  Customers.  You would

16   rather them sell or use Centurion product than

17   ProVia, wouldn't you?

18        A.    Well, yes.

19        Q.    And that was designed, one of the

20   reasons behind it to make that happen, that your

21   dealers would only sell Centurion and not ProVia

22   or other competitors.  Correct?

23        A.    Right.

24              MR. SMITH:   Objection, hold on.

25   Objection, vague.  Go ahead.

Page 245

```
1        A.    I feel like that would be a true
2   statement.
3        Q.    (By Mr. James)  All right.  And you
4   wanted to have Centurion to have more of the
5   market in a particular area because you would
6   make more money, Centurion would make more money?
7        A.    That is -- I want all the market, but as
8   far as that goes, we're going to have
9   competition.  Everybody has got competition.
10       Q.    Sure.
11       A.    But I wanted my share.
12       Q.    And you wanted as much as you could get?
13       A.    My share, yes.  I mean, I wanted --
14       Q.    Did you give a lesser price to exclusive
15   dealers than you did to direct customers?
16       A.    No.
17       Q.    Now, if a dealer sold other products and
18   then they were cut off and had to buy Centurion
19   stone from another dealer, it would be at a
20   higher price than they could purchase it before.
21   Correct?
22       A.    That is correct.  That would be at the
23   mercy of the dealer they bought from.
24       Q.    Now, did -- tell me why Randy Sims
25   called you or what he told you in conversations
```

Page 246

1   before the decision was made to cut off Stone

2   Works?

3        A.   I can't recall the conversations.

4        Q.   Okay.  What about after when the

5   decision was made?

6        A.   I can't recall.  Randy Sims was like

7   talking to a basketball.  I can't recall what all

8   that was said.

9        Q.   When was the decision made to terminate

10  Stone Works?

11       A.   I would have to look.  I'm not sure

12  about that date.

13       Q.   Were there -- what events occurred?  Was

14  it the William -- before or after the William

15  Thomas?

16       A.   It was before the William Thomas thing

17  me and Tim had talked.  It was sometime towards

18  the last week of June, but before all come out,

19  yes.

20       Q.   Was it before or after you were sent the

21  ProVia website?

22       A.   It was before.

23       Q.   Was it before or after Randy Sims called

24  you?

25       A.   I don't remember the phone calls.  It

Bushman Reporting                800-556-8974
A Veritext Company              www.veritext.com

```
 1   would be probably when Randy Sims called me and
 2   let me know, but as far as what Randy talked
 3   about, I can't remember all that.
 4        Q.   It would be fair today to say that today
 5   Stone Works would be a dealer of Centurion if
 6   Centurion did not believe Stone Works was selling
 7   competitive product.  Correct?
 8        A.   That would probably be a true statement.
 9        Q.   When you were served with a lawsuit who
10   was the first person you called?
11        A.   John Enkema.
12        Q.   And he is Centurion's counsel.  Correct?
13        A.   That is correct.
14        Q.   Tell me about that conversation.
15        A.   Well, I didn't call him.  I drove down
16   there.  Handed it to him.
17        Q.   You drove down to Nashville?
18        A.   Yes.
19        Q.   Did he know you were coming?
20        A.   No.
21        Q.   So where were you served?
22        A.   Springfield, Missouri.
23        Q.   How long a drive is it from Springfield
24   to Nashville?
25        A.   About seven hours.
```

Page 248

1    Q.   You didn't call him on the way?

2    A.   No.

3    Q.   Did you talk to anybody on the way?

4    A.   No, I did not.

5    Q.   So you just drove there to his office.

6  What time did you get there?

7    A.   About 5:30, 6 o'clock that morning.

8    Q.   So you drove through the night?

9    A.   Oh, yes.

10   Q.   Why did you do that?

11   A.   That's what I do.

12   Q.   When you say that's what you do, what do

13  you mean?

14   A.   I mean, I have worked of a day and drive

15  at night.  That's how I take care of my people.

16   Q.   You're a road warrior?

17   A.   Rusty can tell you right now, I have

18  been at his office waiting on him for breakfast

19  from Springfield.

20   Q.   So you drove seven hours from

21  Springfield to Nashville to talk to Centurion's

22  counsel?

23   A.   Yes.

24   Q.   You didn't call anybody and say you were

25  coming?

1       A.    No.

2       Q.    You walked up to his office, I guess he

3   was there?

4       A.    Nope.  I wasn't there.  I got there

5   early.  I had to wait.  He got there about 9

6   o'clock.

7       Q.    You had to wait, and then tell me about

8   your conversation when you met with him?

9       A.    He just -- then I said I need to call

10  Bud Cummings, so that's what I done.

11      Q.    Did you hop in your car and turn around

12  and go back?

13      A.    Go back home.

14      Q.    How long did you meet with him?

15      A.    Probably 30 minutes.

16      Q.    Did you call Tim Pardue at anytime

17  during this period?

18      A.    Yes, I did.  I wanted Tim to know what

19  was going on.

20      Q.    When did you call Tim Pardue?

21      A.    When John got there.  It was --

22      Q.    You called him from John's office --

23      A.    Yes.

24      Q.    -- and talked?  What did you say, what

25  did Mr. Pardue say?

Bushman Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1      A.    Really all I can recall him saying is

2   I'm going to call Bud.  Bud Cummings.  That's

3   all.  And then John said I was supposed to go

4   home and lay low for five days.  I couldn't work.

5   I couldn't be nowhere, so that's what I done.

6      Q.    I'm not allowed to get the substance,

7   but when did you first talk to an attorney who

8   was representing you?

9      A.    On my way home.  Bud Cummings called me.

10      Q.    Okay.  So John had called Bud and then

11   Bud called you?

12      A.    Correct.

13      Q.    And you were friends with Bud?

14      A.    Not real good friends, but we duck

15   hunted together.

16      Q.    Kill God's creatures together?

17      A.    God's creatures together.

18      Q.    Shoot them in the face?

19      A.    Try to.

20      Q.    You ever heard of PlanHub?

21      A.    PlanHub?  No, sir.  Sounds like a sneak

22   attack.

23           MR. JAMES:  You all need to mute

24   your phones.

25      Q.    (By Mr. James)  If Angela Rhodes was

Page 251

1  your main contact at Stone Works, why did you

2  call Troy Rhodes instead of Angela when you were

3  terminating Stone Works as a dealer?

4      A.   Because Troy was the main person I set

5  up.  Angela was just kind of the go through to

6  explain to everybody what they're going to do

7  today.

8      Q.   Would Marty Hesch be selling Centurion

9  Stone in central Arkansas, including Alexander,

10 if Centurion did not hear about Stone Works'

11 ProVia application?

12              MR. SMITH:  Calls for speculation.

13 Go ahead.

14     A.   We probably wouldn't have -- wouldn't be

15 having these conversations.

16     Q.   (By Mr. James)  Why do you say that?

17     A.   Because if they was still selling

18 Centurion Stone we wouldn't need to be here

19 today.  Marty Hesch would still be at Jonesboro,

20 and Marty just got his new business started and

21 really put a burden on him to move to central

22 Arkansas.

23     Q.   How did it put a burden on him to move

24 to central Arkansas?

25     A.   Because it put a double workload on him.

Page 252

1       Q.    A double workload is more money, isn't

2   it?

3       A.    Sometimes, but is the money worth all

4   that double workload.  That's the reason I gave

5   all my territory up.

6       Q.    Now, were you aware that Randy Sims and

7   Megan Sims went to the Centurion factory in

8   Nashville?

9       A.    No, I was not.

10      Q.    You didn't set it up?

11      A.    No, I did not.

12      Q.    Have you ever heard that they went

13  around the summer of 2021?

14      A.    I think I heard it when we had that last

15  little meeting.  I seen stuff on where he done

16  some screen shots of something, but I did not

17  know anything about it.

18      Q.    What last little meeting are you

19  referring to?

20      A.    When we had the Zoom meeting in August.

21      Q.    The hearing?

22      A.    The hearing, yes.

23      Q.    Okay.

24      A.    That's when I found out about it.

25      Q.    Now, when you-all had the meeting with

Page 253

1    Randy Sims and Marty Hesch in Randy Sims'

2    backyard that you drove from Jonesboro to Benton,

3    after that meeting Marty Hesch said he didn't

4    want to do business with Randy Sims?

5        A.   He didn't put it quite like that.  He

6    said he didn't think he would sell to them.

7        Q.   And do you know what changed?

8        A.   I do not know.  I mean, I guess that

9    idea about him not selling to him, he had a

10   little more control.  I don't know.  That's a

11   question Marty would have to answer.

12       Q.   Earlier you testified that Angela Rhodes

13   and Oak Brothers had a quote, difficulty, close

14   quote?

15       A.   That's what I understood.  I think

16   that's what Angela was trying to explain to me,

17   and I honestly don't know what that was.

18       Q.   You had no clue?

19       A.   No, not really.

20       Q.   And you've told us everything you know

21   about the Oaks Brothers situation.  Correct?

22       A.   As far as I know, yes.

23       Q.   Did Centurion have noncompetes with its

24   employees?

25       A.   That not -- you have to talk to

Page 254

1    Centurion.  I did not know.

2        Q.   So I need to ask Mr. Pardue again?

3        A.   That's what I'm suggesting, because I

4    have no knowledge.

5             (Farley Exhibit 14 was marked for

6    identification by the reporter.)

7        Q.   (By Mr. James)  Sir, I'm going to hand

8    you a document labeled Deposition Exhibit 14,

9    which is Exhibit 1A, I understand, to the TRO

10   hearing.

11            MR. GIATTINA:  That's to --

12            MR. SMITH:   The Declaration.

13       Q.   (By Mr. James)  Your Declaration.  Okay.

14   Thank you.  Can you tell me what is?

15       A.   It's that paragraph.

16       Q.   Was this what William Thomas sent you?

17       A.   That's what I have on my phone, yes.

18       Q.   And you still have it on your phone?

19       A.   Correct.  I didn't even take it off.

20       Q.   And, sir, if we look at your

21   Declaration, Paragraph 11, this text would have

22   been on June 29, 2001.  Is that correct?

23       A.   I think that is correct, yes.  That

24   sounds correct.

25       Q.   How many times did you get sent the

Page 255

1    application?

2         A.    I'm thinking it might be two, maybe

3    three pages of it.  I'm not -- I would have to

4    relook.  I just looked at it and that's the size

5    of it.

6         Q.    Do you know how Mr. Thomas got your text

7    address?

8         A.    They all have my phone number because I

9    was working, and when they have a problem, they

10   would call me and ask me about colors.  It was

11   not unusual for Randy or William to call me about

12   something.

13        Q.    It's not unusual for employees of your

14   distributors to call you?

15        A.    Right.

16              (Farley Exhibit 15 was marked for

17   identification by the reporter.)

18        Q.    (By Mr. James)  And let mow show you a

19   document labeled Deposition Exhibit No. 15 and

20   ask you if this is also a text you received, part

21   of the text you received, which is labeled

22   Exhibit 1B, but we're labeling it Exhibit 15.

23   That probably makes as much sense as mud, but

24   we're going to go with it.  Did you also receive

25   Exhibit 15?

Bushman Reporting          800-556-8974
A Veritext Company         www.veritext.com

1      A.    I would have to look and see.  I'm not

2   sure.

3      Q.    Okay.

4      A.    I just saw what that was, and as far as

5   me concentrating on it, I never.

6      Q.    Well, that's got a facsimile

7   confirmation on it, doesn't it?

8      A.    You're dealing with a man that can't

9   work the phone.  Got something.

10      Q.    You can't read it?

11      A.    I can read it.

12      Q.    Could you read it on your phone?

13      A.    If you can open it up real big you can.

14      Q.    Did you do that?

15      A.    Just enough to see what it was, yes.

16      Q.    And what did you see that it was?

17      A.    Credit app.

18      Q.    Would you like credit apps of your

19   potential dealerships to be put on the internet?

20      A.    No, I would not.

21      Q.    And you knew it was wrong to send this,

22   didn't you?

23      A.    I didn't know it was coming.  If you

24   notice it's about 6 o'clock one morning.

25      Q.    But you knew it was wrong for William

Bushman Reporting            800-556-8974
A Veritext Company         www.veritext.com

1      Thomas to send this to you?

2          A.   Yes.  I knew it was wrong.

3          Q.   Okay.

4               (Farley Exhibit 16 was marked for

5      identification by the reporter.)

6          Q.   (By Mr. James)  I'm going to hand you a

7      document labeled Deposition Exhibit 16, which is

8      Exhibit 1C to the facsimile.  And would you have

9      received this?

10         A.   I mean, they all look the same, so I

11     would have to have to see it.

12         Q.   Reading your affidavit it says "The

13     photographs I received are Exhibits 1A through

14     1C."

15         A.   That must be them, then.

16         Q.   Okay.  So at that point you knew this

17     was confidential information of Stone Works,

18     didn't you?

19         A.   Yes.

20         Q.   You knew that Mr. Thomas should not have

21     been publishing it to you.  Correct?

22         A.   I do.

23         Q.   And despite that, did you forward it to

24     anybody?

25         A.   Tim Pardue.

Page 258

1      Q.   Tim Pardue.  So you got something you
2   knew you weren't supposed to have, and then you
3   forwarded it to Tim Pardue, didn't you?
4      A.   He's got the same credit app was sent to
5   him on ProVia.  No difference in information.
6      Q.   So it's your testimony that Centurion
7   has the same credit app as ProVia as listed on
8   14, 15 and 16.  Correct?
9      A.   Well, I would say it's not the same.
10  They don't have the Centurion app with the same
11  information.
12     Q.   Let me get back to my question.  You
13  knew you shouldn't have it?
14     A.   Correct.
15     Q.   And you didn't contact Stone Works, your
16  friends there and say, hey, one of your employees
17  is doing wrong.  He's sending me stuff he
18  shouldn't send.  I'm letting you know about it?
19     A.   I should have, but I didn't.
20     Q.   You didn't.  But you then forward it
21  electronically to Tim Pardue.  Correct?
22     A.   Correct.
23     Q.   And what is the next thing that
24  happened?
25     A.   That was the end of it right then.

Bushman Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1       Q.   That shut it down for Stone Works,
2   didn't it?
3       A.   No, no, that didn't happen.
4       Q.   That decision had already been made?
5       A.   Correct.
6       Q.   Your testimony?
7       A.   Yes.
8       Q.   So when you say that was the end of it,
9   what do you mean?
10      A.   I mean that was the end of me looking at
11  that.  I have just left it in my phone.
12      Q.   But you knew that this was property of
13  Stone Works, didn't you?
14      A.   It should have been, yes.
15      Q.   And you knew that you maintained it
16  electronically on your phone.  Correct?
17      A.   Correct.
18      Q.   And so you knew you had electronic data
19  or information belonging to Stone Works on your
20  phone.  Correct?
21           MR. SMITH:  Calls for legal
22  conclusion.  You can answer.
23      A.   Yes.  I knew that.
24      Q.   (By Mr. James)  Now, what happened next
25  in the chain of events that you recall?

Page 260

1        A.    About?

2        Q.    Well, involving Stone Works, their

3    distributorship, anything related to this case.

4    I'm intentionally being broad.

5        A.    I can't recall at the moment what come

6    next.

7        Q.    All right.

8        A.    At this time it was getting close to 4th

9    of July, and I think everybody was trying to

10   enjoy a week, enjoying.

11       Q.    Who did you spend the 4th of July with?

12       A.    My grandbabies.

13       Q.    Where?

14       A.    Table Rock Lake.

15             (Fraley Exhibit 17 was marked for

16   identification by the reporter.)

17       Q.    (By Mr. James)  Mr. Pardue wasn't there,

18   by any chance, was he?

19       A.    No.

20       Q.    I hand you a document labeled Deposition

21   Exhibit 17, which is -- appears to be a Facebook

22   dated August 11, 2021.  Have you seen this

23   before?

24       A.    No.  No, I have not.

25             MR. GIATTINA:  Scott, it's in the

Page 261

1   TRO on the William Thomas Facebook.

2                    MR. JAMES:   Well, you stole my

3   thunder.

4        Q.   (By Mr. James)  Do you recognize the

5   person on this first page?

6        A.   It looks like Marty, but I'm not a

7   hundred percent sure.

8        Q.   All right.  It says William Thomas at

9   the top.  Do you see that?  Twice.

10       A.   Yeah.  But I can't make it out.  I don't

11   know.

12       Q.   All right.  And it says, in the second

13   page, he's at Stone Concepts and he has under his

14   name, "Excuses don't get results."  Have you ever

15   heard that saying before?

16       A.   No, I have not.

17       Q.   And it says, on the third page, "He even

18   did the fireplace in Bass Pro Shop," and that's

19   actually Megan Sims.

20       A.   I don't know anything about that.

21       Q.   Okay.  And if you look at the last page,

22   there's a posting by Megan Sims two-thirds of the

23   way down that says, "We went to the Centurion

24   factory to pick up some sample boards."  And it's

25   your testimony you don't know anything about

1    that?

2         A.    I'm not aware of that at all.  Not at

3    all.

4         Q.    All right.  Looking at your Declaration,

5    it says that on -- in Paragraph 19, "At

6    Centurion's direction I notified Plaintiff on or

7    about August 12th, 2021 that it would no longer

8    be a dealer for Centurion."

9         A.    That's correct.

10        Q.    Who did you talk to?

11        A.    I talked to Troy first, then Rusty

12   called me.

13        Q.    Okay.  You knew about this since June

14   29th?

15        A.    Correct.

16        Q.    You didn't give them the notification

17   until August 12th.  Correct?

18        A.    Correct.

19        Q.    Why did you wait until August 12th?

20        A.    I waited on Tim Pardue to give me the

21   okay.  He was gone on trips.

22        Q.    I thought you told me the decision had

23   been made?

24        A.    It had been, but not authorized.

25        Q.    Now, were you really waiting for Stone

                                        Page 263

1    Concepts to establish a presence in central

2    Arkansas?

3        A.   No, I had no idea Stone Concepts was

4    moving this quickly.  I had no idea.

5        Q.   When did you give them the go ahead to

6    move?

7        A.   They had the go ahead after we talked to

8    Randy Sims that night at the thing.  He told me

9    that he was going to go ahead and carry on in

10   Little Rock, and Marty said, "Don't worry about

11   Little Rock.  I'll try to get something going."

12       Q.   Randy Sims?

13       A.   No, no.  That's when we had the meeting

14   with Randy.

15       Q.   In the backyard?

16       A.   Yeah.  Me and Marty was driving back to

17   Jonesboro.

18       Q.   Okay.  You-all were diving back to

19   Jonesboro?

20       A.   That's when he said, "I'm not sure if

21   I'll use Randy or not," but he said, "I will take

22   care of Little Rock.  Don't worry about it."

23       Q.   And that was the meeting where you drove

24   from Jonesboro to Benton, the backyard, then

25   you-all drove straight back?

Bushman Reporting                    800-556-8974
A Veritext Company                   www.veritext.com

1       A.    Correct.

2       Q.    Who did you talk to at Stone Works on

3   August 12th?

4       A.    Troy Rhodes.

5       Q.    What did you say?

6       A.    I said Troy, I hate to tell you this,

7   but I said, you know what's about to happen.  I

8   said, if you would, you need to stop buying your

9   stone from them, Marty Hesch, because I don't --

10  you know, we don't allow you to carry two stones.

11  And he said okay.

12      Q.    That was it?

13      A.    That was it.  And then I said, we're

14  going to honor, try and honor all your stone,

15  Marty -- or Troy, I'm going to get that done.

16      Q.    You're going to try to honor?

17      A.    That's what I told him, I was going to

18  call the factory and tell them that's what I had

19  to do.

20      Q.    It was on hold before that?

21      A.    Not that I'm aware of, no.  I wanted to

22  make sure he would get his material.

23      Q.    Do you recall anything else said in this

24  August 12th, 2021 conversation?

25      A.    With Troy?

Page 265

1    Q.   Yes.

2    A.   About the size of it.  I told him that

3  he would need to contact Marty and I would text

4  him his number, and he said okay.

5    Q.   Did Troy Rhodes inquire as to whether

6  Centurion would fulfill its existing orders?

7    A.   Yes, he did.  He texted me back and

8  asked me.  I said yes, sir, I think they will.

9  It's not going to be an issue.  I got that on my

10  phone, too.

11    Q.   I'm going to ask that you preserve that.

12  Okay?

13    A.   I will, yes.

14    Q.   Where is your phone right now?

15    A.   It's at home.

16    Q.   Nobody rescued it and brought it over to

17  you?

18    A.   No, nobody rescued.  I don't want it.

19  Cell phones get me in trouble.

20         (Fraley Exhibit 18 was marked for

21  identification by the reporter.)

22    Q.   (By Mr. James)  Did you talk to anybody

23  at lunch other than your counsel?

24    A.   Nope.

25    Q.   Sir, I'm going to hand you a document

Page 266

1    labeled Deposition Exhibit 18, which I believe

2    was Exhibit 1E to your Declaration.  Is this the

3    text message you were talking about a few moments

4    ago?

5        A.   Yes.

6        Q.   Now, let me ask you, before you called

7    Troy Rhodes on August 12th did you call Marty

8    Hesch and tell him what you were about to do?

9        A.   No, Marty had no idea.

10       Q.   Did anybody know besides you and Tim

11   Pardue?

12       A.   That's all.  That is all.

13       Q.   And you didn't talk to anybody else

14   about it?

15       A.   No.  No.

16       Q.   Did Rusty Ray call you back after that

17   phone call?

18       A.   Yes.

19       Q.   Was it the same day?

20       A.   Within 15 minutes.

21       Q.   Tell me about that call.

22       A.   It was ugly.

23       Q.   Why was it ugly?

24       A.   Rusty was cussing me pretty good and

25   cussing Randy, and that's when I told him -- he

Page 267

1   was telling me that they hadn't even talked to

2   ProVia.  And I said, "Rusty, you got a person in

3   the office that tell you different.  They send me

4   a darn credit app," and then he said, "Well, that

5   sounds like a lawsuit."  And that was the end of

6   the conversation.  He hung up.

7        Q.   Well, would you look at suing one of

8   your employees if they were sending out

9   confidential information?

10       A.   I would consider it very thoroughly.

11       Q.   That would look like a lawsuit, wouldn't

12  it?

13       A.   It would.

14       Q.   Now, what else did you say in that

15  conversation?

16       A.   To who?

17       Q.   Rusty Ray.

18       A.   That was it.

19       Q.   How long did it last?

20       A.   Not very long.  The phone was click, he

21  said I'm gone.

22       Q.   Anything else you recall about the

23  conversation other than what you've told us?

24       A.   No.  Not that I can recall.

25       Q.   You have in front of you Exhibit 18.  Is

1   this a text exchange from you to Troy Rhodes or
2   between you and Troy Rhodes?
3       A.   This is Troy's text and I texted this
4   number to Troy.
5       Q.   That's Marty Hesch's number?
6       A.   Yes.
7       Q.   You misspelled it.  Right?
8       A.   Yes, ma'am, or sir, probably.
9       Q.   Now, above it it says RT.  Do you know
10  what RT means?
11      A.   Troy Rhodes.
12      Q.   Okay.  And so you're in the blue and
13  he's in the tan.  Correct?
14      A.   That's what it appears to be, yes.
15      Q.   And you text him the number of Marty.
16  Why did you text him the number of Marty Hesch?
17      A.   Because Marty was selling stone at a
18  very good deal.
19      Q.   So we got -- Stone Works got zero notice
20  that it was getting cut off.  Correct?
21      A.   Correct.
22      Q.   And when you called them, you told them
23  you could get it direct from Marty Hesch.  Had
24  you told Marty Hesch to be looking for the call?
25      A.   I did.  After I talked to Troy.

Page 269

1      Q.   So you picked up the phone and called
2  Marty Hesch?
3      A.   No, I didn't pick up the phone.  I
4  talked to him later.  It wasn't right at that
5  moment.
6      Q.   Was it before or after your conversation
7  with Rusty?
8      A.   It was after.  Probably two, three days
9  after.
10      Q.   And on August 12th you texted Marty
11  Hesch's number to Ed Fraley, or excuse me, to
12  Troy Rhodes.  Correct?
13      A.   Correct.
14      Q.   And you said he had a good deal, or what
15  were you --
16      A.   Marty was -- Marty said -- Marty was
17  going to work with Troy, make him the best
18  package he could to help both of them.  Marty
19  wanted to work with Troy.
20      Q.   Did they know each other?
21      A.   No.  Marty, if they would have teamed
22  up, it would have been unreal what I think they
23  could have done.
24      Q.   They didn't team up, so let's not talk
25  about that scenario.

Page 270

1      A.   But they didn't.

2      Q.   So what kind of deal or package did you

3  understand Marty was going to put together?

4      A.   I didn't get into it.  He was going to

5  give him a good price, square foot price.

6      Q.   When you sent this text on August 12th

7  at 2:49 p.m., it was for him to call Marty Hesch

8  and get that good price?

9      A.   It was to him if he needed more stone,

10  yes, he could get it.

11     Q.   So you had talked to Marty Hesch before

12  this conversation about the pricing, hadn't you?

13     A.   Oh, yes.  I discussed with him.

14     Q.   And you talked to him about terminating

15  Stone Works?

16     A.   Well, at the time I wasn't real sure

17  where that was going.  I wasn't sure Troy was

18  going to be -- if he needed stone he would be in

19  good hands.

20     Q.   Well, you talked to him enough to know

21  that Marty Hesch was going to provide you good

22  pricing.  Correct?

23     A.   He was going to provide Troy good

24  pricing, yes.

25     Q.   So you had talked about it, talked about

Bushman Reporting                    800-556-8974
A Veritext Company            www.veritext.com

1   the termination.  Talked about pricing and talked
2   about how you would call Troy.  Correct?
3       A.   Marty, I didn't discuss that I was going
4   to call Troy.
5       Q.   You just sent him the number afterwards?
6       A.   Who?
7       Q.   Wait a minute.
8       A.   I sent Troy the number, yes.
9       Q.   And you expected him to call Marty Hesch
10  and hear what a good deal he had?
11      A.   If he was interested, yes.
12      Q.   Did you end your conversation with Troy
13  Rhodes telling him to call Marty Hesch and that
14  he had a good deal for him?
15      A.   No.  I told him that Marty would give
16  him a special price.
17      Q.   All right.  And you don't have any idea
18  how much that was off of retail?
19      A.   I do not.
20      Q.   Well, I'm trying to understand why Marty
21  Hesch, who doesn't know Troy Rhodes, would be
22  giving Troy a good price.
23      A.   Marty is that kind of a person.  He just
24  wants to be nice.
25      Q.   Just out of the goodness of his heart?

Page 272

1      A.    That was my feeling.

2      Q.    So he's just a great guy?

3      A.    I think so.  I mean, he was going to

4  make a little off of it.  He wasn't going to give

5  him the stone.

6      Q.    And then Troy says, "Hey, Ed, when we

7  talked the other day you said the factory was

8  going to go ahead and produce the orders that I

9  have in.  As of now, it's just trying to verify

10  that is still" -- flip the page if you would --

11  "the case, because I'm having a hard time

12  reaching anyone at the factory.  So if you could

13  just let me know yes or no if they're going to

14  make any orders, I would appreciate it."  You

15  recall getting that text?

16      A.    Yes.

17      Q.    What did you do when you got that text?

18      A.    I think I texted right back and said

19  they're going to make it worse, or they're going

20  to be -- and then, at first, Rusty had called me.

21  After that, Rusty said that after the lawsuit I

22  told him, Tim, I said, well, Tim, I said, I was

23  threatened with a lawsuit or sound like a lawsuit

24  to Rusty, and then him and -- they was in the

25  back.  They done something.  I was not involved

Bushman Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1    in that conversation.

2        Q.   Well, let's be clear.  He didn't

3    threaten to sue you or Centurion or Stone

4    Concepts?

5        A.   We didn't know.

6        Q.   And he said the producing or sending the

7    credit application sounded like a lawsuit.

8        A.   No.  Yeah, that's what --

9        Q.   And you agreed with me that one of your

10   employees did that, that would sound like a

11   lawsuit to you, too?

12       A.   Yes.  I agree.

13       Q.   But Centurion retaliated against Stone

14   Works and -- let me finish and then you can give

15   me whatever answer you want.  Centurion

16   retaliated against Stone Works and made it COD

17   after Mr. Ray made that statement.  Correct?

18       A.   Well, that's something that you probably

19   take up with Tim again.

20       Q.   Well, I got you now.

21       A.   You got me, but Tim is the one that

22   makes all these decisions.

23       Q.   But you were the in between man

24   conveying the messages.

25       A.   I did, but I didn't make the decisions

Page 274

1   on this.  Tim did.

2       Q.   Were there any Stone Works customers who

3   already knew Stone Works was getting cut off as a

4   dealer --

5       A.   Not that I am aware of.

6       Q.   -- before you called Troy and told him

7   that?

8       A.   Not as I'm aware of, no.

9       Q.   Besides -- excuse me.  Besides

10  Mr. Pardue, did you talk to anybody at Centurion

11  about terminating Stone Works before it occurred?

12      A.   John Enkema, their counsel.

13      Q.   So --

14      A.   He knew, yes.  Me and Tim discussed it

15  with him.

16      Q.   Tell me about that.  Is that a different

17  conversation with John?

18      A.   No.  It was the same time.

19      Q.   Well, you didn't get sued until later.

20      A.   I know that.

21      Q.   But you're saying there's only one

22  conversation?

23      A.   This was when we took the -- when I went

24  out, John had no idea it was coming until after I

25  took that.

Bushman Reporting          800-556-8974
A Veritext Company         www.veritext.com

1        Q.    Lawsuit to him?

2        A.    Yes.   That's correct.   I believe that is

3   correct.   I'm not a hundred percent sure there

4   now.

5        Q.    All right.   So what did you do when you

6   got this text on August 16th?

7        A.    I think I texted him and told him what

8   was going on with ProVia Stone.   I have to look

9   on my phone.

10       Q.    The conversation you had -- contend you

11   had with John Enkema, it was on the phone or in

12   person?

13       A.    In person.

14       Q.    Regarding the termination of Stone

15   Works?

16       A.    Yes.

17       Q.    Was that before or after Stone Works was

18   terminated?

19       A.    I can't remember.   I'm not sure.

20       Q.    Was it around that time period?

21       A.    Around that time period.

22       Q.    Tell me everything you recall about that

23   telephone conversation.

24       A.    With John Enkema?

25       Q.    Yes.

Page 276

1      A.   I can't remember a whole lot about it.

2      Q.   Tell me what you do recall.

3      A.   All I can remember is -- this was after

4  I had been -- the lawsuit, so.

5      Q.   Okay.  Well --

6      A.   Because really what it comes down

7  meeting with Tim Pardue was the go to man on

8  that.  That was closed doors on all that.  I was

9  in the hallway.

10     Q.   If you had it to do it over again, would

11 you have just deleted that credit application and

12 not done anything with it?

13     A.   No, sir.  I didn't want -- it needs to

14 come off my phone legally.

15     Q.   No, no, no.  If when you got it, the

16 moment you got it, you knew you shouldn't have

17 it.

18     A.   Yeah, I knew.  I should have -- okay.

19 If you wiped it off, and then five years down the

20 road, oh, look here.

21     Q.   So you're glad you kept it?

22     A.   You're not joking I'm glad I kept it.

23     Q.   Why are you glad you kept it?

24     A.   Because I wanted to get officially off

25 my phone in a legal manner.

Bushman Reporting                    800-556-8974
A Veritext Company              www.veritext.com

1              (Fraley Exhibit 19 was marked for

2      identification by the reporter.)

3          Q.   (By Mr. James)  Sir, I'm going to hand

4      you a document labeled Deposition Exhibit 19,

5      which I understand to be a Facebook post of Randy

6      Sims, and ask you if you have seen this before.

7      It's dated August 14.  Have you seen this

8      document before, sir?

9          A.   No, sir, I have not.

10         Q.   Do you know anything about Randy Sims,

11     William Thomas or anybody else contacting Stone

12     Works' customers after the decision was made to

13     terminate Stone Works as a Centurion distributor?

14         A.   Not that I'm aware of any.

15         Q.   He says here "I am with another company

16     called Stone Concepts.  We are working towards

17     opening up shop hopefully in Benton Bryant area.

18     I'm running out of Jonesboro for the time being.

19     Have Centurion Stone.  Had a huge facility in

20     Jonesboro.  Will be running off a gooseneck."  He

21     goes on and says more.  Did you know anything

22     about this?

23         A.   No, I did not, sir.

24         Q.   And I have been corrected, it apparently

25     is a text, not a Facebook, so I misstated it.

Bushman Reporting                    800-556-8974
A Veritext Company                 www.veritext.com

1    Does that change your testimony in any way?

2        A.   No, it does not.  I have never saw this.

3                (Fraley Exhibit 20 was marked for

4    identification by the reporter.)

5        Q.   (By Mr. James)  All right.  I'm going to

6    show you a document labeled Deposition

7    Exhibit 20, and ask you if this is a text from

8    yourself to Troy Rhodes dated August 16, 2021.

9    Is this the text you were talking about earlier?

10       A.   Yes, it is.  And they told me the stone

11   was being run.

12       Q.   Who told you that?

13       A.   Jody George.

14       Q.   Jody George?

15       A.   Uh-huh.  He said that he was going to

16   run the stone, and then --

17       Q.   Go ahead.  And then?  Don't leave me

18   hanging.

19       A.   No.  Well, he was supposed to send the

20   money in.  That's what I understood and they

21   never sent no money.

22       Q.   When you called Jody George on August

23   16th?

24       A.   I didn't call Jody George.  This came to

25   Tim Pardue.

Page 279

1      Q.   I'm confused.  We're looking at Exhibit
2  20.  This is a text exchange between yourself and
3  Troy Rhodes.  Correct?
4      A.   Yes.
5      Q.   And so it says yes, your stone is being
6  made.  Who typed that?
7      A.   I did.  But I knew that prior to this,
8  because they told me they was going to run the
9  stone.  That's why I could respond so quickly.
10      Q.   When you say going to run the stone,
11  what do you mean?
12      A.   Make it.
13      Q.   How long does it take from start to
14  finish?
15      A.   Just on one skid, you got four days tied
16  up in one skid.  They run multiple skids, but
17  it's a four day process for each skid.
18      Q.   If it was August 12th, should have the
19  product by August 16th.  Correct?
20      A.   Well, it depends on how many molds they
21  had available.
22      Q.   And what they had in stock, too.
23  Correct?
24      A.   Correct.
25      Q.   Because they hold inventory in

1    Nashville, don't they?
2        A.   No.
3        Q.   They don't keep any inventory at
4    Centurion in Nashville?
5        A.   No.  All to order.
6        Q.   They keep it all in their warehouses?
7        A.   Yep.
8        Q.   What about when they run rows, I guess
9    that's not considered inventory?
10       A.   Inventory, that's already sold product.
11       Q.   All right.  So what happened next after
12   August 16th?  Did you talk to anybody?
13       A.   Not really.  For a long time.
14       Q.   You know anything about Randy Sims,
15   Megan Sims and/or William Thomas removing records
16   or documents from Stone Works before they left?
17       A.   I have no knowledge of none of that.
18       Q.   Have you ever heard an accusation that
19   it occurred?
20       A.   I have heard from some of this.  I have
21   not heard from none of them.
22       Q.   And you would agree with me that that's
23   wrong?
24       A.   What's wrong?
25       Q.   Them taking records from Stone Works.

                                   Page 281

```
 1        A.   If they actually took them, yes.  I
 2   would agree.
 3        Q.   Sure.  Did it -- how did you feel about
 4   William Thomas sending you that?
 5        A.   I didn't feel very good.
 6        Q.   Did you ever talk to him about it?
 7        A.   A little bit.  Don't ever send me
 8   nothing like this on my phone or quit getting in
 9   my business, is what I told him.
10        Q.   Did you call him?
11        A.   Yes.
12        Q.   How long after receiving it did you call
13   him?
14        A.   I talked to him, he called me it was not
15   long after that.  What do you think about that?
16   That's when I talked to him.
17        Q.   Were you angry?
18        A.   A little bit.
19        Q.   Had you already sent it to Tim Pardue?
20        A.   No.
21        Q.   Were you trying to figure out what to do
22   with it?
23        A.   It's 6 o'clock in the morning.  I was
24   trying to wake up.
25        Q.   You weren't driving?
```

Page 282

1    A.   No, I wasn't driving.  I was getting

2  ready for the 4th of July.

3    Q.   All right.  And so tell me everything

4  you recall about the conversation with William

5  Thomas.

6    A.   It's just I told him he shouldn't be

7  doing this.  This could get him in lots of

8  trouble, and don't be sending me nothing else on

9  my phone.

10   Q.   And what did he say?

11   A.   I'm sorry, sir.  I'm sorry, sir.  That

12  was the end of the conversation.

13   Q.   Have you ever talked to him since then?

14   A.   Not that I can recall.

15   Q.   Now, did you subsequently became aware

16  that Mr. Thomas became affiliated with Stone

17  Concepts?

18   A.   I knew he was doing something with them.

19  I did not know what.

20   Q.   Did that bother you?

21   A.   Huh?

22   Q.   Did that bother you?

23   A.   None of my business.

24   Q.   Well, this is a man you know that steals

25  his employer's records.  Correct?

Page 283

1    A.    Correct.  I didn't know he stole.  I
2    knew he had that, yes.  So you're right.
3         Q.    You knew he was going to work for one of
4    your distributors, Marty Hesch?
5         A.    What Marty explained to me, he was
6    working on the side.  I really don't know.
7         Q.    Did you warn him about this guy?
8         A.    I did.  I don't know the whole detail
9    about it.
10        Q.    What did you tell Marty Hesch about this
11   guy to warn him about it?
12        A.    I told him to be aware.
13        Q.    Did you tell him what he sent you?
14        A.    No.  Not at the time, no.
15        Q.    Did you tell him later?
16        A.    That all come out in court.
17        Q.    All came out in court.  Tell me about
18   your conversation with Marty Hesch when you told
19   him to be aware of William Thomas?
20        A.    That's about it.  I can't remember all,
21   everything I talked to him on the phone.  I can't
22   remember.  So if I was, I would be speculating.
23        Q.    Did you send any texts to anybody?
24        A.    Not that I'm -- about this, no.
25        Q.    Well, how did it get from you to Tim

Page 284

1  Pardue?

2      A.   I sent Tim a text, yes.

3      Q.   Did you send it to anybody else?

4      A.   No.

5      Q.   Do you know who Mr. Pardue sent it to?

6      A.   No.  I'm sure no on.  I figured he

7  looked at it and wiped it.  Tim wipes quickly.

8  Because he turn around and call me within five

9  minutes.  Where did you get that?  One of them

10  clowns down there at Stone Works send it to me.

11      Q.   One of those clowns at what?

12      A.   At Stone Works sent it to me.  That's

13  what I was referring to was William Thomas, a

14  clown at the time.

15              MR. SMITH:  I have got us set about

16  an another hour.

17              MR. JAMES:  That's fine.  No

18  problem.

19                  (Recess.)

20      Q.   (By Mr. James)  Mr. Fraley, if Marty

21  Hesch wanted to work with Troy and Stone Works

22  out of the, quote, kindness of his heart, why in

23  the phone records we have did he only communicate

24  repeatedly with Randy Sims and not Troy Rhodes,

25  Rusty Ray or Angela Rhodes?

Bushman Reporting                    800-556-8974
A Veritext Company                www.veritext.com

1           MR. JAMES:  Lacks foundation, calls

2     for speculation.  You can answer.

3           A.   Yeah, I can't answer that.  I don't

4     know.

5           Q.   (By Mr. James)  So when you get that

6     objection that suggests to you not to answer and

7     it does.  It's called a suggestive objection.

8     They're not supposed to give them.

9           A.   Oh, not supposed to?

10          MR. SMITH:  It's fine.  He's just

11    arguing now.

12          Q.   (By Mr. James)  All right.  I want to be

13    clear about this meeting with John Enkema.  Tell

14    me how to spell his name.

15          A.   I can't.

16          Q.   I-n-k-l-e?

17          A.   E I think.

18          Q.   E-n?

19          A.   I cannot spell it.  I don't know.

20          Q.   Good, because I'm having trouble with

21    it, too.  All right.  So I want to be clear.  As

22    I understand it, there were two phone calls -- or

23    strike that.

24          There were two communications with John

25    Enkema and yourself and Tim Pardue.  Correct?

Page 286

```
 1        A.    Correct.
 2        Q.    The first one was in August of 2021, or
 3   you tell me when the first one --
 4        A.    That sounds right.  It was when I called
 5   Troy.  Yes.
 6        Q.    And got what?
 7        A.    When -- no, the first one would be
 8   after, because Rusty told me they was going to
 9   have a lawsuit.
10             MR. GIATTINA:  Guys, just so we're
11   clear for the record, I have got the spelling of
12   it and it's E-n-k-e-m-a.  All right.  Enkema.
13        Q.    (By Mr. James)  All right.  So I'm
14   sorry, I lost you.  Tell me when this was now?
15        A.    I'm thinking it was when I went down
16   with this, all this here and we called.
17        Q.    Okay.  I understand when you drove seven
18   hours from Springfield to Nashville when you
19   received the lawsuit.  You got in your car and
20   drove down, and you told us about that
21   conversation?
22        A.    Yes.  But we had already had the other
23   one apparently.
24        Q.    That's what I'm trying to back up to,
25   and tell me event wise, you don't have to tell me
```

Page 287

```
1   the date, but was it before the backyard meeting
2   with Randy Sims or after?
3       A.   It was probably after.  It was -- it
4   would be around August 12.
5       Q.   It would be around August 12th.  So you
6   would have received the --
7       A.   Oh, no, that's when I went down.  That
8   was when they put Troy and them on COD on their
9   stuff.  That's what Tim and John Enkema went in
10  there, closed doors and worked that out.
11      Q.   After your conversation with Rusty
12  Rhodes?
13      A.   Yes.  I was not there.
14      Q.   Rusty Ray?
15      A.   Rusty Ray.  I was not involved in that
16  conversation at all.
17      Q.   Okay.  Now, but I want to give you a
18  chance to clear it up because I'm confused.  I
19  thought I'd heard you say --
20      A.   I'm confused, too.
21      Q.   You were there, I wasn't.  I thought I
22  heard you say that there was a telephone
23  conversation between yourself, John Enkema and
24  Tim Pardue in the summer of 2021 regarding Stone
25  Works.
```

Page 288

1        A.    That's when we got sued.   We was trying

2    to get our counsel to give Bud Cummins a call.

3        Q.    That was the meeting where you drove

4    down.   You told us about that.

5        A.    Yes.   I'm trying to -- I'm trying to

6    recall.   I don't think I've had two meetings.

7    I'm trying to recall that second one.

8        Q.    Now, frankly, sir, you seem a little

9    tired to me.

10        A.    I'm getting tired, yeah, but I cannot

11    recall the other meeting.

12        Q.    Let's put it this way.   I want to have

13    you at your best, and I see you having trouble

14    remembering things.   Do you need to stop for the

15    day?

16        A.    No, I'm good.   I just need a drink of

17    water.

18        Q.    Okay.   I mean, we can take a break, let

19    you walk outside, take a nap, do whatever.

20              MR. JAMES:   Counsel, do you feel

21    like he's ready to go forward?

22              MR. SMITH:   Yeah.   He's fine.

23        A.    Let's try again.

24        Q.    (By Mr. James)   So let's try to nail

25    down this meeting.

Page 289

1          MR. SMITH:  To be clear, I don't
2    think he ever said earlier there was two
3    meetings, but go ahead.
4        A.   I was trying to remember the first one,
5    and you know, the exact time.
6        Q.   (By Mr. James)  Was there a phone call,
7    the first one?
8        A.   Nope.  The phone call when I got down
9    there with the lawsuit is when we called Tim.
10   That's when we got Bud Cummins involved.
11       Q.   And you've told us about that.  You've
12   told us everything you recall about that.
13       A.   And I'm thinking that's -- and then
14   that's when they decided on the COD, so that's
15   really the only -- I had my meetings with John,
16   because I went back home and that was it.
17       Q.   Okay.  So you did have a discussion
18   regarding the COD?
19       A.   No, I did not.  Tim and John was in the
20   back room.  I had discussion on what I could do
21   with that lawsuit, like I couldn't do nothing.
22       Q.   I'm not talking about the lawsuit.  I'm
23   talking about the COD for Stone Works in the
24   summer of 2018 or 2021?
25       A.   That was John and Tim.

Page 290

1      Q.    How do you know that John and Tim went

2   in the back room?

3      A.    Do what now?  I know John went in the

4   back room.  Tim was on the phone.

5      Q.    Where were you?

6      A.    I was in the hallway at the office.

7      Q.    At Centurion's office?

8      A.    Yes.

9      Q.    What were you doing at Centurion's

10   offices?

11      A.    I took that lawsuit down to get John to

12   look at it.

13      Q.    I feel like we're on who's on first.

14            MR. SMITH:  I think his testimony

15   has been that that's the only discussion he can

16   remember with John Enkema.

17            THE WITNESS:  That is correct.

18            MR. GIATTINA:  That's not true.

19            MR. JAMES:  I think that's a

20   mischaracterization of his testimony.

21            MR. SMITH:  I don't, but ask him

22   again.

23            MR. JAMES:  I'm not sure --

24            MR. GIATTINA:  The question that he

25   answered was did you speak with anyone else at

Page 291

1    Centurion prior to the termination of Stone Works

2    as a dealer, and he said yes, he did.  John

3    Enkema prior to the termination.

4                   MR. SMITH:  Now he's told you about

5    ten times the only conversation he can recall is

6    after he got served with the lawsuit, and I think

7    it's been pretty clear throughout his testimony.

8                   MR. JAMES:  I don't think it has.

9                   MR. SMITH:  Hold on, and it's been

10   clear through his testimony today that he does

11   not remember dates.

12                   THE WITNESS:  I don't remember

13   dates.

14                   MR. JAMES:  Quit coaching, okay?

15                   MR. SMITH:  I mean, this --

16                   MR. JAMES:  Let's go.  Let's go

17   with the deposition.

18                   MR. SMITH:  Yeah, please, and one

19   lawyer per party here.

20                   MR. JAMES:  He's not a potted

21   plant.  He's fine.

22       Q.   (By Mr. James)  So I thought I heard you

23   tell me that you had a conversation with

24   Mr. Enkema when the decision was made to put

25   Stone Works on COD.  Did I hear you correctly or

Page 292

1    did I hear you wrong?

2        A.    Correctly.

3        Q.    Okay.

4        A.    Oh, what it was, I didn't hear the

5    conversation.  I was at Nashville for some other

6    reason.  I don't even know what for.

7        Q.    Okay.

8        A.    And then I was talking to John about it

9    and he called Tim, and those are the ones that

10   worked that out.  I have no knowledge of how they

11   done that.

12       Q.    How close is John Enkema's office to

13   Stone Works -- or excuse me, Centurion's?

14       A.    John Enkema, he is in Centurion.

15       Q.    Is he inhouse counsel?

16       A.    Yes.

17       Q.    Okay.  So you were at Centurion --  you

18   were at Centurion, and you were meeting with John

19   Enkema, and the issue came up about putting Stone

20   Works on COD, and then Mr. Enkema and Tim Pardue

21   went in the back room and talked?

22       A.    No, Tim Pardue was not there.  It was on

23   the phone, a phone call.

24       Q.    Okay.  I thought I heard you say they

25   went in the back room.

Page 293

1        A.    John did.

2        Q.    To make the phone call?

3        A.    Yes.  And talk to Tim.

4        Q.    And you were sitting outside?

5        A.    I was out in the hall at the reception

6   desk.

7        Q.    And when he was done, did he come back

8   and say, hey, I just talked to Tim Pardue?

9        A.    Yes.  And he didn't talk to me.  He said

10  he had Tim on the phone.  Then he went to talk to

11  Jody, and then that's really all I recall.

12       Q.    Now, who's Jody?

13       A.    He's an accountant.

14       Q.    He's the guy that does the numbers, Jody

15  George.  Correct?

16       A.    Yes.  That's correct.

17       Q.    All right.  And then you-all wrote the

18  letter saying you-all -- Stone Works is on COD.

19  Correct?

20            MR. SMITH:  Assumes facts not in

21  evidence.

22            MR. JAMES:  That is coaching and

23  that needs to stop.

24            MR. SMITH:  No, it's not.

25            MR. JAMES:  We're going to

Page 294

1    terminate the deposition.

2              MR. SMITH:  You do that at your own

3    peril.

4              MR. JAMES:  I know, but quit

5    coaching.

6              MR. SMITH:  You do it at your own

7    peril.

8              MR. JAMES:  Quit coaching.

9              (Fraley Exhibit 21 was marked for

10   identification by the reporter.)

11        Q.   (By Mr. James)  All right.  Sir, I'm

12   going to hand you a document labeled Deposition

13   Exhibit 21, which is Exhibit 1F to your

14   Declaration, I understand.  Have you seen this

15   before, sir?

16        A.   No, I have not.

17        Q.   And I don't know what's blacked out on

18   it.  This is how I got it.  This is an August 18,

19   2021 e-mail from Jody George to Troy at Stone

20   Works, and this is the first time you have seen

21   this document.  Is that correct?

22        A.   That is correct.

23        Q.   And it says, "Troy, Tim has agreed to

24   run all of the listed orders below for Stone

25   Works, LLC.  Because Rusty in a conversation with

Page 295

```
 1    Ed Fraley made it sound like Stone Works was
 2    going to seek legal action against Centurion, all
 3    of the orders must be paid up front before the
 4    order will be shipped.  In addition, any
 5    outstanding invoices must be paid."  Did you know
 6    that was going to be sent?
 7        A.   No, I did not.  Not at the time.
 8        Q.   Would this have been the result of your
 9    conversation with Mr. Enkema and --
10        A.   The conversation with John Enkema and
11    Tim Pardue.
12        Q.   All right.  So you think that
13    conversation occurred before this was sent and
14    resulted in this e-mail being sent?
15        A.   That's what I'm speculating.  I don't
16    know.
17        Q.   Okay.  It makes sense with how you
18    understand the facts.
19        A.   Yeah.
20        Q.   So when Mr. Enkema came out of the back
21    room with talking with Tim Pardue before this
22    August 18th e-mail, what did Mr. Enkema say to
23    you?
24        A.   When he was talking to him he didn't say
25    nothing.
```

Page 296

1      Q.   He said get out of my office?

2      A.   I think I knew not to go in his office.

3   I didn't go in.

4      Q.   So why were you there at this date?

5      A.   I cannot remember.  Honestly, I go down

6   there some, but I don't know if I was needing to

7   pick something up.  I don't remember.

8      Q.   Didn't have anything to do with the Sims

9   touring the plant, did it?

10     A.   Oh, shit, no.  I didn't know nothing

11  about that.

12     Q.   Okay.  And then if you turn this over,

13  Exhibit 21 over, it's got orders that appear to

14  be outstanding.  Does that look correct to you?

15     A.   I could not answer.  I don't have a

16  clue.

17     Q.   Because you've never seen this document

18  before.  Correct?

19     A.   I have not.  Nothing about it.  No

20  knowledge.

21     Q.   So I can sit here to until kingdom come

22  and you're not going to be able to tell me

23  anything more than what you have already told me?

24     A.   Not a word, nothing.

25     Q.   Then I better move on.

Page 297

1           MR. JAMES:  Let's take five

2     minutes.

3                     (Recess.)

4        Q.   (By Mr. James)  What did you talk about

5     at break?

6           MR. SMITH:  We're not getting into

7     that.  Don't answer that question.

8        A.   I don't remember.

9           MR. JAMES:  Okay.  State the basis

10    of the privilege or state the basis of the

11    objection.

12          MR. SMITH:  It's attorney-client

13    privilege.

14       Q.   (By Mr. James)  All right.  And your

15    attorney has instructed you not to answer.  Are

16    you going to not answer?

17       A.   Not answering if he instructs me.

18          MR. JAMES:  All right.  It's our

19    position that when you called the break in the

20    midst of the deposition that that waives the

21    attorney-client privilege and we're allowed to

22    know what coaching goes on.

23          MR. SMITH:  Give me some authority.

24          MR. JAMES:  I don't have Westlaw

25    right in front of me here, but that's our

Page 298

```
 1   position.
 2                MR. SMITH:  Okay.
 3        Q.  (By Mr. Jones)  All right.  Would it be
 4   fair to say that Stone Works was terminated by
 5   Centurion as a dealer because of Centurion's
 6   belief that Stone Works was selling a
 7   competitor's product?
 8        A.   That would be a fair statement.
 9        Q.   Now, when Stone Works was placed on COD
10   for their remaining orders, did you alert Marty
11   Hesch that Centurion -- Stone Works may need
12   additional product?
13        A.   No, sir.
14        Q.   Did you talk to anyone other than
15   Mr. Enkema or Mr. Pardue?
16        A.   No.  Not about this, no.
17        Q.   If Stone Concepts was not ready and
18   willing to step into the central Arkansas market,
19   would Centurion have terminated Stone Works?
20        A.   Yes.  Marty Hesch did not affiliate that
21   termination at all.
22        Q.   I'm sorry?
23        A.   Marty Hesch did not have anything to do
24   with that at all.  If you recall, they was having
25   trouble anybody getting stone anyway, so we had
```

Page 299

1    plenty of time.

2        Q.    So if we get the Centurion records,

3    we'll see that everybody was having trouble

4    getting stone, not just Stone Works.   Correct?

5        A.    That's correct.

6        Q.    Have you seen those records?

7        A.    No, I have not.

8        Q.    All right.

9        A.    I have got phone calls, though, from

10   people needing stone.

11       Q.    What was the next thing you recall with

12   regard to Stone Works and its products?

13       A.    Excuse me?

14       Q.    What was the next thing you recall with

15   regard to Stone Works and its products?

16       A.    I don't recall anything else about it.

17       Q.    Do you know whether the product

18   eventually got shipped?

19       A.    I do not know.

20       Q.    You have no knowledge.   Did you receive

21   commissions on it?

22       A.    I don't -- not that I know of, no.

23       Q.    Did you have any idea for what jobs this

24   product was needed on?

25       A.    No, I did not know.

Page 300

1      Q.   Bear with me.  I'm taking some notes.
2  Were you talking with Terry Lester during this
3  period of time?
4      A.   No, sir.
5      Q.   What is your next communication with
6  Marty Hesch?
7      A.   I can't recall.
8      Q.   Between this period of time which was
9  August 18, 2021 and the filing of the lawsuit, do
10  you recall anything happening with regard to this
11  case or having any communications with any of
12  your co-defendants?
13      A.   No.  Not that I recall, no.
14           MR. JAMES:  All right.  My turn to
15  take a quick break.
16           (Recess.)
17      Q.   (By Mr. James)  Sir, do you recall any
18  more conversations with Randy Sims or William
19  Thomas or anybody at Stone Concepts during the
20  summer of 2021, other than what you have already
21  testified to?
22      A.   Not that I can recall, no, sir.
23      Q.   And you wouldn't have any notes or
24  records to go look at.  Correct?
25      A.   That is correct.

Bushman Reporting                    800-556-8974
A Veritext Company                www.veritext.com

1      Q.   And your phone would reflect phone
2  calls.   Correct?
3      A.   It would, yes.
4      Q.   And so to know what conversations, who
5  all you talked to, we would need to get your
6  phone records.   Correct?
7      A.   Probably so, yes.
8      Q.   The backyard meeting with Randy Sims and
9  Marty Hesch, do you remember what day of week it
10  was?
11      A.   No, I can't remember.
12      Q.   Now, you knew that Stone Works would be
13  hurt financially if it was terminated as a
14  Centurion dealer.   Correct?
15      A.   No, I didn't realize that.   They should
16  have been on top of their game with the new
17  product.
18      Q.   Did you ask, say, do you need phase in,
19  phase out time?
20      A.   No.   They didn't ask me.
21      Q.   Do you believe -- you believe there's an
22  advantage of selling Centurion product, don't
23  you?
24      A.   What, sir?
25      Q.   An advantage?

Page 302

1      A.    There's no more advantage cancelling
2   Centurion than ProVia.
3      Q.    So they're fungible?
4      A.    You're dealing one or dealing the other.
5            MR. JAMES:   Sir, that's all I have.
6   I'm not going to make a speech, but I'm going to
7   reserve the rest of my time until we get
8   Centurion's records.   I know your counsel is not
9   going to agree to that, so there's no reason for
10  a speech.
11            MR. SMITH:   I'm nevertheless going
12  to make it clear on the record.
13            MR. JAMES:   My time is off, and I'm
14  taking the rest of it at 3:45.
15            MR. SMITH:   And just for the
16  record, I object to any additional questioning by
17  Mr. James or the Plaintiffs of Mr. Fraley.   They
18  noticed his deposition when they chose to notice
19  it and we're here today, and Mr. Fraley is
20  prepared to give a full and complete deposition.
21  But I understand Mr. James is nevertheless
22  passing the witness, so I guess, Scott?
23            MR. RICHARDSON:   No questions from
24  us.
25            MR. SMITH:   I think the only other

Page 303

1    person that would potentially have questions that
2    I see on the screen is Ms. Sims.  Ms. Sims, if
3    you are speaking, we are not hearing you.  And
4    she may not be participating at this point.  She
5    has a box up, but it is blacked out and it's
6    muted.  All right.  I don't have any questions.
7    We will read and sign.  I'll take an E-Tran.
8                  MR. JAMES:  Mr. Fraley, thank you
9    very much.
10                 MR. RICHARDSON:  An electronic
11   version.
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 304

```
 1               C E R T I F I C A T E
 2
 3          I, Jane A. Blackerby, a Certified Court
 4  Reporter of the State of Missouri, do hereby
 5  certify:
 6          That prior to being examined the witness
 7  was by me duly sworn;
 8          That said deposition was taken down by
 9  me in shorthand at the time and place
10  hereinbefore stated and was thereafter reduced to
11  writing under my direction;
12          That I am not a relative or employee or
13  attorney or counsel of any of the parties, or a
14  relative or employee of such attorney or counsel,
15  or financially interested in the action.
16          WITNESS my hand and seal this 25th day
17  of April, 2022.
18
19  _____
20          Jane A. Blackerby
21          Jane A. Blackerby, CCR No. 877
22
23
24
25
                                        Page 305
```

[& - 50]

**&**

**&**   2:3,10,19 228:2
228:8

**0**

**04**   15:4 119:16
151:19,19
**05**   15:5 119:16
151:19
**08**   14:16 80:9
113:14
**09**   80:9

**1**

**1**   174:8
**10**   4:8 5:19,23 7:8
7:16 17:18 87:14
87:18,21 106:5
148:12,19 149:2
149:14,21,23,24
150:4 152:8 172:8
185:9 186:4 191:1
197:25
**100**   4:9,11
**1099**   118:18,24
206:21
**10:20**   104:6
**11**   4:9 17:17,18
100:2,5 255:21
261:22
**12**   4:10 11:6 101:1
101:4 107:24
152:8 288:4
**12th**   1:17 263:7,17
263:19 265:3,24
267:7 270:10
271:6 280:18
288:5
**13**   4:12 234:2,5
**1307**   2:19
**136**   2:14

**1369**   1:16
**13a**   4:13 236:7,11
238:6
**14**   4:14 255:5,8
259:8 278:7
**15**   4:15 42:22 54:8
72:6,7 84:14
256:16,19,22,25
259:8 267:20
**1500**   11:6
**15th**   179:19
**16**   4:16 42:22,23
258:4,7 259:8
279:8
**16th**   276:6 279:23
280:19 281:12
**17**   4:17 261:15,21
**18**   4:18,21 38:10
84:17 85:8,16
132:20 135:22
152:8 266:20
267:1 268:25
295:18 301:9
**1818**   3:8
**18th**   296:22
**19**   4:19 234:15
263:5 278:1,4
**194**   10:13,13
**1950**   15:25
**1950gmail.com.**
15:24
**1990**   117:13,14
**1990s**   115:10
**1993**   117:25 118:1
119:14 121:15,16
**1995**   40:14
**19th**   4:12 234:6
**1a**   255:9 258:13
**1b**   256:22
**1c**   258:8,14

**1e**   267:2
**1f**   295:13
**1st**   179:19

**2**

**20**   4:20 27:13 47:5
47:7 98:23 172:8
279:3,7 280:2
**20,000**   51:5 84:14
**2001**   255:22
**2004**   119:17,17
**2005**   119:17,17
**2009**   101:5
**2010**   4:12 234:6,15
**2018**   290:24
**2021**   4:21 45:12
46:21 50:11 56:14
59:6 60:4 61:11
62:19 63:3,8,20
233:2 253:13
261:22 263:7
265:24 279:8
287:2 288:24
290:24 295:19
301:9,20
**2022**   1:18 7:17
305:17
**21**   4:21 45:14
51:24 295:9,13
297:13
**2144**   1:18 3:4
**234**   4:12
**236**   4:13
**24**   19:3
**24957**   305:20
**25**   87:14,17 149:22
239:9 240:19
241:13 242:8
243:9
**25/10**   87:15,16
**255**   4:14

**256**   4:15
**258**   4:16
**25th**   305:16
**261**   4:17
**266**   4:18
**277**   4:19
**279**   4:20
**28th**   61:5 62:19
63:3 74:3,14
**29**   62:19 255:22
**295**   4:21
**29th**   61:5,11 63:3
74:3,15 263:14
**2:49**   271:7

**3**

**30**   87:13,19,22
149:19 250:15
**300**   2:10
**301**   3:8
**3585**   2:4
**3:30**   57:3
**3:45**   303:14
**3rd**   2:7 7:17 78:25

**4**

**4-18-50**   10:4
**40**   12:18 85:15
**417**   13:22 15:15
**417.888.1000**   3:5
**45**   84:8,20,25
85:15,17 148:14
148:19 149:2
197:25
**45/10**   149:8
**48**   183:18
**4:21cv941**   1:6
**4th**   261:8,11 283:2

**5**

**5**   4:4,8 101:8
**50**   30:3 103:16
125:14 148:11

[50 - allows]

149:14,16,16
150:4 183:18
197:25
**50/10**  149:9,9
**50/50**  116:2
**501.370.9300**  2:12
**501.372.6555**  2:5
**501.404.4874**  2:8
**55**  149:12
**5:30**  249:7

**6**

**6**  17:17 249:7
257:24 282:23
**60**  30:3 149:25
150:2
**65804**  3:5
**68**  111:5

**7**

**7,000**  165:16
**711**  2:7
**72015**  2:15
**72201**  2:8,11,20
**72203**  2:4
**72207**  3:9
**75**  35:12
**79**  12:19

**8**

**8**  73:17,18 185:11
186:4
**80**  12:19 35:12
84:18
**800**  2:11
**861**  15:15
**861-0611**  13:22
15:17
**877**  1:16 305:21
**8:30**  5:1

**9**

**9**  7:9,12 9:17
188:10 250:5
**90**  10:22 84:18,21
85:2 112:11 186:3
**93**  112:13 121:19
**95**  10:15
**99**  20:6,7

**a**

**a.m.**  5:1
**abc**  140:7 164:14
164:16
**ability**  48:16 105:3
171:25 174:18
180:21 216:3
**able**  104:25
142:12,13 152:19
297:22
**absorption**  124:6
124:8,9
**account**  16:6
24:25 123:3
**accountant**  294:13
**accounts**  179:17
**accurate**  174:14
201:18 239:20
**accurately**  243:15
**accusation**  281:18
**acquired**  175:2
**acre**  11:6
**act**  81:7,10 82:8
**action**  296:2
305:15
**active**  8:9 211:3
234:20,25
**add**  37:14
**added**  184:23
**adding**  168:19
**addition**  296:4

**additional**  169:8
299:12 303:16
**address**  10:12
20:1 49:22 256:7
**addresses**  15:22
**advantage**  153:10
153:12 302:22,25
303:1
**advantages**  153:13
**advertising**  64:21
64:23,23,24
167:25 168:2,5,6,8
**advice**  94:13
**advise**  218:17
**affect**  37:21,24
38:2 42:10,13
142:19,21 143:1
174:17 178:6,12
**affidavit**  258:12
**affiliate**  299:20
**affiliated**  121:10
121:23 283:16
**afternoon**  105:10
**age**  12:9 174:20
**ago**  9:18 15:9
23:18,20 27:14
31:3 32:12,13
33:2,2,22,24 37:19
37:19,19 42:20,21
42:23 54:8 72:5,6
72:8 80:4 135:20
145:24 159:4
214:9 267:4
**agree**  65:10 76:13
87:11 102:16
103:17 106:9
107:5 150:17
180:22 189:22
222:22 234:23
243:7 245:5
274:12 281:22

282:2 303:9
**agreed**  4:9 100:6
104:2 148:2 274:9
295:23
**agreement**  39:16
39:24 66:6,7,9,18
69:12,16,24 132:7
180:25 181:3,5
**agreements**  162:3
162:4 215:18
216:22,25
**ahead**  72:16
144:17,23 158:5
177:24 178:9,23
189:17 192:21
212:23 216:16
221:20 231:25
232:5 245:25
252:13 264:5,7,9
273:8 279:17
290:3
**ain't**  31:17 41:23
142:11
**airplane**  207:2
**alcohol**  73:6
**alert**  299:10
**alexander**  55:6,13
58:1,3 91:7,8,17
92:2,6 98:10,11
155:8 252:9
**alexandria**  229:23
**allocating**  219:18
**allow**  70:13 86:13
86:16 226:25
265:10
**allowed**  29:3,4
98:20,21 139:24
202:22 209:22
251:6 298:21
**allows**  141:8

[almond - asked]

**almond** 97:23,25
  98:1
**alpha** 109:2
**alternative** 104:17
**alternatively**
  104:12
**amanda** 56:2
**amen** 99:10
**american** 79:20,21
**americans** 79:21
**amount** 133:17
  221:8
**andrew** 198:4,18
**angela** 3:12 77:15
  87:20 88:5 89:6,6
  90:12 147:2,9,18
  148:4 181:16
  191:23 194:21,23
  194:23 195:10,10
  195:16 196:8,22
  219:3 233:11,13
  233:19 243:22,25
  244:2 251:25
  252:2,5 254:12,16
  285:25
**angela's** 148:11
**angry** 282:17
**anita** 33:8
**answer** 7:5 12:16
  33:13 34:6 35:19
  35:20 70:15 81:13
  81:14,21,22,22,23
  101:23 110:20
  121:17 125:22
  127:3 132:10
  141:24 143:8
  152:5 178:18
  197:16 200:19
  202:11 219:9,15
  227:2 229:10
  237:8 254:11

260:22 274:15
  286:2,3,6 297:15
  298:7,15,16
**answered** 16:21
  144:7,8,16,17,23
  145:3,11 291:25
**answering** 298:17
**answers** 174:10
**anticipate** 105:11
**anybody** 9:9 24:24
  39:17,20 49:4
  52:16 60:19 63:4
  63:8,10 71:20
  93:11 107:21
  109:18 118:20
  135:7 136:23
  137:3 150:6 157:4
  162:13 214:22
  233:3 236:4
  237:11 249:3,24
  258:24 266:22
  267:10,13 275:10
  278:11 281:12
  284:23 285:3
  299:25 301:19
**anymore** 19:9,15
  24:10 140:25
  175:15 182:19
  195:23 237:22
**anytime** 105:2
  250:16
**anyway** 299:25
**apart** 136:6
**apartments** 25:8
  160:1
**apologize** 94:12
**app** 58:24 59:1
  61:13 75:22 83:22
  87:9 162:22
  257:17 259:4,7,10
  268:4

**appalachia** 228:25
**apparently** 278:24
  287:23
**appear** 297:13
**appears** 261:21
  269:14
**application** 4:14
  4:15,16 75:18
  162:16,21 166:8
  252:11 256:1
  274:7 277:11
**appreciate** 273:14
**approach** 147:19
**approached** 214:8
  214:17 215:5,9
**approval** 166:6,9
  218:7,13,14
**approve** 76:13
**approved** 100:15
  172:3,6 206:16
**approximately**
  100:11 127:10
**apps** 257:18
**april** 1:17 202:3
  305:17
**architectural**
  203:20
**area** 10:19 22:18
  66:10 86:2 88:20
  91:3 92:12,21
  93:5,8 96:20
  114:15 135:6
  136:21 139:25
  141:17,25 142:3
  143:8 145:19,19
  153:19 154:1
  155:3,7 158:13
  161:2 164:13
  170:12,22 176:6
  176:20 177:13
  181:13,14,17,19

187:22 189:8,12
  192:6,20 193:3,4
  193:11 202:1
  204:14 211:2,13
  213:16 226:8,18
  232:6 234:19,21
  237:13,16 246:5
  278:17
**areas** 66:2 143:9
  152:10 169:24
  235:9
**arguing** 286:11
**arkansas** 1:1 2:4,8
  2:11,15,20 3:9
  4:10 21:17 25:16
  25:18,22 46:20,22
  58:10,20 67:13,15
  92:5,13,14 101:6
  106:21 111:3
  145:18 154:21
  155:1,2,3,4 164:4
  164:7,23 167:15
  187:7,18 198:7
  203:10 211:20,21
  212:3,13 219:6,7
  219:22 229:8
  231:4 235:24
  237:24 252:9,22
  252:24 264:2
  299:18
**arrangements**
  126:17 131:11
**arrested** 120:1
**arrow** 22:18
**article** 4:11 106:22
**artifacts** 41:25
**aruba** 32:22,23
**asked** 7:7 8:25
  44:2 46:15 52:4
  56:24,25 83:3
  94:11 113:5 144:7

[asked - believe]

144:16,22 145:3
145:11 147:23
162:11 168:22
194:15 204:8
220:18 233:19
244:3 266:8
**asking**  120:8
125:22 162:13
209:20 220:15,17
**assignment**  55:9
55:10
**assist**  9:9 156:4
**assisted**  156:3
**associate**  218:22
**association**  120:17
**assume**  138:25
**assumes**  294:20
**assuming**  106:13
**at&t**  13:24
**atlanta**  70:21
129:22 130:5
131:15,15,22
134:10,12 135:16
137:4
**attach**  234:17
**attack**  99:9 251:22
**attempt**  229:7
**attempting**  171:5
**attended**  36:13
111:20
**attention**  101:7
**attorney**  94:17,18
94:19 99:9 100:16
110:13 185:6
251:7 298:12,15
298:21 305:13,14
**attorney's**  38:20
**attorneys**  9:8
38:23 39:1,2,18,21
100:13

**august**  4:21 90:8
253:20 261:22
263:7,17,19 265:3
265:24 267:7
270:10 271:6
276:6 278:7 279:8
279:22 280:18,19
281:12 287:2
288:4,5 295:18
296:22 301:9
**austin**  215:12,14
**authority**  161:24
173:4 298:23
**authorize**  100:16
**authorized**  61:1,4
61:13 167:9
263:24
**ava**  11:9,11,22
**available**  78:13
280:21
**avenue**  10:18
**average**  18:18
19:1,12,14 21:8
**avoid**  170:17
222:2
**aware**  43:11,12
49:3,13 54:23
58:2 72:21 82:7
91:7 93:19,23
111:22 121:11
122:10 123:8
128:9,14 137:25
141:16,20 151:4
157:10,15 158:25
162:13 167:21
173:3 174:12
176:3 193:12,15
198:2,24 199:2
202:20,21,24
207:12,15 208:2
211:23 212:14

216:25 217:18,20
217:24,25 221:11
221:15 224:20
230:19 233:2,4,23
253:6 263:2
265:21 275:5,8
278:14 283:15
284:12,19
**awful**  237:1
**awhile**  19:20 80:4
112:4
**aztec**  229:2

**b**

**b**  4:6 20:4 108:19
229:14
**b300**  1:19 3:4
**back**  15:12 17:22
23:12,14,16,18,21
23:24 25:23 27:13
27:23 34:21 37:16
37:20 44:8,25
47:19 50:5,6,6
51:24 52:10 53:9
66:22 76:6 78:7
84:10 100:14
101:9 104:8 106:4
106:6 107:20
145:22 148:11
149:10 158:18
190:25 214:13,24
242:2 243:20
245:10 250:12,13
259:12 264:16,18
264:25 266:7
267:16 273:18,25
287:24 290:16,20
291:2,4 293:21,25
294:7 296:20
**backyard**  25:13
25:14 47:14,14,24
49:18 52:1 254:2

264:15,24 288:1
302:8
**bad**  8:18 18:10,11
49:5,6 68:12
86:10 90:13 106:1
130:17 176:4,14
176:17
**ball**  27:25 28:1
121:25 122:16
**ball's**  122:17
**bar**  30:14,16,18
**barely**  152:12
**bart**  32:23
**bartender**  30:20
**bartenders**  30:9
**base**  139:17
155:20
**based**  9:1,4 29:22
142:17 179:20
244:5
**basis**  203:9 298:9
298:10
**basketball**  247:7
**bass**  262:18
**baths**  12:1 29:6
**baton**  110:14
**bear**  220:17 301:1
**beat**  143:5
**becker**  22:6,8,9
**bed**  13:5 108:11
**bedrooms**  11:24
28:24 29:1
**befriend**  218:20
**beginning**  102:15
163:11 187:6,17
**behalf**  1:15 64:25
156:17 158:24
176:9,15 177:2
**belief**  77:18 299:6
**believe**  20:6 23:7
28:25 63:13

**[believe - builder's]**

100:25 232:12,14
232:20 235:17
237:15 244:8
248:6 267:1 276:2
302:21,21
**bell** 226:1
**bellgard** 108:19
**bells** 229:19
**belonging** 260:19
**benca** 2:19
**bend** 31:3,4
**benefit** 175:18,22
177:22 178:16,19
**benefits** 190:16
**benton** 2:15 46:20
46:22 49:25 50:5
53:17 60:6,16
67:21 74:2,13
93:7 254:2 264:24
278:17
**bentonville** 114:14
114:15
**best** 6:11,15,21
73:19,21,21,22
80:18 102:11
125:15 157:19,21
163:17 165:20
218:18 270:17
289:13
**bet** 185:5
**betcha** 232:16
**better** 137:8 148:1
159:12 297:25
**beyond** 177:13
243:5
**biagio** 20:2,3,7
113:10,11
**bidding** 195:19,20
216:5
**big** 11:5 25:11
28:20 30:16 51:10

121:7 151:6,9
175:18,21 189:18
257:13
**biggest** 127:14,17
**bills** 138:3
**billy** 148:17,21,22
204:5,7,11,13,23
205:6,9,10,13,17
205:23 206:18,25
208:20 209:7,13
209:22 210:2,19
213:2 227:16,23
230:21,22 243:23
244:1,2,3,4,12
**birth** 10:3 110:23
**bit** 34:21 84:9
201:6,22 235:10
235:11,21 282:7
282:18
**bitty** 203:21
**black** 70:24
**blacked** 295:17
304:5
**blackerby** 1:16
305:3,21
**blake** 97:23,25
98:1,3,4
**blend** 126:19,21
126:23
**block** 164:14,16
164:17
**blood** 71:13,14
**blue** 62:5 269:12
**board** 38:11 120:6
**boards** 120:3,5,10
262:24
**boat** 70:23 79:19
79:22,24
**bolder** 18:5
**bonus** 212:15

**books** 64:21
**boral** 124:19
**border** 2:14
**bored** 19:21
**born** 12:18
**borscht** 207:19,22
**borstaff** 124:10
**bother** 283:20,22
**bottom** 149:15
185:11
**bought** 13:15 86:2
112:6 131:16
172:5 179:23
201:11,15 238:15
246:23
**boulder** 124:14
**bounces** 122:20
**bound** 208:19
**box** 2:4 304:5
**boy** 71:25 72:4
**bragged** 243:22
**brain** 23:3
**brand** 67:18
**brandon** 22:6,9
**break** 8:25 107:22
108:17 110:15,15
110:20 289:18
298:5,19 301:15
**breakfast** 13:5
249:18
**brenda** 22:8
**brick** 50:23 109:3
109:3,4,6,13
164:16,17 229:7,9
229:10
**bridge** 70:8
**brief** 99:20
**bring** 30:13 56:25
96:1,2,10 178:21
**bringing** 79:19

**brings** 30:4
**britton** 229:4,13
**broad** 261:4
**broadly** 120:9
**broadway** 204:2
**broke** 54:10,16,19
109:16
**broken** 22:18
**broker** 184:6,11
**brothers** 193:25
194:2,16,24
195:10,22,23
196:3,9,17,23
197:4,10,12,19
199:4 207:24
209:5,6 227:10,13
254:13,21
**brought** 72:1 89:7
225:25 266:16
**brown** 203:4
**bryant** 278:17
**bud** 3:7,7,9 22:17
22:23 39:10,10
100:14 105:17,25
250:10 251:2,2,9
251:10,11,13
289:2 290:10
**bud's** 39:14
**budcumminslaw...**
3:9
**buddies** 90:1
**buddy** 126:12
**build** 38:19 137:11
163:10
**builder** 78:18
92:21,22,23 93:2
160:7 164:2 222:5
**builder's** 21:21,22
21:23 22:4,7,10
80:3

[builders - case]

**builders**  44:23,24
120:16 137:12
142:11,12,14,15
168:3 193:7 212:6
**building**  70:3
82:19 132:1
136:10 143:2,2
187:12 188:1,7,8
199:7,12,15,19
200:2
**buildings**  134:21
**built**  27:13 55:6
175:4
**bullshit**  75:13
**bump**  211:18
**bunch**  11:17 15:7
74:24 75:13
**bunches**  105:14
**burden**  252:21,23
**buren**  235:13
236:14
**burn**  104:5 106:2
**burton**  187:12
188:1,7,8 199:7,12
199:15,19 200:2
**business**  4:10 13:7
14:8,19,23,25
16:18 22:22 28:5
34:14,16 36:24
38:19 45:22 51:18
51:23 55:12 57:9
57:10,24 67:18
69:11 73:13,16
74:20 81:1 82:9
82:17 101:6
106:21 113:16
114:4,12 115:2,16
121:5 137:7,16,18
147:9 154:14
159:12,15,16
164:12 166:13

172:15 182:25
188:25 193:18
195:3 196:18
199:12 205:23
212:5 227:4,4
233:6,7 234:19
252:20 254:4
282:9 283:23
**businesses**  115:17
115:18 117:1,5,16
120:25 189:3
**busy**  53:23
**button**  235:14
**buy**  24:13,15,20
24:24 27:7,9 28:1
44:10 45:18,21
46:15 48:7 52:5
57:16 64:11 83:12
83:23,23 84:1
85:20,22 86:6
133:6 134:5 137:3
140:25 143:15
145:5 165:17,23
173:15 191:8,10
195:15 204:19
210:20,20 222:20
222:21 246:18
**buying**  44:14 53:3
57:14 148:5 194:8
194:14 195:23
199:15 265:8
**buys**  128:22 208:9

| c |
| :---: |

**c**  2:1 3:1,3 23:7,8
305:1,1
**c.j.**  147:4,5,14
**cabot**  92:11 238:4
**calculated**  180:10
**calhoun**  2:7
**california**  127:21

**call**  18:15 53:14
56:23 63:16,21
65:18,19 68:9,19
68:24 69:6,8 76:1
76:2 78:16,23
79:3,4,7 90:12,20
92:17,18 103:21
119:8 126:14
131:9,14,15,24
153:4 183:19,23
184:10 200:9
230:13 248:15
249:1,24 250:9,16
250:20 251:2
252:2 256:10,11
256:14 265:18
267:7,16,17,21
269:24 271:7
272:2,4,9,13
279:24 282:10,12
285:8 289:2 290:6
290:8 293:23
294:2
**called**  10:17 40:5,6
41:2 48:16 52:21
56:24,25 57:2
59:2 62:14 63:6
63:22 67:5 69:4
73:15 74:17,18,24
75:4 78:17,19
92:19 118:11
123:4,7 131:4,5,18
139:5 148:4 188:9
200:10,23 222:18
230:12 246:25
247:23 248:1,10
250:22 251:9,10
251:11 263:12
267:6 269:22
270:1 273:20
275:6 278:16

279:22 282:14
286:7 287:4,16
290:9 293:9
298:19
**calling**  74:19 75:1
**calls**  60:8,10 64:25
78:4 81:12 90:10
90:11 137:2 152:4
216:7 247:25
252:12 260:21
286:1,22 300:9
302:2
**canada**  127:5
**cancelling**  303:1
**cape**  71:25 72:18
**captioned**  100:6
**car**  250:11 287:19
**care**  67:6 107:9,11
149:14 166:23
249:15 264:22
**career**  48:23
102:14
**cargo**  79:25
**carolina**  129:23
130:6 131:23
**carpenter**  112:4
112:10
**carried**  189:19
**carrier**  13:23
**carries**  51:16
**carry**  15:19 66:9
84:3 189:19
208:11 264:9
265:10
**carrying**  152:10
204:24 230:23
**carter**  100:14
**case**  7:18 25:1
89:22 261:3
273:11 301:11

[cases - chose]

cases  167:11
cassinelli  2:9,10
  6:3 8:16 56:8
catch  37:12,20
cause  65:4
caused  44:9
  121:16
ccr  1:16 305:21
cell  13:21 15:14
  95:20 96:10,13
  116:19 266:19
cement  51:17,20
  87:2
central  1:2 58:9,20
  67:13,15 92:5,13
  92:14 154:21,25
  155:2,4 164:4,7,22
  187:7,18 203:10
  219:6,7,21 229:7
  231:4 252:9,21,24
  264:1 299:18
cents  38:10 84:17
  132:20
centurion  24:20
  27:7,16,19 29:11
  34:25 35:23 48:8
  58:21 63:10 64:9
  64:13,15,18,24,24
  64:25 65:6,16,23
  66:3,5,8,13,16,18
  66:20 68:12 69:13
  70:5,13,19 71:8,12
  71:15 77:24 78:2
  80:1 82:22,24
  83:8,13 86:1,2,5
  93:22 94:2 97:4
  97:12 102:13
  106:13 108:8,10
  109:13 111:25
  112:3,9 117:19,20
  117:22 118:3,9,16

119:2 120:6 121:3
121:5,18,24 122:3
122:14,15 123:5,7
123:9,17 124:1,22
125:1,11,24 126:5
126:9,16 127:1,13
128:11 129:8,11
129:19 130:14,15
130:21,23 131:4
132:5,8,12 133:25
135:5 136:2,20
138:11,17 139:11
139:20 140:6,8,11
140:19,22,25
141:2,4,7,14,23
143:10,15,23,24
144:6,15,21,24
145:5,9 148:8
151:3,12,24
153:14,16,17,21
153:22 156:11,17
156:18,19,22
158:13,24 159:1,7
160:5,13 161:21
161:24 162:6
165:7,18 167:14
167:20,25 169:11
171:6,12,22 172:2
172:18,19 173:4
173:12,13 175:3
176:4,10,16 177:2
177:5,15,17,22,22
177:25 178:3,21
179:2,12,16
180:11,14,23,24
181:6,20,24 182:8
182:14 183:6
184:9,14 185:13
188:11,13 189:1
190:1,3 191:1,13
192:3,9 193:2

194:5,12 195:6,8
196:3 197:11,18
198:8,11,22,25
199:13 200:21
201:11,20 202:10
204:8,18 206:19
208:20 209:21
210:21 212:16
213:9,17 214:8,9
214:17 215:5,13
218:9 219:5
220:21 221:16,17
225:21 226:2,6,9
226:14,16,20,25
227:6,14,17
228:14,17,25
230:18,23 231:22
234:16,22 241:1
242:24 244:16
245:16,21 246:4,6
246:18 248:5,6
252:8,10,18 253:7
254:23 255:1
259:6,10 262:23
263:8 266:6 274:3
274:13,15 275:10
278:13,19 281:4
292:1 293:14,17
293:18 296:2
299:5,11,19 300:2
302:14,22 303:2
centurion's  65:23
  82:6 85:9,10
  167:10 177:7
  191:16 245:5
  248:12 249:21
  263:6 291:7,9
  293:13 299:5
  303:8
certified  305:3

certify  305:5
chain  260:25
chair  116:8,9
chairs  20:19
chance  45:1
  261:18 288:18
change  64:7
  133:11 145:23
  146:18,19 155:11
  174:10 181:13
  188:16 244:18
  279:1
changed  145:24
  171:1 195:6 205:3
  244:19 254:7
changes  9:15 87:1
  97:21
characterize
  243:14
charge  130:19
  133:20,21 134:1
charlotte  129:22
  130:6
chasing  15:10
chattanooga
  226:10 227:7
  230:20
cheap  143:2
cheaper  184:2
check  179:14,17
  179:18 180:5,12
checks  179:23
  232:19
chevy  86:16
children  13:9
china  79:19 127:5
  127:5
choose  208:3
chose  129:4
  303:18

**[chosen - complaints]**

chosen 103:8
christie 228:15,19
circle 2:14
circumstances
 146:10 170:25
clarified 9:17
clarify 174:11
clark 237:24
clarksville 226:6
classify 217:14
cleaned 18:13
clear 6:17 18:5
 58:22 65:12
 104:20 274:2
 286:13,21 287:11
 288:18 290:1
 292:7,10 303:12
cleveland 236:19
click 268:20
client 298:12,21
clinton 235:13,13
 236:15,16
close 78:18 212:19
 218:23 236:5
 237:1,12,25 238:3
 238:8 239:22
 244:13 254:13
 261:8 293:12
closed 277:8
 288:10
closer 6:6 178:10
closest 211:1
 232:6
clown 285:14
clowns 285:10,11
club 26:21 28:14
 29:13 31:14,15,16
 31:17,21,22,24
clubs 34:11
clue 28:4 43:2,9
 58:5 92:24 94:4

95:13,21 201:17
208:15 217:3
229:1 254:18
297:16
coaches 81:20
coaching 144:9
232:1 292:14
294:22 295:5,8
298:22
coat 99:18,22
cod 137:24 138:4
274:16 288:8
290:14,18,23
292:25 293:20
294:18 299:9
cold 26:2,2
collect 165:20
collection 37:14
collections 179:20
179:21
color 87:3 97:21
126:20 146:12,18
colors 86:18,20,22
146:21 256:10
columbia 211:17
come 13:14 18:5
24:6 25:13 32:14
40:17 44:3 47:13
50:6 61:13 62:5
67:1 68:1 134:9
137:12,14 139:3
141:14 142:13
143:4 157:25
158:10 159:5
163:16 173:22
176:21 214:20
232:18 247:18
261:5 277:14
284:16 294:7
297:21

comes 35:22
128:22 185:2
229:9 233:12
277:6
coming 48:2 62:6
73:12 175:13
203:13 219:19
248:19 249:25
257:23 275:24
commenced 5:1
commercial 4:14
4:15,16
commercially
81:10
commission
148:25 149:4
157:2 219:13
commissions
148:7,18 206:7,8
206:14 300:21
commit 67:12
committee 120:6
committees 120:3
120:11,12
common 215:20
220:18 221:3
communicate 53:1
176:9,15 177:1
191:21 220:19
221:4 285:23
communicated
53:6,11 191:18
communication
16:17 301:5
communications
223:23 238:25
286:24 301:11
community
103:16
companies 21:19
130:3 170:21

company 21:23
32:18,19 80:2
129:5 200:23
201:2 207:20
278:15
compare 124:1
125:4 219:6
compensated
66:15
compensation
37:21 38:3 70:1
220:10 227:7
compete 142:3,6,9
170:19 212:3,4
216:14
competed 157:6
competing 159:8
170:21 222:2
245:7
competition 142:5
170:17 178:7,13
178:17,20 187:22
187:24 246:9,9
competitive 108:9
248:7
competitor 108:14
124:18,19,25
207:25 227:3
competitor's
135:2 299:7
competitors
108:22 123:9
124:2 141:22
177:16 178:17
179:1,4 191:6
209:22 216:1
245:22
complained
163:19 199:21
complaints 77:4,8
77:11 89:8,10,18

[complaints - correct]

159:7,10
**complete**  9:24
  51:18 162:20
  174:14 238:11
  303:20
**completely**  27:21
**complexes**  25:8
**compliance**
  100:19
**computer**  8:13,15
  16:21 17:2,4
**concentrating**
  257:5
**concepts**  1:8 2:16
  21:25 48:6 54:25
  55:13,17,18 57:16
  57:17 58:2 91:8
  96:18 98:7 129:2
  135:25 158:3
  170:4 198:22
  204:19 210:22
  217:2,8 220:8,11
  224:12 229:6,22
  230:11,18,25
  231:2,4,23 233:22
  262:13 264:1,3
  274:4 278:16
  283:17 299:17
  301:19
**concern**  105:7,7
**concerned**  82:10
  91:4 221:21 228:4
  229:10
**concerning**  36:7
  53:3 95:10
**concerns**  88:25
**conclusion**  81:13
  81:23 152:5
  260:22
**concrete**  109:3
  121:4,8 123:21

**conditions**  109:6
  244:17
**condominiums**
  159:25
**conducting**  82:8
**conferences**  33:20
**confidential**  216:4
  258:17 268:9
**confidentiality**
  216:22
**confirmation**
  183:8,11 215:1
  257:7
**confirmed**  68:25
  69:2
**conflict**  140:21,23
  141:5 222:20
**conflicts**  157:13
**confused**  153:2
  280:1 288:18,20
**confusion**  233:22
**connected**  204:13
**connection**  179:7
  231:21
**consequence**
  170:15
**consider**  16:22
  40:21 108:21
  124:24,25 139:18
  218:21,24 268:10
**considered**  59:15
  281:9
**considering**  69:3
**constitute**  235:9
**construction**
  197:15 207:4,7,14
  207:16
**consult**  218:17
**cont**  3:1
**contact**  44:24 53:4
  156:16 161:22

216:5 239:15
  243:13,17 252:1
  259:15 266:3
**contacting**  224:25
  278:11
**contacts**  38:19
**contained**  7:23
  132:4
**contend**  77:6
  202:4 276:10
**continue**  46:3
  150:7 218:9
  234:23
**continued**  94:6
**continuing**  161:15
  161:17 175:5
**contract**  30:7
  181:21
**contracted**  94:8
  184:7
**contracting**
  194:12,16
**contractor**  118:13
  119:2 133:1,4,6,8
  141:7,12,15
  159:14,17 160:7
  165:16 169:10
  170:6 186:21,23
  186:24 187:1
  190:15 194:10,11
  195:2 200:13,14
  208:17 210:12
  240:10,12 241:1,2
  242:20,23 243:2
**contractors**  141:9
  169:18 190:8,19
  212:8,11 239:24
  240:2
**control**  109:9
  186:15 254:10

**conversation**  36:8
  44:6 59:7 60:3
  63:20 95:9 248:14
  250:8 265:24
  268:6,15,23 270:6
  271:12 272:12
  274:1 275:17,22
  276:10,23 283:4
  283:12 284:18
  287:21 288:11,16
  288:23 292:5,23
  293:5 295:25
  296:9,10,13
**conversations**
  36:6 246:25 247:3
  252:15 301:18
  302:4
**conveying**  274:24
**convince**  148:6
**conway**  92:6,11
  201:25 210:7,14
**cook**  30:10,11
**copied**  235:2
**copies**  95:11 103:9
**copy**  101:21
  106:10 107:5
  235:3
**core**  234:19
**corners**  86:4
**corona**  32:14
**coronado**  121:12
  123:12 207:25
  208:1
**corporate**  120:5
  215:15
**correct**  5:12,13,17
  6:10,14,18,20 7:15
  7:18 10:2 17:6
  22:13,15 28:2
  34:12,13 36:20
  45:13,16,17 48:6

**[correct - customers]**

54:25 56:17 57:13
60:7,17 61:16
62:24 63:16 65:14
65:16 66:17,17,21
68:4,5 76:9 77:1,3
77:20 79:17 81:6
82:2 84:23 85:18
86:21 91:12 94:9
97:5 100:24
108:25 109:12,14
109:15,22,25
110:4,12 112:17
115:8 117:6
118:14 119:19
120:24 122:2,11
123:24 125:1,7
127:24 128:16
130:10 132:3
133:14,16 136:5
138:21 141:19
143:16,21 146:2
147:7 155:6
156:15,20 157:3
158:3 172:7
173:13 174:1,2,3
174:24,25 180:11
180:12 184:4,8,16
184:17 188:14,15
188:20 189:4
190:16,17 191:6
194:13,17,20
195:4,5,8 204:4
205:3 206:9,13,17
210:25 212:10
213:13,14 218:10
219:14 220:6
221:18 222:3
224:21,22 234:25
235:1 237:24
238:2 242:20,21
243:1,6,10 244:6

244:23 245:3,22
246:21,22 248:7
248:12,13 251:12
254:21 255:19,22
255:23,24 258:21
259:8,14,21,22
260:5,16,17,20
263:9,15,17,18
265:1 269:13,20
269:21 270:12,13
271:22 272:2
274:17 276:2,3
280:3,19,23,24
283:25 284:1
286:25 287:1
291:17 294:15,16
294:19 295:21,22
297:14,18 300:4,5
301:24,25 302:2,6
302:14
**corrected** 278:24
**correctly** 292:25
293:2
**correspond** 20:22
**cost** 84:12 125:4
125:10 142:25
180:3 183:25
**counsel** 89:22
94:13,15,15,16
98:17 107:22
109:19 235:5
248:12 249:22
266:23 275:12
289:2,20 293:15
303:8 305:13,14
**count** 191:22
**counter** 196:13
**counties** 168:20
234:18 235:7,19
235:20,23 237:23
238:5

**country** 129:17
203:19
**county** 93:5
235:12,18,21,24
236:14,19,24,25
237:10,15
**couple** 19:4 88:19
116:11,11 182:23
236:1 239:7
**course** 52:3 216:1
**courses** 111:20
**court** 1:1 99:23
103:22 110:5
236:7 238:10
245:10 284:16,17
305:3
**coveted** 164:9
**covid** 34:3,14 37:6
37:8,21
**covin** 39:10
**craig** 70:24
**creatures** 251:16
251:17
**credit** 4:14,15,16
58:24 59:1 61:13
75:18,22 83:22
87:9 162:22 166:8
257:17,18 259:4,7
268:4 274:7
277:11
**creek** 124:15
**crew** 193:8,14
**crews** 25:12 192:8
192:10,13 193:10
**criticisms** 77:4,8
89:8,18
**cross** 214:4
**crucial** 137:10,15
137:16
**cruise** 32:25

**csr** 1:16
**culture** 123:12,13
127:18,21
**cummings** 250:10
251:2,9
**cummins** 3:7,7
39:10 105:17,17
106:7 289:2
290:10
**cunningham**
122:13 234:7
244:12
**current** 78:1
**currently** 237:4,4
**cussing** 267:24,25
**custom** 126:19,21
221:23
**customer** 79:8
86:15 128:10
139:17,19,20
143:14 146:14,17
146:22 155:19,20
165:17,20 173:9
189:10 190:20
198:14 201:19
203:4 242:25
**customers** 30:4,5
137:21,23 139:14
139:15 141:10
146:4,7,8,11,23
157:9 165:11,14
189:3,5,14,21,25
192:4 198:20,23
233:15,16,17
238:24 239:11,18
239:18,23 240:2
240:22,23,23
241:6,14,16
242:11,15,19,19
243:3,5,12,13,15
243:17 245:7,14

[customers - decision]

245:15 246:15
275:2 278:12
**cut**  72:3 84:9
145:22 148:11
151:14 179:18
182:2 228:14,15
228:19 244:15
246:18 247:1
269:20 275:3

**d**

**d**  4:1 97:25 108:9
108:19 113:2,2
160:20 210:16
**dabbling**  188:2
**daddy**  147:5
**dan**  8:4 100:14
229:4,13
**dana**  200:25
222:16,18 236:20
236:22 237:21
**danny**  201:4
**darn**  268:4
**darrell**  226:24
230:17,19
**data**  260:18
**date**  10:3 97:11
110:23 171:11
182:24 183:1,1,7
247:12 288:1
297:4
**dated**  4:21 261:22
278:7 279:8
**dates**  59:5 135:23
292:11,13
**daughter**  44:2,4
47:16,17 74:7
**daughters**  12:21
**day**  1:17 18:15
19:1,2,13,14 31:6
31:8 46:9,10
53:25 61:6 87:1

87:13 91:14 105:1
116:14 122:25
137:14 166:11
249:14 267:19
273:7 280:17
289:15 302:9
305:16
**days**  11:19 21:7
30:3 31:13,14
87:14,17,19,22
95:16,17 111:21
149:19,20,22
175:11 209:17
251:4 270:8
280:15
**dead**  35:4
**deal**  39:14 41:12
44:19 52:7 55:11
146:8,10,21,23
148:4,5 179:4,6
197:11 227:6
229:13 233:9,11
269:18 270:14
271:2 272:10,14
**dealer**  15:4 24:10
24:11 38:11 44:12
48:7,9,12,21 49:1
54:2,3,4,11 61:1,4
61:13 64:11,18
65:1,5,8 66:12
71:21 72:8,19,23
73:5 77:12 83:9
86:2 87:7 90:7
91:3 93:21 94:2
126:3,4 128:7,8,23
128:23 131:12,25
132:8,19 133:5,13
133:15 134:14
137:2,3,4 139:18
140:3,3,4,4,7,9,13
140:17,20 141:1,1

141:3,6,11 144:1
148:23 152:2,15
152:17 153:3,10
154:3,5,8,11,15
155:5,6,8,11,23
157:20,23,24
158:23 159:13
160:9 161:6,8
162:8,19 164:22
165:2,18 166:7,17
168:24 171:3,4,7
172:23 173:24
176:5,21 177:10
181:23 182:14
184:7 185:24,25
186:1 187:21
189:9,13,25 190:1
190:21,23 191:9
191:15 194:5,7
195:7 203:22
204:15 207:11
208:3 211:1,17
221:9,16 223:4
226:25 231:1
240:12,12 241:1,2
242:20,22 244:16
246:17,19,23
248:5 252:3 263:8
275:4 292:2 299:5
302:14
**dealer's**  128:25
166:18
**dealers**  16:17
20:22 21:1,12,13
24:2,5,17 33:25
38:8,13,14 48:15
55:14 65:23 66:19
70:13 73:1 74:20
86:20 87:24 97:17
119:7,7,8 128:20
128:21 132:24

133:18 134:7,8
137:24 139:17,21
139:22 143:6,11
143:12,15 145:1,2
145:4 146:3,5,6
148:14,18 151:11
151:24 152:20,23
153:1 154:1,20,22
156:4,5 157:7,14
157:17 158:22,23
159:2,8,11 160:11
160:12,15 161:15
161:22 162:5
163:18,19 165:10
167:1,9,19 168:7
170:11,18 171:25
177:3,6,15 179:5
185:12 186:9,19
189:11 190:4,7
191:1 205:20
206:5,10,11,12
210:5 213:9
220:20,21 221:4
222:2 238:21,23
245:13,21 246:15
**dealership**  82:24
126:3 160:22
171:11,12 192:19
208:12
**dealerships**
257:19
**dealing**  140:15
257:8 303:4,4
**dealings**  81:2
**deals**  214:24
**dealt**  62:13 244:11
**death**  110:14
**debate**  102:2,24
**decided**  290:14
**decision**  66:3,23
67:1,3 76:7,8,12

[decision - distributor]

76:16 90:15 91:9
92:7 244:15 247:1
247:5,9 260:4
263:22 278:12
292:24
**decisions** 68:7
76:22 274:22,25
**declaration** 4:8
5:23 6:8 7:17,24
9:1,2,22 99:2
106:20 185:5,8
188:10 239:10
242:9 255:12,13
255:21 263:4
267:2 295:14
**declare** 6:13
**deer** 11:15
**defendant** 1:15
2:16 3:2 99:18,19
**defendants** 1:10
2:13 104:9,12,14
301:12
**defense** 39:23
**definitely** 144:12
191:24
**delete** 18:10,11,23
62:2
**deleted** 277:11
**deliver** 126:6
129:19 184:8
**delivered** 128:11
129:4
**delivery** 244:23
**demands** 35:14,15
35:16 152:20
**department** 138:5
**depends** 19:2
84:13,13 87:20
116:12 131:14
137:11 158:16,16
158:18 163:15

280:20
**deposition** 1:14
5:1,22 36:1,10
98:14 100:5 101:4
103:2 104:1,16
109:18,19 110:9
110:11 174:9,15
234:5 255:8
256:19 258:7
261:20 267:1
278:4 279:6
292:17 295:1,12
298:20 303:18,20
305:8
**describe** 121:5
140:1 181:4
**described** 13:18
**description** 4:7
**design** 203:20
**designed** 245:19
**desk** 116:7 294:6
**desktop** 16:25
**despite** 258:23
**detail** 284:8
**determination**
218:7
**determine** 60:23
213:25
**determined**
179:13
**detrimental**
137:17
**develop** 139:21
151:24 195:3
233:17
**developed** 151:11
194:19
**development**
102:16
**devices** 56:9

**devil** 77:15
**difference** 41:9,10
50:14 85:3,13
143:3 152:2,16
154:15 186:9
197:22,24 259:5
**different** 25:9
26:10 41:23 60:1
63:23 84:18 86:25
97:22 99:6 124:4
125:2 129:20
152:9 153:19,21
154:1,10 195:24
197:23 203:12
208:7,9,21 209:5,8
209:9 268:3
275:16
**difficult** 126:23
**difficulty** 195:11
195:12,14,18
196:23,24 254:13
**dime** 170:24
**direct** 57:14
128:11,20 143:17
191:10 192:3,4
194:14 195:15
198:25 206:10
208:6,16,18
246:15 269:23
**direction** 60:2
63:23 244:14
263:6 305:11
**directly** 116:24
120:19 133:9
141:11 151:1
156:9 180:7,7
189:2 191:19
197:11 201:11,13
202:22 220:11,19
221:4

**disadvantage**
177:25
**disappointed**
75:25
**discount** 87:15
197:23 208:7
**discover** 213:7
**discretion** 166:19
167:6
**discuss** 97:17
272:3
**discussed** 271:13
275:14
**discussion** 200:1
290:17,20 291:15
**discussions** 100:18
**display** 160:16
161:2
**displays** 160:25
**dispute** 239:3
**distributing**
186:12
**distributor** 97:4
108:1 152:3,6,9,11
152:17 153:3,11
153:14,18,25
154:2,6,7,15,17,18
155:12,22,24
158:24 161:6
162:8,19 165:25
166:17 172:15,16
172:17,23 173:24
175:2,4,5 176:5,9
176:14 177:17
184:7 185:22,24
191:13 192:21,23
193:1,1 194:4
195:7,25 197:20
201:14,20 204:18
207:10 216:13
218:8,9 221:16

[distributor - employee]

222:7 223:4
225:23,24 226:16
227:1 278:13
**distributors**
152:23 154:25
156:17 157:7,14
158:23 159:2
160:12,16 161:15
162:5 163:19,20
167:1,9 168:7
170:18 171:25
172:20 177:6,15
179:5 180:14
183:13 186:9
190:6 205:19
213:4,16,19 214:1
214:2 216:24
218:16 220:20,20
221:5 256:14
284:4
**distributorship**
77:18 171:12
193:21 261:3
**district** 1:1,1
**disturbance** 96:3
**diving** 264:18
**division** 1:2
**dmcdaniel** 2:21
**document** 5:22,25
9:7 99:21,22
100:5,7,8,24 101:4
101:16,21 102:6
102:21 105:2,2
234:5 255:8
256:19 258:7
261:20 266:25
278:4,8 279:6
295:12,21 297:17
**documents** 98:25
99:4 103:6,7,25
104:11,13,22

105:9,11,14
109:17 281:16
**doing** 14:18,20
15:4 43:6 44:2,4
46:10 49:3,5 50:2
53:23 57:11,12
58:5,8,13 59:15
92:18,20 103:21
172:15 186:11
188:3,5 196:15,17
196:17 203:13,19
214:25 217:21,22
226:24 244:3
259:17 283:7,18
291:9
**dollars** 182:5
**doors** 277:8
288:10
**double** 252:25
253:1,4
**downing** 2:3
**drafts** 9:11
**draw** 111:12
**dreading** 90:19
**drink** 289:16
**drive** 105:19,21
106:3,5,11 107:7
248:23 249:14
**driveway** 47:17
86:24,25
**driving** 50:5,6
53:9 67:16 264:16
282:25 283:1
**dropped** 235:24
**drove** 46:18,22
47:6 51:25 53:16
57:18 59:9 248:15
248:17 249:5,8,20
254:2 264:23,25
287:17,20 289:3

**drug** 89:3,6
**drugs** 42:7,8,9,14
43:6
**duck** 25:19,23,25
26:8 39:10 82:14
82:15,19 217:16
218:2 251:14
**dufferin** 108:8
**duly** 5:3 305:7
**dustin** 2:18
**dutch** 124:17
**duties** 179:8

**e**

**e** 1:19 2:1,1 3:1,1,4
3:7 4:1,6,12,21
15:22 16:2,4,12
17:21 18:17,20,22
60:25 61:3,20
62:19,23 94:23,24
102:5 103:1,23
104:25 105:21
108:9,19 113:2
116:21 160:20
224:7 234:6,11,15
286:16,17,18
287:12,12 295:19
296:14,22 304:7
305:1,1
**earlier** 122:1
152:22 185:9
254:12 279:9
290:2
**early** 250:5
**ease** 34:22
**easily** 52:20
**east** 10:13
**eastern** 155:3
237:1
**easy** 175:10
**eat** 50:1

**economic** 215:23
**ed** 4:20 73:25
102:12,19 103:15
104:22 114:21,22
114:24 115:6
117:1 118:7
120:20 150:25
151:22 211:3
212:2 222:18
242:2 270:11
273:6 296:1
**edfraley** 15:24
**education** 110:24
**edward** 1:8,14 3:2
4:3,8 5:2,9,23
**ef** 23:17,21
**effect** 54:15 221:8
238:14,18
**effort** 234:20
**eight** 50:25 51:15
82:12 123:15
243:19
**either** 6:4 53:17
62:20 104:10
**el** 23:17,22
**elaborated** 58:12
**eldorado** 142:2
**electronic** 260:18
304:10
**electronically**
259:21 260:16
**else's** 238:16
**emergencies**
136:24
**emergency** 136:24
**employ** 150:7,12
150:17
**employee** 88:21
113:12 117:22
118:15 216:12,19
230:5,11 305:12

[employee - factory]

305:14
**employees** 45:15
138:14,15,16,19
216:3 220:19,24
221:4 230:1,3
254:24 256:13
259:16 268:8
274:10
**employer's** 283:25
**employment** 38:17
111:24 112:2
**empty** 184:19
**encouraged** 190:7
190:11,18
**ended** 115:7
**ends** 86:4
**enjoy** 261:10
**enjoying** 261:10
**enkema** 94:20,25
95:9 182:6 248:11
275:12 276:11,24
286:13,25 287:12
288:9,23 291:16
292:3,24 293:14
293:19,20 296:9
296:10,20,22
299:15
**enkema's** 293:12
**entail** 83:7,10
**entailed** 83:8
**enter** 181:20
**entirely** 129:6
**entities** 115:9
120:19 134:15,23
**entity** 121:10
123:4,7 139:5
145:14 172:1
205:25
**entry** 124:3
**erin** 2:9 56:4

**especially** 78:20
215:21
**establish** 264:1
**estates** 229:17
**evening** 74:7
90:12
**event** 287:25
**events** 247:13
260:25
**eventually** 300:18
**everybody** 8:6,8
34:18 63:24 69:15
69:17,25 138:23
154:8 159:5
166:10,12,15
168:12 169:11,22
177:5 190:16
221:2 246:9 252:6
261:9 300:3
**everybody's** 76:17
78:3 143:5 149:10
169:12
**evidence** 294:21
**exact** 290:5
**exactly** 61:6
**examination** 4:4
5:5 105:8
**examine** 102:6
**examined** 305:6
**example** 64:20
120:5 126:11
168:20,22 170:4
177:16 178:2
185:22 191:16
220:24 234:21
**exception** 78:22
159:21
**exceptions** 66:1
**excess** 111:21
**exchange** 269:1
280:2

**exclusive** 169:17
169:23 173:10
176:7 187:18
246:14
**exclusively** 169:21
181:12 191:2
**exclusivity** 177:21
178:6,12,20 179:2
222:1 245:6
**excuse** 46:25 57:5
60:8 77:22 137:23
197:4 211:6
213:18 214:12
270:11 275:9
293:13 300:13
**excuses** 262:14
**exhibit** 4:8,9,10,12
4:13,14,15,16,17
4:18,19,20,21 5:19
5:22 7:8,16 100:2
100:5 101:1,4
107:24 185:9
234:2,5 235:6
236:7,11 238:6
255:5,8,9 256:16
256:19,22,22,25
258:4,7,8 261:15
261:21 266:20
267:1,2 268:25
278:1,4 279:3,7
280:1 295:9,13,13
297:13
**exhibits** 4:24
258:13
**existing** 222:7
266:6
**exocranial** 168:22
168:23
**expect** 78:10,25
165:6 182:11
216:12

**expectation** 39:20
**expected** 63:15
272:9
**expensive** 125:6
215:4
**explain** 41:20
115:15 118:21
125:23 130:14
135:1 143:13
149:5 150:13
162:18 164:2
176:17 206:4
252:6 254:16
**explained** 95:12
110:13 147:25
152:18 284:5
**express** 88:24
**extend** 181:18
**exteriors** 225:21
226:3
**extra** 106:10

**f**

**f** 108:9,9 160:20
305:1
**face** 251:18
**facebook** 4:17
261:21 262:1
278:5,25
**facility** 129:13
192:16,17 278:19
**facsimile** 257:6
258:8
**fact** 75:1 194:23
200:8 221:15
**factor** 105:24
**factored** 131:1
**factory** 37:4 57:14
93:22 122:11
129:3 131:6
180:11 183:3,4,14
191:9,10 192:3,5

[factory - follow]

195:15 198:25
208:5 253:7
262:24 265:18
273:7,12
**facts** 294:20
296:18
**fade** 87:4,5
**fair** 28:22 148:16
180:3 181:4
189:24 206:15
216:8 218:6 248:4
299:4,8
**fairly** 238:8
**faith** 81:8
**familiar** 5:24 6:7
93:6 199:7 200:23
202:14 210:6
215:17 216:21
235:20
**family** 24:17,18,21
24:24 25:7,12,14
159:21,22,23,24
159:25 160:5
169:9,18 170:5
176:6,20,24 194:3
194:11 195:19
**family's** 25:13
**fane** 1:18 3:3
**far** 10:24 20:11
23:25 24:5 28:22
38:18 41:4 82:10
116:3 117:21
119:6 120:25
122:5,6 124:6,7
153:20 158:17,18
175:1,16 181:15
195:18 198:15
203:8 204:12
215:24 217:1
221:21 226:17
228:4 235:19

246:8 248:2
254:22 257:4
**farley** 255:5
256:16 258:4
**farm** 10:13
**farris** 22:23
**fayetteville** 80:23
169:15
**feature** 101:5
**fee** 160:12,13
168:8
**feeding** 154:19
**feel** 52:15 57:19
59:22 71:8,9,11
102:18 175:12
223:11 246:1
282:3,5 289:20
291:13
**feeling** 46:7
116:12 223:21
273:1
**fees** 38:21 39:18
39:21
**feet** 51:4,5 84:7,18
84:25 85:6 173:15
175:9 227:24
**fellow** 72:18
**felt** 81:9
**fence** 76:3,5
114:12
**fifteen** 42:23 98:23
**fifty** 13:14 28:3,3
**fight** 165:14
**figure** 52:24 84:18
179:18 182:6
216:17 220:22
224:1 282:21
**figured** 53:19
285:6
**filed** 4:24 7:17
40:2

**filing** 301:9
**fill** 58:20 87:9
158:10,15 183:21
183:22
**filled** 78:25 94:3
137:18
**final** 76:15
**finally** 75:1
**financial** 116:18
157:16
**financially** 302:13
305:15
**find** 12:12 49:21
67:6 159:11
**finding** 15:4
213:15
**fine** 44:5 56:6
106:18 107:1,3,17
172:10 202:15,16
202:18,22 203:3,6
203:11,16 210:6
210:14 285:17
286:10 289:22
292:21
**finish** 7:4 45:8
70:12 72:13,14
78:20 86:3 90:25
212:21 230:8
274:14 280:14
**fired** 209:1
**fireplace** 22:19,19
22:20,23,24
262:18
**firm** 39:12,13
**first** 5:3,12 58:18
58:19 59:7 63:21
82:13 88:15 91:24
100:21,23 101:10
107:25 108:2,3,5
110:11 133:5
151:18 170:22

175:7,12 185:12
199:20 231:3
239:6 240:19,19
241:12,18 242:9
243:8 248:10
251:7 262:5
263:11 273:20
287:2,3,7 290:4,7
291:13 295:20
**firsthand** 7:22,25
9:1
**fish** 30:25 31:1
32:4 42:1
**fished** 31:2,15
**fishing** 19:16
31:11,18,24 37:2
97:2
**five** 25:5 27:21
31:14,14 37:18,18
95:16,17 102:21
145:24 148:17
233:24 251:4
277:19 285:8
298:1
**fix** 8:21
**fixed** 8:23 160:17
160:19,19
**fixing** 78:18
**flat** 41:3
**flaw** 82:1
**flip** 273:10
**floor** 109:3
**florida** 23:18
70:24
**focus** 101:7 242:10
**folks** 77:5 81:7
88:25 203:23
**follow** 53:17,18,19
93:2 176:11,18
178:10 180:14
212:8,12

[followed - give]

**followed** 92:22
169:18 170:6
**following** 160:6
169:9 213:21
**follows** 5:4
**foot** 8:14 11:7 38:4
38:7,9,10 84:17
271:5
**footage** 179:18,21
**ford** 86:17
**foregoing** 6:14
**form** 237:9
**formed** 135:21
**forward** 101:24
104:15 117:13,14
258:23 259:20
289:21
**forwarded** 259:3
**found** 15:6,7 58:15
58:23 213:11
253:24
**foundation** 62:21
158:4 208:23
221:19 231:24
286:1
**four** 11:25 12:2
23:13,20 24:4
25:21 28:25,25
30:22 65:3 100:11
148:17 152:9
280:15,17
**fourth** 2:19
**fraley** 1:9,14 3:2
4:3,8,20 5:2,9,10
5:19,24 12:5
13:12 14:6,7
19:23 21:3,8
56:13 80:4,11,21
99:17,24 100:2
101:1 102:12,13
104:22 112:12,18

113:7 114:20,21
114:22,24 115:2,6
115:7,21 116:16
117:1,2 118:7
120:8,20 130:1,5,8
130:18 133:5
134:9,11,12,18
136:3,18 138:11
138:14,18,24
142:12 150:25
151:1,22 202:21
203:10 210:9
211:3,10 212:2,2
214:21 215:6
229:6 234:2
236:11 261:15
266:20 270:11
278:1 279:3
285:20 295:9
296:1 303:17,19
304:8
**fraley's** 99:19
131:17 138:19
**frankly** 289:8
**free** 151:14
**freeze** 23:3
**freight** 133:23
134:3,3 184:6,11
**friday** 232:19
**friend** 39:5 40:21
40:22 41:11 59:17
59:19,21 77:16
90:3 198:16 201:5
218:24 219:1,3
**friends** 27:5 28:13
31:18 41:8,9
59:17 68:17,20
122:22 200:13
201:4,7 217:12,14
218:21,22,22
221:1 251:13,14

259:16
**front** 49:14 69:18
175:22 196:12
234:15 244:22
268:25 296:3
298:25
**fuel** 125:10
**fulfill** 152:20
266:6
**fulfilled** 181:15
**full** 9:24 84:10
108:11,16,17
112:14 174:14
184:3 303:20
**fully** 35:20 68:7
**fulton** 235:12
**fungible** 303:3
**furniture** 202:15
202:16,18,22
203:3,7,11,16
210:7,11,14
**further** 100:1
235:11

**g**

**g** 20:4 108:19
210:16
**g.f.** 92:19
**game** 302:16
**games** 18:4
**gap** 158:11
**garage** 185:4
**generally** 163:6
176:13
**george** 79:6 123:2
279:13,14,22,24
294:15 295:19
**georgia** 70:22
130:6 135:16
**getting** 14:23
35:23 37:16 38:5
41:19 50:8,13

55:12 78:4 91:6
132:15 137:6
148:5,25 149:3
157:23 175:11
178:24 179:14
184:23 190:15
195:16 206:5
235:10,13,21
237:1,12 238:3
261:8 269:20
273:15 275:3
282:8 283:1
289:10 298:6
299:25 300:4
**giattina** 2:6,7 5:14
105:25 107:14,18
207:22 234:8,11
255:11 261:25
287:10 291:18,24
**gift** 13:15
**girardeau** 71:25
72:18
**girls** 166:15
**give** 27:11,12 28:8
38:14 46:9 49:10
49:15,22 53:14
58:18 82:25 83:1
83:5 99:9 105:8
105:10 126:12
137:12,14 147:25
164:11 168:21
181:18 182:17
183:11 184:9
185:21 238:10
246:14 263:16,20
264:5 271:5
272:15 273:4
274:14 286:8
288:17 289:2
298:23 303:20

[given - greg]

**given** 110:9
158:22 174:10
**gives** 137:13
**giving** 174:14
272:22
**glad** 277:21,22,23
**gmail.com** 2:15
**go** 6:12,22 8:20
19:4,8,9 21:8,19
23:25,25 24:6,18
26:8 30:5 32:10
33:3,5 35:14 37:9
37:10,11 38:18
43:7 44:12 45:22
46:10 47:19,21,22
48:7,9 49:24
51:24 55:24 56:10
56:15 57:8 60:13
64:6 65:4 66:10
72:16 85:16 86:6
86:24 88:8,19
91:3 92:5,8 93:2
98:16 99:15
102:20 104:4,6,15
104:17 105:18
107:15 111:6,8,13
116:10,13 133:3,4
133:7,8 134:14
135:11 140:16,19
141:2 142:10,16
143:12 144:1,17
144:23 158:4
159:19,20 163:3
164:18 165:13,17
165:19 166:11,14
166:17,22 167:12
167:16,22 168:18
168:24 169:1,8
171:14 172:2
174:4 175:13
177:23 178:8,22

183:7 189:16
190:25 192:21
193:10 205:10,13
205:17 209:21,25
211:23 212:6,23
213:15 216:15
221:19 225:6,8,11
228:15 230:25
231:25 232:5
233:19 234:20,24
235:19 236:13
245:25 250:12,13
251:3 252:5,13
256:24 264:5,7,9
273:8 277:7
279:17 289:21
290:3 292:16,16
297:2,3,5 301:24
**goal** 119:12,13
147:10
**god** 72:6 80:9
**god's** 251:16,17
**goes** 103:14
120:25 126:3
128:23,23 140:24
166:10 242:23
246:8 278:21
298:22
**going** 5:22 6:24
8:17 12:12 15:3
16:20 20:23 25:13
27:6 35:8 38:1
44:15,17,18,19
45:25 46:3 47:23
48:5,12,19 56:11
56:25 58:9 60:1
63:23 65:2 66:10
66:11 67:12,15
68:4,5 70:8,9,10
70:23,25 71:6
72:14 74:11 76:6

76:7,24 77:19
81:24 82:3 86:24
88:12,19 96:11
97:12 99:25 100:4
101:3,6,22,24
102:2,24 103:7,12
103:20,21,25
106:23 125:5
128:4,17,20
142:11,13 144:10
144:13 153:22
158:7 167:13
168:14 170:23
173:17 174:19,23
176:7,21,22
183:25 187:21
189:12 190:2
191:5 219:20
224:12 225:11
232:14 233:5
234:4 235:4,6,15
235:16 236:6,7
239:14 240:18
244:19 245:9
246:8 250:19
251:2 252:6 255:7
256:24 258:6
264:9,11 265:14
265:15,16,17
266:9,11,25
270:17 271:3,4,17
271:18,21,23
272:3 273:3,4,8,13
273:19,19 276:8
278:3 279:5,15
280:8,10 284:3
287:8 294:25
295:12 296:2,6
297:22 298:16
303:6,6,9,11

**golf** 217:19
**golfer** 218:4
**good** 13:15 15:21
28:13 30:17 34:25
42:4 52:15 54:12
54:13,14 57:8,19
67:9 69:11 70:2
73:11 74:10 75:8
77:12,13,14 81:7
86:14 118:12
137:19 147:23
163:13 164:3,4,5,7
164:13 180:2
188:6 207:2
214:14 215:2,3
251:14 267:24
269:18 270:14
271:5,8,19,21,23
272:10,14,22
282:5 286:20
289:16
**goodness** 272:25
**gooseneck** 278:20
**gosh** 25:23
**gotta** 63:24,25
76:18
**gps** 49:23
**grade** 110:25
**grades** 124:4
**graduate** 111:2
**grandbabies** 18:3
18:3 47:16 261:12
**granddaughter**
44:4
**grant** 161:24
**granted** 181:6,8
**graves** 232:8
**great** 273:2
**green** 175:10
**greg** 196:8,10

[griffin - high]

**griffin**  198:4,18
199:1
**griffin's**  198:23
**group**  31:17
105:10
**grow**  168:13,15,19
171:3 234:23
**growing**  81:4
168:18
**grown**  139:11,13
**guarantee**  173:14
**guess**  17:20 24:12
42:4 68:17 88:20
107:1 111:16
112:23 113:5
115:4 136:10
250:2 254:8 281:8
303:22
**guessing**  12:18
51:6 80:16 186:6
186:7
**guy**  273:2 284:7
284:11 294:14
**guys**  11:17 106:12
107:16 287:10

**h**

**h**  4:6 23:7,8 113:2
210:16
**half**  11:6 46:10,10
90:18 214:9
**hall**  294:5
**hallway**  277:9
291:6
**hand**  5:21 100:4
101:3 234:4
235:15 255:7
258:6 261:20
266:25 278:3
295:12 305:16
**handed**  248:16

**handling**  130:19
153:20
**hands**  133:11
271:19
**hang**  40:23,25
41:13 42:11
**hanging**  41:4
279:18
**hank**  203:4
**hank's**  202:14,16
202:18,22 203:2,2
203:6,11,16 210:6
210:11,14
**hanna**  232:8
**happen**  86:9
128:17 135:14,17
156:9 170:1
176:25 182:11,13
196:22 204:21
245:20 260:3
265:7
**happened**  80:15
80:19 118:1
128:13,15 194:9
195:9,21 213:12
259:24 260:24
281:11
**happening**  36:10
36:12 301:10
**happenstance**
213:12
**happy**  61:25 93:25
119:11,12,13
144:19 155:19
**hard**  45:9 142:7
142:16 169:20
214:4 238:11
240:21 273:11
**harder**  54:17,20
**harm**  82:6

**harold**  226:11,12
**harrison**  211:21
211:24
**harry**  3:7
**hate**  77:15 265:6
**hattiesburg**  210:5
**he'll**  221:17
**head**  61:2 69:20
69:21 96:9,15
123:16 171:19,20
**headquarters**  65:1
227:25
**heads**  211:18
**health**  14:10 26:7
**hear**  6:3 8:5,7,18
55:4 68:20 213:1
228:12 233:5
234:9 252:10
272:10 292:25
293:1,4
**heard**  55:1 123:4
139:5 173:18
193:25 198:3
207:6,8 212:24
213:2 221:7
225:21 226:5,9,22
227:14 228:19,21
229:16 232:10
251:20 253:12,14
262:15 281:18,20
281:21 288:19,22
292:22 293:24
**hearing**  253:21,22
255:10 304:3
**heart**  99:9 272:25
285:22
**heber**  236:20
**hedrick**  73:19,24
**hell**  125:13
**help**  6:6 8:14
40:19 41:3 82:23

88:19 126:16
134:20 159:12
163:17 173:23
175:8,18 227:23
233:16,19 237:14
270:18
**helped**  86:19
206:1 239:6
**helping**  19:19
39:11 40:18 206:2
**helps**  49:7,8
**hereinbefore**
305:10
**hesch**  1:8 2:17
3:12 21:18,24
24:16 45:5,7,12
46:12,21 48:6
51:25 53:7 56:16
57:6,7 58:2 59:9
60:5,8 82:11,13
89:19 98:2 152:7
154:24 158:6
210:21 217:22
223:23,24 225:8
225:12,16 252:8
252:19 254:1,3
265:9 267:8
269:16,23,24
270:2 271:7,11,21
272:9,13,21 284:4
284:10,18 285:21
299:11,20,23
301:6 302:9
**hesch's**  219:16
269:5 270:11
**hey**  68:20 78:15
78:23 131:5
259:16 273:6
294:8
**high**  111:3,18,23
111:24 112:2

[high - industry]

124:3,6
**higher** 246:20
**highest** 110:24
**highlighted** 4:13
  235:4,7,8
**hill** 215:12,14
**hire** 55:8 113:21
**hired** 55:3,7
  117:19,20,21
  225:16
**hires** 240:10
**hiring** 224:18
**history** 89:4,6
**hit** 179:24
**hobbies** 41:25
**hodge** 2:7
**hold** 51:15 88:7
  245:24 265:20
  280:25 292:9
**holding** 178:3
**home** 23:2 57:4
  73:6 95:25 96:9
  106:6 120:16
  142:22 239:7
  250:13 251:4,9
  266:15 290:16
**homes** 142:23
  143:5
**honest** 232:13,21
**honestly** 39:15
  82:8 125:14 133:3
  254:17 297:5
**honor** 170:11
  265:14,14,16
**honorable** 169:21
**honorably** 214:2,7
**honored** 169:6,22
**honoring** 97:17
  159:9
**hood** 86:16

**hook** 48:5
**hop** 250:11
**hope** 13:15 59:20
**hopefully** 278:17
**hoping** 98:15
**horner** 146:25
  147:4,4,8,14 148:2
  148:7,25 149:3
  187:13 188:4
**hot** 92:7,11 93:8
  147:11,12 187:13
  188:4 207:7
  235:14
**hour** 232:18
  285:16
**hours** 19:1,4
  248:25 249:20
  287:18
**house** 2:3 10:21
  11:7 13:17 15:12
  26:23 33:17,18
  46:18,19 47:3,20
  47:21,22 49:19
  78:19 125:5
  158:15
**houses** 47:23
**housing** 25:7
  159:21 160:6
  169:9,19 170:5
  176:6,20
**how's** 44:4
**huge** 102:14
  278:19
**huh** 16:1 20:4,17
  22:21 23:9 30:12
  33:12,14 69:1,8
  76:21 84:22 93:9
  123:14 185:10
  186:22 187:2
  279:15 283:21

**humidity** 87:1
**hundred** 46:9
  66:22,25 67:1
  70:22 85:1,2,6
  165:5 182:5 201:7
  204:23 205:1
  222:22 244:9
  262:7 276:3
**hung** 268:6
**hunt** 11:14 26:2
  30:5,21 32:4
  40:24 41:1,13
  217:15,16 218:2
**hunted** 26:18
  251:15
**hunting** 11:13
  26:9 27:6 29:25
  31:22 34:11 37:1
  37:2 42:1 82:14
  82:15 90:1,13
  97:2 218:1
**hunts** 39:11 41:25
**hurry** 131:8
**hurt** 302:13

**i**

**idea** 42:15 53:13
  68:14,14 70:7
  106:1 126:18
  157:4 158:8 207:5
  215:2,4 224:22
  225:18 231:11
  239:7 254:9 264:3
  264:4 267:9
  272:17 275:24
  300:23
**ideas** 37:12
**identification** 5:20
  100:3 101:2 234:3
  236:12 255:6
  256:17 258:5
  261:16 266:21

278:2 279:4
  295:10
**identified** 24:3
**illiterate** 17:20
  88:16
**impact** 102:14
**important** 86:22
  137:7
**impossible** 8:5
**impression** 219:12
**improve** 142:16
**inaccurate** 240:20
**incentive** 97:8,10
**incentives** 158:22
**incident** 72:7
**include** 125:17,20
  197:14 224:7
  240:2 242:19
**included** 235:17
**including** 216:4
  252:9
**income** 118:18,20
  118:22 206:21
**incorporated**
  99:20
**incorrect** 243:9
**increase** 119:6
**indefinite** 181:5
**independent**
  118:13 119:1
  129:7
**indication** 106:23
**indirectly** 116:24
  120:20 151:2
  156:10 220:11
**individual** 134:14
  163:15
**individuals** 130:3
  145:1
**industry** 125:15
  152:17 154:14

[industry - japan]

173:19 215:20
**inform** 204:17
208:20
**information** 9:20
68:8 78:13 81:4
216:4,11,18 244:5
258:17 259:5,11
260:19 268:9
**informed** 94:1
209:4
**infrastructure**
83:19
**inhouse** 293:15
**injunction** 36:14
36:19 95:18
**inn** 13:5,6
**inquire** 164:14
266:5
**ins** 175:17
**inside** 28:5 208:10
**install** 57:11,12
185:18 188:19
192:8,14 208:16
**installation** 7:10
125:19 185:14,20
185:23 186:3,10
186:12
**installed** 126:1
186:5 200:11
**installer** 7:14 57:8
194:13,17 203:4
**installers** 44:21
186:20 187:4
188:14
**installing** 189:1
240:14 242:25,25
**installs** 240:13
241:2 242:23
**instance** 72:18
77:5

**instruct** 101:23
**instructed** 298:15
**instructs** 298:17
**insurance** 14:11
**intact** 14:9,10
**intent** 170:17
**intention** 172:24
**intentionally**
213:10 261:4
**intentions** 52:5
**interchange** 154:8
154:9
**interest** 116:15,18
117:3 157:17
172:1 215:23
222:21
**interested** 46:16
224:17 272:11
305:15
**internationally**
127:7
**internet** 257:19
**interrupt** 6:2 8:5
**introduce** 56:19
57:1 104:10
107:11 196:8,11
**introduced** 44:13
45:6,11 105:3
147:1,2 194:24
198:13
**introduction**
196:14,16
**inventory** 50:21
50:22,24 84:3,5
137:15 155:14,15
155:17 180:18
208:11 231:17
280:25 281:3,9,10
**investigate** 213:8
**investigation**
60:22

**invited** 47:20
**invoice** 87:18
**invoices** 181:1
296:5
**involved** 46:1
53:24 80:16
115:20 130:24
132:11 138:8
146:7,14 147:22
148:15 172:11
187:11 188:25
215:8 231:7
273:25 288:15
290:10
**involving** 261:2
**ipad** 56:9
**iphone** 17:15
**iron** 92:10
**islands** 32:20,24
**issue** 42:19 94:10
109:14 266:9
293:19
**issues** 26:7 79:23
80:2,2 92:15
93:14 163:18
**it'd** 65:4
**items** 7:23 51:17

**j**

**j** 113:2
**j.b.** 27:25 121:25
122:16,17,20
**j.b.'s** 122:15
**j.j.** 203:3
**james** 2:3,3 4:4
5:6,10,21 6:5,7
8:13,20,23 12:20
39:12,13 56:10,13
62:24 63:2 72:17
81:16,19 82:3,5
88:8,11 99:12,20
100:4 101:3,13,18

101:22 102:2,7,23
103:5,12,14,24
104:4,8 105:7,18
105:24 106:9
107:4,13,20 144:9
144:12,14,19,25
145:6,13 158:9
174:6,8 178:1,11
178:16,25 186:1
207:24 208:22,25
214:13,18 216:8
216:21 219:11
221:22 223:25
224:3 232:1,4,5
234:4,14 236:13
237:7,10 242:5
245:9,15 246:3
251:23,25 252:16
255:7,13 256:18
258:6 260:24
261:17 262:2,4
266:22 278:3
279:5 285:17,20
286:1,5,12 287:13
289:20,24 290:6
291:19,23 292:8
292:14,16,20,22
294:22,25 295:4,8
295:11 298:1,4,9
298:14,18,24
301:14,17 303:5
303:13,17,21
304:8
**jamesandhouse....**
2:5
**jane** 1:16 305:3,21
**january** 4:12
25:25 26:3 234:6
234:15
**japan** 127:5

Bushman Reporting
A Veritext Company
800-556-8974
www.veritext.com

[jason - know]

**jason** 3:3 12:15 39:8 95:5,6,8 99:14 102:21 104:21 105:16 106:10 107:4
**jay** 203:18 210:10 210:10
**jcsmith** 3:6
**jeff** 21:14 22:1,2 78:17 80:12,13,21 163:25 164:1,3 169:15
**jm** 1:6
**job** 24:17 43:6 78:21 86:10 112:8 118:9 119:5 126:4 126:6 128:11 129:4 163:25 188:6 200:15 202:14 203:6,13
**jobber** 191:14 208:4,6,8
**jobbers** 240:3
**jobs** 151:6,9 208:10,19 300:23
**jody** 79:6,7 123:2 279:13,14,22,24 294:11,12,14 295:19
**jody's** 138:5
**john** 94:20 112:25 113:1 116:1,6 136:11,11,17 138:24 182:6 215:6 248:11 250:21 251:3,10 275:12,17,24 276:11,24 286:13 286:24 288:9,23 290:15,19,25 291:1,3,11,16

292:2 293:8,12,14 293:18 294:1 296:10
**john's** 250:22
**johnson** 226:11,12 226:13 230:17,19
**join** 81:17
**joined** 55:25 56:1 111:25 112:3 114:3
**joining** 112:9 113:24
**joint** 39:23
**joking** 277:22
**jones** 70:22 299:3
**jonesboro** 21:18 44:25 46:13,22 47:19 49:25 50:10 52:1 53:17,25 56:15 60:6,16 67:20,21 74:2,13 82:14 83:4 98:10 98:12 155:7 204:14 219:20 229:24 237:13 252:19 254:2 264:17,19,24 278:18,20
**judge** 110:2
**judgment** 85:25
**july** 261:9,11 283:2
**jump** 70:8 101:12 123:15
**jumped** 76:3,5
**june** 44:8,9 45:12 46:21 50:11 51:24 56:14 59:5,6 60:4 61:5,6,11 62:19 63:3,7,20 68:2 74:3,14 78:25

247:18 255:22 263:13
**jury** 110:3,5
**justin** 21:14 80:12 80:13,21 222:10

**k**

**k** 286:16 287:12
**k1** 118:20
**kansas** 22:6 145:19
**kaput** 56:9
**keep** 14:10 15:21 17:25 18:9,13,20 54:16,17,19 89:25 90:2 97:11 103:21 119:11,12,13 155:19 158:20 174:13 281:3,6
**keeping** 77:25 78:3 87:3 119:8 137:15
**keeps** 184:23
**kennedy** 56:2
**kept** 14:9 43:5 277:21,22,23
**kid** 40:18
**kill** 251:16
**kind** 6:2 11:12,21 17:13 32:14,19 41:17,18 55:9 71:15 84:13 105:6 127:20 128:2 169:12 174:20 181:16 182:16 195:11 202:1,6 211:16,18 216:6 227:24 252:5 271:2 272:23
**kindness** 285:22
**kingdom** 297:21

**klaman** 203:3,18 210:10,10
**knew** 48:1 56:1 58:6,8,9,25 68:5,7 73:12,14 79:1 88:17 91:24 191:23,23,23,24 231:6 257:21,25 258:2,16,20 259:2 259:13 260:12,15 260:18,23 263:13 275:3,14 277:16 277:18 280:7 283:18 284:2,3 297:2 302:12
**know** 5:17,18 8:6 17:17,18 18:24 25:4 27:4 28:3,4,6 28:11 29:9 34:6 35:9,10,17,24 36:11,12 39:15,23 39:25 40:7 41:20 41:22 42:8,17,18 42:18 43:10,13,20 43:21 44:17,18,20 44:23 49:13,15 51:11 53:7,15,20 53:21 55:1,2,3,11 55:22 56:2,6 58:7 58:11,13 62:6,11 62:15 64:21 65:1 68:3,6,11 69:4,7,9 70:9,10 71:2,6,8,9 71:18 72:13,13 73:9,25 75:10,12 77:13 78:5,7 79:2 80:15,17,24,24 81:13 89:5,16 91:13 92:25 94:9 95:19 96:7,13,16 96:19 98:3,11,21

**[know - left]**

99:21 100:15
101:15 107:1
116:3 122:5,6,8,19
125:13,19 127:4,4
127:6,6,9,12,18
128:15 129:19
130:24 131:24
132:22 133:2
134:2 135:1,6,16
135:23 136:12,14
136:15 137:5
138:7,12,23 139:9
142:23 151:5
154:13 157:4,11
157:12 158:7,17
159:10 166:13
167:18 168:5
169:2,3,13 170:22
171:2 174:16
175:1,19 176:1
177:9,9,12 178:18
179:3 181:20,22
182:13,21 183:10
186:6 189:8 191:4
192:6 193:15,16
193:17 194:9
195:10,13,17,18
195:20 196:22,24
197:1,7,17 198:2
198:18,20 199:3
200:7,15 201:16
201:16 202:12
203:2,8,18 204:6
204:12,25 205:5
207:8,16,17
209:20,24 210:8
210:13,18 212:20
214:19,20,21,23
214:23,25 215:5,9
215:10,10,14,16
216:3 217:1,3,4,6

217:13,21 218:16
219:9,10,12,14,18
219:20,21,24
220:2 222:22
225:9,15 226:4,11
226:13,17,17,21
226:23 227:2,3,5
227:10,12,19
228:5,11,21 229:3
229:5,15 230:14
230:15 231:8,10
231:11 232:8,16
232:22,23,24
233:1 237:7
239:10,16 240:2
244:7,11,14 248:2
248:19 250:18
253:17 254:7,8,10
254:17,20,22
255:1 256:6
257:23 259:18
262:11,20,25
265:7,10 267:10
269:9 270:20
271:20 272:21
273:13 274:5
275:20 278:10,21
281:14 283:19,24
284:1,6,8 285:5
286:4,19 290:5
291:1,3 293:6
295:4,17 296:5,16
297:6,10 298:22
300:17,19,22,25
302:4 303:8
**knowledge**  6:11
6:15 7:22,23,25
9:2,5 96:20
141:25 162:2
177:13 198:10
221:23 229:11,12

231:3 241:16
243:12 255:4
281:17 293:10
297:20 300:20
**known**  29:22
40:13 82:11
103:15 182:8
184:17 198:3
221:12 232:17
**knows**  24:18,22
36:5,18 69:15,17
69:25 135:13,18
169:12,14 185:3

**l**

**l**  97:25 108:19,19
234:7 286:16
**label**  5:22 236:7
**labeled**  5:23 100:5
101:4 234:5 255:8
256:19,21 258:7
261:20 267:1
278:4 279:6
295:12
**labeling**  256:22
**labels**  127:23,25
**labor**  35:4,4,18
79:23
**lacks**  62:21 158:4
208:22 221:19
231:24 286:1
**laid**  26:5
**lake**  10:25 11:1
26:20 31:2 211:15
211:19 236:23
261:14
**lakeside**  200:24
201:1,8,12,19
202:2,10 222:11
222:24
**landscaping**
108:20

**laptop**  16:25 17:7
105:20
**large**  159:14
**largest**  141:22
**lassiter**  2:10
**lasted**  203:22
**lathe**  51:21
**law**  3:7 39:12,13
**lawsuit**  36:4,7
40:11 43:14 95:1
95:10 119:24
248:9 268:5,11
273:21,23,23
274:7,11 276:1
277:4 287:9,19
290:9,21,22
291:11 292:6
301:9
**lawsuit's**  40:2
**lawyer**  292:19
**lay**  60:11 251:4
**lead**  137:6
**leading**  90:9
**lean**  163:13
**learned**  147:17
**learning**  175:17
**lease**  138:10
**leasing**  50:18
**leave**  14:15,17
279:17
**leaving**  47:18
96:17
**lee**  11:4 12:5 78:17
80:12,21 92:19
136:11,17 163:25
169:15 214:21
215:5
**lee's**  12:9 164:1
**leek**  21:14 22:2
**left**  14:8 47:19
52:11 168:25

[left - lumberyard]

169:3,5 225:5 260:11 281:16
**legal** 81:13,23 152:5 177:5 260:21 277:25 296:2
**legally** 277:14
**legit** 90:24 92:18
**leslie** 111:3,3
**lesser** 246:14
**lester** 200:7,12,18 200:20,21 201:5 301:2
**letter** 24:12 294:18
**letting** 259:18
**level** 110:24 124:3
**lie** 232:15
**liked** 118:10
**limit** 117:12
**limited** 190:12 239:11,19 241:7 241:14 242:11,17 243:4
**limiting** 224:6
**line** 126:14
**lisa** 79:9,10
**list** 24:8 74:9 123:14 152:22 178:19
**listed** 177:6 259:7 295:24
**listen** 71:17,18
**lists** 216:4
**literally** 184:22
**literate** 16:22
**little** 2:4,8,11,20 3:9 6:5 10:17 11:9 11:13,23 17:14 18:5 31:14 34:21 40:18 42:19,24

43:1 65:2 75:25 84:9 89:25 92:21 95:2 112:7 145:19 145:19 146:9,19 163:12,21 170:3,5 170:14 175:17 178:10 185:3 196:4 197:9,9 200:16 201:6,22 202:19,23 203:7 203:21 204:3 211:16 235:10,11 235:21 253:15,18 254:10 264:10,11 264:22 273:4 282:7,18 289:8
**live** 10:6,16,21 13:2 33:9 114:14 164:12 175:8
**lived** 10:14,17 114:16
**living** 71:16 77:14 112:7
**llc** 1:4,8 2:16 115:14 134:25 139:6,9 295:25
**llp** 1:18 3:3
**load** 51:2,4 183:20 183:23 184:18
**loads** 51:1,15 148:9,10 152:8 220:7
**located** 19:24 204:1 227:11 228:22
**location** 122:10 160:17,19 190:22
**locations** 122:3 132:1 193:11
**locator** 177:10 191:16

**lodge** 11:9,10,12 11:13,21,23 13:18 26:25 27:8,13 28:17,17 29:18,19 29:25 31:21 49:9 49:11 82:19 90:13
**lodges** 34:11
**logan** 10:17
**logged** 183:12
**lone** 238:4
**long** 10:14,21 13:13 16:10 18:25 23:22 25:1 27:19 32:12 34:2 35:7 40:13 42:12,21 46:6 47:4,8 57:4 58:14 72:5 82:11 90:14 98:21,22 107:2 113:11 135:20 141:3 158:14 159:3 170:10 172:10 182:21 193:23,24 209:15 223:7 225:5 239:2 243:16 248:23 250:14 268:19,20 280:13 281:13 282:12,15
**longer** 80:10 150:11,17 204:18 209:19 222:15 223:4 228:16 263:7
**look** 44:22 61:7 86:14,24 98:24 106:15 163:3 185:11 209:25 235:8 239:9 247:11 255:20 257:1 258:10

262:21 268:7,11 276:8 277:20 291:12 297:14 301:24
**looked** 44:21 106:14 185:9 256:4 285:7
**looking** 86:10 107:24 190:24 235:5 260:10 263:4 269:24 280:1
**looks** 86:23 126:22 262:6
**lord** 12:10
**losing** 59:16,19,21 77:15
**lost** 65:4 178:4 287:14
**lot** 18:4,15 19:4,9 19:15 29:9 32:11 36:8 38:25 64:22 74:17 75:14 143:3 166:21 180:3 183:25 188:4 277:1
**lots** 78:4 283:7
**lottery** 111:10
**louisiana** 31:5,10 31:18 206:6
**loved** 88:20
**low** 251:4
**loyal** 48:14 165:3 165:6,7
**loyalty** 165:3 166:3
**lucky** 111:17,19
**lumber** 147:14
**lumberyard** 147:16

Bushman Reporting
A Veritext Company
800-556-8974
www.veritext.com

[lump - materials]

**lump**   153:5,7
**lunch**   105:13
106:12 159:5
175:14 266:23

**m**

**m**   97:25 210:16
287:12
**ma'am**   269:8
**mack's**   26:13,16
27:2 49:15
**madder**   137:22,22
**magazine**   4:10
101:6 168:4
**mail**   4:12,21 15:22
16:2,4,12 17:21
60:25 61:3,20
62:19,23 102:5
103:1,23 104:25
116:21 234:6,15
295:19 296:14,22
**mailing**   234:11
**mails**   18:17,20,22
105:21 224:7
**main**   32:11 141:9
172:11 233:12
252:1,4
**maintained**
260:15
**maintenance**
119:9
**majority**   172:12
233:13
**making**   9:21 38:5
68:7 90:19 186:12
186:14 220:4,5
**man**   46:9 67:9
68:16,17,18,18
73:19,21,21,22
98:2 114:1,6
257:8 274:23
277:7 283:24

**manager**   113:19
123:3
**mandatory**   167:7
192:1
**manmade**   65:17
65:17,18 86:23
**manner**   81:11
277:25
**manual**   182:16
**manuals**   182:15
**manufacture**
35:22
**manufactured**
123:18
**manufacturer**
119:3 125:25
128:24
**manufacturer's**
119:5
**manufacturers**
70:3
**manufacturing**
121:7
**map**   4:13 213:22
213:24 214:5,6,6
234:17 235:6
**march**   7:17
110:14
**marion**   26:10,12
26:13
**marion's**   28:19
**mark**   235:16
**marked**   4:7 5:19
100:2 101:1 234:2
236:11 255:5
256:16 258:4
261:15 266:20
278:1 279:3 295:9
**market**   128:16,17
128:18 142:3
164:13 178:7

246:5,7 299:18
**marketing**   178:11
**marketplace**
127:14 178:13
**markings**   236:9
**married**   13:11,13
71:15
**martin**   207:19,19
**marty**   1:8 2:16
3:12 21:18,24
24:16 44:13,13,17
44:25 45:3,5,7,12
46:12,14,17,21,23
47:8,12,19 48:5
49:22,24 50:23
52:6,7,8,10 53:7,9
53:19,20 55:5
56:16 57:1,5,6,7
57:19 58:2 59:8
60:5,8,14 67:7,8
67:10,14 82:11,13
89:19 98:1 152:7
154:24 158:6
210:21 217:21
219:15,16 223:23
223:24 224:17,18
224:24 225:6,8,12
252:8,19,20 254:1
254:3,11 262:6
264:10,16 265:9
265:15 266:3
267:7,9 269:5,15
269:16,17,23,24
270:2,10,16,16,16
270:18,21 271:3,7
271:11,21 272:3,9
272:13,15,20,23
284:4,5,10,18
285:20 299:10,20
299:23 301:6
302:9

**marty's**   50:7
55:12 57:24 155:2
231:13
**mary**   57:1
**mason**   112:5
186:22,24,25
198:7 210:12
**masonry**   14:6,7
19:23 21:3,8
40:17 51:18,23
80:4,11 102:13
103:16 108:2
112:12,19 113:7
114:20,21,23,24
115:6,7,21 116:16
117:2,2 118:7
120:8,20 130:1,5,8
130:18 133:5
134:10,18 136:3
136:18 138:11,14
138:24 142:12
145:16 146:2
150:25 151:1,22
156:7,10 188:12
202:21 203:10
210:9,13,17 211:3
211:11 212:2
229:2,6 239:12,20
240:5,8,13,24
241:3,15 242:13
243:2,4
**masons**   192:22
**match**   86:8,17
**material**   38:1 86:5
152:19 153:20
188:17 265:22
**materials**   7:11
23:17,21 24:13,15
37:14 38:5 91:6
182:3

[mathematician - mistaken]

mathematician
150:3
matter   74:25
200:8
maxwell   33:17,18
mccollum   26:11
26:13 28:9 29:16
49:9
mccollum's   29:19
49:11
mcdaniel   2:18,19
8:4
meals   30:8
mean   10:6 14:21
15:2 18:12,13
24:13,23 25:18
33:24 40:16 43:19
49:6,8 50:20
55:12,16 57:3
58:23 59:12,15,25
62:13,13 64:3,4,12
64:20,22 67:17
70:4 71:14,16,18
73:4 75:9 76:20
76:21 77:13 80:1
80:16 81:1 83:2
84:8 86:23 87:23
91:5 92:17 93:16
95:4 106:1 112:20
115:15 120:25
122:7,8 123:11,14
124:2,9 127:5
128:4 129:10
134:9,24 137:4
138:14 139:16
140:23,24 142:4,7
142:11 143:11
144:5 148:17
149:5 150:14
158:16,17 163:12
163:15,16,24

168:19 169:14
170:2,15 173:20
174:19 175:16
177:4 179:21
182:24 185:16,21
186:2 190:2 192:1
192:4 201:23
202:6 208:16
213:21 216:18
220:22,23 224:1,3
231:6 232:25
233:11 235:20
236:3 241:4
246:13 249:13,14
254:8 258:10
260:9,10 273:3
280:11 289:18
292:15
means   64:5 87:16
87:17 173:18
183:1,16,17
185:17 191:7
236:4 269:10
measured   51:13
medications
174:17
medium   127:15
meet   46:12,22
47:2,4 52:1 56:16
82:13 98:22
117:24 166:14,15
250:14
meeting   44:15
49:18 51:25 52:3
56:14 96:12
253:15,18,20,25
254:3 264:13,23
277:7 286:13
288:1 289:3,11,25
293:18 302:8

meetings   33:25
97:16 159:1,4,6
224:4,6 289:6
290:3,15
meets   163:4
166:12
megan   1:7 2:13,14
40:2,4 43:23 44:3
44:7 47:12,15
53:2,5 54:24 74:4
74:6 89:11,13
96:17,23 223:9,12
223:14 225:15
232:12,15,18
253:7 262:19,22
281:15
megansims71   2:15
member   31:21
120:14,16
memberships
34:10
memphis   148:23
204:12 205:11,14
210:3 227:15,18
228:2,8,14,15,20
mention   224:13,14
mentor   102:8
mentored   102:15
mercy   246:23
mess   45:8
message   4:18,19
4:20 62:22 267:3
messages   18:8,14
274:24
met   5:11,15 47:6
98:22 118:11
195:15 198:19
243:15 250:8
meth   150:16,20
method   16:16

michelle   12:24
microphone   8:9
8:24
mid   90:8 124:3
middle   101:8
midrange   127:16
midst   298:20
miles   20:12
mind   12:12 39:1
59:1 173:5 186:8
mine   38:14 39:6
76:7 88:22 192:7
221:10 232:11
241:9
minimal   163:8
minimum   168:10
minute   47:18
75:17 130:4 272:7
minutes   47:5,7
98:23 100:12
102:21 148:6
233:25 250:15
267:20 285:9
298:2
mischaracterizat...
291:20
mississippi   137:1
148:18 205:15
206:5 210:5
214:11
missouri   1:20 3:5
10:8,9 11:9,11,22
19:25 21:16
129:24,25 145:18
211:12,15,18
248:22 305:4
misspelled   269:7
misstated   278:25
misstates   231:25
mistaken   188:9

[molds - new]

molds 280:20
mom 203:21
moment 7:7 29:15
183:11 261:5
270:5 277:16
moments 9:18
267:3
monday 13:14
money 48:13
55:19 85:7 143:18
165:18,21 179:25
180:2,3 184:1
186:13,14 196:2
198:1 205:22
206:2 207:13
220:4,5,8 221:8
225:16 246:6,6
253:1,3 279:20,21
month 21:9,10
116:12
monthly 181:1
months 37:10,11
37:18,19 179:22
203:22 206:1
209:17
morning 5:11 57:4
98:15 105:10,12
116:13 188:16,22
249:7 257:24
282:23
morrison 143:4
motel 33:18
motion 99:19
mountain 23:2
73:6 229:17
move 25:15 74:12
94:12 237:9 238:9
252:21,23 264:6
297:25
moved 50:8,13
51:14 112:11

133:12
moving 50:12
264:4
mow 256:18
mud 256:23
muffled 6:2
multi 24:17,18,21
24:24 25:7,8,12,13
25:14 31:6,8
159:21,22,23,24
159:25 160:5
169:9,18 170:5
176:6,19,24 194:3
194:11 195:19
multiple 191:19
280:16
murdaugh 210:16
mute 251:23
muted 304:6
mutual 27:5
mwbfirm.com
2:20,21

**n**

n 2:1 3:1,8 4:1
23:7,8 94:23,23,24
97:25 108:9 113:2
229:14 286:16,18
287:12
nail 289:24
nam 111:6,8
name 5:7,10 11:3
12:23,25 22:12,22
23:1,19 26:15,21
29:13,16 33:7
72:1 73:16,23
79:5,8,10 82:6
94:21 98:3 113:9
114:8 128:1,3,25
147:12 167:10,20
173:12 192:23
193:17 198:4

203:5 225:25
262:14 286:14
named 87:8 98:2
names 21:20 24:7
38:15 92:25
100:13 232:10
nap 289:19
narrowed 171:1
nashville 15:13
33:11 37:4 122:11
133:24 166:11
192:20 193:3,4,11
225:22 227:25
248:17,24 249:21
253:8 281:1,4
287:18 293:5
natural 65:7,12
108:1 112:5
124:22,25 125:6
nature 174:18
near 7:10
necessarily 158:1
231:2
necessary 116:14
need 39:1 52:24
55:24 65:1 69:8
69:23 74:8 92:1
106:16 107:10
110:15 116:13
131:5 134:10
143:13 154:11
166:13 174:10
175:14 176:11
178:10 183:19
188:16 245:2
250:9 251:23
252:18 255:2
265:8 266:3
289:14,16 299:11
302:5,18

needed 54:16
76:14 86:3 131:8
159:11 200:11
223:11,14 233:15
271:9,18 300:24
needing 79:1
152:21 297:6
300:10
needs 136:23
154:7 277:13
294:23
negative 233:3
neither 170:23
nephew 122:16,17
nervous 34:18
never 15:18 40:12
41:1 47:14,20
48:23 49:20 51:13
54:21 66:25 67:12
67:17 73:2 74:6
78:4 89:12,15
90:11 91:19 92:10
98:12 118:15
119:22 128:10,13
141:5 156:22,23
156:24 162:15
164:11 166:22
167:22 170:15
181:15 182:12,12
187:9 196:1
200:20 207:6
215:24 224:13
228:23 229:23
230:6,15 232:10
232:15 257:5
279:2,21 297:17
nevertheless
303:11,21
new 37:12,12
44:24 50:8,9,9,12
50:14 67:18 175:8

Bushman Reporting
A Veritext Company

**[new - okay]**

188:8 206:11,12
252:20 302:16
**news** 176:5,14,17
**nice** 38:25 75:11
272:24
**nick** 232:8
**night** 57:4 106:5
249:8,15 264:8
**nine** 51:1,15
**ninety** 85:6
**noncompete**
215:17 216:25
**noncompetes**
254:23
**nope** 250:4 266:24
290:8
**normally** 158:14
158:20
**north** 129:23
130:6 131:23
204:3 235:11
**northern** 131:18
131:19 133:7,9
136:6,9,22 139:1,6
139:7 180:5,9
214:9
**northwest** 212:3
**note** 4:24
**notes** 99:24 301:1
301:23
**notice** 1:17 137:13
172:23 257:24
269:19 303:18
**noticed** 303:18
**notification**
263:16
**notified** 90:16
225:10 263:6
**notify** 90:5 225:6
225:7

**notifying** 93:20
**november** 25:24
**number** 13:21
15:14 17:17 20:5
81:20,23 95:20
96:14 111:18
118:11 256:8
266:4 269:4,5,15
269:16 270:11
272:5,8
**numbers** 216:5
294:14

**o**

**o** 20:4 97:25 113:2
229:14
**o'clock** 106:5
174:8 249:7 250:6
257:24 282:23
**oak** 238:4 254:13
**oaks** 193:25 194:2
194:16,24 195:10
195:21,23 196:3,8
196:9,10,16,22
197:4,9,12,18
199:4 207:24
209:5,6 227:10,13
254:21
**oath** 5:3 109:21
**object** 173:1 237:9
303:16
**objection** 81:12,18
108:24 152:4
177:23 178:8,14
178:22 208:22
216:15 219:8
223:25 245:24,25
286:6,7 298:11
**objections** 109:11
**obligation** 109:24
**obviously** 48:1

**ocala** 23:18
**occasions** 191:19
**occur** 126:8 141:8
141:19
**occurred** 247:13
275:11 281:19
296:13
**octavian** 203:14
203:20
**offer** 173:8
**offered** 104:9
**office** 2:4 19:15,18
19:22 20:13,14
21:1 24:19 50:7,8
50:9,9,12,15,15,17
54:5 56:6 64:14
83:16 102:25
104:21 113:4,5
116:4,5 160:25
161:1 180:20,21
182:22 230:2
249:5,18 250:2,22
268:3 291:6,7
293:12 297:1,2
**offices** 1:18 3:7
20:19 34:17
229:22 291:10
**officially** 277:24
**offshore** 79:24
**oh** 10:15 12:10
23:13 25:6,23
30:22 32:8 34:24
35:12 37:18,25
47:5 50:22 51:5
72:6 80:9 93:16
116:11 117:14
122:17 123:11
193:22 249:9
271:13 277:20
286:9 288:7 293:4
297:10

**okay** 9:15 13:7
15:1 16:24 17:19
18:17,23 20:13,25
21:14 22:5,17,25
28:20 39:9 45:3
55:23 57:12,18
58:17 59:6 62:1,2
62:3,10,24 63:17
66:12 67:24 74:1
75:21 81:5 84:4
84:20 85:6,13
86:6,11 87:22
93:1 95:8,20 99:8
107:13 110:16,17
115:6 117:12,16
118:5,8 122:19
130:2 133:25
135:15 136:25
138:6 139:18
141:6,12 147:3,6
150:6 153:2,5
154:2 158:14
160:4 161:10
171:10 172:22
173:24 175:7
177:13 186:1,8
187:3 190:5
212:22 213:22
215:9 235:19
236:6,10 238:9
239:24 240:16
243:8 247:4
251:10 253:23
255:13 257:3
258:3,16 262:21
263:13,21 264:18
265:11 266:4,12
269:12 277:5,18
287:17 288:17
289:18 290:17
292:14 293:3,7,17

Bushman Reporting        800-556-8974
A Veritext Company        www.veritext.com

[okay - pardue]

293:24 296:17
297:12 298:9
299:2
**oklahoma** 22:18
145:20
**olathe** 22:6
**old** 12:14 30:16
33:19 50:15
**once** 19:10,20 44:1
75:4 149:9 166:11
168:15 171:17
175:2,3 189:11
198:19 230:12
244:15
**one's** 129:22,23
225:19
**ones** 38:12 111:19
152:25 230:2
235:16,17 239:4
293:9
**open** 24:25 58:4,9
75:19 92:1 136:25
137:2 158:23
168:25 169:3
171:8,10 176:7
202:7,9 211:16,24
212:1 214:9 227:1
231:11 235:25
236:2,18,18
237:23 257:13
**opened** 203:24
**opening** 57:25
58:2 82:23 231:4
278:17
**operate** 138:19
145:13
**operates** 138:13
**operation** 26:6
132:8 147:13
**opportunity** 48:13
58:18,19 82:25

83:1,5,7 148:1
158:8 162:9
168:23 173:1
190:9
**oral** 180:25 181:5
**order** 4:9 78:24
99:19 100:7,19
105:8 106:19
140:7 156:23,24
158:15 183:5,6,17
184:15,18,20
281:5 296:4
**ordered** 129:2
**ordering** 137:6
**orders** 38:8 77:25
78:3,7 94:3
137:18 156:21
157:5 158:17
266:6 273:8,14
295:24 296:3
297:13 299:10
**organizations**
120:14
**orientation** 182:17
**original** 4:24
117:18 235:4
236:8
**outs** 175:17
**outside** 92:16
96:20 141:25
151:12,25 159:16
171:5 184:13
185:19 186:5
192:7 230:3
234:20,21,24
289:19 294:4
**outsource** 126:10
**outstanding** 296:5
297:14
**owe** 143:17

**owed** 165:18 182:4
**owes** 165:16
**owned** 27:19,23
117:5 136:10,20
**owner** 27:16,23
102:13 112:16,18
113:12 172:11,12
**owners** 27:17 28:6
121:22
**ownership** 115:10
116:15 117:3
**ownerships** 34:10
**owns** 27:2 50:18
116:2 121:18
130:2,5,6,7,11,20
132:1 133:15
134:17 136:9,15
136:18 139:9
**ozark** 19:25 20:9
113:9 129:23,25
130:9
**ozarks** 211:16,19

**p**

**p** 2:1,1 3:1,1
**p.a.** 2:3
**p.m.** 271:7
**pace** 173:16
**package** 270:18
271:2
**page** 4:2 6:12
101:8,9,10 108:2
185:12 262:5,13
262:17,21 273:10
**pages** 256:3
**paid** 38:4,6,7,9,13
87:14,19 116:23
133:25 179:11,12
179:13,15,16
182:2 195:16
220:13 225:16
296:3,5

**paige** 44:2 47:18
**pallet** 84:15,20,25
85:1,3
**pallets** 85:15
**paragraph** 7:12
9:17 101:8 107:25
108:3,5 185:11
188:10 234:17
239:9 240:19,19
241:12 242:8
243:9 255:15,21
263:5
**paralegal** 105:12
105:18
**pardon** 111:7
**pardue** 27:11,12
27:15,19,22 28:8
28:10,14,20 29:21
30:21 32:4 34:8
35:20,21,25 36:7
36:25 49:3 63:12
63:20 64:2 67:2
71:17 72:9,19,23
76:10 89:22 94:15
117:24 121:21
122:22 126:11
166:9 167:12,16
172:6 192:13,25
198:17 204:17
206:16 209:1,9,11
217:22 221:7
228:8,10 244:11
244:25,25 245:2
250:16,20,25
255:2 258:25
259:1,3,21 261:17
263:20 267:11
275:10 277:7
279:25 282:19
285:1,5 286:25
288:24 293:20,22

[pardue - pieces]

294:8 296:11,21
299:15
**pardue's** 33:5
95:20 96:13
192:17 217:7
218:7,13,14
225:24
**paris** 22:17
**parking** 19:4
184:21 185:4
**part** 39:13,14
55:16 80:4,10,21
80:22 114:2
121:12 166:3
205:18 211:24
237:1,18 256:20
**partial** 27:23
**partially** 50:13
**participate** 223:22
**participating**
304:4
**particular** 246:5
**parties** 305:13
**partner** 112:23,24
**partnership**
115:14 118:22
**party** 186:20
187:4 188:13
194:13,17 292:19
**paso** 23:17,22
**passing** 303:22
**pat** 5:10 6:2
101:11 103:10
**pat's** 105:6
**patrick** 2:3
**pay** 39:1,17,17,21
87:11,13,17 134:4
149:16,22 160:11
160:12 168:8
181:1,23,25 182:4
244:22

**paying** 38:20
**payment** 149:5,7
**payments** 138:2
149:10
**payroll** 55:9,10
**pays** 16:5 130:22
134:2
**peel** 105:21
**pegg** 148:17,21,22
204:5,6,7,11,13,17
204:23 205:6,17
205:23 206:18,25
208:20 209:7,13
209:22 210:19
213:2 227:16,23
230:21,22 243:23
244:1,2,12
**pegg's** 205:10,13
210:2
**pen** 235:15
**penalty** 6:13
**pending** 110:19
**people** 15:19
16:17 34:17,21
38:25 41:12,17,18
49:7,8 78:10
81:21 131:15
153:19 154:19
164:10,14 166:13
170:3 184:10
185:19 189:20
234:16 249:15
300:10
**people's** 47:23
**percent** 35:12 46:9
66:22,25 67:1
70:23 87:14,18,21
149:13,16,24
150:2,4 165:5
172:8,9 186:3,4
201:7 204:23

205:1 222:22
244:9 262:7 276:3
**perfectly** 90:23
**performance**
179:8
**performed** 240:6
240:8
**performing** 241:3
**performs** 239:12
239:19 241:7,15
242:12 243:4
**peril** 295:3,7
**period** 77:21,24
87:13 90:14
117:12 121:23
161:20 181:5,8
250:17 276:20,21
301:3,8
**periodically** 62:14
**perjury** 6:13
**permission** 92:1,3
92:4 158:9 169:8
**person** 9:21 36:22
36:23 105:1 128:4
172:1 198:3
248:10 252:4
262:5 268:2
272:23 276:12,13
304:1
**personal** 7:23 9:4
39:5 41:19 90:2
140:4 152:13
157:16 217:6,11
**personally** 14:2
30:19 44:11
145:10,12 179:6
**phase** 302:18,19
**phases** 102:15
**philosophy** 48:10
**phone** 14:9 15:14
15:17,18 16:8,19

17:5,11,13,14 18:1
18:4,13 36:22,24
40:1 52:21 63:21
64:21 68:9 95:22
95:23,24 96:1,8,12
96:14 102:24
116:22 247:25
255:17,18 256:8
257:9,12 260:11
260:16,20 266:10
266:14 267:17
268:20 270:1,3
276:9,11 277:14
277:25 282:8
283:9 284:21
285:23 286:22
290:6,8 291:4
293:23,23 294:2
294:10 300:9
302:1,1,6
**phones** 15:19
251:24 266:19
**photographs**
104:13 258:13
**phrase** 212:24
213:1 216:17
**physical** 132:1
**physically** 98:8
238:10
**pick** 33:13 262:24
270:3 297:7
**picked** 52:20
232:19 270:1
**picture** 55:7 91:15
91:23,25 105:23
**pictures** 91:21
**piece** 132:13,19
193:20 227:20
228:6,23
**pieces** 86:6

[pilot - process]

pilot 207:3
pissy 170:3
pjames 2:5
place 10:24 11:5
26:15 28:20 54:7
83:20 129:14
157:25 230:7
232:11 305:9
placed 156:21,22
167:1 299:9
places 26:10
154:10 215:21
plaintiff 1:5,15 2:2
188:11 191:19
239:12 240:13
241:5,7,15 242:12
263:6
plaintiff's 99:18
188:25 239:11,18
240:7,22,23 241:6
241:14 242:10,18
243:3
plaintiffs 303:17
plan 204:9
planhub 251:20
251:21
plant 15:12,13
33:19,19 35:1
37:16 72:1 78:10
78:23 121:7 126:2
138:8 166:12,14
166:15,17,23
292:21 297:9
play 18:3 19:15
pleadings 106:15
106:24
please 41:21 62:1
93:24 146:16
162:18 232:2
242:4 292:18

plenty 168:12,21
181:19 300:1
pllc 2:7,19 115:14
plus 142:25
plymouth 188:9
199:11
pocket 99:8,18
point 54:23 68:3
95:4 115:4 196:20
201:12 224:11
242:16 258:16
304:4
points 111:23
poles 19:16
policy 245:6
pool 26:20
poorly 194:15
pop 203:21
portion 214:15
245:11
position 104:20
112:8 117:18
119:18 122:19
298:19 299:1
possible 157:18
225:2
post 2:4 4:17
278:5
posting 262:22
potential 77:14
157:21 257:19
potentially 304:1
potted 292:20
poured 87:1
practice 221:13,23
221:23
prairie 26:13,16
27:2 238:1
precast 65:8,15
121:4 123:18

prefer 191:4
preference 126:22
222:1
preferences 216:5
216:6
preferred 16:16
183:25 191:25
prefers 191:1
preliminary 36:13
36:18
prepare 30:8
98:13
prepared 9:7
303:20
prepurchase
85:11
presence 264:1
present 3:10 47:10
preserve 266:11
pretty 7:10,15
8:18 30:17 88:16
189:18 214:14
236:4 237:12
267:24 292:7
prevent 245:6
previous 9:11
56:25 219:6
price 131:1 133:17
143:5 148:11
149:15 150:5
166:25 167:3,4,5,7
246:14,20 271:5,5
271:8 272:16,22
pricing 142:19,21
143:7 153:8,9
170:23 271:12,22
271:24 272:1
principal 222:9
principals 217:8
prior 93:20,25
94:5 231:25 280:7

292:1,3 305:6
private 27:1
privilege 110:19
298:10,13,21
privileged 99:25
pro 2:14 262:18
probably 12:18
14:16 16:11 17:18
20:12 21:9 25:23
27:21 30:3 36:23
37:1,2,5 42:22
48:18 50:25 51:5
52:22 72:6 74:10
74:19 79:4 85:8
89:17 90:18 99:9
113:14 123:14
125:9,9 127:16
135:22 145:25
158:19 177:25
182:7 186:3,4,5
188:7 209:19
220:1 223:8
232:17 235:22,23
248:1,8 250:15
252:14 256:23
269:8 270:8
274:18 288:3
302:7
problem 8:8,10,12
8:24 79:18 106:8
150:16 170:7
171:9 172:21
173:22,23 175:16
222:25 223:6
256:9 285:18
problems 93:11,14
109:11
procedure 245:6
process 110:14
166:6 167:13,23
171:15 179:13

[process - questions]

280:17
**produce**  99:25
123:24 273:8
**produces**  121:8
**producing**  274:6
**product**  68:13
78:11 79:19 82:21
86:24 108:10,25
109:4 124:1
125:24 127:22
132:4,5 135:3,5
137:7 143:13,20
143:23,25 144:2
144:15,21 147:11
153:16,17,23
155:13 166:24
176:22 180:9
181:7,10,24
184:15,23 188:8
189:1 190:15
192:9 198:8,11
199:13 209:23
210:9 213:9
226:19,20 228:9
230:24 233:21
238:15,16 241:1,2
242:22,24 245:16
248:7 280:19
281:10 299:7,12
300:17,24 302:17
302:22
**production**  35:10
37:17 78:9 79:14
79:16 93:22
184:16
**products**  48:8
65:17 70:14 108:1
109:7 118:10
119:9 123:17,19
127:1 135:19
143:10,25 144:6

145:9,16 146:2
148:8 153:18
156:8,10,14
160:16 161:25
173:5 185:13
187:12 188:1,8,11
188:13 189:2
191:2,6 199:8,12
199:15,19,24
200:2 213:5 222:2
245:7 246:17
300:12,15
**professional**
120:14
**prohibition**  171:4
**prohibitions**
172:15 177:19
**project**  86:3,4
92:20 176:20
186:4
**projects**  185:14
186:10
**promise**  173:14
**pronounce**  207:23
**proof**  150:19
**properly**  87:3
**property**  115:16
197:15 260:12
**prosperous**  157:22
218:19
**protect**  165:7,10
189:5
**protected**  189:7
189:21
**protective**  99:19
106:19
**proud**  90:4 102:18
**provia**  58:24
59:12 60:12 62:8
63:24 64:6,8,12,20
64:25 65:4 66:21

68:21 75:18 77:6
77:19 81:5 86:6
123:11 142:2
177:17 222:15,19
222:20 245:17,21
247:21 252:11
259:5,7 268:2
276:8 303:2
**provia's**  61:15
**provide**  104:11
168:11 177:22
271:21,23
**provided**  104:23
172:23 244:6
**provisions**  178:6
178:12,20 179:2
**psi**  124:8,13
**public**  75:20
**publishing**  258:21
**pull**  76:6 106:11
106:14 107:15
130:17 137:4
140:5 228:8
**pumice**  124:12
**purchase**  133:13
134:12 166:25
167:3 185:13
198:8,10 201:8,13
216:6 230:17
246:20
**purchased**  87:12
198:12 201:10
**purchaser**  172:9
**purchases**  244:17
**purchasing**  128:21
175:16 188:25
**purpose**  97:7
**pursuant**  1:17
**pushing**  153:18
**put**  49:22 55:9
85:24 104:24

105:19,19 107:7
113:12 138:4
163:13 183:23
184:1,16,20
190:24 252:21,23
252:25 254:5
257:19 271:3
288:8 289:12
292:24
**puts**  130:15
**putting**  86:16
293:19

| q |
| --- |

**quads**  160:2
**qualified**  54:11
162:23,25
**qualify**  54:3,4
72:2 152:11
**quality**  124:17
**quantity**  152:18
**question**  7:4 16:20
59:8 70:12,15
72:15 74:8,12
82:1 88:23 90:25
105:15 110:18,18
110:20 134:22
144:8,17,22
151:23 153:5
168:14 187:16
197:16 214:14
237:8 239:17
242:2,3,6,8 254:11
259:12 291:24
298:7
**questioning**
303:16
**questions**  35:19
57:23 81:3 101:19
125:22 217:6
303:23 304:1,6

[quick - recollection]

**quick**  107:16
148:5 301:15
**quicker**  137:8
**quickly**  6:22
124:11 168:17
264:4 280:9 285:7
**quit**  34:5 43:3 75:1
90:10 282:8
292:14 295:4,8
**quite**  150:14
176:12 254:5
**quota**  111:16
**quote**  212:18,19
254:13,14 285:22

**r**

**r**  2:1,3 3:1 108:9
108:19 113:2,2
210:16 229:14
305:1
**r.j.**  146:25 147:3,3
147:6,8,22 148:7
148:16,24 149:3,9
187:13 188:4,5,6
**rains**  179:22
**randy**  1:7 2:13
4:19 40:2,5,6,13
40:20,23 41:4
43:20 44:10,19
45:6,11,22,25 46:7
46:14,24,25 47:12
52:1,4,6 53:1
54:24 55:7 56:19
56:23,24,24 57:6,7
59:1,7,12 60:4,10
62:5,7,20 63:6,21
67:17 74:2,4,15
88:12,18 89:9
96:16,22 150:8,10
150:12,16 175:17
175:20 191:24
220:25 223:7,12

224:8,11,13 225:7
225:11,13,15
230:4,10,15 231:9
232:12,14,17
246:24 247:6,23
248:1,2 253:6
254:1,1,4 256:11
264:8,12,14,21
267:25 278:5,10
281:14 285:24
288:2 301:18
302:8
**randy's**  46:18,19
47:3 49:18
**range**  124:3,16
151:14
**rank**  127:14
169:14
**rate**  197:23
**ray**  3:11 5:17
59:18 147:18
218:24 222:8
234:7,16 238:13
267:16 268:17
274:17 285:25
288:14,15
**reaching**  273:12
**read**  8:7 100:12
214:13,16 239:14
242:1,2 245:10,12
257:10,11,12
304:7
**reading**  108:4
258:12
**ready**  107:10
183:20 283:2
289:21 299:17
**real**  6:22 26:2
65:13 90:2 107:15
130:16 155:18
218:23 251:14

257:13 271:16
**realize**  47:9
109:21 302:15
**really**  17:20 28:7
32:5 36:8 43:16
43:17 51:21 59:1
59:17 61:1 75:9
80:15 89:5,7,12,15
92:10,24 106:1
117:20 119:13
122:20 125:20
127:8 130:16
134:2 135:23
142:1,22 143:25
145:4 146:6,6
148:16 153:12
156:6 160:8
161:13 164:11
168:5 169:20
178:18 181:15
182:22 187:9
191:25 194:9
195:9,17,19
196:22 199:6
200:3,20 201:21
205:8 214:2,19
215:3,10,14
216:18,23 218:3
218:23 227:19
228:5 237:20
239:16 242:7
251:1 252:21
254:19 263:25
277:6 281:13
284:6 290:15
294:11
**reason**  42:2 69:8
77:17 205:2 253:4
293:6 303:9
**reasonable**  81:11
104:17

**reasons**  42:5
245:20
**rebar**  51:22
**recall**  48:24 49:2
63:19 93:14 97:20
100:10,17,23
182:10 200:6
225:3 230:16
238:17,18,20
239:4,5,8 247:3,6
247:7 251:1
260:25 261:5
265:23 268:22,24
273:15 276:22
277:2 283:4,14
289:6,7,11 290:12
292:5 294:11
299:24 300:11,14
300:16 301:7,10
301:13,17,22
**receive**  78:4 148:7
212:15 227:7
256:24 300:20
**received**  67:22,24
206:21 220:10
256:20,21 258:9
258:13 287:19
288:6
**receiving**  63:2
282:12
**reception**  294:5
**recess**  56:12 104:7
174:7 234:1
285:19 298:3
301:16
**recipient**  128:3
**recognize**  89:17
262:4
**recollection**  74:22
150:22 239:1

[recommend - results]

**recommend** 176:1
**recommended**
  71:20 72:8,19,22
**record** 5:8 8:20,22
  45:9 56:10 65:12
  69:23 81:16,19
  88:8,10 99:15,16
  99:21 101:19
  104:4,9,20 107:15
  107:19,21 214:16
  245:12 287:11
  303:12,16
**records** 98:24
  103:9 281:15,25
  283:25 285:23
  300:2,6 301:24
  302:6 303:8
**red** 26:20 235:15
**reduced** 305:10
**refer** 146:4
**referring** 139:19
  146:5 253:19
  285:13
**reflect** 302:1
**regard** 132:8
  186:10 300:12,15
  301:10
**regarding** 89:1
  100:18 200:2
  216:12 276:14
  288:24 290:18
**regardless** 202:8
**regional** 103:16
**regular** 37:17
  149:10
**regularly** 234:19
**rehab** 43:7
**reinstallation**
  125:18
**related** 50:2 261:3

**relating** 110:19
**relationship**
  140:12,17,20
  141:15 147:23
  156:16 159:15
  161:14,16,20
  181:4 217:7,9,11
  218:15
**relationships**
  142:17,18
**relative** 305:12,14
**relook** 256:4
**rely** 7:20 9:20 10:1
  74:11 110:5,6
  174:23
**remaining** 238:5
  299:10
**remember** 23:19
  25:6,24 40:9
  53:15 63:5,11
  71:25 72:3 74:21
  79:10 174:18
  193:24 200:1
  203:5 208:24
  209:20 225:1
  230:14 241:25
  247:25 248:3
  276:19 277:1,3
  284:20,22 290:4
  291:16 292:11,12
  297:5,7 298:8
  302:9,11
**remembering**
  289:14
**removing** 281:15
**renewal** 171:11,15
**rental** 115:16
**rep** 119:3,5 215:15
  228:16
**repeatedly** 285:24

**rephrase** 68:19
  93:24 142:24
  144:18 156:12
  176:11 242:5
  245:8
**replaced** 157:23
**replacement**
  125:17
**replicate** 126:24
**reporter** 5:20
  100:3 101:2
  214:16 234:3
  236:8,12 238:10
  245:10,12 255:6
  256:17 258:5
  261:16 266:21
  278:2 279:4
  295:10 305:4
**reporter's** 4:24
**repping** 14:22
  15:1 119:15
  151:20
**represent** 5:11
  95:3
**representation**
  234:22,25
**representative**
  173:19,21,25
  206:19 213:17
**representing**
  99:23 104:22
  251:8
**represents** 95:4
  234:18
**reps** 70:5,13,16,19
  148:15
**republic** 1:19 3:4
**request** 169:6
**requested** 214:15
  245:11

**require** 163:11
**required** 132:23
  160:11,12 162:17
  168:7 230:17
  244:22
**requirement** 85:9
  85:10,19 155:16
  155:18 172:22
**requirements**
  83:11 87:6 97:14
  160:15 161:10,12
  162:9 163:4,6
  177:21 180:13,15
**rescued** 266:16,18
**reserve** 303:7
**reside** 10:5
**residence** 13:18
**residences** 10:23
  11:8 13:19
**respect** 142:14,15
  189:20
**respected** 103:15
  160:5,9
**respects** 141:7
**respond** 280:9
**response** 99:18
**responsibilities**
  179:8
**rest** 7:14 15:8
  78:21 303:7,14
**restraining** 4:9
  100:6
**restrict** 160:10
**restrictions** 109:5
  167:1 171:24
  172:14 177:19
  187:3
**result** 60:15 296:8
**resulted** 296:14
**results** 262:14

**[resuming - rusty]**

**resuming** 174:9
**retail** 149:17
   272:18
**retaliated** 274:13
   274:16
**review** 7:7 9:2
**reviewed** 7:16
   109:17
**rhodes** 3:12 59:18
   83:12 219:1,3
   243:23,25 251:25
   252:2 254:12
   265:4 266:5 267:7
   269:1,2,11 270:12
   272:13,21 279:8
   280:3 285:24,25
   288:12
**rich** 148:5
**richardson** 2:18
   6:1 56:3 81:17
   101:11,14,15,20
   101:25 102:4,20
   103:3,10,20 104:2
   105:5 106:18
   107:17 234:10,13
   237:3 303:23
   304:10
**rid** 223:12,14
**ride** 73:11
**right** 5:14,21 7:5,6
   7:16 11:21 13:9
   13:21 15:7,22
   18:25 20:8,20
   22:1 23:23 24:8
   24:18 26:8 28:14
   28:18 29:15,21
   30:13 32:3,13
   33:23 34:5,7
   38:20 45:6 49:17
   51:24 55:14 59:16
   60:18 61:24 63:6

68:1,10,16 70:4,21
74:9,11 75:6,23
79:12 82:3 85:19
88:18 93:10 95:7
96:4,6,16 99:11
102:12 107:14,18
107:24 108:7
110:21,22 111:23
113:21 114:16
115:9,20 116:7
119:14 120:13
121:9,20 123:2
124:15 125:16,21
125:23 129:23
135:17,18,25
136:19 137:17
139:8 145:6 146:1
147:15 148:24
150:25 154:20
155:10 158:18
163:14 164:20
169:7 170:25
174:13 176:4
177:1 178:19,25
179:11 181:6
183:11 184:25
187:12 188:2
189:9 191:11
209:15 211:18
220:1,6 221:24
222:11 223:1,3
234:12,12,13,14
235:22,25 238:1,3
238:13 243:11,22
244:10 245:4,23
246:3 249:17
256:15 259:25
261:7 262:8,12
263:4 266:14
269:7 270:4
272:17 273:18

276:5 279:5
281:11 283:3
284:2 286:12,21
287:4,12,13
294:17 295:11
296:12 298:14,18
298:25 299:3
300:8 301:14
304:6
**rights** 181:9
**rime** 237:6
**ring** 229:19
**road** 1:19 3:4
   10:13 19:6,8 24:1
   28:18 180:4
   187:12 249:16
   277:20
**rock** 2:4,8,11,20
   3:9 11:2 13:17
   31:2 65:2 92:21
   170:5 202:19,23
   203:7 204:3
   261:14 264:10,11
   264:22
**rockin** 73:17,18
**roger** 122:13
   244:12
**rogersville** 10:8,10
   10:11,18
**role** 119:2 175:4,6
**room** 50:16,19
   89:16 168:13,21
   290:20 291:2,4
   293:21,25 296:21
**rougher** 170:14
**roughly** 51:6 84:8
   84:14 85:1,8
   145:25 223:8
**routine** 83:25
**row** 183:13,21
   184:15,19,20,22

185:3
**rows** 184:3 281:8
**rt** 269:9,10
**rudder** 112:25
   113:1,11 114:14
   116:1,2 136:11,17
   138:24 214:22
   215:6
**rule** 69:19,22
**rules** 6:25 171:23
   180:13,15
**ruling** 218:12
**run** 23:22 78:20
   90:18 139:1
   279:11,16 280:8
   280:10,16 281:8
   295:24
**rung** 225:25
**running** 14:23
   102:23 180:4
   193:23 278:18,20
**runs** 25:25 193:8
**russ** 143:3
**rusty** 3:11 5:17,18
   11:7 24:17,22
   29:1 54:6 59:18
   76:21 83:12 84:9
   85:24 88:21
   128:25 130:16
   147:9,18,18,21
   154:9 163:16,24
   163:25 164:19
   166:1 168:25
   169:14 175:22
   178:3 181:16
   186:2 191:23
   198:12 200:9,10
   200:17 203:12
   213:2 218:24
   222:7 233:12
   234:6,16 238:13

**[rusty - seminars]**

249:17 263:11
267:16,24 268:2
268:17 270:7
273:20,21,24
285:25 287:8
288:11,14,15
295:25
**rusty's** 20:23
164:2 169:6

**s**

**s** 2:1,10 3:1 4:6
**sale** 208:19
**sales** 37:15 53:24
55:19 98:9 119:6
127:15 136:25
167:4 169:3 178:4
185:19 186:5
192:21 196:2
215:15 219:5,7,16
234:20
**salesman** 62:12
226:15
**saline** 93:4,6
**salter** 207:4,6,13
207:16
**sample** 262:24
**sat** 43:21 100:11
**saw** 100:14 109:18
146:15 224:8
257:4 279:2
**sawmill** 112:6
117:10
**saying** 58:4 65:20
80:25 106:16
150:20,22 199:19
220:1 233:3 251:1
262:15 275:21
294:18
**says** 6:13 65:1
102:12,19 103:14
185:12 234:17

239:11 240:7
241:5,6 242:9
258:12 262:8,12
262:17,23 263:5
269:9 273:6
278:15,21 280:5
295:23
**scan** 102:4,21
103:1,23 104:24
105:12,13,18
107:5
**scanned** 104:11
**scattered** 129:17
**scenario** 270:25
**school** 111:3,24
112:3
**scott** 2:18,20 70:22
101:14 234:8,8
261:25 303:22
**screen** 253:16
304:2
**screwed** 183:9
**se** 2:14
**seal** 305:16
**search** 213:7
**searcy** 164:20
235:21 237:2,14
237:15,16
**season** 11:19
25:19,23,25
**second** 15:19 88:7
88:9 101:7,9,12
174:5 234:12,17
262:12 289:7
**see** 7:9 8:3,21
48:10 57:1 61:3,7
67:16 74:2 86:25
91:23 94:10 99:12
99:14 100:12
101:9,20 102:5
107:10 108:2

131:9 156:23,24
157:1 158:12
175:13 205:16,17
223:5 243:14
257:1,15,16
258:11 262:9
289:13 300:3
304:2
**seeing** 100:24
**seek** 94:13 296:2
**seen** 29:22 44:3
91:21 100:7,8
158:21 227:13
253:15 261:22
278:6,7 295:14,20
297:17 300:6
**select** 119:7
**sell** 7:11,13 44:11
44:18 48:4,11,18
52:8,11 53:7 65:6
65:7,23 66:19,21
69:13 70:13 115:3
123:17,19 124:22
127:11 132:21,23
132:25 133:1
134:13 135:19
140:3,8 143:10,11
143:12,23,24,25
144:1,6,24 145:2,4
145:9,16 146:2
147:11 154:5
156:9,13 160:16
161:25 164:17,20
165:7 167:5,8
168:23 169:4,6
171:5 173:4
176:22 177:16,16
180:9,22 181:9,10
185:18 186:4,20
188:13,17 189:10
189:13 190:25

191:2 192:3,19
193:6 198:22
199:13 200:21
201:2 202:10,22
204:11,14 207:25
208:17,18 209:22
210:9 214:10
226:19 236:3
238:15 245:16,21
254:6
**selling** 44:16 45:1
55:21 64:8 65:3
66:10,13 68:21
69:3 77:6 92:16
93:11,16 108:7,25
109:6 119:7 141:3
151:19 153:25
155:4,5,6 156:7
157:17 170:12
171:5 187:3
190:14,19,22
191:5 195:3
199:22,23,24
200:16 204:10
206:10 208:5,21
209:2 213:4,9
219:24 221:16
222:19 228:9
229:7 248:6 252:8
252:17 254:9
269:17 299:6
302:22
**sells** 50:23 65:16
127:7 132:14
141:6 143:20
154:3 188:8 217:9
221:9 240:11
241:1 242:22
**semi** 200:14
**seminars** 33:21
111:21,22

**send** 17:21,22
61:10,20 62:7
102:22 105:12,13
105:20 126:15
183:8 184:4
257:21 258:1
259:18 268:3
279:19 282:7
284:23 285:3,10
**sending** 74:3
105:23 259:17
268:8 274:6 282:4
283:8
**sense** 256:23
296:17
**sent** 55:6 58:4
60:25 61:8,17
62:6,8,10,18 63:7
74:14 75:3 91:14
91:24,25 104:11
193:14 247:20
255:16,25 259:4
271:6 272:5,8
279:21 282:19
284:13 285:2,5,12
296:6,13,14
**sentence** 8:19
240:19 241:12,18
242:9 243:8
**sentina** 15:3
**separate** 22:14
134:15,21,22
136:6
**separately** 147:20
147:21
**series** 81:3
**serve** 99:23 102:7
111:14 120:3,13
**served** 248:9,21
292:6

**service** 79:9 90:13
155:20
**serving** 213:17
**set** 54:1 104:1
105:13 140:9
141:2 142:10
145:5 148:19
152:9 157:24
158:7,10 184:12
190:7 206:11
252:4 253:10
285:15
**setting** 9:13
206:12
**seven** 82:12
123:15 248:25
249:20 287:17
**sexist** 68:18
**shades** 86:25
**shakes** 69:20
171:19
**shaking** 69:21
171:20
**shaped** 30:16
**share** 246:11,13
**shared** 106:25
**sharing** 101:17
**sheet** 167:7
**ship** 32:25 141:11
182:24 183:1,7,20
183:23,24 198:25
**shipped** 127:22
132:12 183:2
296:4 300:18
**shipper** 185:3
**shipping** 130:22
185:2
**ships** 156:25
**shit** 297:10
**shock** 242:7

**shockley** 21:15,16
80:12 222:10
**shoot** 251:18
**shop** 22:19,20,23
262:18 278:17
**short** 227:21
**shorthand** 305:9
**shots** 34:23 253:16
**show** 238:14
256:18 279:6
**showing** 235:7
**showroom** 162:24
163:1,2,7 166:7
182:18 205:10,13
231:14
**shows** 56:1 168:3
168:4 239:7
**shut** 32:14 35:5,7
211:5,7 238:16,22
244:2,4 260:1
**shutting** 238:20
243:23 244:1
**side** 125:5 200:16
284:6
**siding** 200:24
201:1,2,8,12,19
202:2,10 222:12
222:20,21,24
236:23
**sign** 304:7
**signature** 305:20
**sim** 44:13 46:23
**similar** 190:22
**similarly** 70:20
**sims** 1:7,7 2:13,13
2:14 4:19 40:2,3,4
40:6,13,20 43:23
44:7 45:3,7,11
46:24,25 47:11,12
49:18 52:1 53:2,2
53:5,11 54:24,24

56:19,23 57:5,6,8
59:2,7,12 60:4,10
62:6,7,20 63:6,21
68:9,11 74:2,4,5
74:15 88:12,18
89:1,9,11,13 96:17
96:17,22,23 150:8
150:12,16 175:18
175:20 191:24
220:25 223:7,9,12
223:18,21,23
224:8,11,13 225:6
225:7,13,15,16
230:4,10,15 231:9
232:12 246:24
247:6,23 248:1
253:6,7 254:1,1,4
262:19,22 264:8
264:12 278:6,10
281:14,15 285:24
288:2 297:8
301:18 302:8
304:2,2
**sir** 5:7,25 6:7 8:1
8:24 9:23 10:3,7
15:16 30:2 39:4
39:19,22 51:3
54:18 56:20 77:10
82:2 84:24 93:18
96:5 97:19 100:4
102:7,10 103:14
103:19 107:21
109:8,20,23 110:1
112:21 113:23
114:1 116:17
118:4,17 121:1
123:6 124:23
126:7 135:4
136:13,16 139:3
139:12 140:18
144:25 145:22

[sir - southern]

150:1 151:17
152:1 153:9
154:23 155:25
157:10 159:18
160:14,18,23
161:18 162:7
165:19 167:24
174:8 179:7
180:16 192:11,12
192:15 193:22,24
194:6 197:3
201:21 213:6
214:18 217:24
218:5 223:13
225:14 228:7
234:4,14 239:10
239:21 241:8,23
245:4 251:21
255:7,20 266:8,25
269:8 277:13
278:3,8,9,23
283:11,11 289:8
295:11,15 299:13
301:4,17,22
302:24 303:5
**sit**   9:13 20:16,18
20:21 116:8,9
297:21
**site**   126:4 128:11
129:4
**sites**   126:6
**sits**   131:2
**sitting**   8:14 104:15
135:18 178:5
184:19 294:4
**situated**   70:20
**situation**   58:16
71:1,7 73:3,4
138:1 146:24
160:6 166:1
175:15 179:24

182:13 254:21
**six**   15:8 21:12 24:3
26:6 37:10,11,18
37:18 78:19 103:9
145:24 153:1
206:1
**size**   28:22,23
30:17 32:5 89:23
158:16 161:10
168:10 197:8
256:4 266:2
**skid**   84:16,19,21
85:2,4,8,11,14,16
129:1 280:15,16
280:17
**skids**   78:19 84:17
134:10 183:18,18
184:1 280:16
**sleep**   19:3
**slid**   84:9
**slow**   79:19,22 84:9
178:24 220:7
**slowed**   37:25
174:20
**small**   50:17
203:21
**smart**   17:14
**smarter**   235:3
**smith**   3:3 8:11
12:16 55:24 56:5
62:21 63:1 72:12
81:12,25 88:7
95:8 99:10,15,17
102:25 104:19,21
107:9 144:7,11,16
144:22 145:3,11
152:4 158:4 174:4
177:23 178:8,14
178:22 185:24
216:7,15 219:8
221:19 231:24

232:3 233:24
242:1 245:24
252:12 255:12
260:21 285:15
286:10 289:22
290:1 291:14,21
292:4,9,15,18
294:20,24 295:2,6
298:6,12,23 299:2
303:11,15,25
**smoke**   212:18
213:3
**smooth**   98:16
**sneak**   251:21
**social**   40:22 41:8
41:10 96:25
**socially**   30:23 32:3
34:8 42:3 217:22
**sold**   48:21 49:16
80:13 112:21
115:2 118:2,9
120:21 127:1
128:25 131:12
132:18 133:4,5
144:15,20 148:8
151:1,2 154:16
170:4 190:16
197:13,18 199:18
201:17 210:10
222:24 246:17
281:10
**sole**   77:17
**solely**   199:23
**solicit**   189:25
**solutions**   108:2
**solve**   173:23
**somebody**   46:11
67:7 105:15 134:3
134:5 150:20
171:18 172:6
173:21 196:12

203:7
**somebody's**   93:17
**son**   10:24 12:4
19:14,17 20:14
24:16 80:22
112:22,23 115:2
115:25 118:2
120:21 135:18
136:11 147:6
**son's**   11:3 14:8
21:1 112:24
135:13 214:24
**sons**   12:7
**sorry**   6:1 8:4
12:11 33:15 45:10
69:22 70:11 75:7
75:8 91:1 97:9
101:11,15 105:7
105:16 108:12
171:21 209:7
229:16 230:9
237:4 283:11,11
287:14 299:22
**sound**   273:23
274:10 296:1
**sounded**   215:3
274:7
**sounds**   65:12
251:21 255:24
268:5 287:4
**source**   9:21
154:19 184:13
195:24
**south**   11:16
140:24 202:1
234:22
**southeastern**
155:3
**southern**   131:20
131:21

[speak - stone]

speak  98:17
171:21 291:25
speaking  304:3
spec  142:22 143:2
143:4
special  25:12
126:20,23 272:16
specifically  56:18
142:8
speculating
284:22 296:15
speculation  216:7
252:12 286:2
speech  303:6,10
spell  23:6 94:21,24
113:1 286:14,19
spelling  287:11
spencer  1:18 3:3
spencerfane.com
3:6
spend  19:12 221:8
261:11
spent  116:6 197:9
232:17
split  105:5,9
148:18 206:14
splitting  206:6,8
spot  184:21
spring  2:10 101:5
springdale  19:10
21:17 78:17 80:13
92:19 154:9 164:1
169:16 202:17
203:13 222:6
springfield  1:19
3:5 13:3 102:14
104:15 114:10
204:7 211:12,15
248:22,23 249:19
249:21 287:18

springs  92:7,11
93:8 147:11,12
187:14 188:4
202:3 207:7
236:21
square  11:7 17:14
38:4,7,9,10 51:4,5
84:7,17,25 85:1,6
173:15 179:21
271:5
st  32:23
stabbed  73:6
stack  106:24
stacy  114:7 115:20
standby  105:1,15
standing  241:12
241:19
start  44:15 77:22
84:6 85:22,23
91:5 101:21
112:12 222:19
224:10,11 227:22
229:7 280:13
started  14:18,20
15:1,4 40:14,15,18
67:18 88:15,16
118:6,7 119:15
151:19,20 163:9
163:17 175:9,11
175:19 187:10,14
204:10 206:2,5
239:6 252:20
starting  34:20,21
37:16,20
state  5:7 188:11
298:9,10 305:4
stated  213:23
305:10
statement  102:17
103:17 150:18
216:9,10 239:17

239:20 246:2
248:8 274:17
299:8
states  1:1 127:1,10
145:17 146:1
156:8,10
stay  75:23 81:1
101:18
stayed  47:14 88:21
164:25 227:4
steals  283:24
step  299:18
stick  189:18,19
stock  83:24 84:2
135:2,5 137:15
280:22
stole  262:2 284:1
stone  1:4,7 2:16
5:11 15:3 21:21
21:22,23,25 22:4,7
22:10 24:8,10
27:7,16,20 28:8
29:11 37:12,13
44:10,11,14,20
45:15,18,21 46:4,6
46:15 48:4,6,11,19
48:21,25 49:10
50:22 52:6,9,11,16
52:19 53:3,8
54:25 55:13,16,18
57:14,16,17 58:2
58:21,23 59:18
60:12,12,19 62:12
62:16 63:23 64:15
64:15,16,17 65:6,7
65:9,12,13,15 66:9
66:18,20,24 68:4
68:12,20,21 69:14
73:1,17 74:19
76:1 77:5,6,9,21
77:25 78:5,24

80:2,3 81:2,7 82:5
82:17 83:8,13,24
84:1,14 86:2 87:3
87:12 88:1,12,15
88:17,25 90:6,15
91:8,9 92:9,20
93:4,16,20,20 94:1
94:14 96:17 98:6
98:6,7 102:8,13
107:25 108:1,8,9
108:11,13,25
109:6 112:5 114:4
118:10 121:3,4,4,6
121:8,12,18,24
122:3 123:5,7,10
123:12,13,18,23
123:25 124:10,12
124:22,22,25
125:6,12,24
126:12 127:13,18
127:20,21 128:1,2
128:21,22,25
129:1,2,2,3,9,12
130:15,17,18,18
130:20,22 131:4,6
131:9,13,16
132:12 133:12,19
133:22 135:24
136:20,21,23,24
137:4 139:14
140:8,9 141:4
146:13,15 147:1
148:5,8,25 149:4
150:7,9 151:2,7,10
152:10,21 153:2
154:7,10,10,11
157:5 158:2,3
161:24 164:12,18
164:19 165:1,2,15
165:17 166:22
167:2,14 170:4,21

[stone - sure]

172:5 175:11,21
176:2 177:17
178:12 179:23
181:6 183:6
184:22 187:7,11
187:17,21 188:3
189:6 190:6,24
191:2 194:7,8,16
195:7 196:15,17
196:18 197:1,12
197:13,19 198:1
198:13,14,22
199:14,16,16,21
199:23 200:2,11
200:16,18,21
201:3,8,13,15,16
201:17,19 202:4,9
202:25 203:23
204:8,19,24
206:19 207:25
208:1,14,21 209:2
209:5,8 210:21,21
210:24 214:10
217:2,8,9 218:9
219:6 220:8,11,21
221:9,16 222:5,19
222:22,24 223:11
223:18 224:12
225:17 226:6,9,14
228:2,8,15,20,25
229:6,21 230:11
230:18,18,25
231:2,3,20,21,23
231:23 232:7
233:3,9,14,22,22
234:18 235:9
238:2,6,24 239:18
239:19 240:6,9,11
240:25 241:3
242:11,12,19,24
244:16,20 246:19

247:1,10 248:5,6
252:1,3,9,10,18
258:17 259:15
260:1,13,19 261:2
262:13 263:25
264:3 265:2,9,14
269:17,19 271:9
271:15,18 273:5
274:3,13,16 275:2
275:3,11 276:8,14
276:17 278:11,13
278:16,19 279:10
279:16 280:5,9,10
281:16,25 283:16
285:10,12,21
288:24 290:23
292:1,25 293:13
293:19 294:18
295:19,24 296:1
299:4,6,9,11,17,19
299:25 300:4,4,10
300:12,15 301:19
302:12
**stones** 64:13 65:3
66:11 124:11
208:10 209:10
265:10
**stood** 47:24
**stop** 24:11 49:24
50:2 189:15
196:15,17 265:8
289:14 294:23
**stopped** 33:1 94:3
204:7
**stops** 50:3
**store** 49:14 55:14
58:1,3,9 91:8,17
92:2 114:18 129:8
129:11,14 155:8,9
155:11,12,13
231:4,7,12

**storefront** 140:6
**stores** 113:20
**story** 11:23 45:2
**straight** 44:22
68:16,19 115:1
131:25 192:25
264:25
**street** 2:7,10,19
3:8 10:11,17 20:1
69:5 113:9 188:2
**strength** 124:8,13
**strictly** 138:8
**strike** 60:9 77:22
100:22 129:11
194:15 196:15
197:5 203:14
216:2 240:10
286:23
**stucco** 228:3,9
**stuff** 80:23 106:13
106:17 182:18
183:10 253:15
259:17 288:9
**stupid** 112:6
**stuttgart** 25:21
26:9 27:6 29:25
82:20 126:12
193:13,15 198:7
**subcontractor**
101:5
**subject** 218:6,13
**subsequently**
283:15
**substance** 251:6
**sue** 182:9 274:3
**sued** 119:20,22
275:19 289:1
**suggested** 167:6
**suggesting** 255:3
**suggestive** 81:24
82:4 232:4 286:7

**suggests** 286:6
**suing** 268:7
**suite** 1:19 2:11 3:4
**sulfur** 197:14
**summer** 45:14
233:2 253:13
288:24 290:24
301:20
**sunset** 29:18,19
**sunshine** 87:5
**supply** 35:18
222:5
**supposed** 78:24
160:24 161:9
169:23 201:25
219:12 251:3
259:2 279:19
286:8,9
**sure** 6:23 7:4
19:22 25:20 52:8
55:25 61:6 65:11
66:13 67:18 70:23
72:12 90:21,23
91:2 93:13,25
94:24 104:20
110:13 122:23,24
131:3 144:3,19
157:17 174:6
185:21 192:24
201:7 202:11,20
204:23 207:21
209:15,24 225:9
225:10 231:18
235:5 236:25
237:19,20 246:10
247:11 257:2
262:7 264:20
265:22 271:16,17
276:3,19 282:3
285:6 291:23

[surmise - terminate]

**surmise** 57:22
**surrounding**
  211:12
**swann** 2:3
**swanson** 200:25
  201:4 222:16,18
  236:20,22 237:21
**switch** 56:9 96:4,6
**switching** 59:2
  60:12 63:12
**swoop** 104:24
**sworn** 5:3 305:7

**t**

**t** 4:6 229:14,14
  305:1,1
**table** 11:2 13:17
  31:2 261:14
**tablet** 17:9
**take** 14:24 31:6
  37:13 45:1 46:12
  47:8 48:13 56:18
  64:1,2 67:6 74:8
  76:20 96:12
  101:25 103:3,22
  104:12 106:2,11
  107:8 115:2
  124:10 140:16,19
  141:15 142:14
  150:3,4 158:14
  176:21 193:20
  217:17 221:9
  233:24 235:7
  249:15 255:19
  264:21 274:19
  280:13 289:18,19
  298:1 301:15
  304:7
**taken** 1:15 32:17
  155:23 305:8
**takes** 25:11 51:22
  54:4

**talk** 7:1,1 28:10
  35:8,25 36:11,23
  40:8,11 44:7,9
  46:17 49:17 52:7
  60:3 62:19 63:3,8
  63:10 67:14 73:7
  74:4,15 76:10
  90:1 94:17 101:16
  109:18 161:23
  166:8 170:10
  177:3 189:16
  224:18 228:10
  230:1,4,10,15
  233:5 244:25
  245:2 249:3,21
  251:7 254:25
  263:10 265:2
  266:22 267:13
  270:24 275:10
  281:12 282:6
  294:3,9,10 298:4
  299:14
**talked** 29:22 36:3
  36:21 40:4,10
  43:14,21,23 44:1
  44:13 47:15,18
  48:1 52:18 57:25
  60:14 67:7 70:16
  71:3 74:6 80:3
  88:20 89:21,24
  94:25 95:5 98:21
  106:19 107:21,25
  108:7 147:22
  148:3,15 156:7
  188:16 194:21
  200:5,8 204:5,10
  225:19 227:13
  243:25 247:17
  248:2 250:24
  263:11 264:7
  268:1 269:25

270:4 271:11,14
271:20,25,25
272:1,1 273:7
282:14,16 283:13
284:21 293:21
294:8 302:5
**talking** 18:21
  25:18 46:14 52:25
  58:14 61:15 68:12
  68:15 79:20 102:9
  109:16 117:7
  132:15 139:8
  160:21 182:6,7
  190:3 209:17
  219:15 224:11
  237:3,4 238:23
  245:13 247:7
  267:3 279:9
  290:22,23 293:8
  296:21,24 301:2
**talks** 101:8,10
  109:2
**tan** 269:13
**taylor** 3:8
**team** 270:24
**teamed** 270:21
**technical** 87:2
**telephone** 216:5
  276:23 288:22
**tell** 6:24 19:12
  21:19 24:6 28:22
  32:20 33:1 36:6
  50:25 51:21 52:2
  52:13,16 54:6,21
  57:5,19 59:4,6
  61:19 67:3 69:16
  69:18 74:18 78:9
  79:15 81:25 85:24
  87:16 88:14 89:3
  95:14 109:24
  110:15 111:23

143:3 150:6,9
163:16 173:18
179:12 183:16
188:23 195:21
199:22 203:15,23
206:24 223:17,18
224:24 228:16
233:14,15 238:13
240:18 246:24
248:14 249:17
250:7 255:14
265:6,18 267:8,21
268:3 275:16
276:22 277:2
283:3 284:10,13
284:15,17 286:13
287:3,14,25,25
292:23 297:22
**telling** 36:9 88:18
  199:11 206:18
  237:18 238:20
  240:9,11,25 268:1
  272:13
**temporary** 4:9
  100:6
**ten** 11:19 20:12
  112:5 134:10
  223:8 243:19,20
  292:5
**tennessee** 33:10
  193:3,4 225:22
  227:24 228:1
  230:20
**term** 171:11,13
  173:17
**terminate** 66:24
  73:8 76:8 77:2
  90:15 91:9 113:25
  172:24 175:24
  176:2 191:5,7
  221:17 247:9

[terminate - thought]

278:13 295:1
**terminated**   72:25
77:17 90:17 93:21
94:2,14 171:18
191:12 209:14
210:19 222:17
231:20 276:18
299:4,19 302:13
**terminating**   90:6
252:3 271:14
275:11
**termination**   72:22
171:22 173:2
231:21 272:1
276:14 292:1,3
299:21
**terminology**   65:10
**terms**   149:1,2,4,5
197:19 244:17
**territories**   97:17
97:18 160:4
163:20 169:17,21
213:25 235:25
**territory**   92:9,16
93:12,17 145:21
151:12,13,14,15
151:16,18,25
152:23,24 159:8,9
159:14,16 160:8
164:1,4,5,7,9
165:8 168:10,15
168:16,19 169:5,8
169:12 170:19
171:1,6,7,8,10
173:10 175:3
176:8,23 181:12
181:14 187:8,15
187:18 189:14
199:14,22 201:22
201:24 202:5,7,9
202:25 204:11

207:11 211:10,17
211:20,24,25
212:12,13 213:16
213:18,19,20
214:1,4 226:2
227:1,17 234:24
235:9,18 236:1,17
236:18 237:19,21
238:2,6 253:5
**terry**   200:7,9,9,10
200:12,20 201:5
301:2
**testified**   5:3
119:24 122:1
254:12 301:21
**testify**   29:3
**testimony**   58:17
64:19 65:5,22
91:12 110:6,7
174:23 211:5,7
212:9 213:12
231:25 238:7
243:14 259:6
260:6 262:25
279:1 291:14,20
292:7,10
**texarkana**   178:3
**texas**   23:17
**text**   4:18,19,20
17:23 18:7,14
58:4 61:21,22
62:22 63:3,7
67:22,25 74:3,14
75:3,9,17,17,19,24
91:14 104:13
107:2 255:21
256:6,20,21 266:3
267:3 269:1,3,15
269:16 271:6
273:15,17 276:6
278:25 279:7,9

280:2 285:2
**texted**   266:7 269:3
270:10 273:18
276:7
**texts**   17:25 224:7
284:23
**thank**   255:14
304:8
**theirs**   130:7
**them's**   58:15
**thick**   108:13
**thing**   32:11 85:23
87:2 90:3 170:22
174:19 186:11
192:18 195:18
210:24 216:6
224:9 247:16
259:23 264:8
300:11,14
**things**   42:3 53:23
86:19 97:22 99:6
106:24 181:13
220:7,17 233:3
289:14
**think**   8:23 9:14
20:8 23:1,11
29:14,14 34:9
41:21 42:6 43:18
45:3 52:9,11
53:16 62:22 63:22
71:24 72:2 79:5,8
88:17 95:18 99:1
99:5,7 100:9
103:11 104:16
109:16 113:2
114:7,8 124:21
136:17 138:24
146:25 156:6
174:21,22 201:6
202:16,17 203:9
204:22 207:22

217:1 228:4
230:22 231:5
232:22,24 236:4
240:18 241:4
245:4 253:14
254:6,15 255:23
261:9 266:8
270:22 273:3,18
276:7 282:15
286:17 289:6
290:2 291:14,19
292:6,8 296:12
297:2 303:25
**thinking**   46:15
58:6 61:12 67:8
67:10 84:8 98:5
230:12 256:2
287:15 290:13
**third**   186:20 187:4
188:13 194:13,17
262:17
**thirds**   262:22
**thirty**   149:20
**thomas**   1:7 4:17
45:5,7,12,24 47:12
52:2 53:2,12
54:24 60:18 61:8
61:10,18 62:4,9,10
62:11,15,18 67:22
67:25 74:3,4,14,16
75:16 89:14 96:17
232:20 233:1
247:15,16 255:16
256:6 258:1,20
262:1,8 278:11
281:15 282:4
283:5,16 284:19
285:13 301:19
**thoroughly**   268:10
**thought**   76:14
134:17 147:24

[thought - train]

206:15 213:4
222:14 225:12
239:25 263:22
288:19,21 292:22
293:24
**thousand**   182:5
**threaten**   274:3
**threatened**   273:23
**three**   15:9 16:11
23:13,20 24:3
30:22 32:13 38:23
39:2 59:17 65:3
66:10 111:21
129:16 141:22
148:9,10 152:9
153:25 154:18
158:19,19 171:14
203:22 229:24
256:3 270:8
**throw**   173:17
**thumb**   105:19,21
106:11 107:7
**thunder**   262:3
**tied**   22:10 280:15
**tim**   5:14 27:11,12
27:15 28:8,10
31:12 35:20 49:3
63:12,16,20 64:2
67:2 71:17 72:8
72:19,23 73:19,21
73:24,25 76:10
89:22 94:15 95:20
96:13 107:1,6
117:24 121:21
122:22 126:11
166:9 167:12,16
172:6 198:16
204:17 206:16
209:1,9,11 214:24
217:7,22 218:7,13
218:14 221:7

225:24 228:8,10
244:11,25,25
247:17 250:16,18
250:20 258:25
259:1,3,21 263:20
267:10 273:22,22
274:19,21 275:1
275:14 277:7
279:25 282:19
284:25 285:2,7
286:25 288:9,24
290:9,19,25 291:1
291:4 293:9,20,22
294:3,8,10 295:23
296:11,21
**time**   5:12 29:2
34:2 37:3 42:22
44:17 45:14 46:5
48:25 53:5 55:5
58:11 66:11 71:25
77:21,24 78:2
88:22 90:11,14
91:5 92:17 95:15
100:21,23 102:1
102:23 103:4,8,13
103:23 104:5
105:23,24 106:3
106:11 112:14
114:13 116:6
117:12 121:13,23
127:4 137:6
147:10,22 150:13
151:13 159:3
163:24 166:21
168:22 182:21
185:2 187:11
194:8,18,22 197:9
198:15 200:20
201:12 204:8
205:21 206:20
215:3 218:2 224:8

225:10 227:21
233:18 237:5,21
241:11 243:16
245:8 249:6 261:8
271:16 273:11
275:18 276:20,21
278:18 281:13
284:14 285:14
290:5 295:20
296:7 300:1 301:3
301:8 302:19
303:7,13 305:9
**timely**   137:18
**times**   25:21 26:4
29:8 30:22 40:5
48:20 72:25 85:17
87:23 88:4 91:16
116:11,12 179:22
229:21,25 255:25
292:5
**timothy**   2:6
**tire**   41:3
**tired**   15:9 24:1
114:3 289:9,10
**today**   5:15 9:16
48:11 54:7 98:14
100:21,23 109:21
110:6 112:20
174:15 188:23
248:4,4 252:7,19
292:10 303:19
**told**   34:12 36:15
36:16 44:11,16
46:5,6,14 52:8,10
53:9,20 54:6,10
55:8 57:2,7 59:2
63:12,12 67:5,16
72:2 73:24 75:1
75:10,13,15 76:12
76:14 95:15,19
96:1 146:25

148:16 156:3,5
164:18 178:2
188:21 197:2
199:5 203:17
204:9 205:7
206:25 209:3,9,11
210:20,24 221:1
224:4 231:22
244:3 246:25
254:20 263:22
264:8 265:17
266:2 267:25
268:23 269:22,24
272:15 273:22
275:6 276:7
279:10,12 280:8
282:9 283:6
284:12,18 287:8
287:20 289:4
290:11,12 292:4
297:23
**toledo**   31:3,4
**tonight**   106:4
**top**   7:1,2 96:15
124:14,15 262:9
302:16
**tough**   72:13
**tour**   166:12
**touring**   297:9
**tournament**   31:3
31:19
**town**   114:16 142:4
**tracy**   13:1
**trade**   80:20
160:10 168:3
**traded**   80:22
**trades**   80:23
**trailer**   26:24
**train**   200:18
215:22

Bushman Reporting
A Veritext Company

800-556-8974
www.veritext.com

[trained - understand]

**trained** 40:19
**tran** 304:7
**transcript** 4:24 8:7
**transfer** 106:10 171:25
**travel** 25:12 34:19
**traveled** 203:18
**treat** 153:22
**treated** 25:9
**tri** 236:23
**trial** 10:1 110:7
**tricia** 13:12
**tried** 90:12 164:11
**trinidad** 127:6
**trip** 31:6,8,11 60:15 67:20,21,24 74:1,13 97:8
**trips** 25:16 32:7,11 32:16,18,19,25 71:10 96:22 97:5 97:7,10 263:21
**tro** 255:9 262:1
**trouble** 42:24 43:1 75:14 77:25 78:3 78:6 88:9 91:6 119:10 146:12,13 266:19 283:8 286:20 289:13 299:25 300:3
**troy** 58:15 59:18 147:2,8,18,24 148:3 181:16 191:23 219:1 233:12 252:2,4 263:11 265:4,6,15 265:25 266:5 267:7 269:1,2,4,11 269:25 270:12,17 270:19 271:17,23 272:2,4,8,12,21,22

273:6 275:6 279:8 280:3 285:21,24 287:5 288:8 295:19,23
**troy's** 269:3
**truck** 19:3 84:11 86:17 126:2 183:19 184:1,4 190:25
**trucker** 129:6
**truckers** 129:7
**trucking** 126:14 129:5
**truckload** 83:24 84:1,4,7 85:12,14 85:20 131:5 152:10 185:1
**trucks** 126:9,10 219:19
**true** 6:10,14,17,20 7:18 60:20,23 239:13 244:8 246:1 248:8 291:18
**truth** 109:25
**truthful** 232:13,21
**try** 6:25 7:1 18:9 41:3 48:5,14 72:14 89:25 146:16 158:20 168:12,21 176:11 181:18 189:16 212:18 213:3,7 218:20,22 251:19 264:11 265:14,16 289:23,24
**trying** 23:1 71:24 79:7 81:25 99:5,6 99:7 114:7 119:7 142:23 147:11 154:12 195:3

216:17 220:22 224:1 231:5 240:17 241:5,20 241:25 254:16 261:9 272:20 273:9 282:21,24 287:24 289:1,5,5,7 290:4
**tulsa** 22:18,23
**tuned** 87:3
**turkey** 11:19
**turkeys** 11:15,16
**turn** 15:11 23:12 23:14,16,23 183:17 188:10 223:18,19 250:11 285:8 297:12 301:14
**turned** 15:8 23:18 23:21 61:1 151:6 151:9
**turnkey** 7:10,14
**twelfth** 110:25
**twice** 9:14 21:9,10 100:12 125:8 198:19 230:12 262:9
**two** 16:11 18:19 23:15,16 25:17 29:7 31:2 37:5 59:17 60:13 64:13 69:5 70:3 71:1 81:20,23 90:19 105:14 117:16 137:13 148:14,15 153:25 154:18 159:23 165:4 170:20 179:22 214:8 218:3 229:24 256:2 262:22 265:10

270:8 286:22,24 289:6 290:2
**type** 51:7 60:22 108:25 125:11 136:24 160:11,13 162:16,20 168:8 171:11 182:14 194:3 216:11
**typed** 280:6
**typically** 37:9 81:22 128:7 166:20

**u**

**u** 23:7,8 30:16 108:9 113:2 210:16,16
**ugly** 267:22,23
**uh** 16:1 20:4 22:21 23:9 30:12 33:12 33:14 84:22 93:9 123:14 185:10 186:22 187:2 279:15
**ultimately** 66:23
**undercut** 59:22
**undercutting** 59:24 60:1
**underline** 235:16 235:18
**understand** 42:14 45:20 46:1 60:4 64:3 65:11,20 80:25 105:6 106:7 121:6 144:3 150:14,21 154:16 156:12,13 166:25 174:22 176:12 178:15 204:22 207:3 216:10 240:21 241:20 243:15 255:9

[understand - waste]

271:3 272:20
278:5 286:22
287:17 295:14
296:18 303:21
**understanding**
28:12 39:17 42:16
56:14 77:19 80:18
132:6 154:12
187:9,20 205:2
210:23
**understood** 127:7
187:6,16 204:20
208:25 244:24
254:15 279:20
**unich** 23:3,5,9
**united** 1:1
**units** 25:8
**unloaded** 79:25
**unreal** 270:22
**untruth** 143:22
144:5,14,20
**unusual** 256:11,13
**url** 107:2
**use** 15:23 44:21
105:20 106:16
125:6 126:21
152:13 167:10,19
185:20 216:13
245:16 264:21
**user** 125:25 146:5
186:17
**users** 189:2 192:4

**v**

**v** 1:6
**vacant** 178:5
**vacations** 217:17
**vague** 177:23
178:8,22 200:3
216:15 219:8
223:25 245:25

**valley** 229:17
**value** 173:5,6
**van** 235:12 236:14
**vb** 235:21
**vegas** 32:10,12
**vehicle** 14:13
**vendor** 233:21
**veneer** 65:15,18
65:19,24 125:24
127:13 151:2
178:11
**verify** 273:9
**verizon** 13:25 14:1
**version** 304:11
**vertically** 186:15
**vietnam** 111:8
**violation** 100:19
**virus** 32:14 183:10
**volume** 139:14
154:16

**w**

**w** 2:7,19
**wait** 75:17 78:21
130:4 158:19
250:5,7 263:19
272:7
**waited** 263:20
**waiter** 30:20
**waiting** 137:21
184:19 249:18
263:25
**waits** 30:18
**waives** 298:20
**wake** 19:4 282:24
**walk** 289:19
**walked** 89:16
198:19 250:2
**wall** 109:3
**walmart** 19:3
113:19,19,22
114:3,11,17,18

139:4
**want** 6:17 24:13
34:17 41:15,16,22
42:2,10 45:1
47:21,22 48:11,13
53:7,10 54:1
56:13 60:11 64:5
64:12,13 65:11
66:13,21 75:10,12
90:21,23 91:2
96:2,3 101:16,18
101:20 104:5,19
106:2,4 139:23
141:2 154:13
157:19,20,21,22
157:24 163:9
164:5,10,22
166:22,23 168:24
170:18,20 171:2
173:18 213:8
218:19 222:19
223:2 235:7 237:8
238:9 242:1,2,10
246:7 254:4
266:18 274:15
277:13 286:12,21
288:17 289:12
**wanted** 43:19
45:18,20,22 47:9
48:17,18 52:5,8,11
55:25 57:2 83:3
104:23 114:2
126:11 130:16
139:3 147:17
154:4 158:10,12
158:12 167:5,14
172:5 181:17
189:9,13 190:10
195:15 225:6,7
230:18,23 246:4
246:11,12,13

250:18 265:21
270:19 277:24
285:21
**wanting** 44:10
46:15 57:8 104:15
105:8 147:8
164:20
**wants** 140:4 141:1
141:11 272:24
**war** 170:23
**warehouse** 51:7
51:10 54:5 83:17
130:8,11,13,17,18
130:20,23,25
131:9,17,17,18,19
131:20,21 132:2,9
132:11,13,16,18
132:21 133:2,7,9
133:13,15,19,22
133:24 134:6,13
135:11,25 136:1,2
136:4,7,9,18,22
137:3 138:10,13
138:14,16,20,22
139:2,6,7 140:5
152:7,19 161:3,4
161:11 162:23,25
166:7 180:6,10,18
184:21 190:23
209:10 210:3
214:10 231:16
**warehouses**
129:16,20,21
130:2 132:5
134:15 135:2,20
281:6
**warn** 284:7,11
**warranty** 125:11
**warrior** 249:16
**waste** 66:11

[water - workers]

**water**   124:6,8,9,11
  289:17
**way**   34:4 35:12
  37:22 38:16 39:13
  47:6 49:25 52:10
  69:5 74:25 113:13
  145:22 149:12
  157:9 158:6,21
  179:1 180:10
  205:15 210:4
  217:4 220:7
  235:24 243:20
  249:1,3 251:9
  262:23 279:1
  289:12
**ways**   125:3 156:3
  156:4 165:4
**we've**   79:18 156:7
  200:4
**website**   61:15
  75:18,19,23
  106:13 107:1
  177:7,11 191:16
  228:9 247:21
**wedding**   73:20,22
**week**   18:16 19:10
  19:11 21:7,9
  60:13 90:18
  116:11 158:19,19
  247:18 261:10
  302:9
**weeks**   26:6 31:2
  37:19,19 88:19
  90:9,19 137:13
  209:17
**wellstone**   26:20
**went**   15:12 25:21
  31:10 32:10,23
  35:11,15,16,18
  44:25 47:15 54:8
  54:24 56:9 60:14

83:24 87:23 88:24
  114:4 115:6 116:5
  118:2,11 145:6
  152:22 154:9,10
  163:25 188:6
  189:17 194:21
  195:24 197:17
  204:9 205:16
  210:2,4 222:15
  227:4 253:7,12
  262:23 275:23
  287:15 288:7,9
  290:16 291:1,3
  293:21,25 294:10
**wes**   23:3,4,8 143:4
**west**   136:25
  214:10
**westlaw**   298:24
**whatsoever**   53:5
**white**   236:24,25
  237:10,15
**wide**   176:7
**wife**   33:5 73:14
  89:24
**wife's**   33:7
**william**   1:7 4:17
  44:14,15,22,23
  45:5,7,11,24 47:11
  47:11 52:2 53:2
  54:24 55:8,9
  60:18 61:8,10,17
  62:4,9,10,11,18
  67:22,25 74:2,4,14
  74:15 75:1,10,16
  89:14,15 96:17
  232:20 233:1
  247:14,14,16
  255:16 256:11
  257:25 262:1,8
  278:11 281:15
  282:4 283:4

284:19 285:13
  301:18
**williams**   62:15
**willing**   103:1
  104:14 299:18
**wing**   27:2
**wings**   26:14,16
**wiped**   277:19
  285:7
**wipes**   285:7
**wire**   51:21 123:21
**wise**   287:25
**wish**   24:14 66:22
**witness**   4:2 12:14
  69:20 99:14
  101:19 104:18
  171:19 216:4
  242:4 291:17
  292:12 303:22
  305:6,16
**wives**   32:6 33:3
**wolff**   2:19
**wonderful**   7:3
**word**   8:18 107:8
  297:24
**worded**   241:25
**words**   20:21 26:5
  36:11 41:12,14
  54:11,15 58:12
  59:16 64:5,22
  68:6 73:5 78:17
  79:13 80:14,20,22
  83:3 167:18
  173:16 179:15
  181:18 186:2
  188:24 190:23
  213:8 221:7
  238:14,18 241:8
  241:22
**work**   13:7 14:3,4,5
  15:8 16:2 18:7,25

19:14,17 20:25
  23:25 29:10 30:8
  40:19 43:8 45:25
  46:3 50:2,4 54:19
  54:25 57:11,12
  66:10,12 88:12
  95:16,17 98:4,8,10
  112:2,8 113:3,4,6
  113:15,18 114:11
  114:20 118:2
  126:13 138:17,18
  140:1 142:7,16
  147:9,19 150:10
  154:11 163:9
  164:6 167:17
  169:12 173:16
  177:3 180:21
  181:16,17 187:10
  188:12 196:17
  203:10 210:13
  211:21 214:2
  216:13 223:7,9
  224:12 225:7,8,11
  226:14,18 233:13
  234:18 239:13,19
  239:20 240:5,8,24
  241:4,6,7,15
  242:13,15 243:5
  251:4 257:9
  270:17,19 284:3
  285:21
**worked**   46:8 87:21
  116:4 122:14,25
  151:22 200:14,15
  200:17 205:8
  249:14 288:10
  293:10
**worker**   54:12,13
  54:14 122:14
**workers**   30:7

Bushman Reporting
A Veritext Company

800-556-8974
www.veritext.com

[working - zoom]

**working** 40:14,15
40:17 43:3 46:6,8
50:7 54:17 66:14
79:22 88:23
112:10 114:3,17
114:18 176:19
187:10,14 196:13
216:19 256:9
278:16 284:6
**workload** 252:25
253:1,4
**works** 1:4 5:11
13:5 24:9,10
44:20 45:15 46:4
46:6 52:16,19
58:23 59:18 60:12
60:19 62:12,16
63:23 64:15,16,16
64:17 66:24 68:4
68:12,20 73:1
74:20 76:1 77:5,9
77:22,25 78:5,24
81:2,7 82:5 88:1
88:12,16,25 90:6
90:15 91:9 92:9
92:20 93:4,16,20
93:21 94:1,14
98:2,6,6,6 102:8
103:11 107:25
108:25 109:6
123:5,7 129:1,2
131:4,16 147:1
148:8 149:1,4
150:7,9 153:2
158:3 161:25
164:19 165:1,2,15
167:2,14 172:5
175:11,21 176:2
177:9 181:6 183:6
184:23 187:7,11
187:17 189:6

190:7 194:7,9,16
195:7 196:15,17
196:18 197:2,12
197:20 198:1,13
198:14 199:14,16
199:21 200:2,18
201:9,13,16,17,19
202:5,10,25
203:23 210:25
215:13 219:6
222:24 223:11,18
225:17 231:20,21
233:3,10,14,22
235:9 238:2,6,24
239:18 240:6,9,11
240:25 241:3
242:11,12,19,24
244:16 247:2,10
248:5,6 252:1,3,10
258:17 259:15
260:1,13,19 261:2
265:2 269:19
271:15 274:14,16
275:2,3,11 276:15
276:17 278:12,13
281:16,25 285:10
285:12,21 288:25
290:23 292:1,25
293:13,20 294:18
295:20,25 296:1
299:4,6,9,11,19
300:4,12,15
302:12
**world** 147:24
**worry** 264:10,22
**worse** 8:17 273:19
**worth** 253:3
**wound** 80:14
**wrightsville** 10:9
**write** 236:2

**writing** 162:10,14
305:11
**written** 162:3,4
172:23 181:3,21
**wrong** 64:8 92:19
156:1 167:4
257:21,25 258:2
259:17 281:23,24
293:1
**wrote** 118:10
294:17

**x**

**x** 4:1,6 17:17
160:20

**y**

**yard** 19:20
**yards** 51:2
**yeah** 6:3 16:9
17:16 25:6 26:25
29:17,20 30:15
32:23 35:12 37:7
40:22 49:5 50:1
50:23 52:22 56:22
57:11 59:14 73:9
73:14,19 74:25
83:23 85:2 87:13
93:2 97:13 99:7
107:17 111:12
114:18,25 116:6
116:22 117:15
124:20 136:17
138:12 142:1
143:1 149:2 151:6
156:2 160:24
161:3,22 164:24
171:14 180:18
182:1 186:18,22
186:25 189:23
190:5 193:9
199:18 203:2

204:15 215:24
220:6 223:5 232:6
234:10 236:23
237:25,25 243:10
262:10 264:16
274:8 277:18
286:3 289:10,22
292:18 296:19
**year** 11:17 30:22
32:10 111:4
125:14 168:4
173:15 175:8,12
209:19,21
**year's** 137:12
**years** 13:14 15:6,9
16:11 23:13,18,20
24:4 25:2,3,17
27:5,14,21 32:13
33:2,22,24 37:5
42:19,22,23 54:8
62:14 72:6,7
82:12 103:16
112:5 135:22
139:11 145:24
146:18 159:4
171:14 178:4
182:23 209:18
214:9 223:8
227:13 232:16
243:20 277:19
**yep** 76:19 281:7
**ys** 31:9

**z**

**zero** 16:23 91:18
269:19
**zoom** 2:9,14,18,18
3:7,12,12 56:1
88:9 104:3 253:20

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.