IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
Central Division

| | |
|---|---|
| STONE WORKS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RANDY SIMS, MEGAN SIMS; )<br>WILLIAM THOMAS; )<br>STONE CONCEPTS LLC; )<br>MARTY HESCH; and EDWARD FRALEY, )<br>)<br>Defendants. ) | Case No. 4:21-CV-00941-JM |

### RULE 56(d) AFFIDAVIT OF TIMOTHY J. GIATTINA

I, Timothy J. Giattina, being duly sworn, hereby deposes and says:

1. I am an attorney for Plaintiff in the above-captioned action and am fully familiar with the facts concerning this case. I respectfully submit this sworn Affidavit in support of Plaintiff's Response to Motion for Summary Judgment of Defendant Edward Fraley.

2. In the event the Court does not deny Defendant's Motion for Summary Judgment, Plaintiff respectfully seeks additional time to conduct discovery – pursuant to the Court's Scheduling Order - prior to the Court ruling on same as discovery is ongoing and the parties – by agreement – continued the case to a later date. Upon the Court granting the agreed-to continuance, the parties are now under an Amended Scheduling Order with a discovery cutoff date of February 6, 2023.

3. Plaintiff requests additional discovery pursuant to Rule 56(d) regarding information sought by Plaintiff in discovery related to Plaintiff's claims and Defendant's defenses, including but not limited to the following:



EXHIBIT
5

a. Discovery requests submitted to Defendant Randy Sims, Megan Sims, and William Thomas. To date these Defendants have not responded to any discovery requests submitted by Plaintiff.

b. All communications with Defendant Randy Sims, Defendant Megan Sims, and Defendant William Thomas, all former employees of Plaintiff;

c. All communications between Defendant Marty Hesch and Defendant Edward Fraley;

d. All communications with owners, employees, representatives, or any other agents of Centurion Stone, whom Defendant Edward Fraley claimed directed him to notify Plaintiff they would no longer be a Centurion dealer;

d. Defendant Fraley's compensation structure and amounts paid from Centurion;

f. All circumstances in which Centurion has directed Defendant Fraley to notify dealers they would no longer be dealers;

g. Cell phone records of Defendant Fraley with communications from on or around June 1, 2021 through the current date;

h. Any current jobs in the central Arkansas area that are utilizing Centurion stone. All requested evidence will assist Plaintiff in establishing issues of triable fact. Plaintiff has reason to believe that Defendant Stone Concept is currently working on former jobs of Plaintiff and that these Centurion stone is being utilized on these jobs.

4. Plaintiff has submitted discovery requests covering some of these topics. Defendant

Fraley objected to *every* discovery request of Plaintiff, therefore, it is likely that Court intervention will be necessary in the event the parties are unable to resolve discovery. Additionally, Plaintiff plans to depose all Defendants, as well as key witnesses identified throughout discovery.

5. Plaintiff respectfully requests that discovery be allowed to be conducted through the discovery deadline of February 6, 2023, prior to any ruling on Fraley's Motion for Summary Judgment.

FURTHER AFFIANT SAYETH NOT.

_____
Timothy J. Giattina

SUBSCRIBED AND SWORN to before me this 10th day of June, 2022.

_____
NOTARY PUBLIC

My commission expires:
09/30/2024

