IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STONE WORKS, LLC                                                                                    PLAINTIFF

V.                                         CASE NO. 4:21-cv-941

RANDY SIMS, MEGAN SIMS;
WILLIAM THOMAS;
STONE CONCEPTS LLC;
MARTY HESCH;
EDWARD FRALEY,                                                                                    DEFENDANTS

## EDWARD FRALEY'S UNOPPOSED MOTION FOR EXTENSION

Comes now the Separate Defendant, Edward Fraley, and for his unopposed motion, states:

1. Fraley's Reply to his pending motion for summary judgment is due June 17, 2022.

2. Lead counsel, Jason Smith, has been out of town on a family vacation and will not be able to file a reply by that date.

3. Fraley requests a two-week extension until Friday, July 1, 2022 to file his Reply.

4. Counsel for Fraley has contacted opposing counsel, who consents to such an extension.

WHEREFORE, Separate Defendant, Edward Fraley, prays that his motion be granted, and that he have until July1, 2022, to file his Reply, and for all other just and proper relief.

Respectfully submitted,

Daniel R. Carter (AR # 80023)
JAMES & CARTER, PLC
500 Broadway, Suite 400
Little Rock, Arkansas 72201
Tel 501.372.1414; Fax 501.372.1659
Email: dcarter@jamescarterlaw.com

and

Jason C. Smith AR 2006103
SPENCER FANE LLP
2144 E. Republic Road, Ste. B300
Springfield, Mo. 65804

Telephone:  417-888-1000
Facsimile:  417-881-8035
jcsmith@spencerfane.com

and

Harry E. "Bud" Cummins AR 89010
The Law Offices of Bud Cummins
1818 N. Taylor St. #301
Little Rock, AR 72207
bud@budcumminslaw.com

*Attorneys for Defendant Edward Fraley*