IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
Central Division

| | |
|---|---|
| STONE WORKS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:21-CV-00941-JM |
| ) | |
| RANDY SIMS, MEGAN SIMS; ) | |
| WILLIAM THOMAS; ) | |
| STONE CONCEPTS LLC; ) | |
| MARTY HESCH; and EDWARD FRALEY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION FOR LEAVE TO AMEND/CORRECT PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY TO DEFENDANT EDWARD FRALEY'S REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Plaintiff Stone Works, LLC, and moves that this Court enter an order permitting Plaintiff to amend/correct its Motion for Leave to File Surreply to Defendant Edward Fraley's Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment:

On July 8, 2022, Plaintiff filed a motion requesting leave to file a surreply.

Over the weekend, Plaintiff identified a typographical error and has filed an amended Motion to correct the error.

Thus, Plaintiff asks the Court to permit the filing of the amended motion which corrects only a typographical error. The exhibits remain as originally filed.

                    Respectfully submitted,

                    STONE WORKS, LLC

BY:    */s/ Timothy J. Giattina*
           Timothy J. Giattina
           Lassiter & Cassinelli
           300 S. Spring Street, Suite 614
           Little Rock, Arkansas 72201
           Ph: 501.404.4874
           Fax: 501.404.4865
           tim@hcglawoffice.com
           *Attorney for Plaintiff*

           and

           */s/ Erin Cassinelli*
           Erin Cassinelli
           ABN 2005118
           erin@lcarklaw.com
           LASSITER & CASSINELLI
           300 S. Spring St., Suite 800
           Little Rock, AR 72201
           (501) 370-9306
           *Attorney for Plaintiff*

           and

           */s/ Patrick R. James*
           Patrick R. James
           James House Swann & Downing P.A.
           Post Office Box 3585
           Little Rock, AR 72203-3585
           501-372-6555
           pjames@jamesandhouse.com
           *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I, Timothy J. Giattina, do hereby certify that a copy of the foregoing has been served, on the following counsel of record via electronic filing on this 11th of July, 2022:

Dustin McDaniel
Scott Richardson McDaniel
McDaniel, Wolff & Benca, PLLC
1307 West Fourth St. Little Rock, AR 72201
scott@mwbfirm.com
*Attorneys for Stone Concepts, LLC And Marty Hesch*

Daniel R. Carter
James & Carter, PLC
500 Broadway, Suite 400 Little Rock, AR 72201
dcarter@jamescarterlaw.com
*Attorney for Defendant Edward Fraley*

Jason C. Smith
AR #2006103
2144 E. Republic Road, Suite. B300
Springfield, Missouri 65804
(417) 888-1000
(417) 881-8035 (facsimile)
jcsmith@spencerfane.com
*Attorney for Defendant Edward Fraley*

Harry E. "Bud" Cummins
AR #89010
The Law Offices of Bud Cummins
1818 N. Taylor St. #301 Little Rock, AR 72207
bud@budcumminslaw.com
*Attorney for Defendant Edward Fraley*

Via Email To Pro Se Parties Randy Sims, Megan Sims, and William Thomas

                                      */s/ Timothy J. Giattina*
                                      Timothy J. Giattina