**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**STONE WORKS, LLC,**

**Plaintiff,**

**v.** **Case No. 4:21-CV-00941-JM**

**RANDY SIMS, ET AL**

**Defendants.**

---

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

---

COMES NOW Plaintiff, Stone Works, LLC, by and through undersigned counsel, Lassiter & Cassinelli and James, House, Swann, and Downing, and for its Motion to Compel Discovery, pursuant to Rule 37(a) of the Federal Rules of Civil Procedure and other applicable law, states as follows:

1. Plaintiff Stone Works, LLC, requests an Order compelling Defendant Edward Fraley to fully respond to Plaintiff's First Set of Interrogatories and Requests for Production.

2. A party seeking discovery may move for an order compelling production if a party fails to produce documents as requested under Rule 34. Fed. R. Civ. P. 37(a)(3)(B)(iv).

3. On March 16, 2022, Plaintiff served Defendant Edward Fraley with its First Set of Interrogatories and Requests for Production of Documents, which included specific requests for production of all communications between him and each of his co-defendants.

4. On April 15, 2022, Defendant Edward Fraley served Plaintiff with his Objections and Responses to Plaintiff's First Set of Interrogatories and Requests for Production. These were

deficient, as detailed more fully in Plaintiff's Brief in Support of Motion to Compel. Fraley supplemented his discovery responses on July 8, 2022, yet the deficiencies remained.

5. Plaintiff's counsel then – via a conference call on July 19, 2022 - in good faith conferred with Defendant Fraley's counsel in an effort to obtain production of the requested documents without court action.

6. Fraley then supplemented his responses nearly a month later on August 16, 2022, by producing 3 (three) more production documents and continuing to provide incomplete responses and improper objections.

7. Plaintiff moves for entry of an Order compelling Defendant Fraley to fully respond to Plaintiff's First Set of Interrogatories and Requests for Production.

8. Pursuant to Fed. R. Civ. P. 37(a)(5) and other applicable law, Plaintiff requests an award of its reasonable expenses, including attorney's fees.

9. Plaintiff's Brief in Support of this Motion, filed contemporaneously herewith, is incorporated herein by reference.

WHEREFORE, Plaintiff Stone Works, LLC, moves for entry of an Order compelling Defendant Edward Fraley to fully respond to Plaintiff's First Set of Interrogatories and Requests for Production; for his costs and attorney's fees, and for all other relief to which he may be entitled.

Respectfully submitted,

STONE WORKS, LLC

BY: *<u>/s/ Timothy J. Giattina</u>*

Timothy J. Giattina
Lassiter & Cassinelli
300 S. Spring St., Suite 800
Little Rock, Arkansas 72201
Ph: 501.370.9300
Fax: 501.370.9306

tim@lcarklaw.com
*Attorney for Plaintiff*

and

*/s/ Erin Cassinelli*
Erin Cassinelli
erin@lcarklaw.com
LASSITER & CASSINELLI
300 S. Spring St., Suite 800
Little Rock, AR 72201
(501) 370-9306
*Attorney for Plaintiff*

and

*/s/ Patrick R. James*
Patrick R. James
James House Swann & Downing P.A.
Post Office Box 3585
Little Rock, AR 72203-3585
501-372-6555
pjames@jamesandhouse.com

**CERTIFICATE OF SERVICE**

I, Timothy J. Giattina, do hereby certify that a copy of the foregoing has been served, on the following counsel of record via electronic filing on this 29th of August, 2022:

Dustin McDaniel
Scott Richardson McDaniel
Wolff & Benca, PLLC
1307 West Fourth St. Little Rock, AR 72201
scott@mwbfirm.com
*Attorneys for Stone Concepts, LLC And Marty Hesch*

Daniel R. Carter
James & Carter, PLC
500 Broadway, Suite 400 Little Rock, AR 72201
dcarter@jamescarterlaw.com
*Attorney for Defendant Edward Fraley*

Jason C. Smith
AR #2006103
2144 E. Republic Road, Suite. B300
Springfield, Missouri 65804
(417) 888-1000
(417) 881-8035 (facsimile)
jcsmith@spencerfane.com
*Attorney for Defendant Edward Fraley*

Harry E. "Bud" Cummins
AR #89010
The Law Offices of Bud Cummins
1818 N. Taylor St. #301 Little Rock, AR 72207
bud@budcumminslaw.com
*Attorney for Defendant Edward Fraley*

Via Email To Pro Se Parties Randy Sims, Megan Sims, and William Thomas

*/s/ Timothy J. Giattina*
Timothy J. Giattina