IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
**Central Division**

| | |
|---|---|
| STONE WORKS, LLC,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | Case No. 4:21-cv-00941-JM |
| ) | |
| RANDY SIMS, MEGAN SIMS, WILLIAM ) | |
| THOMAS, STONE CONCEPTS, LLC,  ) | |
| MARTY HESCH, and EDWARD FRALEY,  ) | |
| ) | |
| Defendants.  ) | |

**DEFENDANT EDWARD FRALEY'S MOTION TO STRIKE PLAINTIFF STONE WORKS, LLC'S AMENDED RESPONSE TO DEFENDANT FRALEY'S STATEMENT OF UNCONTROVERTED MATERIAL FACTS**

Defendant Edward Fraley ("Fraley") respectfully moves the Court to strike Plaintiff Stone Works, LLC ("Stone Works")'s *Amended Response to Defendant Fraley's Statement of Uncontroverted Material Facts* (ECF No. 61). In support of his motion, Fraley incorporates his contemporaneously-filed *Brief in Support of Defendant Edward Fraley's Motion to Strike Plaintiff Stone Works, LLC's Amended Response to Defendant Fraley's Statement of Uncontroverted Material Facts* (ECF No. 65), and states:

1. On July 11, 2022, Stone Works filed its *Amended Motion for Leave to File Surreply* (ECF No. 55) (the "Motion for Leave") in response to *Fraley's Reply in Support of Motion for Summary Judgment* (ECF No. 52) (the "Reply"). See Motion for Leave (ECF No. 55), ¶ 15.

2. The Court granted the Motion for Leave on July 12, 2022. See Order Granting Motion for Leave to File Surrreply (ECF No. 57). Stone Works filed its *Surreply to Defendant's Reply* on August 30, 2022 (ECF No. 62) (the "Surreply").

1

3. In addition to its Surreply, and without any legal basis or leave of the Court, Stone Works filed its *Amended Response to Defendant Fraley's Statement of Uncontroverted Material Facts* (ECF No. 61) (the "Amended Response to Fraley's SUMF") on August 30, 2022, which provides amended responses to *Fraley's Statement of Uncontroverted Material Facts* (ECF No. 27) (hereafter "Fraley's SUMF").

4. The Amended Response to Fraley's SUMF should be stricken and disregarded both because it fails to comply with summary judgment procedure and because it unnecessarily delays resolution of Fraley's Motion for Summary Judgment, to Fraley's detriment.

5. First, the Amended Response to Fraley's SUMF should be stricken because it fails to comply with applicable procedure contained Fed. R. Civ. P. 56 and related Local Rule 56.1, and Stone Works has not sought leave to file its Amended Response to Fraley's SUMF pursuant to Fed. R. Civ. P. 56(e).

6. Additionally, Stone Works must not be afforded continued opportunities to manufacture purported disputed facts and to delay summary judgment proceedings to Fraley's detriment. Stone Works has vastly exceeded the leave granted by the Court in connection with its Surreply by attempting to introduce an unauthorized **sixteen (16) page** discussion of alleged disputed facts **sixty (60) days** after Fraley filed his Reply.

7. Alternatively, in the event that the Court decides to consider Stone Works' Amended Response to Fraley's SUMF in connection with Fraley's Motion for Summary Judgment, Fraley respectfully requests opportunity to file a Sur-Sur-Reply Brief addressing the new factual allegations contained in Stone Works' Amended Response to Fraley's SUMF.

WHEREFORE, Defendant Edward Fraley respectfully requests the Court enter its order striking Plaintiff's Amended Response to Defendant Fraley's Statement of Uncontroverted

Material Facts (ECF No. 61), and awarding him such other and further relief as the Court deems just and proper.

*Respectfully submitted,*

>Jason C. Smith AR 2006103
>**SPENCER FANE LLP**
>2144 E. Republic Road, Ste. B300
>Springfield, Mo. 65804
>Telephone:  417-888-1000
>Facsimile:   417-881-8035
>jcsmith@spencerfane.com
>
>and
>
>Harry E. "Bud" Cummins AR 89010
>The Law Offices of Bud Cummins
>1818 N. Taylor St. #301
>Little Rock, AR 72207
>bud@budcumminslaw.com
>
>and
>
>Daniel R. Carter AR 80023
>JAMES & CARTER, PLC
>500 Broadway, Suite 400
>Little Rock, AR 72201
>dcarter@jamescarterlaw.com
>
>*Attorneys for Defendant Edward Fraley*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 7th day of September, 2022, a true and accurate copy of the foregoing instrument was filed with the Court's electronic filing system, which sent notice of such filing to the following attorneys of record:

Rickey Hicks
Dustin McDaniel
Scott Richardson
McDaniel, Wolff & Benca, PLLC
1307 West Fourth St.
Little Rock, AR 72201
scott@mwbfirm.com
**Attorneys for Stone Concepts, LLC**
**And Hesch**

Erin Cassinelli
Lassiter & Cassinelli
300 S. Spring St., Suite 800
Little Rock, AR 72201
erin@lcarklaw.com

Timothy Giattina
Hodge, Calhoun Giattina, PLLC
711 W.3rd St.
Little Rock, AR 72201
tim@hcglawoffice.com
**Attorneys for Plaintiff**

The undersigned hereby certifies further that on this 7th day of September, 2022, a true and accurate copy of the foregoing instrument was mailed via U.S. Regular Mail postage prepaid to Pro Se Defendant William Thomas, 1205 Anemone Dr., North Little Rock, AR 72117, and Pro Se Defendants Megan Sims and Randy Sims, 136 Borrder Circle, Benton, AR 72015.

                                                  Jason C. Smith AR 2006103