IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STONE WORKS, LLC**                                                                                  **PLAINTIFF**

VS.                                           NO. 4:21-CV-941-JM

**RANDY SIMS, MEGAN SIMS;**
**WILLIAM THOMAS;**
**STONE CONCEPTS, LLC;**
**MARTY HESCH; and EDWARD FRALEY**                              **DEFENDANTS**

### RESPONSE TO DEFENDANT FRALEY'S MOTION TO STRIKE

Comes now the Defendants, Marty Hesch and Stone Concepts, LLC, by and through their attorney, Scott P. Richardson, McDaniel Wolff, PLLC, and for their *Response to Defendant Fraley's Motion to Strike*, do state:

1. Defendants Stone Concepts, LLC and Marty Hesch join Defendant Fraley's Motion to Strike. Docket Entry # 64.

2. In addition to the arguments stated in Defendant Fraley's motion, Defendants Stone Concepts, LLC and Marty Hesch note that Plaintiff's "Amended Response to Defendant Fraley's Statement of Uncontroverted Material Facts" fails to satisfy another requirement of Rule 56. A response to a statement of fact must be supported by record evidence. Fed. R. Civ. P. 56(c). And, that evidence must be admissible at trial. Brooks v. Tri-Systems, Inc., 425 F.3d 1109 (8th Cir. 2005). Plaintiff's "Amended Response" adds "facts" based solely on counsel's assertions about what was said during depositions. "Statements of counsel are not evidence and do not create issues of fact." Exeter Bancorporation, Inc. v. Kemper Securities Group,

1

Inc., 58 F.3d 1306, n. 5 (8th Cir. 1995)(internal citations and quotes omitted). This "evidence" is clearly inadmissible. Fed. R. Civ. P. 56(c)(2). Fails to support Plaintiff's summary judgment response and should be stricken from the record. At the very least, the "Amended Response" should simply be ignored for failing to provide any actual documentary evidence in support of counsel's assertions.

  WHEREFORE, the Defendants pray as above, and for any and all other just and proper relief to which they may be entitled.

              Respectfully submitted,

              Scott P. Richardson, #2001208
              **McDaniel Wolff, PLLC**
              1307 West Fourth Street
              Little Rock, AR   72201
              Phone: 501-954-8000
              Fax:  501-588-2104
              scott@mcdanielwolff.com

              Attorney for Defendants