IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STONE WORKS, LLC                                                                                            PLAINTIFF

v.                                              Case No. 4:21cv941 JM

RANDY SIMS et al.                                                                                       DEFENDANTS

## ORDER

On motion of the plaintiff, the parties having reached a settlement, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 8th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE